UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————

Case No. 22-1198 (L)

(2:20-cv-00278)

————————

DON BLANKENSHIP

      Plaintiff-Appellant

v.

NBCUNIVERSAL, LLC; CNBC, LLC

      Defendants-Appellees

and

DOES 1-50, inclusive

      Defendant

————————

Case No. 22-1207

(2:19-cv-00236)

————————

DON BLANKENSHIP

      Plaintiff-Appellant

v.

FOX NEWS NETWORK, LLC; CABLE NEWS NETWORK, INC.; MSNBC
CABLE LLC; 35TH INC.; WP COMPANY LLC, d/b/a The Washington Post;
DOES 1-50, inclusive; MEDIAITE, LLC; FISCALNOTE, INC., d/b/a Roll Call;
NEWS AND GUTS, LLC; THE CHARLESTON GAZETTE-MAIL; AMERICAN

BROADCASTING COMPANIES, INC.; TAMAR AUBER; GRIFFIN CONNOLLY; ELI LEHRER

Defendants-Appellees

and

DOES 1-50, inclusive

Defendant

_____

Appeal from the United States District Court
for the Southern District of West Virginia at Charleston

_____

**JOINT APPENDIX**
**VOLUME X of XXI – PAGES 2628 to 2920**

_____

|  | DOCUMENT DESCRIPTION | DATE | ECF NO. | VOLUME | PAGE |
|---|---|---|---|---|---|
| 168. | Defendant American Broadcasting Companies, Inc.'s Motion for Summary Judgment – Exhibit 12: Email from John Verhovek to Grant dated July 23, 2018 | 05/24/2021 | 888-12 | X | 2628 |
| 169. | Defendant American Broadcasting Companies, Inc.'s Motion for Summary Judgment – Exhibit 13: Article "Despite 'sore loser' law, Don Blankenship trying third party bid for US Senate in West Virginia" by John Verhovek dated July 23, 2018 | 05/24/2021 | 888-13 | X | 2631 |
| 170. | Defendant American Broadcasting Companies, Inc.'s Motion for Summary Judgment – Exhibit 14: Email from John Verhovek to MaryAlice Parks dated March 29, 2018 | 05/24/2021 | 888-14 | X | 2636 |
| 171. | Defendant American Broadcasting Companies, Inc.'s Motion for Summary Judgment – Exhibit 15: Email from MaryAlice Parks to John Verhovek dated March 29, 2018 | 05/24/2021 | 888-15 | X | 2638 |

|  | **DOCUMENT DESCRIPTION** | **DATE** | **ECF NO.** | **VOLUME** | **PAGE** |
|---|---|---|---|---|---|
| 172. | Defendant American Broadcasting Companies, Inc.'s Motion for Summary Judgment – Exhibit 16: Article "Former coal CEO Don Blankenship planning W. Va. Senate run, 7 months after prison release" by John Verhovek dated November 29, 2017 | 05/24/2021 | 888-16 | X | 2641 |
| 173. | Defendant American Broadcasting Companies, Inc.'s Motion for Summary Judgment – Exhibit 17: Article "What can Tuesday night's primaries tell us about the miderms" by John Verhovek dated May 8, 2018 | 05/24/2021 | 888-17 | X | 2645 |
| 174. | Defendant American Broadcasting Companies, Inc.'s Motion for Summary Judgment – Exhibit 18: Article "Big stakes in West Virginia, Indiana, Ohio bellwether primaries" by Halimah Abdullah, et al. dated May 9, 2018 | 05/24/2021 | 888-18 | X | 2654 |
| 175. | Defendant American Broadcasting Companies, Inc.'s | 05/24/2021 | 888-19 | X | 2712 |

| | DOCUMENT DESCRIPTION | DATE | ECF NO. | VOLUME | PAGE |
|---|---|---|---|---|---|
| | Motion for Summary Judgment – Exhibit 19: Article "In Trump country primary showdowns, both parties score critical wins" by Halimah Abdullah, et al. dated May 9, 2018 | | | | |
| 176. | Defendant American Broadcasting Companies, Inc.'s Motion for Summary Judgment – Exhibit 20: Article "Don Blankenship has a shot at winning on Tuesday, GOP sources tell ABC News" by Meridith McGraw dated May 8, 2018 | 05/24/2021 | 888-20 | X | 2719 |
| 177. | Defendant American Broadcasting Companies, Inc.'s Motion for Summary Judgment – Exhibit 21: Email from Meridith McGraw to ABCTV News dated May 6, 2018 | 05/24/2021 | 888-21 | X | 2724 |
| 178. | Defendant American Broadcasting Companies, Inc.'s Motion for Summary Judgment – Exhibit 22: Email from Meridith McGraw to John Verhovek dated July 24, 2018 | 05/24/2021 | 888-22 | X | 2727 |

| | DOCUMENT DESCRIPTION | DATE | ECF NO. | VOLUME | PAGE |
|---|---|---|---|---|---|
| 179. | Defendant American Broadcasting Companies, Inc.'s Motion for Summary Judgment – Exhibit 23: Email from John Verhovek to Meridith McGraw dated July 24, 2018 | 05/24/2021 | 888-23 | X | 2729 |
| 180. | Defendant American Broadcasting Companies, Inc.'s Motion for Summary Judgment – Exhibit 24: Email from John Verhovek to Deena Zaru dated July 24, 2018 | 05/24/2021 | 888-24 | X | 2731 |
| 181. | Defendant American Broadcasting Companies, Inc.'s Motion for Summary Judgment – Exhibit 25: Email from Meridith McGraw to John Verhovek dated July 24, 2018 | 05/24/2021 | 888-25 | X | 2734 |
| 182. | Defendant American Broadcasting Companies, Inc.'s Motion for Summary Judgment – Exhibit 26: Email from John Verhovek to Evan McMurry dated July 24, 2018 | 05/24/2021 | 888-26 | X | 2738 |
| 183. | Defendant American Broadcasting | 05/24/2021 | 888-27 | X | 2741 |

| | DOCUMENT DESCRIPTION | DATE | ECF NO. | VOLUME | PAGE |
|---|---|---|---|---|---|
| | Companies, Inc.'s Motion for Summary Judgment – Exhibit 27: Email from John Verhovek to Evan McMurry dated July 24, 2018 | | | | |
| 184. | Defendant American Broadcasting Companies, Inc.'s Motion for Summary Judgment – Exhibit 28: Email from Evan McMurry to John Verhovek dated July 24, 2018 | 05/24/2021 | 888-28 | X | 2745 |
| 185. | Defendant American Broadcasting Companies, Inc.'s Motion for Summary Judgment – Exhibit 29: Email from John Verhovek to Matthew Zarrell dated July 24, 2018 | 05/24/2021 | 888-29 | X | 2749 |
| 186. | Defendant American Broadcasting Companies, Inc.'s Motion for Summary Judgment – Exhibit 30: Email from Troy McMullen to John Verhovek dated July 24, 2018 | 05/24/2021 | 888-30 | X | 2752 |
| 187. | Defendant American Broadcasting Companies, Inc.'s | 05/24/2021 | 888-31 | X | 2755 |

| | DOCUMENT DESCRIPTION | DATE | ECF NO. | VOLUME | PAGE |
|---|---|---|---|---|---|
| | Motion for Summary Judgment – Exhibit 31: Article "Despite 'sore loser' law, Don Blankenship trying third party bid for US Senate in West Virginia" by John Verhovek dated July 23, 2018 | | | | |
| 188. | Defendant American Broadcasting Companies, Inc.'s Motion for Summary Judgment – Exhibit 32: Email from Evan McMurry to John Verhovek dated July 24, 2018 | 05/24/2021 | 888-32 | X | 2760 |
| 189. | Defendant American Broadcasting Companies, Inc.'s Motion for Summary Judgment – Exhibit 33: Email from Deena Zaru to Evan McMurry dated July 24, 2018 | 05/24/2021 | 888-33 | X | 2763 |
| 190. | Defendant American Broadcasting Companies, Inc.'s Motion for Summary Judgment – Exhibit 34: Email from Deena Zaru to Evan McMurry dated July 24, 2018 | 05/24/2021 | 888-34 | X | 2766 |
| 191. | Defendant American Broadcasting Companies, Inc.'s | 05/24/2021 | 888-35 | X | 2769 |

|  | DOCUMENT DESCRIPTION | DATE | ECF NO. | VOLUME | PAGE |
|---|---|---|---|---|---|
|  | Motion for Summary Judgment – Exhibit 35: Email from Evan McMurry to Troy McMullen dated July 24, 2018 |  |  |  |  |
| 192. | Defendant American Broadcasting Companies, Inc.'s Motion for Summary Judgment – Exhibit 36: Email from Troy McMullen to Evan McMurry dated July 24, 2018 | 05/24/2021 | 888-36 | X | 2771 |
| 193. | Defendant American Broadcasting Companies, Inc.'s Motion for Summary Judgment – Exhibit 37: Email from Evan McMurry to David Schoetz dated July 24, 2018 | 05/24/2021 | 888-37 | X | 2774 |
| 194. | Defendant American Broadcasting Companies, Inc.'s Motion for Summary Judgment – Exhibit 38: Email from Evan McMurry to David Schoetz dated July 24, 2018 | 05/24/2021 | 888-38 | X | 2777 |
| 195. | Defendant American Broadcasting Companies, Inc.'s Motion for Summary | 05/24/2021 | 888-39 | X | 2781 |

|  | DOCUMENT DESCRIPTION | DATE | ECF NO. | VOLUME | PAGE |
|---|---|---|---|---|---|
|  | Judgment – Exhibit 39: Tweet from ABCPolitics |  |  |  |  |
| 196. | Defendant American Broadcasting Companies, Inc.'s Motion for Summary Judgment – Exhibit 40: Tweet from ThisWeekABC | 05/24/2021 | 888-40 | X | 2783 |
| 197. | Defendant American Broadcasting Companies, Inc.'s Motion for Summary Judgment – Exhibit 41: Correction Tweet from ABCPolitics | 05/24/2021 | 888-41 | X | 1785 |
| 198. | Defendant American Broadcasting Companies, Inc.'s Motion for Summary Judgment – Exhibit 42: Correction Tweet from ThisWeekABC | 05/24/2021 | 888-42 | X | 2787 |
| 199. | Defendant American Broadcasting Companies, Inc.'s Motion for Summary Judgment – Exhibit 43: Tweet from ABCWorldNews | 05/24/2021 | 888-43 | X | 2789 |
| 200. | Defendant American Broadcasting Companies, Inc.'s Motion for Summary Judgment – Exhibit 44: Email list | 05/24/2021 | 888-44 | X | 2791 |

| | DOCUMENT DESCRIPTION | DATE | ECF NO. | VOLUME | PAGE |
|---|---|---|---|---|---|
| 201. | Defendant American Broadcasting Companies, Inc.'s Motion for Summary Judgment – Exhibit 45: Email from Meridith McGraw to John Verhovek dated July 23, 2018 | 05/24/2021 | 888-45 | X | 2793 |
| 202. | Defendant American Broadcasting Companies, Inc.'s Motion for Summary Judgment – Exhibit 46: Email from John Verhovek to Meridith McGraw dated July 23, 2018 | 05/24/2021 | 888-46 | X | 2798 |
| 203. | Defendant American Broadcasting Companies, Inc.'s Motion for Summary Judgment – Exhibit 47: Email from Meridith McGraw to John Verhovek dated July 23, 2018 | 05/24/2021 | 888-47 | X | 2803 |
| 204. | Defendant American Broadcasting Companies, Inc.'s Motion for Summary Judgment – Exhibit 48: Text message re Tweet from ABCWorldNews | 05/24/2021 | 888-48 | X | 2808 |
| 205. | Defendant American Broadcasting Companies, Inc.'s | 05/24/2021 | 888-49 | X | 2811 |

| | DOCUMENT DESCRIPTION | DATE | ECF NO. | VOLUME | PAGE |
|---|---|---|---|---|---|
| | Motion for Summary Judgment – Exhibit 49: Text message | | | | |
| 206. | Defendant American Broadcasting Companies, Inc.'s Motion for Summary Judgment – Exhibit 50: Excerpts from Deposition of Don Blankenship taken on November 18, 2020 | 05/24/2021 | 888-50 | X | 2814 |
| 207. | Defendant American Broadcasting Companies, Inc.'s Motion for Summary Judgment – Exhibit 51: Plaintiff Don Blankenship's Responses to First Set of Requests for Admission by Defendant American Broadcasting Companies, Inc. | 05/24/2021 | 888-51 | X | 2822 |
| 208. | Defendant American Broadcasting Companies, Inc.'s Motion for Summary Judgment – Exhibit 52: Plaintiff Don Blankenship's Responses to First Set of Interrogatories by Defendant American Broadcasting Companies, Inc. | 05/24/2021 | 888-52 | X | 2833 |

| | **DOCUMENT DESCRIPTION** | **DATE** | **ECF NO.** | **VOLUME** | **PAGE** |
|---|---|---|---|---|---|
| 209. | Defendant American Broadcasting Companies, Inc.'s Motion for Summary Judgment – Exhibit 53: Excerpts from Transcript re Sentencing Hearing held on April 6, 2016 | 05/24/2021 | 888-53 | X | 2844 |

# EXHIBIT 12

Message

| | |
|---|---|
| From: | Verhovek, John H. [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0E17700F404C4AE2AFB40DDE37BDCA82-VERHOVEK, J] |
| Sent: | 7/23/2018 9:35:43 PM |
| To: | grant@joemanchinwv.com |
| Subject: | Any comment on Blankenship's announcement that he'll file tomorrow under Constitution Party? |

Hey Grant,

Just reaching out to see if the Manchin camp has any response to Blankenship's announcement: https://www.facebook.com/DonLBlankenship/posts/2083086275096308

Thanks,
Johnny

*John Verhovek*
*Political Reporter, ABC News Politics*
*O: 202-222-6268, C:* ▮▮▮▮▮▮▮
*@JTHVerhovek*

ABC000064

Message

| | |
|---|---|
| **From:** | Verhovek, John H. [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0E17700F404C4AE2AFB40DDE37BDCA82-VERHOVEK, J] |
| **Sent:** | 7/23/2018 9:36:46 PM |
| **To:** | nbrand@patrickmorrisey.com |
| **Subject:** | ABC News request for comment on Blankenship announcement |

Hey Nathan,

Just reaching out to see if the Morrisey camp has any response to Blankenship's
announcement: https://www.facebook.com/DonLBlankenship/posts/2083086275096308

Thanks,
Johnny

*John Verhovek*
*Political Reporter, ABC News Politics*
*O: 202-222-6268, C:* ▮▮▮▮▮▮▮
*@JTHVerhovek*

ABC000065

# EXHIBIT 13

 ≡ **abcNEWS**                                          🔔

# Despite 'sore loser' law, Don Blankenship trying third party bid for US Senate in West Virginia

By **JOHN VERHOVEK**  Jul 23, 2018, 8:26 PM ET





1.00

**WATCH** | Blankenship concedes West Virginia race







ABC000004

Don Blankenship, the former coal baron and convicted felon who finished third in the West Virginia Republican primary in May, is wading back into the state's U.S. Senate race, this time attempting to file paperwork to run as a member of the Constitution Party.

Blankenship was convicted in 2015 for conspiracy to violate mine safety and health standards in the aftermath of the 2010 Upper Big Branch Mine disaster that resulted in the death of 29 miners.

In a statement posted on Facebook, Blankenship conceded that he does not expect the filing to be certified due to West Virginia's "sore loser" law that prohibits candidates that lost in a primary to run in the general election, but that he believes his name will be on the ballot in November.



Sen. Joe Manchin listens during a Senate Intelligence Committee hearing on Capitol Hill in Washington, D.C., May 9, 2018.

"The political establishment cannot retroactively enact laws that prohibit individuals who become members of some political parties from being on the ballot while allowing individuals who become members of other political parties to be on the ballot," Mr. Blakenship wrote Monday.

"This is what the Communist or Nazi party would do and is a perfect example of political party behavior that violates an American's guaranteed right to equal opportunity. It is a clearly discriminatory law and exactly what George Washington warned of in his farewell address," he continued.

In West Virginia's May 8th Republican primary, Blankenship received just under 20 percent of the vote according to election returns from the West Virginia Secretary of State. Blankenship finished

ABC000005

behind Rep. Evan Jenkins, and the ultimate winner, state Attorney General Patrick Morrisey.

Morrisey is facing Democratic Sen. Joe Manchin in November in a race that could be crucial to the control of the U.S. Senate.

Manchin is one of ten Democrats up for re-election in states that Donald Trump captured in the 2016 election.



Representatives for the campaigns of both Manchin and Morrisey did not immediately respond to ABC News' request for comment.

According to his statement, Blankenship will attempt to file his campaign paperwork Tuesday afternoon at the West Virginia State Capitol in Charleston.

Representatives for the Secretary of State's office did not immediately respond to ABC News' request for comment.

West Virginia Attorney General Patrick Morrisey, as he spe...  more +

---

Comments

**ADD INTERESTS**

Customize your news feed by choosing the topics that interest you.

| Donald Trump | + Add Interest |
| --- | --- |

| Jul 31 | Trump-Cohen secret audio tape made public | |
| Jul 31 | Michael Cohen's attorney on tape with Trump made public | |
| Jul 31 | Trump faces fallout from tariffs | |
| Jul 31 | Trump's Hollywood Walk of Fame star destroyed | |

| Greece Wildfires | + Add Interest |
| --- | --- |

| Jul 22 | Rescue crews search for missing in Greek wildfires | |
| Jul 22 | At least 74 killed as nearly 50 wildfires explode in parts of Greece | |
| Jul 22 | Deadly wildfires leave Greece in mourning | |
| Jul 22 | A 'biblical disaster': Death toll rising in wildfires near Athens | |

2634

ABC000006

ABC000007

# EXHIBIT 14

| From: | Verhovek, John H. |
| To: | Parks, MaryAlice L. |
| Sent: | 3/29/2018 9:35:14 AM |
| Subject: | May 8th summary/blurb (sorry if this is long, feel free to cut) |

On May 8th voters in Indiana, North Carolina, Ohio and West Virginia will head to the polls in various U.S. Senate, House and gubernatorial primaries in some of 2018's marquee races that will decide the balance of power in Congress.

Indiana, Ohio and West Virginia combine to create a trio of incumbent Democratic senators, and May 8th will determine the candidates who will try and take them out in November. In the Vice President's home state of Indiana, a brutal, bitter and expensive primary fight between GOP Reps. Luke Messer and Todd Rokita has broken out to see who will take on Sen. Joe Donnelly. In West Virginia, GOP Rep. Evan Jenkins and state Attorney General Patrick Morrisey are grappling with the effect that convicted felon and former coal baron Don Blankenship is having on the race to take out moderate Democratic Senator Joe Manchin. In Ohio, Rep. Jim Renacci, who switched from the governors race to the U.S. Senate race at President Trump's request, is the front-runner to take on Democratic Senator Sherrod Brown in November, but businessman Mike Gibbons is pouring millions into the race.

The Ohio gubernatorial race to fill the outgoing John Kasich's seat is also shaping up to be a race to watch. The GOP race between Lieutenant Governor Mary Taylor and state Attorney General Mike DeWine has gotten nasty in recent weeks. The Democratic race is a three-way battle between Dayton Mayor Nan Whaley and former U.S. Reps. Dennis Kucinich (yes that Dennis Kucinich) and Betty Sutton.

There are also a number of competitive U.S. House primaries in Ohio and West Virginia and North Carolina, including the Democratic and GOP primaries for Ohio's 12th Congressional District, where there will be a special election in August that has shades of Pennsylvania 18.

While North Carolina is not holding any major statewide races this year, the key swing state has seen a boon in state legislative candidates on the Democratic side. For the first time in the state's history there will be a Democrat on the ballot in for all 170 legislative seats up for election.

ABC001790

# EXHIBIT 15

| From: | Parks, MaryAlice L. </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=F800D860B3CD4B06AD3F5096F5C6E423-PARKS, MARY> |
|---|---|
| To: | Verhovek, John H. |
| Sent: | 3/29/2018 9:39:26 AM |
| Subject: | Re: May 8th summary/blurb (sorry if this is long, feel free to cut) |

I think this is good --
some tweaks --

On May 8th voters in Indiana, North Carolina, Ohio and West Virginia will head to the polls in various U.S. Senate, House and gubernatorial primaries in some of 2018's marquee races that will eventually decide the balance of power in Congress in November.

Indiana, Ohio and West Virginia together put a trio of incumbent, embattled, highly vulnerable Democratic senators front-an- center. On May 8th, Republican primary voters will determine which GOP candidates will take them out in November.  How far right will they go? Who will back Trump until the end?

In the Vice President's home state of Indiana, a brutal, bitter and expensive primary fight between GOP Reps. Luke Messer and Todd Rokita has broken out to see who will take on Sen. Joe Donnelly. In West Virginia, GOP Rep. Evan Jenkins and state Attorney General Patrick Morrisey are grappling with the effect that convicted felon and former coal baron Don Blankenship is having on the race to take out moderate Democratic Senator Joe Manchin. In Ohio, Rep. Jim Renacci, who switched from the governors race to the U.S. Senate race at President Trump's request, is the front-runner to take on Democratic Senator Sherrod Brown in November, but businessman Mike Gibbons is pouring millions into the race.

The Ohio gubernatorial race to fill the outgoing John Kasich's seat is also shaping up to be a race to watch. The GOP race between Lieutenant Governor Mary Taylor and state Attorney General Mike DeWine has gotten nasty in recent weeks. The Democratic race is a three-way battle between Dayton Mayor Nan Whaley and former U.S. Reps. Dennis Kucinich (yes that Dennis Kucinich) and Betty Sutton.

There are also a number of competitive U.S. House primaries in Ohio and West Virginia and North Carolina, including the Democratic and GOP primaries for Ohio's 12th Congressional District, where there will be a special election in August that has shades of Pennsylvania 18.

While North Carolina is not holding any major statewide races this year, the key swing state has seen a boon in state legislative candidates on the Democratic side. For the first time in the state's history there will be a Democrat on the ballot in for all 170 legislative seats up for election.


MaryAlice Parks
Political Reporter
ABC News
o: 202-222-7599| c: ████████
@maryaliceparks

---

**From:** Verhovek, John H.
**Sent:** Thursday, March 29, 2018 12:35 PM

ABC001791

Case 2:19-cv-00236   Document 888-15   Filed 05/24/21   Page 3 of 3 PageID #: 12548

**To:** Parks, MaryAlice L.

**Subject:** May 8th summary/blurb (sorry if this is long, feel free to cut)

On May 8th voters in Indiana, North Carolina, Ohio and West Virginia will head to the polls in various U.S. Senate, House and gubernatorial primaries in some of 2018's marquee races that will decide the balance of power in Congress.

Indiana, Ohio and West Virginia combine to create a trio of incumbent Democratic senators, and May 8th will determine the candidates who will try and take them out in November. In the Vice President's home state of Indiana, a brutal, bitter and expensive primary fight between GOP Reps. Luke Messer and Todd Rokita has broken out to see who will take on Sen. Joe Donnelly. In West Virginia, GOP Rep. Evan Jenkins and state Attorney General Patrick Morrisey are grappling with the effect that convicted felon and former coal baron Don Blankenship is having on the race to take out moderate Democratic Senator Joe Manchin. In Ohio, Rep. Jim Renacci, who switched from the governors race to the U.S. Senate race at President Trump's request, is the front-runner to take on Democratic Senator Sherrod Brown in November, but businessman Mike Gibbons is pouring millions into the race.

The Ohio gubernatorial race to fill the outgoing John Kasich's seat is also shaping up to be a race to watch. The GOP race between Lieutenant Governor Mary Taylor and state Attorney General Mike DeWine has gotten nasty in recent weeks. The Democratic race is a three-way battle between Dayton Mayor Nan Whaley and former U.S. Reps. Dennis Kucinich (yes that Dennis Kucinich) and Betty Sutton.

There are also a number of competitive U.S. House primaries in Ohio and West Virginia and North Carolina, including the Democratic and GOP primaries for Ohio's 12th Congressional District, where there will be a special election in August that has shades of Pennsylvania 18.

While North Carolina is not holding any major statewide races this year, the key swing state has seen a boon in state legislative candidates on the Democratic side. For the first time in the state's history there will be a Democrat on the ballot in for all 170 legislative seats up for election.

ABC001792

# EXHIBIT 16

USCA4 Appeal: 22-1108 Doc: 53 Filed: 05/25/2022 Pg: 28 of 306
Case 2:19-cv-00236 Document 888-16 Filed 05/24/21 Page 2 of 4 PageID #: 12550

Former coal CEO Don Blankenship planning W. Va. Senate run, 7 months after prison r...

VIDEO    LIVE    SHOWS    2020 ELECTIONS    CORONAVIRUS



# Former coal CEO Don Blankenship planning W. Va. Senate run, 7 months after prison release

*Don Blankenship, the former CEO of Massey Energy, is running for U.S. Senate.*

By by JOHN VERHOVEK
November 29, 2017 11:09 PM • 5 min read



**Ex-coal CEO planning planning W. Va. senate run**

*Don Blankenship, the former CEO of Massey Energy, was sentenced to a year in prison for his role in safety violations related to an explosion that killed 29 miners in 2010.*

— -- Don Blankenship, the former CEO of Massey Energy who was sentenced to a year in prison for his role in safety violations related to an explosion that killed 29 miners in 2010, is planning to run for U.S. Senate in West Virginia in 2018, ABC affiliate WCHS reported Wednesday morning. A national Republican official also confirmed Blankenship's plans to ABC News.

Blankenship, who was released from federal prison last May, has continued to maintain that he is innocent despite the conviction and prison sentence.

+ Coal King Don Blankenship Makes Last-Minute Bid to Put Off Prison

+ Coal King Don Blankenship Gets 1 Year in Prison After Deadly Mine Disaster

WCHS reported that Blakenship "filed his federal election official papers Tuesday ... He will be running as a Republican."

The FEC has not yet received paperwork from Blankenship, but the Secretary of the U.S. Senate's office told ABC that they are expecting his statement of candidacy to be filed on Thursday.

 Don Blankenship

## Top Stories

Former coal CEO Don Blankenship planning W. Va. Senate run, 7 months after prison release
Nov 29, 11:09 PM



Police used tear gas, pushed back peaceful protesters for Trump church visit
2 hours ago



Obama puts out guide to 'get to work' on 'real change' amid George Floyd protests
Jun 01, 3:28 PM



Independent autopsy finds George Floyd died of homicide by asphyxia
Jun 01, 6:07 PM



Louisville police chief fired after fatal shooting of David McAtee
3 hours ago



How To Instantly Get A Dog To Stop Barking
ADVERTISEMENT - sponsored

LEARN MORE

ABC News Live



24/7 coverage of breaking news and live events

ABC000350

Blankenship tweeted Wednesday night, "We will be putting out a new ad tomorrow morning on TV, Facebook, and more. It will be a shocker. Government corruption is pandemic and obvious."

Blankenship has been a longtime critic of West Virginia Democratic senator Joe Manchin, who he will be trying to unseat in 2018.



Sen. Joe Manchin, D-W.Va., speaks during a news conference on Capitol Hill in Washington.
Alex Brandon/AP Photo

Reacting to the news, Manchin's senate campaign released the following statement, referring to Blankenship's entrance into the race as some sort of deal with Mitch McConnell: "Joe Manchin is focused on working in the Senate for West Virginia families, not campaign politics. He won't be distracted by Mitch McConnell's backroom deals in Washington, D.C."



West Virginia Attorney General Patrick Morrisey talks with guests during an event in Harpers Ferry, W.Va., on July 10, 2017, where he announced he will run for the Senate in 2018. Sen... more
Tom Williams/CQ Roll Call via AP Images

ABC000351



Rep. Evan Jenkins, R-W.Va., walks down the House steps after the last votes of the week on Thursday, Oct. 5, 2017.
Bill Clark/CQ Roll Call

One of Blankenship's primary opponents, West Virginia Attorney General Patrick Morrisey, said in a statement Wednesday, "Everyone has a right to run for public office. I welcome anyone into this contest, but I will continue to run on my positive record of obtaining conservative results for coal miners and West Virginia taxpayers, fighting for the unborn, protecting gun rights, and ridding the state of this terrible opioid epidemic."

U.S. Rep. Evan Jenkins is the other major Republican in the race to take on Manchin. The Republican primary will take place on May 8, 2018.

💬 Comments [18]

abcNEWS

Before You Go

You've Never Seen Luxury Like This On A Cruise Ship. Research Luxury Mediterranean Cruises
Luxury Cruises | Search Ads |

Sponsored

If You Like to Play, this City-Building Game is Addictive.
Forge of Empires - Free Online Game |

Sponsored

Ductless Heating Is Cheaper Than You Think. Search Ductless Heat Units
Yahoo Search |

Sponsored

These Crossovers Will Take Your Breath Away. Research 2020 Luxury Crossover Vehicle Deals
Luxury Crossovers | Yahoo Search |

Sponsored

Digestion Case Study: How Randy Jackson Got His Life Back After 62
Unify Health Labs Multi-GI 5 Supplement |

Sponsored

How can spending now turn into travel later? Find out.
NerdWallet |

ABC000352

# EXHIBIT 17

USCA4 Appeal: 22-1198 Doc: 53 Filed: 05/25/2022 Pg: 32 of 306
Case 2:19-cv-00236 Document 888-17 Filed 05/24/21 Page 2 of 9 PageID #: 12554

VIDEO LIVE SHOWS 2020 ELECTIONS CORONAVIRUS

Put some sunshine in your morning!
GOOD MORNING AMERICA
MORNINGS 7AM

# What can Tuesday night's primaries tell us about the midterms?

*Voters head to the polls in Indiana, North Carolina, Ohio and West Virginia.*

By John Verhovek
May 8, 2018 5:11 AM • 12 min read

PRIMARY ELECTIONS INDIANA | OHIO | WEST VIRGINIA
LIVE COVERAGE TUE 7PM
NEWS.com
NEWS

**Democrats and Republicans pitch jobs, jobs, jobs in West Virginia**

*Meet the tattooed Marine and controversial former coal mining executive both running for office in West Virginia.*

NEWS VOTE • EIGHTEEN FOR '18

The candidates that emerge Tuesday night from bruising and expensive primary battles in Indiana, North Carolina, Ohio and West Virginia will provide answers to key questions about races crucial to determining which parties will control the U.S. House and Senate after November.

A trio of incumbent Democratic senators representing states Donald Trump captured in the 2016 presidential election, Joe Donnelly of Indiana, Sherrod Brown of Ohio and Joe Manchin of West Virginia, will finally have a Republican opponent after Tuesday. Democrats are hoping strong candidates emerge in House races that could be key to determining their chances at retaking the lower chamber in 2018.

Top Stories

What can Tuesday night's primaries tell us about the midterms?
May 08, 5:11 AM

Police used tear gas, pushed back peaceful protesters for Trump church visit
3 hours ago

Obama puts out guide to 'get to work' on 'real change' amid George Floyd protests
Jun 01, 3:28 PM

Independent autopsy finds George Floyd died of homicide by asphyxia
Jun 01, 6:07 PM

Louisville police chief fired after fatal shooting of David McAtee
4 hours ago

The 23 Hottest Father's Day Gifts of 2020
sponsored
LEARN MORE

ABC News Live

I'M

*24/7 coverage of breaking news and live events*

Advertisement

What can Tuesday night's primaries tell us about the midterms? - ABC News

USCA4 Appeal: 22-1498   Doc: 51   Case 2:19-cv-00236   Document 888-17   Filed 05/24/21   Page 3 of 9 PageID #: 12555   Filed: 05/25/2022   Pg: 33 of 306



Sen. Joe Donnelly, D-Ind., arrives at the Capitol for a vote, Nov. 7, 2017.
Bill Clark/CQ Roll Call/Getty Images

Loyalty to the president is a central issue in the Republican primaries, and
GOP candidates across all four states are aiming to prove to voters that they
are the true Trump ally.

"In these Republican primaries under the current Senate map, loyalty to
Trump is the number one cause. It's the number one issue," said Leah
Askarinam, a reporter, and analyst at Inside Elections, a nonpartisan outlet
that analyzes House, Senate, gubernatorial and presidential campaigns,
"These candidates have spent the last several months tying themselves as
closely as possible to the president. It's unclear if that will work in a general
election. Most of these states did support Trump by more than just a few
points."

The GOP is holding on to a razor-thin 51-49 majority in the U.S. Senate and
Democrats are defending ten states that voted for Trump in 2016, and both
parties are keenly aware that avoiding unforced missteps and nominating
quality candidates is the difference between a Senate majority or minority.

**Republicans sort out primary messes**

In West Virginia, Republicans are fretting over the candidacy of former coal
company CEO who was convicted of a misdemeanor for conspiring to
violate mine safety regulations Don Blankenship, who threatens a prime
pickup opportunity for the party in a state that Trump won by more than
40 points in 2016.

ABC000442



Former Massey Energy CEO Don Blankenship, Republican U.S. Senate candidate from West Virginia, pauses while speaking during a town hall campaign event in Huntington, W.V., Feb. 1, 2018.
Luke Sharrett/Bloomberg via Getty Images

Blankenship has made his opposition to Senate Majority Leader Mitch McConnell, R-Ky. a centerpiece of the campaign in which he referred to McConnell's in-laws as his "China family" in a recent campaign ad.

McConnell himself has stayed mum on the former coal baron who was Massey Energy CEO when during the Upper Big Branch Mine explosion that killed 29 people, but his allies, the president's son Don Jr. and even President Trump himself have warned in recent days of the damage that a Blankenship win could have on the GOP's hopes of holding the Senate.



**Donald J. Trump**
@realDonaldTrump

To the great people of West Virginia we have, together, a really great chance to keep making a big difference. Problem is, Don Blankenship, currently running for Senate, can't win the General Election in your State...No way! Remember Alabama. Vote Rep. Jenkins or A.G. Morrisey!

52.5K   6:53 AM – May 7, 2018

19.6K people are talking about this



**Donald Trump Jr.**
@DonaldJTrumpJr

I hate to lose. So I'm gonna go out on a limb here and ask the people of West Virginia to make a wise decision and reject Blankenship!

No more fumbles like Alabama. We need to win in November. #wv #wvpol

24.4K   3:44 PM – May 3, 2018

9,245 people are talking about this

The Senate Leadership Fund (SLF), a super PAC run by a McConnell ally, released a statement last week slamming Blankenship ahead of Tuesday's primary.

ABC000443

USCA4 Appeal: 22-1198 Doc: 51 Filed: 05/25/2022 Pg: 35 of 306

Case 2:19-cv-00236 Document 888-17 Filed 05/24/21 Page 5 of 9 PageID #: 12557

"There is only one candidate in this race - maybe in the history of candidates running for U.S. Senate, who has ever entertained the idea becoming Chinese. His name is ex-convict Don Blankenship," the statement from SLF spokesman Chris Pack read.

The danger lurking for Republicans in a Blankenship candidacy harkens back to 2012 when two GOP Senate candidates, Todd Akin and Richard Mourdock, made critical gaffes during the waning days of their campaigns and cost the party a chance at two seats that could have helped them capture a majority.

The candidacy of Roy Moore in Alabama provided yet another example of when controversial candidates cause headaches for a national party. Moore lost a deep red seat to Democrat Doug Jones, thinning Republican's majority in the U.S. Senate to the current 51-49 margin.

Indiana and Ohio represent less treacherous scenarios for Republicans, but the GOP primary in the Hoosier State has been an all-out brawl to be President Trump's most loyal foot-soldier in the Senate.

"Todd Rokita puts on a MAGA hat, he runs around the state, but on the tough votes...he's against President Trump," GOP Rep. Luke Messer said of his Republican House colleague Rokita in a debate last month. Rokita in return has called his opponent "Missing Messer" amid reports that he no longer lives in Indiana, and is airing ads saying he is "pro-life, pro-gun and pro-Trump,"

ABC000444

What can Tuesday night's primaries tell us about the midterms? - ABC News

USCA4 Appeal: 22-1708 Doc: 53 Case 2:19-cv-00236 Document 888-17 Filed 05/24/21 Page 6 of 9 PageID #: 12558 Pg: 36 of 306



Senate candidate Todd Rokita speaks during the Indiana Republican Senate Primary Debate, April 30, 2018, in Indianapolis.
Darron Cummings/AP

Meanwhile, wealthy businessman Mike Braun has poured over $5 million of his own money to boost himself as the outsider in the race running against two interchangeable career politicians that represent the Washington, D.C. "swamp."

Messer, Rokita, and Braun are all hoping that they can unseat Donnelly, a red-state Democrat that has tried to carve out a moderate reputation for himself in the Senate, and recently voted to confirm President Trump's pick for Secretary of State, Mike Pompeo.

President Trump endorsed Ohio GOP Congressman Jim Renacci in his Senate bid after convincing him to switch from the governor's race and appeared with him over the weekend in the state. Renacci is facing a primary challenge from businessman Mike Gibbons but is still expected to win the nomination to take on Sherrod Brown.

USCA4 Appeal: 22-1708    Doc: 51    Filed: 05/25/2022    Pg: 37 of 306



Sen. Sherrod Brown speaks to reporters about the tax reform bill the Senate passed last week, and the possibility of a Government shutdown, at U.S. Capitol, Dec. 5, 2017 in Washington, D.C.
Mark Wilson/Getty Images, FILE

**Democrats try to make headway in Trump country**

Tuesday night will also provide a preview of races that could become critical to control of the U.S. House.

Although Tuesday's primaries are taking place in four states that Hillary Clinton lost in 2016, Democrats are eyeing a number of U.S. House seats as potential building blocks in their attempt to retake the lower chamber this year.

Four Democratic candidates vying for House seat nominations are part of the Democratic Congressional Campaign Committee's (DCCC) "Red to Blue" program for candidates the organization deems as "top-tier."

The most immediate opportunity for Democrats to pick up ground in the House is in Ohio's 12th Congressional District, where the resignation of GOP Rep. Pat Tiberi in January triggered both a GOP primary battle and an August special election that has Republicans nervous about losing another traditionally red seat once held by current Ohio Governor and former GOP presidential candidate John Kasich.

2651

ABC000446

USCA4 Appeal: 21-1164    Doc: 53    Filed: 05/25/2022    Pg: 38 of 306
Case 2:19-cv-00236   Document 888-17   Filed 05/24/21   Page 8 of 9 PageID #: 12560
What can Tuesday night's primaries tell us about the midterms? - ABC News



▢ *Rep. Pat Tiberi officials from the IRS during a hearing at the House Ways and Means Committee on Capitol Hill, in Washington, May 17, 2013.*
Charles Dharapak/AP

Tiberi has backed state senator Troy Balderson, while House Freedom Caucus co-chair Jim Jordan has thrown his support behind Melanie Leneghan, who has dubbed herself a diehard "Trump Republican." The Club for Growth Action PAC has also aired an ad bashing Balderson as "not on Trump's side."

"Without an incumbent advantage in a year that seems to be favoring Democrats, that's a tough dynamic for Republicans," Askarinam said, "The question is whether Republicans believe that this district is still in the vein of Tiberi and Kasich."

In North Carolina, Democrats are eyeing two GOP-held seats they believe could be in play come November.

Dan McCready and Kathy Manning, well-funded Democratic challengers in North Carolina's suburban 9th and 13th Congressional Districts that are part of the DCCC's "Red to Blue" program. McCready is running in the 9th Congressional District, where incumbent GOP Rep. Robert Pittenger is facing a primary challenge from the same man who fell just 134 votes short of unseating him in the 2016 primary — local pastor Mark Harris.

Both McCready and Manning have out-fundraised their opponents, Pittenger and GOP Rep. Ted Budd, a sign that the party could have a realistic shot with voters in a suburban district President Trump won in 2016, but may have fallen out of favor within the first year and a half of his administration.

ABC000447



Rep. Robert Pittenger speaks at an event on tax policy in Charlotte, N.C., April 20, 2018. Pittenger features Trump prominently in his campaign.
Chuck Burton/AP

In West Virginia's 3rd Congressional District, an open seat race with Jenkins running for Senate, Democratic state senator Richard Ojeda, who was brutally beaten in 2016 ahead of the primary election, has garnered attention for his appeal to voters in deep red Trump country. Trump won the district by almost 50 points in 2016, but the districts ancestrally blue roots and historic support for Manchin may create a competitive race in November.

*WATCH LIVE ON TUESDAY: You can watch livestreaming coverage of all the primary action starting at 7 p.m. ET on ABCNews.com or on the ABC News app available on the Apple App Store, Google Play Store, Apple TV App Store, and Roku Channel Store.*

*Don't forget to sign up for Midterm Elections Alerts to get more coverage of this year's election season from our powerhouse politics team.*

💬 Comments (39)

abcNEWS

Before You Go

Refreshing Air Cooler Flying Off Shelves In United States
Simple Discount Finder |

ABC000448

# EXHIBIT 18

Big stakes in West Virginia, Indiana, Ohio bellwether primaries - ABC News

USCA4 Appeal: 22-1198 Case 2:19-cv-00236 Document 888-18 Filed 05/25/2022 Filed 05/24/21 Pg 41 of 306 Page 2 of 58 PageID #: 12563

LOG IN

# Big stakes in West Virginia, Indiana, Ohio bellwether primaries

*West Virginia, Indiana and Ohio host bellwether primaries.*

By **Halimah Abdullah**, **Cheyenne Haslett**, and **John Verhovek**
May 9, 2018 1:34 PM • 44 min read



**GOP, Democrats score wins in high-stakes primaries**

*Former coalmining tycoon Don Blankenship lost the GOP Senate primary in West Virginia, one of the most closely watched races.*



ABC000449

The candidates who emerged victorious from fierce faceoffs Tuesday night in tough and pricey primary battles in Indiana, North Carolina, Ohio and West Virginia will provide critical clues into which party might eventually gain control of the U.S. House and Senate in November.

In the closely watched West Virginia GOP Senate primary, establishment Republicans stopped the momentum of former coal baron, Don Blankenship, in a race that has been filled with sharp-tongued barbs, questionable comments about ethnicity, and tweeted rebukes from President Trump and his son, Donald Trump Jr., among others.

Over in the Indiana Senate primary, Republicans fought over who is the Trumpiest of Trump supporters in a race that has featured cardboard cutouts of opponents and a lovefest via Twitter of all things Trump.

In Ohio's Democratic gubernatorial primary, candidates leaned left in the hopes of wooing progressives.

### 1:22 pm - High numbers of women emerge as victors in Democratic primaries

Last night's outcome foreshadows 2018 is indeed panning out to be the "Year of the Woman."

Among the 27 women nominees for the U.S. House in Indiana, North Carolina, Ohio and West Virginia, eight are black women, according to the Center for American Women and Politics at Rutgers University's "Gender Watch 2018".

Jeannine Lee Lake, the first African American to win a party nomination for Congress in Indiana's 6th Congressional District, will face Republican Greg Pence, the brother of Vice President Mike Pence, who held the seat for 12 years before being elected governor of the Hoosier State.

ABC000450

USCA4 Appeal: 22-1768   Doc: 53   Filed: 05/25/2024   Pg: 43 of 306
Big stakes in West Virginia, Indiana, Ohio bellwether primaries - ABC News
Case 2:19-cv-00236   Document 888-18   Filed 05/24/21   Page 4 of 58 PageID #: 12565

Read more from Paola Chavez here.

## 1:18 pm - In case you missed it: 'Kids Kick Opioids' winner to be announced in West Virginia, amid contested primary

As West Virginia voters headed to the polls to cast their ballots in the highly-contested primary, students in the Mountain State waited to hear who won the second annual "Kids Kick Opioids" contest.

The competition was designed to raise awareness about prescription painkiller abuse and encourage elementary and middle school students to share their stories through poems, drawings and letters.

West Virginia has the nation's highest drug overdose rate. Nearly 900 people in the state lost their lives to drug overdoses in 2016, many of which were opioid-related. Read Paola Chavez's reporting here.

## 12:08 am OH-12 GOP primary: State Sen. Troy Balderson wins nomination, will face Danny O'Connor in August special election

State Senator Troy Balderson has narrowly won the GOP nomination in Ohio's 12th Congressional District.

Balderson, backed by Rep. Pat Tiberi (who resigned the seat in January), barely eked out a win over Trump-aligned candidate Melanie Leneghan. With 95% of precincts in Balderson is leading Leneghan 29%-28%.

Balderson now goes on to face Democrat Danny O'Connor in the August 7th special election to fill the seat for the remainder of this session of Congress.

## 11: 22 pm - More projections from the primaries

ABC000451

USCA4 Appeal: 23-1198    Doc: 53         Filed: 06/25/2024    Pg: 44 of 306
Big stakes in West Virginia, Indiana, Ohio bellwether primaries - ABC News
Case 2:19-cv-00236   Document 888-18   Filed 05/24/21   Page 5 of 58 PageID #: 12566

Here are a few more projections on races that the ABC News Politics team has been tracking tonight.

OH-16 (GOP Primary): Former NFL player Anthony Gonzalez beats Trump-aligned candidate OH State Rep. Christina Hagan. This is an open seat with Rep. Jim Renacci running for U.S. Senate. The Democratic primary in OH-16 has not been projected by the AP.

NC-09 (Democratic primary): Marine Veteran and solar energy entrepreneur Dan McCready easily advanced to the November election, where he will face Baptist pastor Mark Harris, who unseated sitting GOP Rep. Robert Pittenger in this district that stretches from the Charlotte suburbs to southeastern NC. McCready has a large fundraising advantage over Harris in what is now a premium pickup opportunity for Dems in November.

NC-13 (Democratic primary): Attorney Kathy Manning easily defeated her primary challenger Adam Coker in this central North Carolina district. She will take on GOP Rep. Ted Budd in November in a district President Trump won by just over 9 points in 2016, but Democrats hope to put in play.

IN-02 (Democratic primary): Mel Hall wins the three-way contested primary to take on Rep. Jackie Walorski in this South Bend-area congressional district.

WV-03 (GOP primary): WV State Delegate Carol Miller wins the GOP nomination for this open seat, southern WV district. Miller will take on State Sen. Richard Ojeda in November.

NC-02 (Democratic primary): Wake County Commissioner Linda Coleman wins the Democratic nomination over well-funded entrepreneur Ken Romley. Coleman will take on Rep. George Holding in this suburban Raleigh district Democrats are targeting in November.

ABC000452

## 10:55 p.m. - Incumbent loses GOP primary in North Carolina's 9th Congressional District

AP called the GOP primary in North Carolina's 9th District for local pastor Mark Harris. As of Tuesday night, Rep. Robert Pittenger is trailing challenger Harris by just under 1,000 votes.

Pittenger only beat Harris in the 2016 primary race by 134 votes.

## 10:46 p.m. - DSCC weighs in on Morrisey's win in the West Virginia Senate GOP primary

"Patrick Morrisey emerges tonight badly bruised from a bizarre primary contest that focused on personal political attacks instead of West Virginians," Democratic Senate Congressional Committee spokesman David Bergstein said in a statement.

Bergstein emphasized Morrisey's past as a lobbyist that took in hundreds of thousands of dollars while representing special interests in the healthcare industry and urged voters to hold him accountable.

ABC000453

Big stakes in West Virginia, Indiana, Ohio bellwether primaries - ABC News
USCA4 Appeal: 22-1998 Doc: 53 Filed: 08/25/2022 Pg: 46 of 306
Case 2:19-cv-00236 Document 888-18 Filed 05/24/21 Page 7 of 58 PageID #: 12568



Candidate Patrick Morrisey, right, who is running for the Republican nomination for Senate in West Virginia, attends a campaign event with Sen. Rand Paul, R-Ky., left, in Huntington, W.Va., May 3, 2018.
Tom Williams/CQ Roll Call via Newscom

## 10:22 p.m. - AP calls the West Virginia GOP Senate primary for State Attorney General Morrisey

The Associated Press has called the West Virginia GOP Senate primary for State Attorney General Morrisey.

## 10:10 p.m. - Former coal baron-turned politico Don Blankenship concedes

Don Blankenship, the former coal baron-turned-politico conceded in the closely watched West Virginia GOP Senate primary.



**Meridith McGraw** ✔
@meridithmcgraw

"Don't feel sorry for me," says Blankenship. Tomorrow he tells me he plans to go to @The_Greenbrier to play Black Jack and maybe go to the spa with his fiancé. He says a trip to Paris is in the works and time with his grandkids

ABC000454



U.S. Senate Republican primary candidate Don Blankenship addresses supporters following a poor showing in the polls May 8, 2018 in Charleston, West Virginia.
Jeff Swensen/Getty Images

Some in GOP leadership cheered the loss including Senate majority leader Mitch McConnell in an apparent tongue-in-cheek reference to the Netflix show "Narcos," which features drug kingpin Pablo Escobar.

> *Thanks for playing, @DonBlankenship. #WVSen*
> *pic.twitter.com/TV1ETgQdmu*
>
> — *Team Mitch (@Team_Mitch) May 9, 2018*

During the contentious primary, Blankenship repeatedly referred to McConnell as "Cocaine Mitch," an insult and allusion to allegations that a shipping company run by the father of McConnell's wife, Elaine Chao, transported drugs.

ABC000455

USCA4 Appeal: 22-1998    Doc: 53    Filed: 05/25/2023    Pg: 48 of 306
Big stakes in West Virginia, Indiana, Ohio bellwether primaries - ABC News
Case 2:19-cv-00236   Document 888-18   Filed 05/24/21   Page 9 of 58 PageID #: 12570

"My father-in-law is an American, who lives in New York, works in New York. And I don't have any comment about ridiculous observations like that," McConnell told Fox News.

On Twitter, the show "Narcos" later hit back at McConnell's reference.

*Mike Braun, center, candidate for the Republican nomination for Senate in Indiana, attends the Kosciusko County Republican Fish Fry in Warsaw, Ind., April 4, 2018.*
Tom Williams/CQ Roll Call via AP

ABC000456



Ohio Attorney General and Republican gubernatorial candidate Mike DeWine greets supporters at a primary election night event, May 8, 2018, in Columbus, Ohio.
Bryan Woolston/AP

ABC000457



*Greg Pence, Republican candidate for the U.S. House of Representatives, arrives at a primary-night watch party, May 8, 2018 in Columbus, Indiana. Pence is the older brother of Vice President Mike Pence.*
Scott Olson/Getty Images

ABC000458

Big stakes in West Virginia, Indiana, Ohio bellwether primaries - ABC News
USCA4 Appeal: 22-1198   Doc: 53   Filed: 08/25/2023   Pg: 51 of 306
Case 2:19-cv-00236   Document 888-18   Filed 05/24/21   Page 12 of 58 PageID #: 12573

*Don Blankenship, who is running for the Republican nomination for Senate in West Virginia, attends a town hall meeting at Macado's restaurant in Bluefield, W.Va., May 3, 2018.*
Tom Williams/CQ Roll Call/Getty Images



ABC000459

USCA4 Appeal: 22-1198    Doc: 53    Filed: 08/08/2022    Pg: 52 of 306
Case 2:19-cv-00236   Document 888-18   Filed 05/24/21   Page 13 of 58 PageID #: 12574

Big stakes in West Virginia, Indiana, Ohie bellwether primaries - ABC News



FiveThirtyEight
@FiveThirtyEight

Ohio's Issue 1, an amendment to make the state's
redistricting process less partisan, has cruised to victory.

(Based on the few data points we have, it looks like
Americans don't like gerrymandering.)

What Went Down In The May 8 Primary Elections
Live coverage and results of the primary elections in West Virginia,
Ohio, Indiana and North Carolina.
🔗 fivethirtyeight.com

9:09 PM · May 8, 2018                                                          ⓘ

♡ 134      ♡ 45 people are Tweeting about this


Meridith McGraw
@meridithmcgraw

Blankenship just came up to the podium to tell people in
the room the results aren't "looking so good."

"Perhaps, President Trump has been successful," said
Blankenship. #WVSen

ABC000460

USCA4 Appeal: 22-1198    Doc: 53    Filed: 08/25/2023    Pg: 53 of 306
Case 2:19-cv-00236   Document 888-18   Filed 05/24/21   Page 14 of 58 PageID #: 12575



Mike Braun, center, candidate for the Republican nomination for Senate in Indiana, attends the Kosciusko County Republican Fish Fry in Warsaw, Ind., April 4, 2018.
Tom Williams/CQ Roll Call via AP



Ohio Attorney General and Republican gubernatorial candidate Mike DeWine greets supporters at a primary election night event, May 8, 2018, in Columbus, Ohio.
Bryan Woolston/AP

ABC000461

**Mike Pence** @Mike_Pence

Congratulations to my brother @GregPenceIN on his big primary win tonight in #IN06! He's making Hoosiers & the Pence family proud. Good luck in November!

8:16 PM · May 8, 2018

13.3K 2.2K people are Tweeting about this

**ABC News** @ABC

Watch @ABC's full interview with Don Blankenship.

A former coal company CEO who was convicted of a misdemeanor for conspiring to violate mine safety regulations, Blankenship is vying for the West Virginia Senate GOP nomination. abcn.ws/2KKztDr

7:23 10.3K views

8:08 PM · May 8, 2018

11 35 people are Tweeting about this



Greg Pence, Republican candidate for the U.S. House of Representatives, arrives at a primary-night watch party, May 8, 2018 in Columbus, Indiana. Pence is the older brother of Vice President Mike Pence.
Scott Olson/Getty Images



**Joe Manchin** ✓
@JoeManchinWV

You've got until 7:30 PM to get in line to cast your vote! Find your polling place:
services.sos.wv.gov/Elections/Vote...

ABC000463

**Todd Rokita**
@ToddRokitaIN

There is still time left to go VOTE! Polls are closing soon. Find your local polling place here --->
indianavoters.in.gov #INsen

4:58 PM · May 8, 2018

22 41 people are Tweeting about this

**Dennis Kucinich**
@Dennis_Kucinich

One thing is clear — this grassroots campaign has what it takes to win.

Less than 3 hours left in the #OHIOPRIMARY, and we need your help to keep the momentum going. Tell your friends, family, neighbors: time to !!

#OHGov #PowerToWeThePeople

USCA4 Appeal: 22-1198    Doc: 53      Filed: 08/25/2022    Pg: 57 of 306
Big stakes in West Virginia, Indiana, Ohio bellwether primaries - ABC News
Case 2:19-cv-00236   Document 888-18   Filed 05/24/21   Page 18 of 58 PageID #: 12579



Don Blankenship, who is running for the Republican nomination for Senate in West Virginia, attends a town hall meeting at Macado's restaurant in Bluefield, W.Va., May 3, 2018.
Tom Williams/CQ Roll Call/Getty Images

I back President @realDonaldTrump's agenda. This is a time for teamwork -- that's why I'm running to shake up the Senate and pass the Trump agenda. #INSen #ILikeLuke pic.twitter.com/w9MIviuDmj

— Luke Messer (@LukeMesserIN) March 15, 2018



**Stephanie Ebbs** @stephebbs

I talked to @AyneAmjad, a doctor running for Congress in West Virginia. She said "I just got tired of watching things go in a direction I didn't like and realized the only way you can change things is to get into politics."

USCA4 Appeal: 22-1198    Doc: 53          Filed: 05/25/2023    Pg: 58 of 306
Big stakes in West Virginia, Indiana, Ohio bellwether primaries - ABC News
Case 2:19-cv-00236   Document 888-18   Filed 05/24/21   Page 19 of 58 PageID #: 12580



**9:45 p.m. - FiveThirtyEight, an ABC News partner, on North Carolina's 3rd Congressional District race**

The AP has called the GOP primary in the North Carolina 3rd District for Rep. Walter Jones.

(He's the incumbent, as well as the anti-establishment candidate.) https://t.co/UBwWMHuR7Q

**9:34 p.m. - ABC News partner FiveThirtyEight highlights Ohio's amendment to make the state's redistricting process less partisan**



ABC000466

**9:02 p.m. - AP calls Ohio Senate GOP primary for Rep. Jim Renacci**

Winning most areas of the state, Rep. Jim Renacci has a lead over his rivals in the Ohio Senate GOP primary, according to the Associated Press. Renacci was endorsed by President Trump in his bid to try and unseat incumbent Democratic Sen. Sherrod Brown.

**9:00 p.m. - Don Blankenship takes the stage to say "it doesn't look good"**

Before the results were in, Don Blankenship got up in front of the crowd at his West Virginia headquarters on election night to say he didn't think the night was going to go how he planned. It was mostly close friends in the crowd, he said, and he wanted to be honest with them.

"Don't be dismayed, I did everything I could do," he said on stage.

But afterward, in an interview with ABC News' MaryAlice Parks, Rick Klein and Tom Llamas he was adamant that he was "nowhere near" conceding.

---

**Meridith McGraw** ✔
@meridithmcgraw

Blankenship just came up to the podium to tell people in the room the results aren't "looking so good."

"Perhaps, President Trump has been successful," said Blankenship. #WVSen

---

ABC000467

USCA4 Appeal 22:1198    Doc: 53      Filed: 08/08/22    Pg: 60 of 306
Case 2:19-cv-00236   Document 888-18   Filed 05/24/21   Page 21 of 58 PageID #: 12582
Big stakes in West Virginia, Indiana, Ohio bellwether primaries - ABC News

"I don't think it's impossible to have a comeback but the numbers are not where I'd hoped they would be at this point in time," Blankenship said.

"They have to do their own thing and however it turns out that's what democracy's all about," Blankenship said of the West Virginia voters.

West Virginia voter who says he lost three cousins in mine disaster tied to Don Blankenship tells @TomLlamasABC he's voting for the coal baron anyway.

"I want an honest crook, and that's Blankenship." https://t.co/6CmPQXqK2u pic.twitter.com/jeWQUUZ5hI

### 8:49 p.m. - AP projects Mike Braun's win for Senate GOP nomination in Indiana

AP calls the Indiana Senate GOP primary for Mike Braun.

A self-proclaimed "outsider," millionaire businessman Braun managed to lead the GOP primary with an aggressive campaign funded almost entirely by almost $6 million of his own money.

ABC000468

USCA4 Appeal: 22-1198 Doc: 53 Filed: 08/25/2023 Pg: 61 of 306

Big stakes in West Virginia, Indiana, Ohio bellwether primaries - ABC News
Case 2:19-cv-00236 Document 888-18 Filed 05/24/21 Page 22 of 58 PageID #: 12583



Mike Braun, center, candidate for the Republican nomination for Senate in Indiana, attends the Kosciusko County Republican Fish Fry in Warsaw, Ind., April 4, 2018.
Tom Williams/CQ Roll Call via AP

"Congratulations to Mike Braun on his win in tonight's primary," National Republican Senate Committee executive director Chris Hansen said in a statement. "Mike's success in creating jobs for Hoosiers as a business owner is a stark contrast to Joe Donnelly's history of shipping jobs to Mexico, and his record will ensure his success in the general election."

According to ABC News' Alisa Wiersema, on the loss, an official from opponent Rep. Luke Messer's campaign said this: "The man who has the most gold typically wins."

An official from Rep. Rokita's campaign agreed.

**8:48 p.m. - AP projection: Incumbent Sen. Joe Manchin wins Democratic Senate primary in West Virginia**

ABC000469

Manchin was facing a primary challenge from Democratic activist Paula Swearengin.

### 8:38 p.m. - AP projection: Ohio Attorney General Mike DeWine wins state's Republican primary

AP called the Republican primary for Ohio governor in favor of DeWine. DeWine and Republican Gov. John Kasich's Lt. Gov. Mary Taylor have been battling it out in the Republican primary and largely distanced themselves from Kasich and his policies.



Ohio Attorney General and Republican gubernatorial candidate Mike DeWine greets supporters at a primary election night event, May 8, 2018, in Columbus, Ohio.
Bryan Woolston/AP

Voters can now look forward to a DeWine-Cordray match-up for Kasich's seat.

### 8:31 p.m. - AP calls Democratic primary for Ohio governor's race for Richard Cordray

ABC000470

The former director of the Consumer Financial Protection Bureau
Democrat Richard Cordray is the projected winner for the Democratic
primary for Ohio governor, according to the Associated Press.

What happened in the Democratic primary for the Ohio governor's race?

Well, Cordray won with a commanding lead against former presidential
candidate and Ohio congressman Dennis Kucinich. Kucinich is losing big
in every region of the state, including the Democratic stronghold (and his
home region) of Cleveland, according to ABC News' John Verhovek reports.

The Ohio Democratic Party later congratulated Cordray's nomination.

"The Cordray-Sutton message that focused on 'kitchen-table' issues clearly
resounded with voters who want a governor who will fix Columbus, stand
up for every Ohioan to get a fair shake and fight for our future," David
Pepper, chairman of the Ohio Democratic Party said in a statement.

More on Cordray here.

### 8:18 p.m. - From Pence to Pence: A brotherly congratulations

The vice president congratulated his older brother over Twitter just after 8
p.m. on Greg Pence's projected win in Indiana's 6th Congressional District,
which the younger Pence formerly held before serving as governor of
Indiana (and then veep). Greg Pence has never run for office.



Mike Pence
@Mike_Pence

Congratulations to my brother @GregPenceIN on his big
primary win tonight in #IN06! He's making Hoosiers &
the Pence family proud. Good luck in November!

8:16 PM · May 8, 2018

ABC000471

## 8:17 p.m. Blankenship weighs in live

ABC News' MaryAlice Parks and Tom Llamas caught up with Don Blankenship at his campaign headquarters in West Virginia. He told them that if elected, he'll vote against Senate majority leader Mitch McConnell.

"Probably can raise more money when you're against Mitch McConnell than when you're for him," he said. The full interview is below.



**ABC News** ✔
@ABC

Watch @ABC's full interview with Don Blankenship.

A former coal company CEO who was convicted of a misdemeanor for conspiring to violate mine safety regulations, Blankenship is vying for the West Virginia Senate GOP nomination. abcn.ws/2KKztDr

7:23   10.3K views

8:08 PM · May 8, 2018                                              ⓘ

♡ 11        ○ 35 people are Tweeting about this

## 7:30 p.m. - The polls are closed in each of tonight's primary races.

ABC000472

Big stakes in West Virginia, Indiana, Ohio bellwether primaries - ABC News
USCA4 Appeal: 22-1198    Doc: 53    Filed: 08/25/2022    Pg: 65 of 306
Case 2:19-cv-00236   Document 888-18   Filed 05/24/21   Page 26 of 58 PageID #: 12587

The polls are closed in West Virginia, Indiana and Ohio — the three states that held Senate primaries tonight and will send the Republican winners to face-off against Democratic incumbents — an effort the GOP hopes will give them more of a hold in the Senate. Ohio also held a closely watched gubernatorial primary.

The polls are also closed in North Carolina, where voters cast their ballots in primaries across the state for seats in the House.

Check out our coverage of the Senate primaries in West Virginia, Indiana and Ohio for live updates on each individual race — and here, where we'll have live coverage all night.

### 7:22 p.m. - AP projects Greg Pence wins GOP nomination for Indiana congressional seat once held by brother, Vice President Mike Pence

In one of the races ABC News is watching tonight, AP projects that Republican Greg Pence — the older brother of Vice President Mike Pence — in Indiana's 6th Congressional District, has a strong lead in his bid for his brother's old seat.

ABC000473

USCA4 Appeal: 22-1198 Doc: 53 Filed: 08/25/2023 Pg: 66 of 306
Case 2:19-cv-00236 Document 888-18 Filed 05/24/21 Page 27 of 58 PageID #: 12588

Big stakes in West Virginia, Indiana, Ohio bellwether primaries - ABC News



Greg Pence, Republican candidate for the U.S. House of Representatives, arrives at a primary-night watch party, May 8, 2018 in Columbus, Indiana. Pence is the older brother of Vice President Mike Pence.
Scott Olson/Getty Images

With 17 percent of precincts reporting, Pence had 68 percent and Jonathan Lamb had 21 percent.

### 7:10 p.m. - The rest of the polls have closed in Indiana

Indiana voters now wait for results. Next, polls will close in North Carolina, West Virginia and Ohio.

### 6:30 p.m. - Scoop: Blankenship says he'll defeat Manchin with a banner that reads "Beat Joe"

Controversial Republican Senate candidate Don Blankenship isn't taking the president's anti-endorsement personally. And he's already focused on West Virginia's Democratic incumbent, Sen. Joe Manchin — who he said "will be easy to beat."

ABC000474

In an interview with ABC News' Tom Llamas, Blankenship said Manchin "killed himself" by opposing the Trump agenda. And this is his strategy: "Just hang up a banner: Beat Joe," Blankenship said.

> *Coming up on @ABCWorldNews on parole and on the ballot. Is Don Blakenship the next outsider about to disrupt the Republican Party? The results of this race and the other big primaries tonight on @ABC pic.twitter.com/mz0kfPG2Ev*
>
> *— Tom Llamas (@TomLlamasABC) May 8, 2018*

**6:00 p.m. - First poll closure of the night: Indiana**

Most polls in the Indiana primary closed at 6 p.m., EST. Some will close at 7 p.m. EST.

The state known for its "Hoosier hospitality" has seen a bitter and personal race in the lead up to the general when the Republican candidate will aim to unseat incumbent Democratic Senator Joe Donnelly. Two members of the House, Reps. Todd Rokita and Luke Messer, have known each other since college.

The third addition to the race is millionaire business owner Mike Braun.

Indiana is a state President Trump won by nearly 20 points. Vice President Mike Pence previously served as governor. All of the Republican candidates say they are the top pick for backing the Trump agenda.

While the field of candidates is not big, a lack of polling makes it difficult to pin down a definite front-runner.

**5:42 p.m. - Candidates make final push for voters to cast their ballots**

ABC000475

In West Virginia, sitting Senator Joe Manchin, a Democrat who will have to fight for his seat in the midterms, tweeted two hours before the polls closed.



And in Indiana, Rep. Todd Rokita, a Republican candidate running for the Indiana Senate seat:

ABC000476

USCA4 Appeal: 22-1198    Doc: 53      Filed: 08/25/2022    Pg: 69 of 306
Case 2.19-cv-00236   Document 888-18   Filed 05/24/21   Page 30 of 58 PageID #: 12591
Big stakes in West Virginia, Indiana, Ohio bellwether primaries - ABC News



And in Ohio, Dennis Kucinich — the "boy mayor" who served Cleveland as the youngest mayor in city history at 31, a former Democratic congressman and a former presidential candidate:



ABC000477

USCA4 Appeal: 22-1198   Doc: 53   Filed: 08/25/2022   Pg: 70 of 306
Case 2.19-cv-00236   Document 888-18   Filed 05/24/21   Page 31 of 58 PageID #: 12592

## 5:28 p.m. - Does Mitch McConnell have a reaction to Blankenship's "Chinapeople" ad?

Short answer: Wait and see.

Senate majority leader Mitch McConnell said Tuesday that he's going to wait until after the election results are in before he comments on an ad released by Republican candidate Don Blankenship that accused McConnell of creating jobs "for Chinapeople," a description many saw as racially-offensive.



Don Blankenship, who is running for the Republican nomination for Senate in West Virginia, attends a town hall meeting at Macado's restaurant in Bluefield, W.Va., May 3, 2018.
Tom Williams/CQ Roll Call/Getty Images

Last week, Blankenship, a Republican candidate in the West Virginia Senate race and a former CEO of a coal company with a misdemeanor conviction, released an ad featuring an insult aimed directly at McConnell and his wife, Transportation Secretary Elaine Chao.

ABC000478

Big stakes in West Virginia, Indiana, Ohio bellwether primaries - ABC News
USCA4 Appeal: 22-1198    Doc: 53    Filed: 08/25/2022    Pg: 71 of 306
Case 2:19-cv-00236   Document 888-18   Filed 05/24/21   Page 32 of 58 PageID #: 12593

"We're gonna find out what happens in West Virginia tonight and I may have more to say on that tomorrow," McConnell said. He also wouldn't say whether the Republican Party would support Blankenship should he win the primary.

Senate minority leader Chuck Schumer — the top Democrat in the Senate — echoed McConnell, saying he wouldn't speculate until the winner is announced. *Mariam Khan*

### 4:00 p.m. - The disruptive coal man from West Virginia

Several of today's primary races have already gained national attention, but none more so than the three-way Republican battle for the Senate in West Virginia.

At the center of the drama is Don Blankenship, a former Massey Energy CEO who was convicted of a misdemeanor for conspiring to violate mine safety regulations after its Upper Big Branch Mine exploded, killing 29.

Blankenship is running against Republican Congressman Evan Jenkins and current state Attorney General Patrick Morrisey and has cast himself as a political outsider willing to take on Washington establishment. On Monday Blankenship even took jabs at President Trump, who implored West Virginians not to vote for him.

> *To the great people of West Virginia we have, together, a really great chance to keep making a big difference. Problem is, Don Blankenship, currently running for Senate, can't win the General Election in your State...No way! Remember Alabama. Vote Rep. Jenkins or A.G. Morrisey! — Donald J. Trump (@realDonaldTrump) May 7, 2018*

Read more here.

### 3:58 p.m. - What can Tuesday night's primaries tell us about the midterms?

ABC000479

USCA4 Appeal: 22-1198    Doc: 53       Filed: 08/25/2023    Pg: 72 of 306
Case 2:19-cv-00236   Document 888-18   Filed 05/24/21   Page 33 of 58 PageID #: 12594
Big stakes in West Virginia, Indiana, Ohio bellwether primaries - ABC News

What insights might tonight's primaries offer on the broader midterms?

Plenty.

Loyalty to the president is a central issue in the Republican primaries, and GOP candidates across all four states are aiming to prove to voters that they are the true Trump ally.

> I back President @realDonaldTrump's agenda. This is a time for teamwork -- that's why I'm running to shake up the Senate and pass the Trump agenda. #INSen #ILikeLuke pic.twitter.com/w9MIviuDmj
>
> — Luke Messer (@LukeMesserIN) March 15, 2018

**Stephanie Ebbs** ✔
@stephebbs

I talked to @AyneAmjad, a doctor running for Congress in West Virginia. She said "I just got tired of watching things go in a direction I didn't like and realized the only way you can change things is to get into politics."

West Virginia House candidate 'got tired of watching' opioid crisis r...
West Virginia House candidate Ayne Amjad says her experience as a

ABC000480

"In these Republican primaries under the current Senate map, loyalty to Trump is the number one cause. It's the number one issue," said Leah Askarinam, a reporter, and analyst at Inside Elections, a nonpartisan outlet that analyzes House, Senate, gubernatorial and presidential campaigns, "These candidates have spent the last several months tying themselves as closely as possible to the president. It's unclear if that will work in a general election. Most of these states did support Trump by more than just a few points."

The GOP is holding on to a razor-thin 51-49 majority in the U.S. Senate and Democrats are defending ten states that voted for Trump in 2016, and both parties are keenly aware that avoiding unforced missteps and nominating quality candidates is the difference between a Senate majority or minority.

Read more in John Verhovek's story here.

**3:56 p.m. - Voters in Indiana talk Trump**

While the Indiana Senate race serves as a chance for Republicans to bolster their majority in the Senate by unseating a vulnerable Democrat in a red state, some Republican voters in Indiana are saying a front-runner is hard to pinpoint, even though polls close in just a few hours. Multiple voters said they varied between backing Rep. Todd Rokita, Rep. Luke Messer, and businessman Mike Braun.

What these voters are sure about is backing President Trump's agenda. In many cases, voters have said they like the President's policies, even though they may not like his personal style.

One voter from Carmel, Indiana, said the president has accomplished a lot while in office but added that he can be "petty."

ABC000481

And another Carmel noted that she liked that Rokita put a "Make America Great Again" hat on in one of his commercials and talked about a border wall.

For reference — in 2016, Trump carried the state by nearly 20 points. *Alisa Wiersema*

### 3:54 p.m. - W. Va. candidate 'tired of watching' opioid crisis

Ayne Amjad works at the nexus of the opioid crisis and environmental hazards which residents say have caused their friends and neighbors to develop cancer.

The problem is felt especially acutely in the rural parts of West Virginia's 3rd Congressional District where Amjad — a somewhat accidental politician — saw patients every day struggling with the effects of the epidemic, high rates of cancer (sometimes explained away by some experts as lifestyle causes) and the high cost of healthcare.



Stephanie Ebbs ✔
@stephebbs

I talked to @AyneAmjad, a doctor running for Congress in West Virginia. She said "I just got tired of watching things go in a direction I didn't like and realized the only way you can change things is to get into politics."

ABC000482

USCA4 Appeal: 22-1198    Doc: 53    Filed: 08/08/2022    Pg: 75 of 306
Case 2:19-cv-00236   Document 888-18   Filed 05/24/21   Page 36 of 58 PageID #: 12597

"I just got tired of watching things go in a direction I didn't like and I realized the only way you can change things is to get into politics," she told ABC News, adding later. "I don't think we handle it properly, the people making the decisions for drugs are not even healthcare professionals which drives me insane," she said.

Amjad is one of seven Republicans running for the U.S. House seat held by Rep. Evan Jenkins in the primary election on Tuesday. Jenkins is running in the Republican Senate primary to challenge Democratic incumbent Sen. Joe Manchin.

Read more in Stephanie Ebbs' story here.

### 3:54 p.m. - Don Blankenship at center of party-backed super PAC primary fight in West Virginia

Former coal mogul Don Blankenship is at the center of a party-backed, super PAC, Senate primary fight in West Virginia as groups with obscure names and undisclosed donors spend millions of dollars.

The proxy fight — an effort to sway the Republican primary by influencing whether Blankenship makes it onto the ballot in November — has made the Senate bid one of the most expensive races so far this year.

Democrats have rolled out six-figure ads attacking two GOP primary candidates Evan Jenkins and Patrick Morrisey through the Duty and Country super PAC.

Soorin Kim lays out the numbers here.

### 6:00 a.m. - What's at stake in the first big primary day Of 2018

ABC000483

ABC News partner FiveThirtyEight offers a take on aspects of the races to watch. Check them out here.

*WATCH LIVE TONIGHT: You can watch livestreaming coverage of all the primary action starting at 7 p.m. ET on ABCNews.com or on the ABC News app available on the Apple App Store, Google Play Store, Apple TV App Store, and Roku Channel Store.*

Don't forget to sign up for Midterm Elections Alerts to get more coverage of this year's election season from our powerhouse politics team.

Thanks for playing, @DonBlankenship. #WVSen
pic.twitter.com/TV1ETgQdmu

During the contentious primary, Blankenship repeatedly referred to McConnell as "Cocaine Mitch," an insult and allusion to allegations that a shipping company run by the father of McConnell's wife, Elaine Chao, transported drugs.

"My father-in-law is an American, who lives in New York, works in New York. And I don't have any comment about ridiculous observations like that," McConnell told Fox News.

On Twitter, the show "Narcos" later hit back at McConnell's reference.

*Low blow, Mitch. https://t.co/5tk2Kf8X7Q*

*— Narcos (@NarcosNetflix) May 9, 2018*

**9:45 p.m. - FiveThirtyEight, an ABC News partner, on North Carolina's 3rd Congressional District race**

ABC000484

USCA4 Appeal: 22-1198    Doc: 53    Filed: 08/25/2022    Pg: 77 of 306
Case 2:19-cv-00236   Document 888-18   Filed 05/24/21   Page 38 of 58 PageID #: 12599
Big stakes in West Virginia, Indiana, Ohio bellwether primaries - ABC News

The AP has called the GOP primary in the North Carolina 3rd District for Rep. Walter Jones.

(He's the incumbent, as well as the anti-establishment candidate.) https://t.co/UBwWMHuR7Q

### 9:34 p.m. - ABC News partner FiveThirtyEight highlights Ohio's amendment to make the state's redistricting process less partisan

> *Ohio's Issue 1, an amendment to make the state's redistricting process less partisan, has cruised to victory.*
>
> *(Based on the few data points we have, it looks like Americans don't like gerrymandering.) https://t.co/HGbf0vSL6b*
>
> — *FiveThirtyEight (@FiveThirtyEight) May 9, 2018*

### 9:02 p.m. - AP calls Ohio Senate GOP primary for Rep. Jim Renacci

Winning most areas of the state, Rep. Jim Renacci has a lead over his rivals in the Ohio Senate GOP primary, according to the Associated Press. Renacci was endorsed by President Trump in his bid to try and unseat incumbent Democratic Sen. Sherrod Brown.

### 9:00 p.m. - Don Blankenship takes the stage to say "it doesn't look good"

Before the results were in, Don Blankenship got up in front of the crowd at his West Virginia headquarters on election night to say he didn't think the night was going to go how he planned. It was mostly close friends in the crowd, he said, and he wanted to be honest with them.

ABC000485

"Don't be dismayed, I did everything I could do," he said on stage.

But afterward, in an interview with ABC News' MaryAlice Parks, Rick Klein and Tom Llamas he was adamant that he was "nowhere near" conceding.

> *Blankenship just came up to the podium to tell people in the room the results aren't "looking so good."*
>
> *"Perhaps, President Trump has been successful," said Blankenship. #WVSen pic.twitter.com/1Z063egu9L*
>
> *— Meridith McGraw (@meridithmcgraw) May 9, 2018*

"I don't think it's impossible to have a comeback but the numbers are not where I'd hoped they would be at this point in time," Blankenship said.

"They have to do their own thing and however it turns out that's what democracy's all about," Blankenship said of the West Virginia voters.

West Virginia voter who says he lost three cousins in mine disaster tied to Don Blankenship tells @TomLlamasABC he's voting for the coal baron anyway.

"I want an honest crook, and that's Blankenship." https://t.co/6CmPQXqK2u pic.twitter.com/jeWQUUZ5hI

### 8:49 p.m. - AP projects Mike Braun's win for Senate GOP nomination in Indiana

AP calls the Indiana Senate GOP primary for Mike Braun.

ABC000486

A self-proclaimed "outsider," millionaire businessman Braun managed to lead the GOP primary with an aggressive campaign funded almost entirely by almost $6 million of his own money.



📷 *Mike Braun, center, candidate for the Republican nomination for Senate in Indiana, attends the Kosciusko County Republican Fish Fry in Warsaw, Ind., April 4, 2018.*
Tom Williams/CQ Roll Call via AP

"Congratulations to Mike Braun on his win in tonight's primary," National Republican Senate Committee executive director Chris Hansen said in a statement. "Mike's success in creating jobs for Hoosiers as a business owner is a stark contrast to Joe Donnelly's history of shipping jobs to Mexico, and his record will ensure his success in the general election."

According to ABC News' Alisa Wiersema, on the loss, an official from opponent Rep. Luke Messer's campaign said this: "The man who has the most gold typically wins."

An official from Rep. Rokita's campaign agreed.

ABC000487

**8:48 p.m. - AP projection: Incumbent Sen. Joe Manchin wins Democratic Senate primary in West Virginia**

Manchin was facing a primary challenge from Democratic activist Paula Swearengin.

**8:38 p.m. - AP projection: Ohio Attorney General Mike DeWine wins state's Republican primary**

AP called the Republican primary for Ohio governor in favor of DeWine. DeWine and Republican Gov. John Kasich's Lt. Gov. Mary Taylor have been battling it out in the Republican primary and largely distanced themselves from Kasich and his policies.



📷 *Ohio Attorney General and Republican gubernatorial candidate Mike DeWine greets supporters at a primary election night event, May 8, 2018, in Columbus, Ohio.*
Bryan Woolston/AP

Voters can now look forward to a DeWine-Cordray match-up for Kasich's seat.

ABC000488

Big stakes in West Virginia, Indiana, Ohio bellwether primaries - ABC News
USCA4 Appeal: 22-1198   Doc: 53        Case 2:19-cv-00236   Document 888-18   Filed 05/24/21   Page 42 of 58 PageID #: 12603
Filed: 08/25/2022   Pg: 81 of 306

## 8:31 p.m. - AP calls Democratic primary for Ohio governor's race for Richard Cordray

The former director of the Consumer Financial Protection Bureau Democrat Richard Cordray is the projected winner for the Democratic primary for Ohio governor, according to the Associated Press.

What happened in the Democratic primary for the Ohio governor's race?

Well, Cordray won with a commanding lead against former presidential candidate and Ohio congressman Dennis Kucinich. Kucinich is losing big in every region of the state, including the Democratic stronghold (and his home region) of Cleveland, according to ABC News' John Verhovek reports.

The Ohio Democratic Party later congratulated Cordray's nomination.

"The Cordray-Sutton message that focused on 'kitchen-table' issues clearly resounded with voters who want a governor who will fix Columbus, stand up for every Ohioan to get a fair shake and fight for our future," David Pepper, chairman of the Ohio Democratic Party said in a statement.

More on Cordray here.

## 8:18 p.m. - From Pence to Pence: A brotherly congratulations

The vice president congratulated his older brother over Twitter just after 8 p.m. on Greg Pence's projected win in Indiana's 6th Congressional District, which the younger Pence formerly held before serving as governor of Indiana (and then veep). Greg Pence has never run for office.

> *Congratulations to my brother @GregPenceIN on*
> *his big primary win tonight in #IN06! He's making*

ABC000489

> *Hoosiers & the Pence family proud. Good luck in*
> *November!*
>
> *— Mike Pence (@mike_pence) May 9, 2018*

## 8:17 p.m. Blankenship weighs in live

ABC News' MaryAlice Parks and Tom Llamas caught up with Don
Blankenship at his campaign headquarters in West Virginia. He told them
that if elected, he'll vote against Senate majority leader Mitch McConnell.

"Probably can raise more money when you're against Mitch McConnell
than when you're for him," he said. The full interview is below.

> *Watch @ABC's full interview with Don*
> *Blankenship.*
>
> *A former coal company CEO who was convicted*
> *of a misdemeanor for conspiring to violate mine*
> *safety regulations, Blankenship is vying for the*
> *West Virginia Senate GOP nomination.*
> *https://t.co/6CmPQXqK2u*
> *pic.twitter.com/bxJRcrgPBw*
>
> *— ABC News (@ABC) May 9, 2018*

## 7:30 p.m. - The polls are closed in each of tonight's primary races.

The polls are closed in West Virginia, Indiana and Ohio — the three states
that held Senate primaries tonight and will send the Republican winners to
face-off against Democratic incumbents — an effort the GOP hopes will

ABC000490

USCA4 Appeal: 22-1198   Doc: 53   Filed: 08/25/2022   Pg: 83 of 306
Big stakes in West Virginia, Indiana, Ohio bellwether primaries - ABC News
Case 2:19-cv-00236   Document 888-18   Filed 05/24/21   Page 44 of 58 PageID #: 12605

give them more of a hold in the Senate. Ohio also held a closely watched gubernatorial primary.

The polls are also closed in North Carolina, where voters cast their ballots in primaries across the state for seats in the House.

Check out our coverage of the Senate primaries in West Virginia, Indiana and Ohio for live updates on each individual race — and here, where we'll have live coverage all night.

### 7:22 p.m. - AP projects Greg Pence wins GOP nomination for Indiana congressional seat once held by brother, Vice President Mike Pence

In one of the races ABC News is watching tonight, AP projects that Republican Greg Pence — the older brother of Vice President Mike Pence — in Indiana's 6th Congressional District, has a strong lead in his bid for his brother's old seat.



📷 Greg Pence, Republican candidate for the U.S. House of Representatives, arrives at a primary-night watch party, May 8, 2018 in Columbus, Indiana. Pence is the older brother of Vice President Mike Pence. Scott Olson/Getty Images

ABC000491

USCA4 Appeal: 22-1198    Doc: 53       Filed: 08/25/2022    Pg: 84 of 306
Case 2:19-cv-00236   Document 888-18   Filed 05/24/21   Page 45 of 58 PageID #: 12606
Big stakes in West Virginia, Indiana, Ohio bellwether primaries - ABC News

With 17 percent of precincts reporting, Pence had 68 percent and Jonathan
Lamb had 21 percent.

**7:10 p.m. - The rest of the polls have closed in Indiana**

Indiana voters now wait for results. Next, polls will close in North Carolina,
West Virginia and Ohio.

**6:30 p.m. - Scoop: Blankenship says he'll defeat Manchin with a banner
that reads "Beat Joe"**

Controversial Republican Senate candidate Don Blankenship isn't taking
the president's anti-endorsement personally. And he's already focused on
West Virginia's Democratic incumbent, Sen. Joe Manchin — who he said
"will be easy to beat."

In an interview with ABC News' Tom Llamas, Blankenship said Manchin
"killed himself" by opposing the Trump agenda. And this is his strategy:
"Just hang up a banner: Beat Joe," Blankenship said.

> Coming up on @ABCWorldNews on parole and on the ballot. Is
> Don Blakenship the next outsider about to disrupt the
> Republican Party? The results of this race and the other big
> primaries tonight on @ABC pic.twitter.com/mz0kfPG2Ev
>
> — Tom Llamas (@TomLlamasABC) May 8, 2018

**6:00 p.m. - First poll closure of the night: Indiana**

Most polls in the Indiana primary closed at 6 p.m., EST. Some will close at 7
p.m. EST.

ABC000492

The state known for its "Hoosier hospitality" has seen a bitter and personal race in the lead up to the general when the Republican candidate will aim to unseat incumbent Democratic Senator Joe Donnelly. Two members of the House, Reps. Todd Rokita and Luke Messer, have known each other since college.

The third addition to the race is millionaire business owner Mike Braun.

Indiana is a state President Trump won by nearly 20 points. Vice President Mike Pence previously served as governor. All of the Republican candidates say they are the top pick for backing the Trump agenda.

While the field of candidates is not big, a lack of polling makes it difficult to pin down a definite front-runner.

### 5:42 p.m. - Candidates make final push for voters to cast their ballots

In West Virginia, sitting Senator Joe Manchin, a Democrat who will have to fight for his seat in the midterms, tweeted two hours before the polls closed.

> *You've got until 7:30 PM to get in line to cast your vote! Find your polling place:*
> *https://t.co/zw4Nqs6ZWX*
> *pic.twitter.com/0vNFvTLrFQ*
>
> *— Joe Manchin (@JoeManchinWV) May 8, 2018*

And in Indiana, Rep. Todd Rokita, a Republican candidate running for the Indiana Senate seat:

ABC000493

> *There is still time left to go VOTE! Polls are*
> *closing soon. Find your local polling place here*
> *---> https://t.co/DlSXKjmLII #INsen*
> *pic.twitter.com/JHatYRWKEy*
>
> *— Todd Rokita (@ToddRokitaIN) May 8, 2018*

And in Ohio, Dennis Kucinich — the "boy mayor" who served Cleveland as the youngest mayor in city history at 31, a former Democratic congressman and a former presidential candidate:

> *One thing is clear — this grassroots campaign has*
> *what it takes to win.*
>
> *Less than 3 hours left in the #OHIOPRIMARY, and*
> *we need your help to keep the momentum going.*
> *Tell your friends, family, neighbors: time*
> *to:point_right::ballot_box_with_ballot::white_check_mark:!!*
> *#OHGov #PowerToWeThePeople*
> *pic.twitter.com/IAud6x3FR6*
>
> *— Dennis Kucinich (@powelldennis_Kucinich) May 8,*
> *2018*

## 5:28 p.m. - Does Mitch McConnell have a reaction to Blankenship's "Chinapeople" ad?

Short answer: Wait and see.

Senate majority leader Mitch McConnell said Tuesday that he's going to wait until after the election results are in before he comments on an ad released by Republican candidate Don Blankenship that accused

ABC000494

USCA4 Appeal: 22-1198    Doc: 53        Filed: 05/25/2023    Pg: 87 of 306
Case 2:19-cv-00236   Document 888-18   Filed 05/24/21   Page 48 of 58 PageID #: 12609

McConnell of creating jobs "for Chinapeople," a description many saw as racially-offensive.



🔘 *Don Blankenship, who is running for the Republican nomination for Senate in West Virginia, attends a town hall meeting at Macado's restaurant in Bluefield, W.Va., May 3, 2018.*
Tom Williams/CQ Roll Call/Getty Images

Last week, Blankenship, a Republican candidate in the West Virginia Senate race and a former CEO of a coal company with a misdemeanor conviction, released an ad featuring an insult aimed directly at McConnell and his wife, Transportation Secretary Elaine Chao.

"We're gonna find out what happens in West Virginia tonight and I may have more to say on that tomorrow," McConnell said. He also wouldn't say whether the Republican Party would support Blankenship should he win the primary.

Senate minority leader Chuck Schumer — the top Democrat in the Senate — echoed McConnell, saying he wouldn't speculate until the winner is announced. *Mariam Khan*

ABC000495

Big stakes in West Virginia, Indiana, Ohio bellwether primaries - ABC News

## 4:00 p.m. - The disruptive coal man from West Virginia

Several of today's primary races have already gained national attention, but none more so than the three-way Republican battle for the Senate in West Virginia.

At the center of the drama is Don Blankenship, a former Massey Energy CEO who was convicted of a misdemeanor for conspiring to violate mine safety regulations after its Upper Big Branch Mine exploded, killing 29.

Blankenship is running against Republican Congressman Evan Jenkins and current state Attorney General Patrick Morrisey and has cast himself as a political outsider willing to take on Washington establishment. On Monday Blankenship even took jabs at President Trump, who implored West Virginians not to vote for him.

> *To the great people of West Virginia we have, together, a really great chance to keep making a big difference. Problem is, Don Blankenship, currently running for Senate, can't win the General Election in your State...No way! Remember Alabama. Vote Rep. Jenkins or A.G. Morrisey! — Donald J. Trump (@realDonaldTrump) May 7, 2018*

Read more here.

## 3:58 p.m. - What can Tuesday night's primaries tell us about the midterms?

What insights might tonight's primaries offer on the broader midterms?

Plenty.

Loyalty to the president is a central issue in the Republican primaries, and GOP candidates across all four states are aiming to prove to voters that they are the true Trump ally.

ABC000496

> *I back President @realDonaldTrump's agenda.*
> *This is a time for teamwork -- that's why I'm*
> *running to shake up the Senate and pass the*
> *Trump agenda. #INSen #ILikeLuke*
> *pic.twitter.com/w9MIviuDmj*
>
> — Luke Messer (@LukeMesserIN) March 15, 2018

"In these Republican primaries under the current Senate map, loyalty to Trump is the number one cause. It's the number one issue," said Leah Askarinam, a reporter, and analyst at Inside Elections, a nonpartisan outlet that analyzes House, Senate, gubernatorial and presidential campaigns, "These candidates have spent the last several months tying themselves as closely as possible to the president. It's unclear if that will work in a general election. Most of these states did support Trump by more than just a few points."

The GOP is holding on to a razor-thin 51-49 majority in the U.S. Senate and Democrats are defending ten states that voted for Trump in 2016, and both parties are keenly aware that avoiding unforced missteps and nominating quality candidates is the difference between a Senate majority or minority.

Read more in John Verhovek's story here.

### 3:56 p.m. - Voters in Indiana talk Trump

While the Indiana Senate race serves as a chance for Republicans to bolster their majority in the Senate by unseating a vulnerable Democrat in a red state, some Republican voters in Indiana are saying a front-runner is hard to pinpoint, even though polls close in just a few hours. Multiple voters said they varied between backing Rep. Todd Rokita, Rep. Luke Messer, and businessman Mike Braun.

ABC000497

Big stakes in West Virginia, Indiana, Ohio bellwether primaries - ABC News

USCA4 Appeal: 22-1198    Doc: 53    Filed: 08/08/2022    Pg: 90 of 306
Case 2:19-cv-00236    Document 888-18    Filed 05/24/21    Page 51 of 58 PageID #: 12612

What these voters are sure about is backing President Trump's agenda. In many cases, voters have said they like the President's policies, even though they may not like his personal style.

One voter from Carmel, Indiana, said the president has accomplished a lot while in office but added that he can be "petty."

And another Carmel noted that she liked that Rokita put a "Make America Great Again" hat on in one of his commercials and talked about a border wall.

For reference — in 2016, Trump carried the state by nearly 20 points. *Alisa Wiersema*

### 3:54 p.m. - W. Va. candidate 'tired of watching' opioid crisis

Ayne Amjad works at the nexus of the opioid crisis and environmental hazards which residents say have caused their friends and neighbors to develop cancer.

The problem is felt especially acutely in the rural parts of West Virginia's 3rd Congressional District where Amjad — a somewhat accidental politician — saw patients every day struggling with the effects of the epidemic, high rates of cancer (sometimes explained away by some experts as lifestyle causes) and the high cost of healthcare.

> *I talked to @AyneAmjad, a doctor running for Congress in West Virginia. She said "I just got tired of watching things go in a direction I didn't like and realized the only way you can change things is to get into politics."https://t.co/O1lCyjAYty*

ABC000498

> — Stephanie Ebbs (@stephebbs) May 7, 2018

"I just got tired of watching things go in a direction I didn't like and I realized the only way you can change things is to get into politics," she told ABC News, adding later. "I don't think we handle it properly, the people making the decisions for drugs are not even healthcare professionals which drives me insane," she said.

Amjad is one of seven Republicans running for the U.S. House seat held by Rep. Evan Jenkins in the primary election on Tuesday. Jenkins is running in the Republican Senate primary to challenge Democratic incumbent Sen. Joe Manchin.

Read more in Stephanie Ebbs' story here.

### 3:54 p.m. - Don Blankenship at center of party-backed super PAC primary fight in West Virginia

Former coal mogul Don Blankenship is at the center of a party-backed, super PAC, Senate primary fight in West Virginia as groups with obscure names and undisclosed donors spend millions of dollars.

The proxy fight — an effort to sway the Republican primary by influencing whether Blankenship makes it onto the ballot in November — has made the Senate bid one of the most expensive races so far this year.

Democrats have rolled out six-figure ads attacking two GOP primary candidates Evan Jenkins and Patrick Morrisey through the Duty and Country super PAC.

Soorin Kim lays out the numbers here.

### 6:00 a.m. - What's at stake in the first big primary day Of 2018

ABC000499

Big stakes in West Virginia, Indiana, Ohio bellwether primaries - ABC News

USCA4 Appeal: 22-1198    Doc: 53    Filed: 08/25/2022    Pg: 92 of 306
Case 2:19-cv-00236    Document 888-18    Filed 05/24/21    Page 53 of 58 PageID #: 12614

ABC News partner FiveThirtyEight offers a take on aspects of the races to watch. Check them out here.

*WATCH LIVE TONIGHT: You can watch livestreaming coverage of all the primary action starting at 7 p.m. ET on ABCNews.com or on the ABC News app available on the Apple App Store, Google Play Store, Apple TV App Store, and Roku Channel Store.*

Don't forget to sign up for Midterm Elections Alerts to get more coverage of this year's election season from our powerhouse politics team.

Ayne Amjad works at the nexus of the opioid crisis and environmental hazards which residents say have caused their friends and neighbors to develop cancer.

The problem is felt especially acutely in the rural parts of West Virginia's 3rd Congressional District where Amjad — a somewhat accidental politician — saw patients every day struggling with the effects of the epidemic, high rates of cancer (sometimes explained away by some experts as lifestyle causes) and the high cost of healthcare.

> *I talked to @AyneAmjad, a doctor running for Congress in West Virginia. She said "I just got tired of watching things go in a direction I didn't like and realized the only way you can change things is to get into politics." https://t.co/O1lCyjAYty*
>
> *— Stephanie Ebbs (@stephebbs) May 7, 2018*

"I just got tired of watching things go in a direction I didn't like and I realized the only way you can change things is to get into politics," she told

ABC000500

ABC News, adding later. "I don't think we handle it properly, the people making the decisions for drugs are not even healthcare professionals which drives me insane," she said.

Amjad is one of seven Republicans running for the U.S. House seat held by Rep. Evan Jenkins in the primary election on Tuesday. Jenkins is running in the Republican Senate primary to challenge Democratic incumbent Sen. Joe Manchin.

Read more in Stephanie Ebbs' story here.

### 3:54 p.m. - Don Blankenship at center of party-backed super PAC primary fight in West Virginia

Former coal mogul Don Blankenship is at the center of a party-backed, super PAC, Senate primary fight in West Virginia as groups with obscure names and undisclosed donors spend millions of dollars.

The proxy fight — an effort to sway the Republican primary by influencing whether Blankenship makes it onto the ballot in November — has made the Senate bid one of the most expensive races so far this year.

Democrats have rolled out six-figure ads attacking two GOP primary candidates Evan Jenkins and Patrick Morrisey through the Duty and Country super PAC.

Soorin Kim lays out the numbers here.

### 6:00 a.m. - What's at stake in the first big primary day Of 2018

ABC News partner FiveThirtyEight offers a take on aspects of the races to watch. Check them out here.

ABC000501

*WATCH LIVE TONIGHT: You can watch livestreaming coverage of all the primary action starting at 7 p.m. ET on ABCNews.com or on the ABC News app available on the Apple App Store, Google Play Store, Apple TV App Store, and Roku Channel Store.*

Don't forget to sign up for Midterm Elections Alerts to get more coverage of this year's election season from our powerhouse politics team.

💬 Comments (7)

abc NEWS

Before You Go

### Dogs Often Hide Signs of Illness — Look For These Clues Instead
Dr. Marty Nature's Blend |

Sponsored

### These SUVs Are So Cool It's Hard to Believe They Cost Less Than $25K! Research Best New Crossover SUVs
SUV |

Sponsored

### One Thing All Liars Have in Common, Brace Yourself
TruthFinder |

Sponsored

### Many failed before. Will you complete the Trial?
Hero Wars |

Sponsored

### If You Like to Play, this City-Building Game is a Must-Have. No Install.
Forge Of Empires |

https://abcnews.go.com/Politics/big-stakes-west-virginia-indiana-ohio-bellwether-primari...

ABC000502

Sponsored

These Are The 19 Hottest Gadgets Of 2020

My Smart Gadgets |

Sponsored

ABC News producer Alexa Valiente passes away at 27

American family who died in Mexico 'went to sleep and never woke up,' cousin says

These New Assisted Living Apartments Near Seattle Are A Dream Come True! Research Senior Assisted Living Seattle

Senior Living/Assisted Living |

Sponsored

One Cup of This (Before Bed) Burns Belly Fat Like Crazy!

Body Shaping |

Sponsored

The New 2020 Subaru Crosstreks Astonish!

Stuff Answered |

Sponsored

New Senior Living Apartments Near Seattle Are A Dream Come True! Research Assisted Living Seattle

Senior Living/Assisted Living |

Sponsored

New Senior Apartments in Seattle Are A Dream Come True

Senior Living | Search Ads |

Sponsored

ABC000503

USCA4 Appeal: 22-1198    Case 2:19-cv-00236    Document 888-18    Filed 05/24/21    Page 57 of 58 PageID #: 12618    Doc: 53    Filed: 08/25/2022    Pg: 96 of 306

Fox stars Hannity, Carlson and fired anchor Henry in lawsuit

Husband of NYPD officer says he's 'lost' after learning of alleged plot to kill him

If You Are Above 30, this City-Building Game is a Must-Have. No Install.
Forge of Empires - Free Online Game |

Sponsored
Remember 'Precious'? Take A Deep Breath Before You See What She Looks Like Now
Travel Patriot |

Sponsored
2020 SUVs So Cool It's Hard To Believe They Cost Under $30K. Search For 2020 Crossover Vehicles Luxury Deals
SUVs |

Sponsored
75-Pound Stingray Leaps from Water, Kills Mich. Woman on Boat in Florida Keys

'They call him an idiot, they call him stupid': Bullied boy dumps Trump surname

Viral Video Predicts Massive Stock Market Event
Stansberry Research |

Sponsored
The Best Kept Secret To An Itch Free Dog
Petlab Itch Relief Chews |

Sponsored

ABC000504

Big stakes in West Virginia, Indiana, Ohio bellwether primaries - ABC News
USCA4 Appeal: 22-1198    Doc: 53    Filed: 08/25/2023    Pg: 97 of 306
Case 2:19-cv-00236   Document 888-18   Filed 05/24/21   Page 58 of 58 PageID #: 12619

The Face Mask Chosen By Police Around The Country
Space Masks |

Sponsored

China blasts dam to release floodwaters as death toll rises

Popular New Jersey radio host killed in alleged murder-for-hire plot, husband among those charged

Scalp Psoriasis: Do You Know What Scalp Psoriasis Is? See Symptoms and Treatments
Scalp Psoriasis Treatments | Search Ads |

Sponsored

Roundup Weed Killer Recall - Compensation May Be Available
Roundup Legal Center |

Sponsored

Common Symptoms Of Amyloidosis
Amyloidosis | Search Ads |

Sponsored

ABC News Network  |  Privacy Policy  |  Your CA Privacy Rights  |  Children's Online Privacy Policy  |
Interest-Based Ads  |  About Nielsen Measurement  |  Terms of Use  |  Do Not Sell My Info  |  Contact Us
Copyright © 2020 ABC News Internet Ventures. All rights reserved.

ABC000505

# EXHIBIT 19

In Trump country primary showdowns, both parties score critical wins - ABC News

USCA4 Appeal: 22-1998 Doc: 53 Case 2:19-cv-00236 Document 888-19 Filed 05/25/2022 Filed 05/24/21 Pg: 99 of 306 Page 2 of 7 PageID #: 12621

VIDEO    LIVE    SHOWS    2020 ELECTIONS    CORONAVIRUS



Put some sunshine in your morning!
**GOOD MORNING AMERICA**
MORNINGS 7AM

# In Trump country primary showdowns, both parties score critical wins

*In Trump country primary showdowns, both parties score critical wins*

By Halimah Abdullah and John Verhovek
May 9, 2018 1:50 PM • 9 min read





**GOP, Democrats score wins in high-stakes primaries**

*Former coalmining tycoon Don Blankenship lost the GOP Senate primary in West Virginia, one of the most closely-watched races.*

**ABCNEWS VOTE • EIGHTEEN FOR '18**

In the broadest slate of primary showdowns thus far this midterm election season, Republicans and Democrats scored critical wins deep in the heart of Trump country — perhaps offering a glimpse of the fierce faceoffs to come November.

In the closely watched West Virginia GOP Senate primary, former coal baron Don Blankenship, who was convicted of a misdemeanor for conspiring to violate mine safety regulations, roiled the race and garnered headlines with racially-tinged insults and sharp-tongued barbs. His intent was clear: piercing what he painted as the cloistered circles of the Republican establishment.

## Top Stories

In Trump country primary showdowns, both parties score critical wins
May 09, 1:50 PM

Police used tear gas, pushed back peaceful protesters for Trump church visit
1 hour ago

Independent autopsy finds George Floyd died of homicide by asphyxia
Jun 01, 6:07 PM

Obama puts out guide to 'get to work' on 'real change' amid George Floyd protests
Jun 01, 3:28 PM

Louisville police chief fired after fatal shooting of David McAtee
2 hours ago



Advertisement

### ABC News Live



*24/7 coverage of breaking news and live events*



Sloan - Non-Polarized / Black

In Trump country primary showdowns, both parties score critical wins - ABC News
USCA4 Appeal: 22-1998    Doc: 53    Filed: 05/25/2022    Pg: 100 of 306
Case 2:19-cv-00236   Document 888-19   Filed 05/24/21   Page 3 of 7 PageID #: 12622



U.S. Senate Republican primary candidate Don Blankenship addresses supporters following a poor showing in the polls May 8, 2018 in Charleston, West Virginia.
Jeff Swensen/Getty Images

That so-called establishment — including President Donald Trump and his son, Donald Trump Jr. — closed ranks and shot right back by tweeting stinging rebukes and urging voters to cast ballots for either of the two Republicans on the ballot.



**Donald J. Trump**
@realDonaldTrump

To the great people of West Virginia we have, together, a really great chance to keep making a big difference. Problem is, Don Blankenship, currently running for Senate, can't win the General Election in your State...No way! Remember Alabama. Vote Rep. Jenkins or A.G. Morrisey!

52.5K  8:53 AM - May 7, 2018

19.6K people are talking about this

Ultimately, state Attorney General Patrick Morrisey emerged the victor in the hotly-contested race.

Blankenship appeared to finish third.

His loss means that Republicans worried about his potential drag on the ballot come November might feel a bit better about their prospects at unseating Democratic Sen. Joe Manchin.

On election night, Blankenship, who said he was "Trumpier than Trump," admitted he could not trump a Trump tweet.

"Perhaps, President Trump has been successful," Blankenship said.

Still, Blankenship's fight might not be over.

Blankenship — who has said he would not support Morrisey as Republican Senate candidate — suggested that he might continue to play a role in the race against Morrisey and sitting Democratic Sen. Joe Manchin from the sidelines, wherever that might be.

Over in Indiana, an acrimonious three-way race in the GOP Senate primary notable for its Trump lovefest ultimately saw a self-proclaimed "outsider" millionaire businessman nab the win.

ABC000513

Mike Braun navigated the GOP primary with an aggressive campaign funded almost entirely by almost $6 million of his own money.



Mike Braun, center, candidate for the Republican nomination for Senate in Indiana, attends the Kosciusko County Republican Fish Fry in Warsaw, Ind., April 4, 2018.
Tom Williams/CQ Roll Call via AP

In one ad, he strolled the streets toting cardboard figures of Republican congressman Rep. Todd Rokita and fellow GOP Rep. Luke Messer in identical suits challenging bystanders on whether they could tell the two apart.



For their part, Messer and Rokita sought to closely align their brands and messages with Trump.

> *I back President @realDonaldTrump's agenda. This is a time for teamwork -- that's why I'm running to shake up the Senate and pass the*

ABC000514

*Trump agenda. #INSen #ILikeLuke*
*pic.twitter.com/w9MlviuDmj*

— *Luke Messer (@LukeMesserIN) March 15, 2018*



An official from Messer's campaign offered this: "The man who has the most gold typically wins."

An official from Rokita's campaign agreed.

In Ohio's gubernatorial primary where Democrats tilted to the left, Richard Cordray, the former director of the Consumer Financial Protection Bureau under President Obama easily won his primary against former Democratic congressman and presidential candidate Dennis Kucinich. While Cordray enjoyed support from Massachusetts Sen. Elizabeth Warren, Kucinich nabbed endorsements from several progressive groups including Sen. Bernie Sanders' political advocacy group, 'Our Revolution'.

ABC000515

In Trump country primary showdowns, both parties score critical wins - ABC News

USCA4 Appeal: 22-1108 Case 2:19-cv-00236 Doc: 53 Document 888-19 Filed 05/25/2022 05/24/21 Pg: 103 of 306 Page 6 of 7 PageID #: 12625



Ohio Attorney General and Republican gubernatorial candidate Mike DeWine greets supporters at a primary election night event, May 8, 2018, in Columbus, Ohio.
Bryan Woolston/AP

Similarly, Ohio Attorney General Mike DeWine won his state's Republican primary and the two will face off in the fall. Ohio's sitting governor, moderate Republican John Kasich, is term-limited.

DeWine ran on an agenda in line with the president's — like many of the Republicans who ran in the primaries Tuesday night from West Virginia, to Ohio, to Indiana.

Both DeWine and his opponent, Ohio's Lt. Gov. Mary Taylor, disavowed Kasich, who has been an avid critic of the presidents and publicized their allegiance to the president.

"You can't distance yourself from Donald Trump and win statewide today in America," ABC News' political analyst Matt Dowd said.

In North Carolina, Republican Rep. Robert Pittenger became the first sitting member of Congress this cycle to fall victim to a primary challenge. He lost the GOP primary in North Carolina's 9th Congressional District to local Baptist pastor Mark Harris.

The race largely hinged on Pittenger's vote in favor of the recent congressional spending bill, which Harris used to tie him to the "Washington swamp," a message that appears to have resonated with North Carolina voters.

Harris' victory also increases the likelihood that the district, which stretches from the suburbs east of Charlotte to the state's southeastern corner, is competitive in November.

Democrats nominated U.S Marine Corps veteran and solar energy entrepreneur Dan McCready, who has proven a prolific fundraiser and a strong candidate to flip a seat that President Trump won by 12 points in 2016 blue.

McCready celebrated his victory Tuesday night, writing on Twitter, "Tonight we celebrate, tomorrow we get back to work. I'm so honored to be your nominee. On to November."

And in a theme that has emerged this midterm season, the so-called "pink wave" continued to surge in an election year rocked by political sexual harassment scandals and the subsequent #MeToo movement.

ABC000516

In Trump country primary showdowns, both parties score critical wins - ABC News

USCA4 Appeal: 22-1198    Doc: 53    Filed: 05/25/2022    Pg: 104 of 306
Case 2:19-cv-00236    Document 888-19    Filed 05/24/21    Page 7 of 7 PageID #: 12626

Female candidates won nearly every Democratic primary in contested races on Tuesday.

There were 27 open Democratic House primaries and voters selected a female nominee in 17 of them, according to ABC News' count. Eight of the candidates are black women, according to the Center for American Women and Politics at Rutgers University's "Gender Watch 2018".

Jeannine Lee Lake, the first African American to win a party nomination for Congress in Indiana's 6th Congressional District, will face Republican Greg Pence, the brother of Vice President Mike Pence, who held the seat for 12 years before being elected governor of the Hoosier State.

"We are excited. We are thankful. We are ready for the next step," Lake, 48, tweeted.

*ABC News' Arlette Saenz, Alisa Wiersema, Meridith McGraw, Cheyenne Haslett, Paola Chavez and Soo Rin Kim contributed to this report.*

💬 Comments (93)                                                    🔗 🐦 ✉

─────────────────── abcNEWS ───────────────────

Before You Go

If You Like to Play, this City-Building Game is a Must-Have. No Install.
Forge Of Empires |
                                                                      Sponsored

Washington : Launches New Policy For Cars Used Less Than 59 Miles/Day
Bill Cruncher |
                                                                      Sponsored

Stuck at home, General? This WW3 strategy game will keep you entertained for weeks!
Conflict Of Nations: World War III |
                                                                      Sponsored

The Most Addictive Farm Game of 2020. No Install
Taonga: The Island Farm |
                                                                      Sponsored

Detailers Fuming: 5 Products That Give a Glass-Like Shine in Minutes from Home
VehicleBuff Review |
                                                                      Sponsored

These SUVs Are So Cool It's Hard to Believe They Cost Under $30K! Research Luxury SUV Lease Deals
SUV |
                                                                      Sponsored

The Story Behind the Striking Photo of a Woman in a Dress Next to Armed Police in Baton Rouge

New video appears to show moments before George Floyd was pinned to ground

The Dead Giveaway That Tells You When Amazon's Giving You A Better Price Than Other Retailers

ABC000517

# EXHIBIT 20

VIDEO      LIVE      SHOWS      2020 ELECTIONS      CORONAVIRUS

Advertisement

# Don Blankenship has a shot at winning on Tuesday, GOP sources tell ABC News

*The ex-coal baron is running for Senate in West Virginia.*

By Meridith McCraw
May 8, 2018 3:08 AM • 7 min read



**On the West Virginia campaign trail where candidates are after the working class vote**
*Both Democrats and Republicans are pitching creating more jobs to voters in West Virginia.*



Controversial Republican Senate candidate Don Blankenship has mounted a competitive bid in the state of West Virginia ahead of tonight's highly anticipated primary, national and state Republican operative sources told ABC News.

Blankenship, a former Massey Energy CEO who was convicted of a misdemeanor for conspiring to violate mine safety regulations after its Upper Big Branch Mine exploded, killing 29, has cast himself as a political outsider willing to take on Washington establishment. He is running against Republican Congressman Evan Jenkins and current state Attorney General Patrick Morrisey.

## Top Stories


Don Blankenship has a shot at winning on Tuesday, GOP sources tell ABC News
May 08, 5:08 AM


Police used tear gas, pushed back peaceful protesters for Trump church visit
2 hours ago


Obama puts out guide to 'get to work' on 'real change' amid George Floyd protests
Jun 01, 3:28 PM


Independent autopsy finds George Floyd died of homicide by asphyxia
Jun 01, 6:07 PM


Louisville police chief fired after fatal shooting of David McAtee
4 hours ago

**How To Detox Your Gut Each Morning (Do This)**
UNITED NATURALS - sponsored

LEARN MORE

**ABC News Live**



*24/7 coverage of breaking news and live events*



ABC000429

USCA4 Appeal: 22-1 108    Doc: 53    Filed: 05/25/2022    Pg: 107 of 306
Case 2:19-cv-00236   Document 888-20   Filed 05/24/21   Page 3 of 5 PageID #: 12629

Don Blankenship has a shot at winning on Tuesday, GOP sources tell ABC News - AB...



📷 *Former Massey Energy CEO Don Blankenship, Republican U.S. Senate candidate from West Virginia, pauses while speaking during a town hall campaign event in Huntington, W.V., Feb. 1, 2018.*
Luke Sharrett/Bloomberg via Getty Images

Party strategists told ABC News that, though no public polling has been done in the past week, the West Virginia contest remains a tight three-way race.

This has alarm bells ringing for some Republicans who worry that a win by a candidate seen by some as unelectable could mean the party could ultimately lose the general election against Democrat Sen. Joe Manchin in November.

They liken the scenario to the "Roy Moore" factor.

Some in party leadership are still smarting from the loss in the Alabama senatorial election in which Democrat Doug Jones defeated Moore, a Republican who faced allegations from eight women who have accused him of sexual misconduct when he was in his 30s and, in some cases, the women were in their teens. Moore has denied the claims.

Blankenship lashed out against President Trump after the president told West Virginia voters in a tweet to vote for one of the other two Republican candidates in Tuesday's primary.



Donald J. Trump
@realDonaldTrump

To the great people of West Virginia we have, together, a really great chance to keep making a big difference. Problem is, Don Blankenship, currently running for Senate, can't win the General Election in your State...No way! Remember Alabama. Vote Rep. Jenkins or A.G. Morrisey!

52.5K   6:53 AM - May 7, 2018

19.8K people are talking about this

"We all really like President Trump's policies but we know he always doesn't get things right. He recommended that people vote for a guy that was basically accused of pedophilia in Alabama," Blankenship said in an apparent reference to Trump's endorsement of Moore.

ABC000430

While Blankenship has made national headlines for his attacks on Senate
Majority Leader Mitch McConnell, he's widely known across the Mountain
State for his involvement in the coal industry and Republican politics.



📷 *Former Massey Energy CEO Don Blankenship, Republican U.S. Senate candidate from West Virginia,
pauses while speaking during a town hall campaign event in Huntington, W.V., Feb. 1, 2018.*
*Luke Sharrett/Bloomberg via Getty Images*

The millionaire has poured millions of his own money into the race and has
blanketed the state with ads defending his past and attacking Manchin and
other Republican candidates.

Taking a page from Trump's 2016 playbook, Blankenship has talked about
conspiracy theories, tried to revamp his past, has given his political
opponents nicknames like "Little Joe" and went full throttle against
Washington, D.C. Strategists point to the recent Fox News debate, where
they say he came across as likable and even funny after being painted as
villain in political ads.

His seemingly recent rise in support has at least one of the three
candidates, Morrisey, going on the offensive just days before the primary.

On Sunday, Morrisey held a press conference where he slammed
Blankenship and raised questions about his failure to file a personal
financial disclosure form as required by law.

"With two days left, Don Blankenship continues to dismiss the blatant rules
to run for Senate," Morrisey said.

"Morrisey's trying to tear Don's house down," Andy Sere, a spokesperson for
the Jenkins campaign, told ABC News. "It's not going to work and I think
it's pretty clear that he's incredibly worried about the position that he's
fallen to."

Democratic PACs have poured in millions, too, for negative ads against
Blankenship's opponents — a move which some Republican operatives say
have helped boost support for the former coal baron in the state.

ABC000431

Blankenship, meanwhile, is doubling down on his attacks against Senate Majority Leader Mitch McConnell and continues to defend his use of the term "China people."

In a new radio ad, Blankenship says that "the establishment politicians are getting more desperate and more hostile, calling me a bigot, a moron, a despicable character and mentally ill." Then adds, "but even if all this is true, I will do a better job than they will have done."

On his use of the term "China people," which made national headlines, Blankenship says the "fake news" forgets that "China is a country." "The establishment has sent millions of our jobs to China people and left million of West Virginia people to fend for themselves."

The ad ends, "send me to the Senate and I will represent West Virginia people not China people. I am an America person and I will put America first."

Ahead of Tuesday's primary, a national Republican operative tells ABC News that candidates are starting to pull out all the stops now that it's "down to the wire."

After trailing far behind Jenkins and Morrisey in polls, "he's back in the race and I wouldn't be surprised if he won."

*WATCH LIVE ON TUESDAY: You can watch live streaming coverage of all the primary action starting at 7 p.m. ET on ABCNews.com or on the ABC News app available on the Apple App Store, Google Play Store, Apple TV App Store, and Roku Channel Store.*

Don't forget to sign up for Midterm Elections Alerts to get more coverage of this year's election season from our powerhouse politics team.

Comments (208)

abc NEWS

Before You Go

Refreshing Air Cooler Flying Off Shelves In United States
Simple Discount Finder|

Sponsored

You've Never Seen Luxury Like This On A Cruise Ship. Research Luxury Mediterranean Cruises
Luxury Cruises | Search Ads|

Sponsored

If You Like to Play, this City-Building Game is Addictive.
Forge of Empires - Free Online Game|

Sponsored

Top Skin Doctor: How To Tighten Your Skin (The Right Way)
DermalMedx SculptMedx Face & Neck Cream|

Sponsored

ABC000432

# EXHIBIT 21

| From: | McGraw, Meridith </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=962D7B8B09EB40838974E84A23258CEE-MCGRAW, MER> |
|---|---|
| To: | #ABCTV NEWS CAMPAIGN DIGITAL REPORTERS |
| Sent: | 5/6/2018 6:17:56 PM |
| Subject: | Don Blankenship has a shot at winning on Tuesday, GOP sources tell ABC News |

Controversial Republican candidate Don Blankenship's popularity is rising in the state of West Virginia ahead of the highly anticipated Tuesday night primary -- and that has alarm bells ringing for some Republicans who fear a Roy Moore scenario in the general election against Democrat Sen. Joe Manchin.

Both national and state Republican operative sources tell ABC News former coal executive Blankenship could possibly win on Tuesday against Congressman Evan Jenkins and current state Attorney General Patrick Morrisey. Strategists however warned ABC News that no public polling has been done in the past week and it continues to remains a tight three way race.

Blankenship, a former Massey Energy CEO who was convicted of a misdemeanor for conspiring to violate mine safety regulations after its Upper Big Branch Mine exploded killing 29, has cast himself as a political outsider willing to take on the D.C. establishment.

His recent rise in support has one of the three frontrunners in the race, Morrisey, going on the offensive just days before the primary.

On Sunday, Morrisey held a press conference where he slammed Blankenship and raised questions about his failure to file a personal financial disclosure form as required by law.

"With two days left, Don Blankenship continues to dismiss the blatant rules to run for Senate," said Morrisey.

Morrisey said that his campaign notified Blankenship's probation officer in Nevada, where Blankenship was in prison, about his failure to comply with federal law. Morrisey wants to know if it violates the terms of his supervised release.

Blankenship's parole ends Tuesday, the same night as the primary.

"West Virginians don't need a candidate who may not even be able to campaign in the state against Joe Manchin," said Morrisey.

"Morrisey's trying to tear Don's house down," Andy Sere, a spokesperson for the Jenkins campaign, told ABC News. "It's not going to work and I think it's pretty clear that he's incredibly worried about the position that he's fallen to."

Blankenship, a millionaire, has spent millions of dollars in advertising across a state where ad money goes a long way. Democratic PACs have poured in millions, too, for negative ads against Blankenship's opponents some Republican operatives say have helped boost support for the former coal baron in the state. (*Read ABC News' Soorin Kim's reporting here*).

Blankenship, meanwhile, is doubling down on his attacks against Senate Majority Leader Mitch McConnell and continues to defend his use of the term "China people."

In a new radio ad, Blankenship says that "the establishment politicians are getting more desperate and more hostile, calling me a bigot, a moron, a despicable character and mentally ill." Then adds, "but even if all this is true, I will do a better job than they will have done."

ABC001147

On his use of the term "China people," which made national headlines, Blankenship says the "fake news" forgets that "China is a country." "The establishment has sent millions of our jobs to China people and left million of West Virginia people to fend for themselves."

The ad ends, "send me to the Senate and I will represent West Virginia people not China people. I am an America person and I will put America first."

Ahead of Tuesday's primary, a national Republican operative tells ABC News that candidates are starting to pull out all the stops now that it's "down to the wire."

After trailing far behind Jenkins and Morrisey in polls, "he's back in the race and I wouldn't be surprised if he won."

There could be an ugly postscript to this primary no matter what: even if Blankenship doesn't win, he told CBS News today he hasn't ruled out a third party bid.


Meridith McGraw
ABC News Washington
@meridithmcgraw  | ███████████

ABC001148

# EXHIBIT 22

| Message | |
|---|---|
| From: | McGraw, Meridith [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=962D7B8B09EB40838974E84A23258CEE-MCGRAW, MER] |
| Sent: | 7/24/2018 8:08:29 PM |
| To: | Verhovek, John H. [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=0e17700f404c4ae2afb40dde37bdca82-Verhovek, J] |
| Subject: | Tweet by World News Tonight on Twitter |

Hey Johnny! Just saw this tweet — Don Blankenship is not a convicted felon.

He was found guilty of a misdemeanor charge...It's confusing because he was sent to a federal prison for his misdemeanor charge. We should correct it!

---



**World News Tonight (@ABCWorldNews)**

7/24/18, 3:32 PM
Don Blankenship, the former coal baron and convicted felon, wades back into the state's U.S. Senate race, this time attempting to file paperwork to run as a member of the Constitution Party abcn.ws/2A67zR3
pic.twitter.com/ulipJlbIKC

---

Download the Twitter app


Meridith McGraw
ABC News Washington
▇▇▇▇▇▇▇ | @meridithmcgraw

ABC000199

# EXHIBIT 23

Message

| | |
|---|---|
| From: | Verhovek, John H. [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0E17700F404C4AE2AFB40DDE37BDCA82-VERHOVEK, J] |
| Sent: | 7/24/2018 8:14:36 PM |
| To: | McGraw, Meridith [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=962d7b8b09eb40838974e84a23258cee-Mcgraw, Mer] |
| CC: | Mcmurry, Evan D. [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=94e7026a58264c15ad80e78316ffc40c-Mcmurry, Ev]; Zaru, Deena [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=88a9483d6de44b28a79a4356325e4b1e-Zaru, Deena] |
| Subject: | Re: Tweet by World News Tonight on Twitter |

Adding Evan/Deena, also need to correct story too

**From:** McGraw, Meridith
**Sent:** Tuesday, July 24, 2018 4:08:29 PM
**To:** Verhovek, John H.
**Subject:** Tweet by World News Tonight on Twitter

Hey Johnny! Just saw this tweet — Don Blankenship is not a convicted felon.

He was found guilty of a misdemeanor charge...It's confusing because he was sent to a federal prison for his misdemeanor charge. We should correct it!

---


**World News Tonight (@ABCWorldNews)**

7/24/18, 3:32 PM
Don Blankenship, the former coal baron and convicted felon, wades back into the state's U.S. Senate race, this time attempting to file paperwork to run as a member of the Constitution Party abcn.ws/2A67zR3
pic.twitter.com/ulipJlbIKC

---

Download the Twitter app

Meridith McGraw
ABC News Washington
▮▮▮▮▮▮▮ | @meridithmcgraw

ABC000200

# EXHIBIT 24

| Message | |
|---|---|
| **From:** | Verhovek, John H. [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP |
| | (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0E17700F404C4AE2AFB40DDE37BDCA82-VERHOVEK, J] |
| **Sent:** | 7/24/2018 8:20:57 PM |
| **To:** | Zaru, Deena [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=88a9483d6de44b28a79a4356325e4b1e-Zaru, Deena]; Mcmurry, Evan D. |
| | [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=94e7026a58264c15ad80e78316ffc40c-Mcmurry, Ev]; McGraw, Meridith |
| | [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=962d7b8b09eb40838974e84a23258cee-Mcgraw, Mer]; Schoetz, David J. |
| | [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=591325946b6441e19f438f9cc7529ce3-Schoetz, Da]; Tam, Paulina |
| | [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=ce2bd31ce2f9424594d5e8e588306063-Tam, Paulin] |
| **CC:** | Linden, Daniel [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=37e9686ff98f49ee83753d4ac467d6b0-Linden, Dan]; Abdullah, Halimah |
| | [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=9ebe8998b2384df0912ea62bdc3f17e0-Abdullah, L] |
| **Subject:** | Re: Tweet by World News Tonight on Twitter |

Meridith can you send me exact language on this?

Blankenship was sent to federal prison but he was not convicted of a felony?

**From:** Zaru, Deena
**Sent:** Tuesday, July 24, 2018 4:18:10 PM
**To:** Mcmurry, Evan D.; Verhovek, John H.; McGraw, Meridith; Schoetz, David J.; Tam, Paulina
**Cc:** Linden, Daniel; Abdullah, Halimah
**Subject:** Re: Tweet by World News Tonight on Twitter

Actually adding them

**Deena Zeina Zaru**
Deputy Digital Editor, Social Media and Trends — ABC News
Office: 202-222-7272 | Cell:
1717 Desales St NW, Washington, D.C. 20036

**From:** "Zaru, Deena" <Deena.Zaru@abc.com>
**Date:** Tuesday, July 24, 2018 at 4:17 PM
**To:** "Mcmurry, Evan D." <Evan.D.Mcmurry@abc.com>, "Verhovek, John H." <John.H.Verhovek@abc.com>,
"McGraw, Meridith" <Meridith.McGraw@abc.com>, "Schoetz, David J." <David.J.Schoetz@abc.com>, "Tam,
Paulina" <Paulina.Tam@abc.com>
**Subject:** Re: Tweet by World News Tonight on Twitter

Oh wow. Thanks for flagging. Let us know when story is corrected and we can do on social. Adding Lima and Dan Linden
for awareness

**Deena Zeina Zaru**
Deputy Digital Editor, Social Media and Trends — ABC News
Office: 202-222-7272 | Cell:
1717 Desales St NW, Washington, D.C. 20036

ABC000210

**From:** "Mcmurry, Evan D." <Evan.D.Mcmurry@abc.com>
**Date:** Tuesday, July 24, 2018 at 4:17 PM
**To:** "Verhovek, John H." <John.H.Verhovek@abc.com>, "McGraw, Meridith" <Meridith.McGraw@abc.com>,
"Schoetz, David J." <David.J.Schoetz@abc.com>, "Tam, Paulina" <Paulina.Tam@abc.com>
**Cc:** "Zaru, Deena" <Deena.Zaru@abc.com>
**Subject:** Re: Tweet by World News Tonight on Twitter

+ Schoetz, Paulina for awareness. I'll loop in standards.

--
Evan McMurry
Social Media Editor | ABC News
@evanmcmurry | @ABCPolitics
o: 212-456-7961 | c:⬛⬛⬛⬛⬛

**From:** "Verhovek, John H." <John.H.Verhovek@abc.com>
**Date:** Tuesday, July 24, 2018 at 4:14 PM
**To:** "McGraw, Meridith" <Meridith.McGraw@abc.com>
**Cc:** "Mcmurry, Evan D." <Evan.D.Mcmurry@abc.com>, "Zaru, Deena" <Deena.Zaru@abc.com>
**Subject:** Re: Tweet by World News Tonight on Twitter

Adding Evan/Deena, also need to correct story too

**From:** McGraw, Meridith
**Sent:** Tuesday, July 24, 2018 4:08:29 PM
**To:** Verhovek, John H.
**Subject:** Tweet by World News Tonight on Twitter

Hey Johnny! Just saw this tweet — Don Blankenship is not a convicted felon.

He was found guilty of a misdemeanor charge...It's confusing because he was sent to a federal prison for his
misdemeanor charge. We should correct it!

---



**World News Tonight (@ABCWorldNews)**

7/24/18, 3:32 PM
Don Blankenship, the former coal baron and convicted felon, wades back into the state's U.S. Senate race, this time
attempting to file paperwork to run as a member of the Constitution Party abcn.ws/2A67zR3 pic.twitter.com/ulipJlbIKC

Download the Twitter app

Meridith McGraw
ABC News Washington
⬛⬛⬛⬛⬛⬛⬛ | @meridithmcgraw

ABC000211

# EXHIBIT 25

| Message | |
|---|---|
| From: | McGraw, Meridith [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP |
| | (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=962D7B8B09EB40838974E84A23258CEE-MCGRAW, MER] |
| Sent: | 7/24/2018 8:39:02 PM |
| To: | Verhovek, John H. [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=0e17700f404c4ae2afb40dde37bdca82-Verhovek, J] |
| CC: | Zaru, Deena [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=88a9483d6de44b28a79a4356325e4b1e-Zaru, Deena]; Mcmurry, Evan D. |
| | [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=94e7026a58264c15ad80e78316ffc40c-Mcmurry, Ev]; Schoetz, David J. |
| | [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=591325946b6441e19f438f9cc7529ce3-Schoetz, Da]; Tam, Paulina |
| | [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=ce2bd31ce2f9424594d5e8e588306063-Tam, Paulin]; Linden, Daniel |
| | [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=37e9686ff98f49ee83753d4ac467d6b0-Linden, Dan]; Abdullah, Halimah |
| | [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=9ebe8998b2384df0912ea62bdc3f17e0-Abdullah, L] |
| Subject: | Re: Tweet by World News Tonight on Twitter |

Yeah — Blankenship was convicted of a misdemeanor charge for conspiring to violate federal mine safety laws. He was acquitted of felony charges. He served one year in federal prison.

Meridith McGraw
ABC News Washington
▇▇▇▇▇▇▇▇▇ | @meridithmcgraw

On Jul 24, 2018, at 4:20 PM, Verhovek, John H. <John.H.Verhovek@abc.com> wrote:

Meridith can you send me exact language on this?

Blankenship was sent to federal prison but he was not convicted of a felony?

---

**From:** Zaru, Deena
**Sent:** Tuesday, July 24, 2018 4:18:10 PM
**To:** Mcmurry, Evan D.; Verhovek, John H.; McGraw, Meridith; Schoetz, David J.; Tam, Paulina
**Cc:** Linden, Daniel; Abdullah, Halimah
**Subject:** Re: Tweet by World News Tonight on Twitter

Actually adding them

**Deena Zeina Zaru**
Deputy Digital Editor, Social Media and Trends — ABC News
Office: 202-222-7272 | Cell: ▇▇▇▇▇▇▇
1717 Desales St NW, Washington, D.C. 20036

---

**From:** "Zaru, Deena" <Deena.Zaru@abc.com>
**Date:** Tuesday, July 24, 2018 at 4:17 PM
**To:** "Mcmurry, Evan D." <Evan.D.Mcmurry@abc.com>, "Verhovek, John H." <John.H.Verhovek@abc.com>, "McGraw, Meridith" <Meridith.McGraw@abc.com>, "Schoetz, David J." <David.J.Schoetz@abc.com>, "Tam, Paulina" <Paulina.Tam@abc.com>
**Subject:** Re: Tweet by World News Tonight on Twitter

ABC000223

Oh wow. Thanks for flagging. Let us know when story is corrected and we can do on social. Adding Lima and Dan Linden for awareness

**Deena Zeina Zaru**
Deputy Digital Editor, Social Media and Trends — ABC News
Office: 202-222-7272 | Cell: ▮▮▮▮▮▮
1717 Desales St NW, Washington, D.C. 20036

---

**From:** "Mcmurry, Evan D." <Evan.D.Mcmurry@abc.com>
**Date:** Tuesday, July 24, 2018 at 4:17 PM
**To:** "Verhovek, John H." <John.H.Verhovek@abc.com>, "McGraw, Meridith" <Meridith.McGraw@abc.com>, "Schoetz, David J." <David.J.Schoetz@abc.com>, "Tam, Paulina" <Paulina.Tam@abc.com>
**Cc:** "Zaru, Deena" <Deena.Zaru@abc.com>
**Subject:** Re: Tweet by World News Tonight on Twitter

+ Schoetz, Paulina for awareness. I'll loop in standards.

--

Evan McMurry
Social Media Editor | ABC News
@evanmcmurry | @ABCPolitics
o: 212-456-7961 | c ▮▮▮▮▮▮

---

**From:** "Verhovek, John H." <John.H.Verhovek@abc.com>
**Date:** Tuesday, July 24, 2018 at 4:14 PM
**To:** "McGraw, Meridith" <Meridith.McGraw@abc.com>
**Cc:** "Mcmurry, Evan D." <Evan.D.Mcmurry@abc.com>, "Zaru, Deena" <Deena.Zaru@abc.com>
**Subject:** Re: Tweet by World News Tonight on Twitter

Adding Evan/Deena, also need to correct story too

---

**From:** McGraw, Meridith
**Sent:** Tuesday, July 24, 2018 4:08:29 PM
**To:** Verhovek, John H.
**Subject:** Tweet by World News Tonight on Twitter

Hey Johnny! Just saw this tweet — Don Blankenship is not a convicted felon.

He was found guilty of a misdemeanor charge...It's confusing because he was sent to a federal prison for his misdemeanor charge. We should correct it!



**World News Tonight (@ABCWorldNews)**

7/24/18, 3:32 PM
Don Blankenship, the former coal baron and convicted felon, wades back into the state's U.S. Senate race, this time attempting to file paperwork to run as a member of the Constitution Party abcn.ws/2A67zR3 pic.twitter.com/ulipJlbIKC

ABC000224

Download the Twitter app

Meridith McGraw
ABC News Washington
███████████ | @meridithmcgraw

ABC000225

USCA4 Appeal: 22-1198    Doc: 53    Filed: 05/25/2022    Pg: 124 of 306

# EXHIBIT 26

| Message | |
| --- | --- |
| **From:** | Verhovek, John H. [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0E17700F404C4AE2AFB40DDE37BDCA82-VERHOVEK, J] |
| **Sent:** | 7/24/2018 9:17:40 PM |
| **To:** | Mcmurry, Evan D. [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=94e7026a58264c15ad80e78316ffc40c-Mcmurry, Ev] |
| **Subject:** | Re: Tweet by World News Tonight on Twitter |

**First few graphs:**

Don Blankenship, the former coal baron who spent time in federal prison and finished third in the West Virginia Republican primary in May, is wading back into the state's U.S. Senate race, this time attempting to file paperwork to run as a member of the Constitution Party.

Blakenship was convicted of a misdemeanor in 2015 for conspiracy to violate mine safety and <a href="https://abcnews.go.com/alerts/Obamacare" id="_ap_link_health_Obamacare_" target="_blank">health</a> standards in the aftermath of the 2010 Upper Big Branch Mine disaster that resulted in the death of 29 miners.

**Correction:**

*Correction: An earlier version of this story stated that Don Blankenship is a convicted felon, which he is not. Blankenship was convicted of a misdemeanor charge for conspiring to violate federal mine safety laws. He was acquitted of felony charges. He served one year in federal prison.*

---

**From:** Mcmurry, Evan D.
**Sent:** Tuesday, July 24, 2018 5:16:26 PM
**To:** Verhovek, John H.
**Subject:** Re: Tweet by World News Tonight on Twitter

What's your new lang?

--
Evan McMurry
Social Media Editor | ABC News
@evanmcmurry | @ABCPolitics
o: 212-456-7961 | c:

**From:** "Verhovek, John H." <John.H.Verhovek@abc.com>
**Date:** Tuesday, July 24, 2018 at 4:38 PM
**To:** "Mcmurry, Evan D." <Evan.D.Mcmurry@abc.com>
**Subject:** Re: Tweet by World News Tonight on Twitter

I have language for a correction that can be added.

---

**From:** Verhovek, John H.
**Sent:** Tuesday, July 24, 2018 4:18:27 PM
**To:** Mcmurry, Evan D.
**Subject:** Re: Tweet by World News Tonight on Twitter

ABC000249

Matthew Zerrell

**From:** Mcmurry, Evan D.
**Sent:** Tuesday, July 24, 2018 4:18:05 PM
**To:** Verhovek, John H.
**Subject:** Re: Tweet by World News Tonight on Twitter

Who was the editor on that story?

--

Evan McMurry
Social Media Editor | ABC News
@evanmcmurry | @ABCPolitics
o: 212-456-7961 | c:

**From:** "Verhovek, John H." <John.H.Verhovek@abc.com>
**Date:** Tuesday, July 24, 2018 at 4:14 PM
**To:** "McGraw, Meridith" <Meridith.McGraw@abc.com>
**Cc:** "Mcmurry, Evan D." <Evan.D.Mcmurry@abc.com>, "Zaru, Deena" <Deena.Zaru@abc.com>
**Subject:** Re: Tweet by World News Tonight on Twitter

Adding Evan/Deena, also need to correct story too

**From:** McGraw, Meridith
**Sent:** Tuesday, July 24, 2018 4:08:29 PM
**To:** Verhovek, John H.
**Subject:** Tweet by World News Tonight on Twitter

Hey Johnny! Just saw this tweet — Don Blankenship is not a convicted felon.

He was found guilty of a misdemeanor charge...It's confusing because he was sent to a federal prison for his misdemeanor charge. We should correct it!

---

 **World News Tonight (@ABCWorldNews)**

**7/24/18, 3:32 PM**
Don Blankenship, the former coal baron and convicted felon, wades back into the state's U.S. Senate race, this time attempting to file paperwork to run as a member of the Constitution Party abcn.ws/2A67zR3 pic.twitter.com/ulipJlbIKC

---

Download the Twitter app

Meridith McGraw
ABC News Washington
███████████ | @meridithmcgraw

ABC000250

# EXHIBIT 27

Message

| From: | Verhovek, John H. [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0E17700F404C4AE2AFB40DDE37BDCA82-VERHOVEK, J] |
|---|---|
| Sent: | 7/24/2018 10:16:58 PM |
| To: | Mcmurry, Evan D. [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=94e7026a58264c15ad80e78316ffc40c-Mcmurry, Ev] |
| Subject: | Re: Tweet by World News Tonight on Twitter |

Do you know who is on standards/who I need to flag to?

**From:** Verhovek, John H.
**Sent:** Tuesday, July 24, 2018 5:17:40 PM
**To:** Mcmurry, Evan D.
**Subject:** Re: Tweet by World News Tonight on Twitter

**First few graphs:**

Don Blankenship, the former coal baron who spent time in federal prison and finished third in the West Virginia Republican primary in May, is wading back into the state's U.S. Senate race, this time attempting to file paperwork to run as a member of the Constitution Party.

Blakenship was convicted of a misdemeanor in 2015 for conspiracy to violate mine safety and <a href="https://abcnews.go.com/alerts/Obamacare" id="_ap_link_health_Obamacare_" target="_blank">health</a> standards in the aftermath of the 2010 Upper Big Branch Mine disaster that resulted in the death of 29 miners.

**Correction:**

*Correction: An earlier version of this story stated that Don Blankenship is a convicted felon, which he is not. Blankenship was convicted of a misdemeanor charge for conspiring to violate federal mine safety laws. He was acquitted of felony charges. He served one year in federal prison.*

**From:** Mcmurry, Evan D.
**Sent:** Tuesday, July 24, 2018 5:16:26 PM
**To:** Verhovek, John H.
**Subject:** Re: Tweet by World News Tonight on Twitter

What's your new lang?

--

Evan McMurry
Social Media Editor | ABC News
@evanmcmurry | @ABCPolitics
o: 212-456-7961 | c:

**From:** "Verhovek, John H." <John.H.Verhovek@abc.com>
**Date:** Tuesday, July 24, 2018 at 4:38 PM
**To:** "Mcmurry, Evan D." <Evan.D.Mcmurry@abc.com>
**Subject:** Re: Tweet by World News Tonight on Twitter

ABC000257

I have language for a correction that can be added.

---

**From:** Verhovek, John H.
**Sent:** Tuesday, July 24, 2018 4:18:27 PM
**To:** Mcmurry, Evan D.
**Subject:** Re: Tweet by World News Tonight on Twitter

Matthew Zerrell

---

**From:** Mcmurry, Evan D.
**Sent:** Tuesday, July 24, 2018 4:18:05 PM
**To:** Verhovek, John H.
**Subject:** Re: Tweet by World News Tonight on Twitter

Who was the editor on that story?

--

Evan McMurry
Social Media Editor | ABC News
@evanmcmurry | @ABCPolitics
o: 212-456-7961 | c:

**From:** "Verhovek, John H." <John.H.Verhovek@abc.com>
**Date:** Tuesday, July 24, 2018 at 4:14 PM
**To:** "McGraw, Meridith" <Meridith.McGraw@abc.com>
**Cc:** "Mcmurry, Evan D." <Evan.D.Mcmurry@abc.com>, "Zaru, Deena" <Deena.Zaru@abc.com>
**Subject:** Re: Tweet by World News Tonight on Twitter

Adding Evan/Deena, also need to correct story too

---

**From:** McGraw, Meridith
**Sent:** Tuesday, July 24, 2018 4:08:29 PM
**To:** Verhovek, John H.
**Subject:** Tweet by World News Tonight on Twitter

Hey Johnny! Just saw this tweet — Don Blankenship is not a convicted felon.

He was found guilty of a misdemeanor charge...It's confusing because he was sent to a federal prison for his misdemeanor charge. We should correct it!

---

 **World News Tonight (@ABCWorldNews)**

7/24/18, 3:32 PM
Don Blankenship, the former coal baron and convicted felon, wades back into the state's U.S. Senate race, this time attempting to file paperwork to run as a member of the Constitution Party abcn.ws/2A67zR3 pic.twitter.com/ulipJIbIKC

---

Download the Twitter app

Meridith McGraw

ABC000258

ABC News Washington

| @meridithmcgraw

ABC000259

# EXHIBIT 28

Message
| | |
|---|---|
| **From:** | Mcmurry, Evan D. [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=94E7026A58264C15AD80E78316FFC40C-MCMURRY, EV] |
| **Sent:** | 7/24/2018 10:17:48 PM |
| **To:** | Verhovek, John H. [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=0e17700f404c4ae2afb40dde37bdca82-Verhovek, J] |
| **Subject:** | Re: Tweet by World News Tonight on Twitter |

Troy McMullen. Loop in Matt on digital.

Sent from my iPhone

On Jul 24, 2018, at 6:16 PM, Verhovek, John H. <John.H.Verhovek@abc.com> wrote:

> Do you know who is on standards/who I need to flag to?
>
> **From:** Verhovek, John H.
> **Sent:** Tuesday, July 24, 2018 5:17:40 PM
> **To:** Mcmurry, Evan D.
> **Subject:** Re: Tweet by World News Tonight on Twitter
>
> **First few graphs:**
>
> Don Blankenship, the former coal baron who spent time in federal prison and finished third in the West Virginia Republican primary in May, is wading back into the state's U.S. Senate race, this time attempting to file paperwork to run as a member of the Constitution Party.
>
> Blakenship was convicted of a misdemeanor in 2015 for conspiracy to violate mine safety and <a href="https://abcnews.go.com/alerts/Obamacare" id="_ap_link_health_Obamacare_" target="_blank">health</a> standards in the aftermath of the 2010 Upper Big Branch Mine disaster that resulted in the death of 29 miners.
>
> **Correction:**
>
> *Correction: An earlier version of this story stated that Don Blankenship is a convicted felon, which he is not. Blankenship was convicted of a misdemeanor charge for conspiring to violate federal mine safety laws. He was acquitted of felony charges. He served one year in federal prison.*
>
> **From:** Mcmurry, Evan D.
> **Sent:** Tuesday, July 24, 2018 5:16:26 PM
> **To:** Verhovek, John H.
> **Subject:** Re: Tweet by World News Tonight on Twitter
>
> What's your new lang?
>
> --
>
> Evan McMurry
> Social Media Editor | ABC News
> @evanmcmurry | @ABCPolitics

ABC000260

o: 212-456-7961 | c: ▮▮▮▮▮▮▮

**From:** "Verhovek, John H." <John.H.Verhovek@abc.com>
**Date:** Tuesday, July 24, 2018 at 4:38 PM
**To:** "Mcmurry, Evan D." <Evan.D.Mcmurry@abc.com>
**Subject:** Re: Tweet by World News Tonight on Twitter

I have language for a correction that can be added.

---

**From:** Verhovek, John H.
**Sent:** Tuesday, July 24, 2018 4:18:27 PM
**To:** Mcmurry, Evan D.
**Subject:** Re: Tweet by World News Tonight on Twitter

Matthew Zerrell

---

**From:** Mcmurry, Evan D.
**Sent:** Tuesday, July 24, 2018 4:18:05 PM
**To:** Verhovek, John H.
**Subject:** Re: Tweet by World News Tonight on Twitter

Who was the editor on that story?

--

Evan McMurry
Social Media Editor | ABC News
@evanmcmurry | @ABCPolitics
o: 212-456-7961 | c: ▮▮▮▮▮▮

**From:** "Verhovek, John H." <John.H.Verhovek@abc.com>
**Date:** Tuesday, July 24, 2018 at 4:14 PM
**To:** "McGraw, Meridith" <Meridith.McGraw@abc.com>
**Cc:** "Mcmurry, Evan D." <Evan.D.Mcmurry@abc.com>, "Zaru, Deena" <Deena.Zaru@abc.com>
**Subject:** Re: Tweet by World News Tonight on Twitter

Adding Evan/Deena, also need to correct story too

---

**From:** McGraw, Meridith
**Sent:** Tuesday, July 24, 2018 4:08:29 PM
**To:** Verhovek, John H.
**Subject:** Tweet by World News Tonight on Twitter

Hey Johnny! Just saw this tweet — Don Blankenship is not a convicted felon.

He was found guilty of a misdemeanor charge...It's confusing because he was sent to a federal prison for his misdemeanor charge. We should correct it!

---

           **World News Tonight (@ABCWorldNews)**

7/24/18, 3:32 PM

ABC000261

Don Blankenship, the former coal baron and convicted felon, wades back into the state's U.S. Senate race, this time attempting to file paperwork to run as a member of the Constitution Party abcn.ws/2A67zR3 pic.twitter.com/ulipJIbIKC

Download the Twitter app

Meridith McGraw
ABC News Washington
█████████████ | @meridithmcgraw

ABC000262

# EXHIBIT 29

Message

| | |
|---|---|
| **From:** | Verhovek, John H. [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0E17700F404C4AE2AFB40DDE37BDCA82-VERHOVEK, J] |
| **Sent:** | 7/24/2018 10:20:22 PM |
| **To:** | Zarrell, Matthew [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8519f51c9eb94087acd9263881dc54ce-Zarrell, Ma] |
| **CC:** | McMullen, Troy [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=dfbffbf316da4fbb8450992c651b7ef7-McMullen, T] |
| **Subject:** | Correction on Don Blakenship story |

Hey Troy,

Wanted to flag to you a correction that needs to be made to a story that ran on Don Blankenship last night.

The story identified Blankenship as a "convicted felon." Blankenship was convicted of a misdemeanor count of conspiracy to violate mine safety standards, but was acquitted of felony charges.

Below is updated copy and a correction to run at the end of the story:

**First few graphs:**

Don Blankenship, the former coal baron who spent time in federal prison and finished third in the West Virginia Republican primary in May, is wading back into the state's U.S. Senate race, this time attempting to file paperwork to run as a member of the Constitution Party.

Blakenship was convicted of a misdemeanor in 2015 for conspiracy to violate mine safety and health standards in the aftermath of the 2010 Upper Big Branch Mine disaster that resulted in the death of 29 miners.

**Correction:**

*Correction: An earlier version of this story stated that Don Blankenship is a convicted felon, which he is not. Blankenship was convicted of a misdemeanor charge for conspiring to violate federal mine safety laws. He was acquitted of felony charges. He served one year in federal prison.*

---

From: Zarrell, Matthew
Sent: Monday, July 23, 2018 8:28:40 PM
To: #ABCTV IG News HPEditorial
Cc: Verhovek, John H.; #ABCTV DL-NEWS DC DIGITAL
Subject: OFFER: Despite 'sore loser' law, Don Blankenship trying third party bid for US Senate in WV

Headline: Despite 'sore loser' law, Don Blankenship trying third party bid for US Senate in WV

Social Share Link: http://abcnews.go.com/Politics/sore-loser-law-don-blakenship-party-bid-us/story?id=56767760

ABC000263



### Despite 'sore loser' law, Don Blankenship trying third party bid for US Senate in WV

abcnews.go.com

Don Blankenship, the controversial former coal baron, is wading back into West Virginia's U.S. Senate race, attempting a bid as a member of the Constitution Party.

Site Link: https://abcnews.go.com/Politics/sore-loser-law-don-blakenship-party-bid-us/story?id=56767760

SiteEditor: http://cms.abcnews.go.com/SiteEditor/index.htm#/content?contentId=56767760

2751

ABC000264

# EXHIBIT 30

| Message | |
|---|---|
| From: | McMullen, Troy [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP |
| | (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=DFBFFBF316DA4FBB8450992C651B7EF7-MCMULLEN, T] |
| Sent: | 7/24/2018 10:22:05 PM |
| To: | Verhovek, John H. [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=0e17700f404c4ae2afb40dde37bdca82-Verhovek, J]; Zarrell, Matthew |
| | [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=8519f51c9eb94087acd9263881dc54ce-Zarrell, Ma] |
| Subject: | RE: Correction on Don Blakenship story |

Yes, this works, John. Evan and I also discussed for Social. What you have is good for Standards.

---

**From:** Verhovek, John H.
**Sent:** Tuesday, July 24, 2018 6:20 PM
**To:** Zarrell, Matthew <Matthew.Zarrell@abc.com>
**Cc:** McMullen, Troy <Troy.McMullen@abc.com>
**Subject:** Correction on Don Blakenship story

Hey Troy,

Wanted to flag to you a correction that needs to be made to a story that ran on Don Blankenship last night.

The story identified Blankenship as a "convicted felon." Blankenship was convicted of a misdemeanor count of conspiracy to violate mine safety standards, but was acquitted of felony charges.

Below is updated copy and a correction to run at the end of the story:

**First few graphs:**

Don Blankenship, the former coal baron who spent time in federal prison and finished third in the West Virginia Republican primary in May, is wading back into the state's U.S. Senate race, this time attempting to file paperwork to run as a member of the Constitution Party.

Blakenship was convicted of a misdemeanor in 2015 for conspiracy to violate mine safety and health standards in the aftermath of the 2010 Upper Big Branch Mine disaster that resulted in the death of 29 miners.

**Correction:**

*Correction: An earlier version of this story stated that Don Blankenship is a convicted felon, which he is not. Blankenship was convicted of a misdemeanor charge for conspiring to violate federal mine safety laws. He was acquitted of felony charges. He served one year in federal prison.*

---

**From:** Zarrell, Matthew
**Sent:** Monday, July 23, 2018 8:28:40 PM
**To:** #ABCTV IG News HPEditorial
**Cc:** Verhovek, John H.; #ABCTV DL-NEWS DC DIGITAL
**Subject:** OFFER: Despite 'sore loser' law, Don Blankenship trying third party bid for US Senate in WV

ABC000265

Headline: Despite 'sore loser' law, Don Blankenship trying third party bid for US Senate in WV

Social Share Link: http://abcnews.go.com/Politics/sore-loser-law-don-blakenship-party-bid-us/story?id=56767760



Despite 'sore loser' law, Don Blankenship trying third party bid for US Senate in WV

abcnews.go.com

Don Blankenship, the controversial former coal baron, is wading back into West Virginia's U.S. Senate race, attempting a bid as a member of the Constitution Party.

Site Link: https://abcnews.go.com/Politics/sore-loser-law-don-blakenship-party-bid-us/story?id=56767760

SiteEditor: http://cms.abcnews.go.com/SiteEditor/index.htm#/content?contentId=56767760

ABC000266

# EXHIBIT 31

VIDEO      LIVE      SHOWS      2020 ELECTIONS      CORONAVIRUS

Advertisement

# Despite 'sore loser' law, Don Blankenship trying third party bid for US Senate in West Virginia

*West Virginia's 'sore loser' prevents a losing primary candidate from re-filing.*

By **John Verhovek**
July 24, 2018 6:26 PM • 4 min read



**Blankenship concedes West Virginia race**

*Ex-convict Don Blankenship concedes as Morrisey is projected to win West Virginia's GOP Senate primary.*





Don Blankenship, the former coal baron who spent time in federal prison and finished third in the West Virginia Republican primary in May, is wading back into the state's U.S. Senate race, this time attempting filing paperwork to run as a member of the Constitution Party.

## Top Stories

Despite 'sore loser' law, Don Blankenship trying third party bid for US Senate in West Virginia
Jul 24, 6:26 PM


Police used tear gas, pushed back peaceful protesters for Trump church visit
1 hour ago


Independent autopsy finds George Floyd died of homicide by asphyxia
Jun 01, 6:07 PM


Obama puts out guide to 'get to work' on 'real change' amid George Floyd protests
Jun 01, 3:28 PM


Louisville police chief fired after fatal shooting of David McAtee
2 hours ago


**The 23 Hottest Father's Day Gifts of 2020**
ZANGDEAL  - sponsored

LEARN MORE

ABC News Live

ABC000008

Despite 'sore loser' law, Don Blankenship trying third party bid for US Senate in West...    Page 2
USCA4 Appeal: 22-1108    Doc: 53    Filed: 05/25/2022    Pg: 143 of 306
Case 2:19-cv-00236    Document 888-31    Filed 05/24/21    Page 3 of 5 PageID #: 12665

Blakenship tweeted photos of himself filing the paperwork on
Tuesday, saying in part, "I am the only candidate who cannot be
bought by out of state billionaires and I will work hard to drain the
swamp."

24/7 coverage of breaking news and live events





Blakenship was convicted in 2015 for conspiracy to violate mine
safety and health standards in the aftermath of the 2010 Upper Big
Branch Mine disaster that resulted in the death of 29 miners.

In a statement posted on Facebook, Blankenship conceded that he
does not expect the filing to be certified due to West Virginia's
"sore loser" law that prohibits candidates that lost in a primary to
run in the general election, but that he believes his name will be
on the ballot in November.



ABC000009

USCA4 Appeal: 22-1188    Doc: 53    Filed: 05/25/2022    Pg: 144 of 306
Case 2:19-cv-00236    Document 888-31    Filed 05/24/21    Page 4 of 5 PageID #: 12666



Sen. Joe Manchin listens during a Senate Intelligence Committee hearing on Capitol Hill in Washington, D.C., May 9, 2018.
J. Scott Applewhite/AP, file

"The political establishment cannot retroactively enact laws that prohibit individuals who become members of some political parties from being on the ballot while allowing individuals who become members of other political parties to be on the ballot," Mr. Blakenship wrote Monday.

"This is what the Communist or Nazi party would do and is a perfect example of political party behavior that violates an American's guaranteed right to equal opportunity. It is a clearly discriminatory law and exactly what George Washington warned of in his farewell address," he continued.

In West Virginia's May 8th Republican primary, Blankenship received just under 20 percent of the vote according to election returns from the West Virginia Secretary of State. Blankenship finished behind Rep. Evan Jenkins, and the ultimate winner, state Attorney General Patrick Morrisey.

Morrisey is facing Democratic Sen. Joe Manchin in November in a race that could be crucial to the control of the U.S. Senate.

Responding to the news Tuesday, Morrisey decried Blankenship as a "distraction."

ABC000010

Despite 'sore loser' law, Don Blankenship trying third party bid for US Senate in West... Page 4
USCA4 Appeal: 21-1108 Doc: 53 Filed: 05/25/2022 Pg: 145 of 306
Case 2:19-cv-00236 Document 888-31 Filed 05/24/21 Page 5 of 5 PageID #: 12667

"Voters won't be distracted by efforts to divert attention away from lying liberal Joe Manchin's record of supporting pro-abortion policies, gun control, and Hillary Clinton's campaign against coal miners," Morrisey said in a statement released by his campaign.

Manchin is one of ten Democrats up for re-election in states that Donald Trump captured in the 2016 election.

Representatives for the Manchin campaign did not immediately respond to ABC News' request for comment.

Representatives for the Secretary of State's office did not immediately respond to ABC News' request for comment.

*Correction: An earlier version of this story stated that Don Blankenship is a convicted felon, which he is not. Blankenship was convicted of a misdemeanor charge for conspiring to violate federal mine safety laws. He was acquitted of felony charges. He served one year in federal prison.*

☐ Comments (17)                                    🅕  🅨  ✉

———————————————  abcNEWS  ———————————————

Before You Go

If You Like to Play, this Strategy Game is a Must-Have. No Install.
Forge Of Empires |

Sponsored

The Most Addictive Farm Game of 2020. No Install
Taonga: The Island Farm |

Sponsored

Startup Knocking Retirement Industry on Its Head
SmartAsset |

Sponsored

Washington : Launches New Policy For Cars Used Less Than 60 Miles/Day
Bill Cruncher |

Sponsored

ABC000011

# EXHIBIT 32

| Message | |
|---------|---|
| From: | Mcmurry, Evan D. [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=94E7026A58264C15AD80E78316FFC40C-MCMURRY, EV] |
| Sent: | 7/24/2018 8:17:21 PM |
| To: | Verhovek, John H. [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=0e11700f404c4ae2afb40dde37bdca82-Verhovek, J]; McGraw, Meridith [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=962d7b8b09eb40838974e84a23258cee-Mcgraw, Mer]; Schoetz, David J. [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=591325946b6441e19f438f9cc7529ce3-Schoetz, Da]; Tam, Paulina [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=ce2bd31ce2f9424594d5e8e588306063-Tam, Paulin] |
| CC: | Zaru, Deena [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=88a9483d6de44b28a79a4356325e4b1e-Zaru, Deena] |
| Subject: | Re: Tweet by World News Tonight on Twitter |

+ Schoetz, Paulina for awareness. I'll loop in standards.

--

Evan McMurry
Social Media Editor | ABC News
@evanmcmurry | @ABCPolitics
o: 212-456-7961 | c: ▮▮▮▮

**From:** "Verhovek, John H." <John.H.Verhovek@abc.com>
**Date:** Tuesday, July 24, 2018 at 4:14 PM
**To:** "McGraw, Meridith" <Meridith.McGraw@abc.com>
**Cc:** "Mcmurry, Evan D." <Evan.D.Mcmurry@abc.com>, "Zaru, Deena" <Deena.Zaru@abc.com>
**Subject:** Re: Tweet by World News Tonight on Twitter

Adding Evan/Deena, also need to correct story too

**From:** McGraw, Meridith
**Sent:** Tuesday, July 24, 2018 4:08:29 PM
**To:** Verhovek, John H.
**Subject:** Tweet by World News Tonight on Twitter

Hey Johnny! Just saw this tweet — Don Blankenship is not a convicted felon.

He was found guilty of a misdemeanor charge...It's confusing because he was sent to a federal prison for his misdemeanor charge. We should correct it!

 **World News Tonight (@ABCWorldNews)**

7/24/18, 3:32 PM
Don Blankenship, the former coal baron and convicted felon, wades back into the state's U.S. Senate race, this time attempting to file paperwork to run as a member of the Constitution Party abcn.ws/2A67zR3 pic.twitter.com/ulipJlbIKC

Download the Twitter app

ABC000201

Meridith McGraw
ABC News Washington
▮▮▮▮▮▮▮▮▮ | @meridithmcgraw

ABC000202

# EXHIBIT 33

| Message | |
|---------|---|
| **From:** | Zaru, Deena [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=88A9483D6DE44B28A79A4356325E4B1E-ZARU, DEENA] |
| **Sent:** | 7/24/2018 8:17:58 PM |
| **To:** | Mcmurry, Evan D. [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=94e7026a58264c15ad80e78316ffc40c-Mcmurry, Ev]; Verhovek, John H. [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=0e17700f404c4ae2afb40dde37bdca82-Verhovek, J]; McGraw, Meridith [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=962d7b8b09eb40838974e84a23258cee-Mcgraw, Mer]; Schoetz, David J. [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=591325946b6441e19f438f9cc7529ce3-Schoetz, Da]; Tam, Paulina [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=ce2bd31ce2f9424594d5e8e588306063-Tam, Paulin] |
| **Subject:** | Re: Tweet by World News Tonight on Twitter |

Oh wow. Thanks for flagging. Let us know when story is corrected and we can do on social. Adding Lima and Dan Linden for awareness

**Deena Zeina Zaru**
Deputy Digital Editor, Social Media and Trends — ABC News
Office: 202-222-7272 | Cell: █████████
1717 Desales St NW, Washington, D.C. 20036

---

**From:** "Mcmurry, Evan D." <Evan.D.Mcmurry@abc.com>
**Date:** Tuesday, July 24, 2018 at 4:17 PM
**To:** "Verhovek, John H." <John.H.Verhovek@abc.com>, "McGraw, Meridith" <Meridith.McGraw@abc.com>, "Schoetz, David J." <David.J.Schoetz@abc.com>, "Tam, Paulina" <Paulina.Tam@abc.com>
**Cc:** "Zaru, Deena" <Deena.Zaru@abc.com>
**Subject:** Re: Tweet by World News Tonight on Twitter

+ Schoetz, Paulina for awareness. I'll loop in standards.

--
Evan McMurry
Social Media Editor | ABC News
@evanmcmurry | @ABCPolitics
o: 212-456-7961 | c: █████████

---

**From:** "Verhovek, John H." <John.H.Verhovek@abc.com>
**Date:** Tuesday, July 24, 2018 at 4:14 PM
**To:** "McGraw, Meridith" <Meridith.McGraw@abc.com>
**Cc:** "Mcmurry, Evan D." <Evan.D.Mcmurry@abc.com>, "Zaru, Deena" <Deena.Zaru@abc.com>
**Subject:** Re: Tweet by World News Tonight on Twitter

Adding Evan/Deena, also need to correct story too

---

**From:** McGraw, Meridith
**Sent:** Tuesday, July 24, 2018 4:08:29 PM
**To:** Verhovek, John H.
**Subject:** Tweet by World News Tonight on Twitter

ABC000203

Hey Johnny! Just saw this tweet — Don Blankenship is not a convicted felon.

He was found guilty of a misdemeanor charge...It's confusing because he was sent to a federal prison for his misdemeanor charge. We should correct it!

 **World News Tonight (@ABCWorldNews)**

7/24/18, 3:32 PM
Don Blankenship, the former coal baron and convicted felon, wades back into the state's U.S. Senate race, this time attempting to file paperwork to run as a member of the Constitution Party abcn.ws/2A67zR3 pic.twitter.com/ulipJlbIKC

Download the Twitter app

Meridith McGraw
ABC News Washington
███████████ | @meridithmcgraw

ABC000204

# EXHIBIT 34

| Message | |
|---|---|
| **From:** | Zaru, Deena [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP |
| | (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=88A9483D6DE44B28A79A4356325E4B1E-ZARU, DEENA] |
| **Sent:** | 7/24/2018 8:18:10 PM |
| **To:** | Mcmurry, Evan D. [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=94e7026a58264c15ad80e78316ffc40c-Mcmurry, Ev]; Verhovek, John H. |
| | [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=0e17700f404c4ae2afb40dde37bdca82-Verhovek, J]; McGraw, Meridith |
| | [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=962d7b8b09eb40838974e84a23258cee-Mcgraw, Mer]; Schoetz, David J. |
| | [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=591325946b6441e19f438f9cc7529ce3-Schoetz, Da]; Tam, Paulina |
| | [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=ce2bd31ce2f9424594d5e8e588306063-Tam, Paulin] |
| **CC:** | Linden, Daniel [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=37e9686ff98f49ee83753d4ac467d6b0-Linden, Dan]; Abdullah, Halimah |
| | [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=9ebe8998b2384df0912ea62bdc3f17e0-Abdullah, L] |
| **Subject:** | Re: Tweet by World News Tonight on Twitter |

Actually adding them

**Deena Zeina Zaru**
Deputy Digital Editor, Social Media and Trends — ABC News
Office: 202-222-7272 | Cell:
1717 Desales St NW, Washington, D.C. 20036

**From:** "Zaru, Deena" <Deena.Zaru@abc.com>
**Date:** Tuesday, July 24, 2018 at 4:17 PM
**To:** "Mcmurry, Evan D." <Evan.D.Mcmurry@abc.com>, "Verhovek, John H." <John.H.Verhovek@abc.com>,
"McGraw, Meridith" <Meridith.McGraw@abc.com>, "Schoetz, David J." <David.J.Schoetz@abc.com>, "Tam,
Paulina" <Paulina.Tam@abc.com>
**Subject:** Re: Tweet by World News Tonight on Twitter

Oh wow. Thanks for flagging. Let us know when story is corrected and we can do on social. Adding Lima and Dan Linden
for awareness

**Deena Zeina Zaru**
Deputy Digital Editor, Social Media and Trends — ABC News
Office: 202-222-7272 | Cell:
1717 Desales St NW, Washington, D.C. 20036

**From:** "Mcmurry, Evan D." <Evan.D.Mcmurry@abc.com>
**Date:** Tuesday, July 24, 2018 at 4:17 PM
**To:** "Verhovek, John H." <John.H.Verhovek@abc.com>, "McGraw, Meridith" <Meridith.McGraw@abc.com>,
"Schoetz, David J." <David.J.Schoetz@abc.com>, "Tam, Paulina" <Paulina.Tam@abc.com>
**Cc:** "Zaru, Deena" <Deena.Zaru@abc.com>
**Subject:** Re: Tweet by World News Tonight on Twitter

+ Schoetz, Paulina for awareness. I'll loop in standards.

--

ABC000206

Evan McMurry
Social Media Editor | ABC News
@evanmcmurry | @ABCPolitics
o: 212-456-7961 | c: ▮▮▮▮▮▮

**From:** "Verhovek, John H." <John.H.Verhovek@abc.com>
**Date:** Tuesday, July 24, 2018 at 4:14 PM
**To:** "McGraw, Meridith" <Meridith.McGraw@abc.com>
**Cc:** "Mcmurry, Evan D." <Evan.D.Mcmurry@abc.com>, "Zaru, Deena" <Deena.Zaru@abc.com>
**Subject:** Re: Tweet by World News Tonight on Twitter


Adding Evan/Deena, also need to correct story too


**From:** McGraw, Meridith
**Sent:** Tuesday, July 24, 2018 4:08:29 PM
**To:** Verhovek, John H.
**Subject:** Tweet by World News Tonight on Twitter

Hey Johnny! Just saw this tweet — Don Blankenship is not a convicted felon.

He was found guilty of a misdemeanor charge...It's confusing because he was sent to a federal prison for his misdemeanor charge. We should correct it!

---

       **World News Tonight (@ABCWorldNews)**

7/24/18, 3:32 PM
Don Blankenship, the former coal baron and convicted felon, wades back into the state's U.S. Senate race, this time attempting to file paperwork to run as a member of the Constitution Party abcn.ws/2A67zR3 pic.twitter.com/ulipJlbIKC

---

Download the Twitter app


Meridith McGraw
ABC News Washington
▮▮▮▮▮▮▮▮▮▮ | @meridithmcgraw

ABC000207

# EXHIBIT 35

| Message | |
|---|---|
| **From:** | Mcmurry, Evan D. [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=94E7026A58264C15AD80E78316FFC40C-MCMURRY, EV] |
| **Sent:** | 7/24/2018 8:22:49 PM |
| **To:** | McMullen, Troy [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=dfbffbf316da4fbb8450992c651b7ef7-McMullen, T]; Zarrell, Matthew [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8519f51c9eb94087acd9263881dc54ce-Zarrell, Ma]; Schoetz, David J. [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=591325946b6441e19f438f9cc7529ce3-Schoetz, Da] |
| **CC:** | Tam, Paulina [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=ce2bd31ce2f9424594d5e8e588306063-Tam, Paulin]; Zaru, Deena [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=88a9483d6de44b28a79a4356325e4b1e-Zaru, Deena]; McGraw, Meridith [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=962d7b8b09eb40838974e84a23258cee-Mcgraw, Mer] |
| **Subject:** | Incorrect story/tweet language |

Hey Troy,

Our story on Don Blankenship calls him a convicted felon; Meredith in DC flags that he was convicted of a misdemeanor crime, though sent to a federal prison, and thus isn't actually a felon.

The language has also gone out of a few tweets/FB posts to the World News, Politics and This Week accounts:
https://twitter.com/abcworldnews/status/1021840608925757440?refsrc=email&s=11

Appreciate any guidance you can give on this. Thanks!

--
Evan McMurry
Social Media Editor | ABC News
@evanmcmurry | @ABCPolitics
o: 212-456-7961 | c: ▮▮▮▮▮▮

ABC000212

# EXHIBIT 36

| Message | |
|---|---|
| **From:** | McMullen, Troy [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP |
| | (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=DFBFFBF316DA4FBB8450992C651B7EF7-MCMULLEN, T] |
| **Sent:** | 7/24/2018 9:12:22 PM |
| **To:** | Mcmurry, Evan D. [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=94e7026a58264c15ad80e78316ffc40c-Mcmurry, Ev] |
| **CC:** | Zaru, Deena [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=88a9483d6de44b28a79a4356325e4b1e-Zaru, Deena]; Zarrell, Matthew |
| | [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=8519f51c9eb94087acd9263881dc54ce-Zarrell, Ma]; Schoetz, David J. |
| | [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=591325946b6441e19f438f9cc7529ce3-Schoetz, Da]; Tam, Paulina |
| | [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=ce2bd31ce2f9424594d5e8e588306063-Tam, Paulin]; McGraw, Meridith |
| | [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=962d7b8b09eb40838974e84a23258cee-Mcgraw, Mer] |
| **Subject:** | Re: Incorrect story/tweet language |

Apologies for the delay. Got caught up in Demi world. Let's simply fix the stories where it was reported. and issue a correction where we can. I realize not all platforms allow space for a correction.

On Jul 24, 2018, at 10:32 PM, Mcmurry, Evan D. <Evan.D.Mcmurry@abc.com> wrote:

Story was posted at 8:30 last night, social posts at various points earlier today.

--
Evan McMurry
Social Media Editor | ABC News
@evanmcmurry | @ABCPolitics
o: 212-456-7961 | c:

**From:** "Zaru, Deena" <Deena.Zaru@abc.com>
**Date:** Tuesday, July 24, 2018 at 4:31 PM
**To:** "McMullen, Troy" <Troy.McMullen@abc.com>, "Mcmurry, Evan D."
<Evan.D.Mcmurry@abc.com>
**Cc:** "Zarrell, Matthew" <Matthew.Zarrell@abc.com>, "Schoetz, David J."
<David.J.Schoetz@abc.com>, "Tam, Paulina" <Paulina.Tam@abc.com>, "McGraw, Meridith"
<Meridith.McGraw@abc.com>
**Subject:** Re: Incorrect story/tweet language

Troy, here are the social posts that used that language on Politics and This Week accounts:

https://twitter.com/ABCPolitics/status/1021772764406067201 SENT AT 10:03 am

https://twitter.com/ThisWeekABC/status/1021802973050142721  SENT AT 12:03 pm

https://www.facebook.com/ABCNewsPolitics/posts/1721588171272735 POSTED 3 hours ago

https://www.facebook.com/ThisWeekABC/posts/1873002316076535  POSTED 3 hours ago

ABC000232

**Deena Zeina Zaru**
Deputy Digital Editor, Social Media and Trends — ABC News
Office: 202-222-7272 | Cell:
1717 Desales St NW, Washington, D.C. 20036

---

**From:** "McMullen, Troy" <Troy.McMullen@abc.com>
**Date:** Tuesday, July 24, 2018 at 4:30 PM
**To:** "Mcmurry, Evan D." <Evan.D.Mcmurry@abc.com>
**Cc:** "Zarrell, Matthew" <Matthew.Zarrell@abc.com>, "Schoetz, David J."
<David.J.Schoetz@abc.com>, "Tam, Paulina" <Paulina.Tam@abc.com>, "Zaru, Deena"
<Deena.Zaru@abc.com>, "McGraw, Meridith" <Meridith.McGraw@abc.com>
**Subject:** Re: Incorrect story/tweet language

Thanks, Evan. When was This sent out?

On Jul 24, 2018, at 10:22 PM, Mcmurry, Evan D. <Evan.D.Mcmurry@abc.com> wrote:

> Hey Troy,
>
> Our story on Don Blankenship calls him a convicted felon; Meredith in DC flags that he
> was convicted of a misdemeanor crime, though sent to a federal prison, and thus isn't
> actually a felon.
>
> The language has also gone out of a few tweets/FB posts to the World News, Politics
> and This Week accounts:
> https://twitter.com/abcworldnews/status/1021840608925757440?refsrc=email&s=11
>
> Appreciate any guidance you can give on this. Thanks!
>
> --
> Evan McMurry
> Social Media Editor | ABC News
> @evanmcmurry | @ABCPolitics
> o: 212-456-7961 | c:

ABC000233

# EXHIBIT 37

| Message | |
|---|---|
| **From:** | Mcmurry, Evan D. [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=94E7026A58264C15AD80E78316FFC40C-MCMURRY, EV] |
| **Sent:** | 7/24/2018 9:16:12 PM |
| **To:** | Schoetz, David J. [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=591325946b6441e19f438f9cc7529ce3-Schoetz, Da] |
| **Subject:** | Re: Incorrect story/tweet language |

Take down prior tweets, retweet with more precise language, which I'll send around in a minute.

--

Evan McMurry
Social Media Editor | ABC News
@evanmcmurry | @ABCPolitics
o: 212-456-7961 | c: [redacted]

**From:** "Schoetz, David J." <David.J.Schoetz@abc.com>
**Date:** Tuesday, July 24, 2018 at 5:13 PM
**To:** "Mcmurry, Evan D." <Evan.D.Mcmurry@abc.com>
**Subject:** FW: Incorrect story/tweet language

For WNT purposes is this a delete?
Or a correction tweet?
Best practice suggestion based on Troy's note welcome

**From:** McMullen, Troy
**Sent:** Tuesday, July 24, 2018 5:12 PM
**To:** Mcmurry, Evan D. <Evan.D.Mcmurry@abc.com>
**Cc:** Zaru, Deena <Deena.Zaru@abc.com>; Zarrell, Matthew <Matthew.Zarrell@abc.com>; Schoetz, David J. <David.J.Schoetz@abc.com>; Tam, Paulina <Paulina.Tam@abc.com>; McGraw, Meridith <Meridith.McGraw@abc.com>
**Subject:** Re: Incorrect story/tweet language

Apologies for the delay. Got caught up in Demi world. Let's simply fix the stories where it was reported. and issue a correction where we can. I realize not all platforms allow space for a correction.

On Jul 24, 2018, at 10:32 PM, Mcmurry, Evan D. <Evan.D.Mcmurry@abc.com> wrote:

Story was posted at 8:30 last night, social posts at various points earlier today.

--

Evan McMurry
Social Media Editor | ABC News
@evanmcmurry | @ABCPolitics
o: 212-456-7961 | c: [redacted]

**From:** "Zaru, Deena" <Deena.Zaru@abc.com>
**Date:** Tuesday, July 24, 2018 at 4:31 PM
**To:** "McMullen, Troy" <Troy.McMullen@abc.com>, "Mcmurry, Evan D." <Evan.D.Mcmurry@abc.com>
**Cc:** "Zarrell, Matthew" <Matthew.Zarrell@abc.com>, "Schoetz, David J." <David.J.Schoetz@abc.com>, "Tam, Paulina" <Paulina.Tam@abc.com>, "McGraw, Meridith"

ABC000242

<Meridith.McGraw@abc.com>
**Subject:** Re: Incorrect story/tweet language

Troy, here are the social posts that used that language on Politics and This Week accounts:

https://twitter.com/ABCPolitics/status/1021772764406067201 SENT AT 10:03 am

https://twitter.com/ThisWeekABC/status/1021802973050142721  SENT AT 12:03 pm

https://www.facebook.com/ABCNewsPolitics/posts/1721588171272735 POSTED 3 hours ago

https://www.facebook.com/ThisWeekABC/posts/1873002316076535  POSTED 3 hours ago

**Deena Zeina Zaru**
Deputy Digital Editor, Social Media and Trends — ABC News
Office: 202-222-7272 | Cell:
1717 Desales St NW, Washington, D.C. 20036

---

**From:** "McMullen, Troy" <Troy.McMullen@abc.com>
**Date:** Tuesday, July 24, 2018 at 4:30 PM
**To:** "Mcmurry, Evan D." <Evan.D.Mcmurry@abc.com>
**Cc:** "Zarrell, Matthew" <Matthew.Zarrell@abc.com>, "Schoetz, David J."
<David.J.Schoetz@abc.com>, "Tam, Paulina" <Paulina.Tam@abc.com>, "Zaru, Deena"
<Deena.Zaru@abc.com>, "McGraw, Meridith" <Meridith.McGraw@abc.com>
**Subject:** Re: Incorrect story/tweet language

Thanks, Evan. When was This sent out?

On Jul 24, 2018, at 10:22 PM, Mcmurry, Evan D. <Evan.D.Mcmurry@abc.com> wrote:

Hey Troy,

Our story on Don Blankenship calls him a convicted felon; Meredith in DC flags that he
was convicted of a misdemeanor crime, though sent to a federal prison, and thus isn't
actually a felon.

The language has also gone out of a few tweets/FB posts to the World News, Politics
and This Week accounts:
https://twitter.com/abcworldnews/status/1021840608925757440?refsrc=email&s=11

Appreciate any guidance you can give on this. Thanks!

--
Evan McMurry
Social Media Editor | ABC News
@evanmcmurry | @ABCPolitics
o: 212-456-7961 | c:

ABC000243

# EXHIBIT 38

Message

| From: | Mcmurry, Evan D. [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=94E7026A58264C15AD80E78316FFC40C-MCMURRY, EV] |
|---|---|
| Sent: | 7/24/2018 9:28:09 PM |
| To: | Schoetz, David J. [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=591325946b6441e19f438f9cc7529ce3-Schoetz, Da] |
| Subject: | Re: Incorrect story/tweet language |

From here on out, let's just call him "convicted coal baron," which sidesteps the misdemeanor/felon issue entirely.

--

Evan McMurry
Social Media Editor | ABC News
@evanmcmurry | @ABCPolitics
o: 212-456-7961 | c:

**From:** "Schoetz, David J." <David.J.Schoetz@abc.com>
**Date:** Tuesday, July 24, 2018 at 5:16 PM
**To:** "Mcmurry, Evan D." <Evan.D.Mcmurry@abc.com>
**Subject:** RE: Incorrect story/tweet language

Thx


**From:** Mcmurry, Evan D.
**Sent:** Tuesday, July 24, 2018 5:16 PM
**To:** Schoetz, David J. <David.J.Schoetz@abc.com>
**Subject:** Re: Incorrect story/tweet language

Take down prior tweets, retweet with more precise language, which I'll send around in a minute.

--

Evan McMurry
Social Media Editor | ABC News
@evanmcmurry | @ABCPolitics
o: 212-456-7961 | c:

**From:** "Schoetz, David J." <David.J.Schoetz@abc.com>
**Date:** Tuesday, July 24, 2018 at 5:13 PM
**To:** "Mcmurry, Evan D." <Evan.D.Mcmurry@abc.com>
**Subject:** FW: Incorrect story/tweet language

For WNT purposes is this a delete?
Or a correction tweet?
Best practice suggestion based on Troy's note welcome


**From:** McMullen, Troy
**Sent:** Tuesday, July 24, 2018 5:12 PM
**To:** Mcmurry, Evan D. <Evan.D.Mcmurry@abc.com>
**Cc:** Zaru, Deena <Deena.Zaru@abc.com>; Zarrell, Matthew <Matthew.Zarrell@abc.com>; Schoetz, David J.

ABC000251

<David.J.Schoetz@abc.com>; Tam, Paulina <Paulina.Tam@abc.com>; McGraw, Meridith <Meridith.McGraw@abc.com>
**Subject:** Re: Incorrect story/tweet language

Apologies for the delay. Got caught up in Demi world. Let's simply fix the stories where it was reported. and issue a correction where we can. I realize not all platforms allow space for a correction.

On Jul 24, 2018, at 10:32 PM, Mcmurry, Evan D. <Evan.D.Mcmurry@abc.com> wrote:

Story was posted at 8:30 last night, social posts at various points earlier today.

--
Evan McMurry
Social Media Editor | ABC News
@evanmcmurry | @ABCPolitics
o: 212-456-7961 | c:

**From:** "Zaru, Deena" <Deena.Zaru@abc.com>
**Date:** Tuesday, July 24, 2018 at 4:31 PM
**To:** "McMullen, Troy" <Troy.McMullen@abc.com>, "Mcmurry, Evan D."
<Evan.D.Mcmurry@abc.com>
**Cc:** "Zarrell, Matthew" <Matthew.Zarrell@abc.com>, "Schoetz, David J."
<David.J.Schoetz@abc.com>, "Tam, Paulina" <Paulina.Tam@abc.com>, "McGraw, Meridith"
<Meridith.McGraw@abc.com>
**Subject:** Re: Incorrect story/tweet language

Troy, here are the social posts that used that language on Politics and This Week accounts:

https://twitter.com/ABCPolitics/status/1021772764406067201 SENT AT 10:03 am

https://twitter.com/ThisWeekABC/status/1021802973050142721 SENT AT 12:03 pm

https://www.facebook.com/ABCNewsPolitics/posts/1721588171272735 POSTED 3 hours ago

https://www.facebook.com/ThisWeekABC/posts/1873002316076535 POSTED 3 hours ago

**Deena Zeina Zaru**
Deputy Digital Editor, Social Media and Trends — ABC News
Office: 202-222-7272 | Cell:
1717 Desales St NW, Washington, D.C. 20036

**From:** "McMullen, Troy" <Troy.McMullen@abc.com>
**Date:** Tuesday, July 24, 2018 at 4:30 PM
**To:** "Mcmurry, Evan D." <Evan.D.Mcmurry@abc.com>
**Cc:** "Zarrell, Matthew" <Matthew.Zarrell@abc.com>, "Schoetz, David J."
<David.J.Schoetz@abc.com>, "Tam, Paulina" <Paulina.Tam@abc.com>, "Zaru, Deena"
<Deena.Zaru@abc.com>, "McGraw, Meridith" <Meridith.McGraw@abc.com>
**Subject:** Re: Incorrect story/tweet language

Thanks, Evan. When was This sent out?

ABC000252

On Jul 24, 2018, at 10:22 PM, Mcmurry, Evan D. <Evan.D.Mcmurry@abc.com> wrote:

Hey Troy,

Our story on Don Blankenship calls him a convicted felon; Meredith in DC flags that he was convicted of a misdemeanor crime, though sent to a federal prison, and thus isn't actually a felon.

The language has also gone out of a few tweets/FB posts to the World News, Politics and This Week accounts:
https://twitter.com/abcworldnews/status/1021840608925757440?refsrc=email&s=11

Appreciate any guidance you can give on this. Thanks!

--
Evan McMurry
Social Media Editor | ABC News
@evanmcmurry | @ABCPolitics
o: 212-456-7961 | c ▆▆▆▆▆▆▆

2780

ABC000253

# EXHIBIT 39



ABC News Politics on Tw

https://twitter.com/ABCPolitics/status/1021871580379598849

Search Twitter

Log in    Sign up

**ABC News Politics** @ABCPolitics · Jul 24, 2018

Don Blankenship, the former coal baron and convicted felon, wades back into the state's U.S. Senate race, this time attempting to file paperwork to run as a member of the Constitution Party abcn.ws/2LAQh38

8    22    17

**ABC News Politics**
@ABCPolitics

CORRECTION: Don Blankenship, the former coal baron who spent time in federal prison, wades back into the state's U.S. Senate race, this time filing paperwork to run as a member of the Constitution Party

Despite 'sore loser' law, Don Blankenship trying third party bi...
Don Blankenship, the controversial former coal baron, is wading back into West Virginia's U.S. Senate race, attempting ...
abcnews.go.com

5:35 PM · Jul 24, 2018 · TweetDeck

**17** Retweets **8** Likes

# EXHIBIT 40



This Week on Twitter: "C

https://twitter.com/ThisWeekABC/status/1021871659886755841

Search Twitter

Log in

Sign up

**This Week** @ThisWeekABC · Jul 24, 2018

Don Blankenship, the former coal baron and convicted felon, wades back into the state's U.S. Senate race, this time attempting to file paperwork to run as a member of the Constitution Party abcn.ws/2AfTkcH

2 8 2

**This Week**
@ThisWeekABC

CORRECTION: Don Blankenship, the former coal baron who spent time in federal prison, wades back into the state's U.S. Senate race, this time filing paperwork to run as a member of the Constitution Party

Despite 'sore loser' law, Don Blankenship trying third party bi...
Don Blankenship, the controversial former coal baron, is wading back into West Virginia's U.S. Senate race, attempting ...
abcnews.go.com

5:36 PM · Jul 24, 2018 · TweetDeck

**5** Retweets and comments **2** Likes

ABC000014

# EXHIBIT 41



ABC000015

# EXHIBIT 42



This Week - CORRECTIC

https://www.facebook.com/ThisWeekABC/posts/1873002316076535

facebook Sign Up

Forgot account?

**This Week**
July 24, 2018 ·

CORRECTION: Don Blankenship, the former coal baron who spent time in federal prison, wades back into the state's U.S. Senate race, this time filing paperwork to run as a member of the Constitution Party abcn.ws/2LAQh38

ABCNEWS.GO.COM

**Despite 'sore loser' law, Don Blankenship trying third party bid for US Senate in WV**

12 3 Comments

Share

**Related Pages**

ABC World News Tonight wi
TV Show

ABC News Politics
News & Media Website

ABC News Live
Media/News Company

MSN
News & Media Website

Hillary Clinton
Politician

Good Morning America
TV Show

USA TODAY
Media/News Company

World News Now
TV Show

CNN Health
News & Media Website

**See more of This Week on Facebook**

Log In or Create New Account

# EXHIBIT 43

USCA4 Appeal: 22-1198 Doc: 53 Filed: 05/25/2022 Pg: 176 of 306



2790

ABC000012

# EXHIBIT 44

| client_msg_id | type | user | user_email (calculated) | text | ts (timestamp) | ts_translated (calculated) |
|---|---|---|---|---|---|---|
| 43cd7eb8-1a91-4312-986f-ce14eb5e0ae5 | message | U08HC9KNZ | evan.d.mcmurry@abc.com | <!here> Please note we've updated language on Don Blankenship offer; for future social posts, please refer to him as a \"convicted coal baron\" or similar language; avoid use of \"felon.\" | 1532467761.000080 | 07/24/2018 @ 9:29:21pm (UTC) |
| 62c567e1-25b1-47ca-8605-63012e0afe84 | message | U08HC9KNZ | evan.d.mcmurry@abc.com | any questions, please reach out. | 1532467767.000290 | 07/24/2018 @ 9:29:27pm (UTC) |
| 7d914f5a-170a-4207-9d39-c1a9dcd5dcc4 | message | U03A5Q8D0 | dennis.m.powell@abc.com | <@U08HC9KNZ> that makes no sense ... convicted coal baron? what does that mean? | 1532467831.000430 | 07/24/2018 @ 9:30:31pm (UTC) |
| 087eeb8d-1d76-4926-afc4-83f101f45afe | message | U08HC9KNZ | evan.d.mcmurry@abc.com | He was a coal baron convicted of a misdemeanor for conspiracy and who spent a year in federal prison; looking for way to condense that for social lang. | 1532468185.000060 | 07/24/2018 @ 9:36:25pm (UTC) |
| 80f42a3f-3128-4834-9af4-26d3bfba9d2d | message | U03A5Q8D0 | dennis.m.powell@abc.com | former coal baron and convict Don Blankenship | 1532469385.000220 | 07/24/2018 @ 9:56:25pm (UTC) |
| cecff45d-49bb-4495-9881-05282b1e4e8d | message | U08HC9KNZ | evan.d.mcmurry@abc.com | that's good by me | 1532469411.000140 | 07/24/2018 @ 9:56:51pm (UTC) |

# EXHIBIT 45

| Message | |
|---|---|
| From: | McGraw, Meridith [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP |
| | (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=962D7B8B09EB40838974E84A23258CEE-MCGRAW, MER] |
| Sent: | 7/23/2018 10:35:15 PM |
| To: | Verhovek, John H. [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=0e17700f404c4ae2afb40dde37bdca82-Verhovek, J] |
| CC: | Parks, MaryAlice L. [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=f800d860b3cd4b06ad3f5096f5c6e423-Parks, Mary]; Abdullah, Halimah |
| | [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=9ebe8998b2384df0912ea62bdc3f17e0-Abdullah, L]; Klein, Rick |
| | [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=345bf179ec0945fa9de62ded18e04fcf-Klein, Rick] |
| Subject: | Re: INBOX: Don Blankenship to file paperwork to run for Senate tomorrow https://t.co/yVcLHX6FwO |

Hey! Sorry just got out of a movie with my grandma — it's been awesome not having my email/work for a few hours!! Thanks for sending out Johnny I can send you the press release from this afternoon too.

Meridith McGraw
ABC News Washington
▮▮▮▮▮▮▮▮ | @meridithmcgraw

On Jul 23, 2018, at 4:25 PM, Verhovek, John H. <John.H.Verhovek@abc.com> wrote:

McGraw is off today. I didn't get the release but Blankenship posted about this on Facebook last week, not really new: https://www.facebook.com/DonLBlankenship/posts/2072326086172327

FOR IMMEDIATE RELEASE: Blankenship Provides Update on U.S. Senate Candidacy

Our plan is for me to file my candidacy for West Virginia United States Senator next week. In advance of my filing, the Constitution Party of West Virginia sent the attached letter to the West Virginia Secretary of State yesterday.

The politicians are naturally hopeful of keeping me off the ballot because they want to maintain control of the political process. The Democratic and Republican Parties believe they can do just that. They believe that they can decide who is and who is not on the election ballot this fall. They seemingly fail to understand that someone seeking the Republican nomination for U.S. Senate and not winning it is no different than someone seeking the National Rifle Association or Right to Life endorsement and not getting it. Neither has any bearing on an American's right to run for a public office.

---

From: Parks, MaryAlice L.
Sent: Monday, July 23, 2018 4:05:13 PM
To: Abdullah, Halimah; McGraw, Meridith; Verhovek, John H.
Cc: Klein, Rick
Subject: Re: INBOX: Don Blankenship to file paperwork to run for Senate tomorrow https://t.co/yVcLHX6FwO

Meridith - do you have time to check on this?

MaryAlice Parks
Deputy Political Director
ABC News

ABC000067

o: 202-222-7599 | c: ██████████ | @maryaliceparks

**From:** Abdullah, Halimah
**Sent:** Monday, July 23, 2018 4:03:10 PM
**To:** McGraw, Meridith; Verhovek, John H.
**Cc:** Klein, Rick; Parks, MaryAlice L.
**Subject:** Fw: INBOX: Don Blankenship to file paperwork to run for Senate tomorrow https://t.co/yVcLHX6FwO

---

**From:** Dataminr Urgent <alert@dataminr.com>
**Sent:** Monday, July 23, 2018 4:02 PM
**To:** Abdullah, Halimah
**Subject:** INBOX: Don Blankenship to file paperwork to run for Senate tomorrow https://t.co/yVcLHX6FwO



ABC000068

# MEDIA ADVISORY

Charleston, WV—Don Blankenship will file his official paperwork with the West Virginia Secretary of State's Office tomorrow for his candidacy for U.S. Senate as a member of the Constitution Party.

Mr. Blankenship does not expect the filing to be certified and will vigorously challenge the denial through all legal means necessary. Mr. Blankenship fully expects to be on the ballot this November.

The political establishment cannot retroactively enact laws that prohibit individuals who become members of some political parties from being on the ballot while allowing individuals who become members of other political parties to be on the ballot. This is what the Communist or Nazi party would do and is a perfect example of political party behavior that violates an American's guaranteed right to equal opportunity. It is a clearly discriminatory law and exactly what George Washington warned of in his farewell address.

ESTIMATED EVENT AREA:

Charleston, WV, USA

ABC000069



SOURCE VERIFICATION FOR @BENCJACOBS:

Account Created: **11.21.2010**

Tweets **121,755** | Followers **166,384**

*Political reporter for The Guardian.* *Ben.Jacobs@theguardian.com*

**Track Story** **Open in Dataminr** View Tweet ☐

🌀 **Lists:** USA Topics

≡ **Topics:** Politics

*Adjust topic importance by* *opening settings*

*Copyright, 2018. All rights are reserved under U.S. Copyright Law. Any unauthorized use, including reproduction, modification, distribution or publication, without the prior written consent of Dataminr, is strictly prohibited.*

*You agree to the following terms of use* *here.*

ABC000070

# EXHIBIT 46

| Message | |
|---|---|
| **From:** | Verhovek, John H. [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0E17700F404C4AE2AFB40DDE37BDCA82-VERHOVEK, J] |
| **Sent:** | 7/23/2018 10:36:09 PM |
| **To:** | McGraw, Meridith [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=962d7b8b09eb40838974e84a23258cee-Mcgraw, Mer] |
| **Subject:** | Re: INBOX: Don Blankenship to file paperwork to run for Senate tomorrow https://t.co/yVcLHX6FwO |

You are alllll good, enjoy your off days and tune out, I've got it covered.

It's so absurd anyways...

**From:** McGraw, Meridith
**Sent:** Monday, July 23, 2018 6:35:15 PM
**To:** Verhovek, John H.
**Cc:** Parks, MaryAlice L.; Abdullah, Halimah; Klein, Rick
**Subject:** Re: INBOX: Don Blankenship to file paperwork to run for Senate tomorrow https://t.co/yVcLHX6FwO

Hey! Sorry just got out of a movie with my grandma — it's been awesome not having my email/work for a few hours!! Thanks for sending out Johnny I can send you the press release from this afternoon too.


Meridith McGraw
ABC News Washington
▬▬▬▬▬ | @meridithmcgraw

On Jul 23, 2018, at 4:25 PM, Verhovek, John H. <John.H.Verhovek@abc.com> wrote:

McGraw is off today. I didn't get the release but Blankenship posted about this on Facebook last week, not really new: https://www.facebook.com/DonLBlankenship/posts/2072326086172327

FOR IMMEDIATE RELEASE: Blankenship Provides Update on U.S. Senate Candidacy

Our plan is for me to file my candidacy for West Virginia United States Senator next week. In advance of my filing, the Constitution Party of West Virginia sent the attached letter to the West Virginia Secretary of State yesterday.

The politicians are naturally hopeful of keeping me off the ballot because they want to maintain control of the political process. The Democratic and Republican Parties believe they can do just that. They believe that they can decide who is and who is not on the election ballot this fall. They seemingly fail to understand that someone seeking the Republican nomination for U.S. Senate and not winning it is no different than someone seeking the National Rifle Association or Right to Life endorsement and not getting it. Neither has any bearing on an American's right to run for a public office.


**From:** Parks, MaryAlice L.
**Sent:** Monday, July 23, 2018 4:05:13 PM
**To:** Abdullah, Halimah; McGraw, Meridith; Verhovek, John H.
**Cc:** Klein, Rick
**Subject:** Re: INBOX: Don Blankenship to file paperwork to run for Senate tomorrow https://t.co/yVcLHX6FwO

Meridith - do you have time to check on this?

ABC000071

MaryAlice Parks
Deputy Political Director
ABC News
o: 202-222-7599 | c: ▮▮▮▮▮▮▮ | @maryaliceparks

**From:** Abdullah, Halimah
**Sent:** Monday, July 23, 2018 4:03:10 PM
**To:** McGraw, Meridith; Verhovek, John H.
**Cc:** Klein, Rick; Parks, MaryAlice L.
**Subject:** Fw: INBOX: Don Blankenship to file paperwork to run for Senate tomorrow https://t.co/yVcLHX6FwO

---

**From:** Dataminr Urgent <alert@dataminr.com>
**Sent:** Monday, July 23, 2018 4:02 PM
**To:** Abdullah, Halimah
**Subject:** INBOX: Don Blankenship to file paperwork to run for Senate tomorrow https://t.co/yVcLHX6FwO



**Urgent**                                                    **Dataminr**

⌖ Charleston, WV, USA                    04:00pm July 23, 2018 EDT   REPORTER

## INBOX: Don Blankenship to file paperwork to run for Senate tomorrow pic.twitter.com/yVcLHX6FwO

**Ben Jacobs** @Bencjacobs

ABC000072

# MEDIA ADVISORY

Charleston, WV—Don Blankenship will file his official paperwork with the West Virginia Secretary of State's Office tomorrow for his candidacy for U.S. Senate as a member of the Constitution Party.

Mr. Blankenship does not expect the filing to be certified and will vigorously challenge the denial through all legal means necessary. Mr. Blankenship fully expects to be on the ballot this November.

The political establishment cannot retroactively enact laws that prohibit individuals who become members of some political parties from being on the ballot while allowing individuals who become members of other political parties to be on the ballot. This is what the Communist or Nazi party would do and is a perfect example of political party behavior that violates an American's guaranteed right to equal opportunity. It is a clearly discriminatory law and exactly what George Washington warned of in his farewell address.

ESTIMATED EVENT AREA:

Charleston, WV, USA

ABC000073



SOURCE VERIFICATION FOR @BENCJACOBS:

Account Created: **11.21.2010**

Tweets **121,755** | Followers **166,384**

*Political reporter for The Guardian. Ben.Jacobs@theguardian.com*

Track Story  Open in Dataminr  View Tweet ✈

Lists: USA Topics

Topics: Politics

*Adjust topic importance by opening settings*

*Copyright, 2018. All rights are reserved under U.S. Copyright Law. Any unauthorized use, including reproduction, modification, distribution or publication, without the prior written consent of Dataminr, is strictly prohibited.*

*You agree to the following terms of use here.*

ABC000074

# EXHIBIT 47

| Message | |
|---|---|
| From: | McGraw, Meridith [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=962D7B8B09EB40838974E84A23258CEE-MCGRAW, MER] |
| Sent: | 7/23/2018 10:36:48 PM |
| To: | Verhovek, John H. [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=0e17700f404c4ae2afb40dde37bdca82-Verhovek, J] |
| Subject: | Re: INBOX: Don Blankenship to file paperwork to run for Senate tomorrow https://t.co/yVcLHX6FwO |

Thanks Johnny!!! :-)

Meridith McGraw
ABC News Washington
█████████ | @meridithmcgraw

On Jul 23, 2018, at 6:36 PM, Verhovek, John H. <John.H.Verhovek@abc.com> wrote:

You are alllll good, enjoy your off days and tune out, I've got it covered.

It's so absurd anyways…

From: McGraw, Meridith
Sent: Monday, July 23, 2018 6:35:15 PM
To: Verhovek, John H.
Cc: Parks, MaryAlice L.; Abdullah, Halimah; Klein, Rick
Subject: Re: INBOX: Don Blankenship to file paperwork to run for Senate tomorrow https://t.co/yVcLHX6FwO

Hey! Sorry just got out of a movie with my grandma — it's been awesome not having my email/work for a few hours!!Thanks for sending out Johnny I can send you the press release from this afternoon too.


Meridith McGraw
ABC News Washington
█████████ | @meridithmcgraw

On Jul 23, 2018, at 4:25 PM, Verhovek, John H. <John.H.Verhovek@abc.com> wrote:

McGraw is off today. I didn't get the release but Blankenship posted about this on Facebook last week, not really new: https://www.facebook.com/DonLBlankenship/posts/2072326086172327

FOR IMMEDIATE RELEASE: Blankenship Provides Update on U.S. Senate Candidacy

Our plan is for me to file my candidacy for West Virginia United States Senator next week. In advance of my filing, the Constitution Party of West Virginia sent the attached letter to the West Virginia Secretary of State yesterday.

The politicians are naturally hopeful of keeping me off the ballot because they want to maintain control of the political process. The Democratic and Republican Parties believe they can do just that. They believe that they can decide who is and who is not on the election ballot this fall. They seemingly fail to understand that someone seeking the Republican nomination for U.S. Senate and not winning it is no different than someone seeking the National Rifle Association or Right to Life endorsement and not getting it. Neither has any bearing on an American's right to run for a public office.

ABC000075

**From:** Parks, MaryAlice L.
**Sent:** Monday, July 23, 2018 4:05:13 PM
**To:** Abdullah, Halimah; McGraw, Meridith; Verhovek, John H.
**Cc:** Klein, Rick
**Subject:** Re: INBOX: Don Blankenship to file paperwork to run for Senate tomorrow https://t.co/yVcLHX6FwO

Meridith - do you have time to check on this?


MaryAlice Parks
Deputy Political Director
ABC News
o: 202-222-7599 | c: ███████████ | @maryaliceparks

---

**From:** Abdullah, Halimah
**Sent:** Monday, July 23, 2018 4:03:10 PM
**To:** McGraw, Meridith; Verhovek, John H.
**Cc:** Klein, Rick; Parks, MaryAlice L.
**Subject:** Fw: INBOX: Don Blankenship to file paperwork to run for Senate tomorrow https://t.co/yVcLHX6FwO

---

**From:** Dataminr Urgent <alert@dataminr.com>
**Sent:** Monday, July 23, 2018 4:02 PM
**To:** Abdullah, Halimah
**Subject:** INBOX: Don Blankenship to file paperwork to run for Senate tomorrow https://t.co/yVcLHX6FwO



**Urgent**

 Charleston, WV, USA                    04:00pm July 23, 2018 EDT   REPORTER

INBOX: Don Blankenship to file paperwork to run for
Senate tomorrow **pic.twitter.com/yVcLHX6FwO**

 Ben Jacobs @Bencjacobs

ABC000076

# MEDIA ADVISORY

Charleston, WV—Don Blankenship will file his official paperwork with the West Virginia Secretary of State's Office tomorrow for his candidacy for U.S. Senate as a member of the Constitution Party.

Mr. Blankenship does not expect the filing to be certified and will vigorously challenge the denial through all legal means necessary. Mr. Blankenship fully expects to be on the ballot this November.

The political establishment cannot retroactively enact laws that prohibit individuals who become members of some political parties from being on the ballot while allowing individuals who become members of other political parties to be on the ballot. This is what the Communist or Nazi party would do and is a perfect example of political party behavior that violates an American's guaranteed right to equal opportunity. It is a clearly discriminatory law and exactly what George Washington warned of in his farewell address.

ESTIMATED EVENT AREA:

Charleston, WV, USA

ABC000077



SOURCE VERIFICATION FOR @BENCJACOBS:

Account Created: **11.21.2010**

Tweets **121,755** | Followers **166,384**

*Political reporter for The Guardian.* *Ben.Jacobs@theguardian.com*

Track Story   Open in Dataminr View Tweet 🗗

Lists: USA Topics

Topics: Politics

*Adjust topic importance by opening settings*

*Copyright, 2018. All rights are reserved under U.S. Copyright Law. Any unauthorized use, including reproduction, modification, distribution or publication, without the prior written consent of Dataminr, is strictly prohibited.*

*You agree to the following terms of use here.*

ABC000078

# EXHIBIT 48





GT

Greg >

Jul 24, 2018, 4:00 PM

**World News Tonight** @ABCWorldNews

Don Blankenship, the former coal baron and convicted felon, wades back into the state's U.S. Senate race, this time attempting to file paperwork to run as a member of the Constitution Party abcn.ws/2A67zR3 — 4:00 PM

7/24/18, 3:32 PM

8 Retweets 3 Likes

Can you help me get them to correct this tweet? — 4:00 PM

Yeah, just sent an email to the writer and editor telling them to correct it — 4:09 PM

This is what happens when I go on vacation! Ha — 4:09 PM

iMessage



GT

Greg >

Don Blankenship, the former coal baron and convicted felon, wades back into the state's U.S. Senate race, this time attempting to file paperwork to run as a member of the Constitution Party abcn.ws/2A67zR3

4:00 PM

7/24/18, 3:32 PM

8 Retweets 3 Likes

Can you help me get them to correct this tweet?

4:00 PM

Yeah, just sent an email to the writer and editor telling them to correct it

4:09 PM

This is what happens when I go on vacation! Ha

4:09 PM

Folks are working on correcting it now.

4:39 PM

Read 7/24/18

iMessage

ABC003495

# EXHIBIT 49



JV
John
Jul 24, 2018, 4:41 PM
Sorry about Blankenship, I thought I had it right on that or seen it in an earlier story, that's my bad
4:41 PM
Hey there, it's okay I'm glad we caught it. That really should be something our editors should double check.
4:43 PM
I know I just wish I'd been more careful, it's the kind of thing that wouldn't be a huge deal if I didn't make its way into a tweet
4:44 PM
But whatever it's Blakenship, I think people understand he's done bad things, it's pretty much semantics at this point
4:44 PM
I have correction language so as soon as standards signs off we'll be good
4:45 PM
Okay sounds good
4:46 PM
iMessage



ABC003497

# EXHIBIT 50

Page 1

1              IN THE UNITED STATES DISTRICT COURT

2            FOR THE EASTERN DISTRICT OF VIRGINIA

3                   ALEXANDRIA DIVISION

4

5    _____

6    DON BLANKENSHIP                )Civil Action No.
                                    )1:20-cv-00429-LMB-IDD
7       Plaintiff                   )
                                    )
8    v.                             )
                                    )
9    KEVIN McLAUGHLIN, et al.,      )
                                    )
10      Defendants                  )

     _____

11

12

13

14

15

16      Zoom Videotaped Deposition of Don Blankenship

17                  November 18, 2020

18                    10:09 a.m.

19

20

21

22

23

24   Reported by:  Bonnie L. Russo

25   Job No. 186668

Page 2

1    Zoom Videotaped Deposition of Don Blankenship
2    held through:
3
4
5
6        TSG Reporting
7        228 E. 45th Street
8        Suite 810
9        New York, New York 10017
10
11
12
13
14
15
16
17
18
19
20
21
22    Pursuant to Notice, when were present on behalf
23    of the respective parties:
24
25

Page 3

1    APPEARANCES:
2
3
4    On behalf of the Plaintiff:
5        BY: JEFFREY SIMPKINS, ESQ.
6            MICHAEL SPARKS, ESQ.
7        SIMPKINS LAW OFFICE
8        102 E. 2nd Avenue
9        Williamson, West Virginia 25661
10
11
12        BY: JEREMY GRAY, ESQ.
13            LISA ZEPEDA, ESQ.
14        EARLY SULLIVAN WRIGHT GIZER & McRAE
15        6420 Wilshire Boulevard
16        Los Angeles, California 90048
17
18
19
20
21
22
23
24
25

Page 4

1    APPEARANCES (CONTINUED):
2
3    On behalf of the Defendants:
4        BY: DAVID TORBORG, ESQ.
5            STEPHEN KENNY, ESQ.
6        JONES DAY
7        51 Louisiana Avenue, N.W.
8        Washington, D.C. 20001
9
10
11
12
13
14
15
16
17
18
19    Also Present:
20    Mark von Lanken, Videographer
21
22
23
24
25

Page 5

1                CONTENTS
2
3    EXAMINATION OF DON BLANKENSHIP        PAGE
4    BY MR. TORBORG                          9
5
6
7                EXHIBITS
8
9    Exhibit 1  Complaint              36
10   Exhibit 2  CNN Video             137
11   Exhibit 3  Retirement Agreement   24
          with Don L. Blankenship
12
13   Exhibit 4  Article entitled       30
              "What's Former Coal
              Exec Don Blankenship Up
14            to in Kentucky?"
15   Exhibit 5  Plaintiff Don Blankenship's  65
              Responses to First Set of
16            Interrogatories by
              Defendant Kevin McLaughlin
17
18   Exhibit 6  Article entitled       72
              "GOP Fears Another Potential
              Electoral Disaster"
19
20   Exhibit 7  Article entitled      182
              "Republican Party Nixes
              Debate Committee Ahead of 2020"
21
22   Exhibit 8  Article entitled      190
              "Trump Scores Rare Election
              Win As Blankenship Blames
23            President's Tweet For Loss"
24   Exhibit 9  Memorandum in Support  218
              of Defense Motion No. 3:
25            Transfer to Another

                        2  (Pages 2 to 5)

Page 6

EXHIBITS (CONTINUED):

Exhibit 10  Article entitled       243
             "Can the Most Hated
             Man in West Virginia Win?"
Exhibit 11  Plaintiff's First      104
             Amended Complaint

Exhibit 12  Article entitled       250
             "Don Blankenship Is a
             West Virginia Senate
             Candidate.  He Lives
             in Nevada."

Exhibit 13  Book entitled          254
             "An American
             Political Prisoner"

Exhibit 14  Plaintiff Don Blankenship's  285
             Supplemental Responses
             to First Set of Interrogatories
             by Defendant Kevin McLaughlin
Exhibit 15  Stan V. Smith, Ph.D. Report  294
Exhibit 16  SVS/JTB INFO INT       297
             W/DON BLANKENSHIP
             9-10-20
Exhibit 17  Plaintiff Don Blankenship's  326
             Supplemental Initial
             Disclosures
Exhibit 18  Letter dated 7-27-20   335
Exhibit 19  Don Blankenship Addendum #1   347

(Exhibits bound separately.)

---

Page 7

DON BLANKENSHIP
P R O C E E D I N G S
(10:09 a.m.)


        THE VIDEOGRAPHER:  Good morning,
Counselors.  My name is Mark von Lanken.  I'm a
certified legal videographer in association
with TSG Reporting, Inc.
        Due to the severity of the COVID-19
and following the practice of social
distancing, I will not be in the same room with
the witness.  Instead, I will record this
videotaped deposition remotely.  The reporter
Bonnie Russo also will not be in the same room
and will swear the witness remotely.
        Do all parties stipulate to the
validity of this video recording and remote
swearing and that it will be admissible in the
courtroom as if it had been taken following
Rule 30 of the Federal Rules of Civil
Procedures and the state's rules where this
case is pending?
        MR. TORBORG:  On behalf of defendant
Kevin McLaughlin, so stipulated.

---

Page 8

        DON BLANKENSHIP
        MR. SIMPKINS:  On behalf of the
plaintiffs, so stipulated.
        THE VIDEOGRAPHER:  Okay.  Thank you.
This is the start of media labeled No. 1 of the
video-recorded deposition of Don Blankenship in
the matter of Don Blankenship versus Kevin
McLaughlin, et al., filed in the United States
District Court for the Eastern District of
Virginia, Alexandria Division.  Civil action
number 1:20-cv-00429-LMB-IDD.
        This deposition is being held
remotely on Wednesday, November 18, 2020, at
approximately 10:09 a.m.
        Counsel, would you please introduce
yourselves.
        MR. TORBORG:  Good morning.  This is
David Torborg from Jones Day on behalf of the
defendant Kevin McLaughlin.  With me is Steven
Kenney also of Jones Day.
        MR. SIMPKINS:  Jeffrey Simpkins of
Simpkins Law on behalf of the plaintiff Don
Blankenship.
        MR. GRAY:  Jeremy Gray on behalf of
Don Blankenship.

---

Page 9

        DON BLANKENSHIP
        MS. ZEPEDA:  Lisa Zepeda on behalf
of Don Blankenship.
        THE VIDEOGRAPHER:  Will the court
reporter please swear in the witness.

        DON BLANKENSHIP,
being first duly sworn, to tell the truth, the
    whole truth and nothing but the truth,
        testified as follows:
EXAMINATION BY COUNSEL FOR DEFENDANTS
    BY MR. TORBORG:
    Q.   Good morning, Mr. Blankenship.
    A.   Morning.  How are you?
    Q.   Good.  Again, my name is David
Torborg, I'm with the law firm of Jones Day.
We represent Kevin McLaughlin in connection
with a case that you brought against him
pending in the United States District Court for
the Eastern District of Virginia.
        You understand that you are
appearing for your deposition in that matter
today, correct?
    A.   Yes.
    Q.   Can you hear me okay?

---

3 (Pages 6 to 9)

Page 234

DON BLANKENSHIP

1
2      Q.   If we go to Page 22.  Do you -- do
3  you recall the Charleston Gazette had stated
4  that you have caused more suffering to more
5  people in the Appalachian region than any one
6  human being I could think of?
7      A.   Yes.  It's the same newspaper that
8  reported that I was a felon.
9      Q.   And then starting on Page 22, there
10 is a discussion of the publicity that occurred
11 at time of the 2010 UB -- UBB diaster; is that
12 right?
13     A.   Yes.
14     Q.   And that -- and that publicity
15 was -- was particularly brutal, was it not?
16     A.   Yes.
17         MR. SIMPKINS:  Objection as to the
18 form of the question.  "Brutal," I'm not sure.
19         THE WITNESS:  Well, it felt brutal
20 since it was untrue but...
21         BY MR. TORBORG:
22     Q.   Well, it says in the brief here that
23 the publicity in newspapers and on television
24 was overwhelming in nature and emotional
25 intensity; is that right?

Page 235

DON BLANKENSHIP

1
2      A.   Yes.
3      Q.   And do you recall that being the
4  case?
5      A.   Yeah.  Again, I'm not sure what they
6  meant exactly by those words, but obviously,
7  people in the area were emotional about the
8  tragedy, and it -- it was very intense because
9  the media was reporting it every night.
10     Q.   And there were images of loss
11 combined with damnation of yourself and Massey.
12         Do you recall that?
13     A.   Yeah.  Yes.
14     Q.   And I think consistent with -- if we
15 go to Page 24, consistent with what you had
16 said, there is a paragraph that starts with:
17 "Television news" about halfway down.
18     A.   Yes.
19     Q.   It says:  "Television news with
20 immediate post disaster coverage typically
21 hammered home several times a day similar
22 messages about a lack of safety at UBB and
23 other Massey mines."
24         Do you recall that being the case?
25     A.   Yes.

Page 236

DON BLANKENSHIP

1
2      Q.   If we go to the next page, 25.
3      A.   Twenty-five did you say?
4      Q.   Yeah, Paragraph 25.  This is the
5  last paragraph before the Section 3.  It starts
6  with:  "Publicity."
7      A.   Yes.
8      Q.   It states:  "Publicity surrounding a
9  five-year-old event might be seen as old in
10 some cases.  Here prejudicial publicity that
11 surged after the diaster was unforgettable, not
12 least because it's central themes about safety
13 violations and profits over people were those
14 that were repackaged in the indictment in this
15 case."
16         Do you see that?
17     A.   Yes.
18     Q.   Do you agree that the negative
19 publicity that surged after the diaster is
20 unforgettable?
21     A.   I agree that the untruthful and
22 negative publicity was unforgettable to those
23 that only heard that part.
24     Q.   Did -- do you remember some of the
25 publicity as you sit here today?

Page 237

DON BLANKENSHIP

1
2      A.   Yes.
3      Q.   And do you agree that you personally
4  became the face of the UBB diaster?
5      A.   Yes.  I was the face of the coal
6  industry in the United States and the face of
7  the coal industry in West Virginia when Obama
8  declared war on coal, so yes.
9      Q.   But were you also -- did you also
10 become the face of the disaster that killed
11 more miners than any mine tragedy in four
12 decades?
13         MR. SIMPKINS:  Objection as to the
14 form of the question.
15         THE WITNESS:  In the eyes of the
16 people that read and heard these articles on
17 these purported and false claims, I did, yes,
18 just like I became in the eyes of the public, a
19 felon following the other false claims.
20         BY MR. TORBORG:
21     Q.   Do you recall that the families of
22 deceased miners moving --
23         MR. SIMPKINS:  Are you referring to
24 a -- sorry, are you referring to a certain
25 section within the document, David?

60  (Pages 234 to 237)

Page 286

DON BLANKENSHIP

1
2        MR. SIMPKINS:  David, I think you
3    skipped a sentence that says he has expended
4    more than ten million.
5        MR. TORBORG:  I did.  I am just
6    trying to move things along.
7        MR. SIMPKINS:  Okay.  Thank you.
8    BY MR. TORBORG:
9        Q.  When were these expenses incurred,
10   Mr. Blankenship?
11       A.  Let's see.  Well, obviously most of
12   them are in the U.S. Senate campaign and
13   Obama's Deadliest Cover-Up would have been last
14   year.  American Political Prisoner was in 2016,
15   I think I said earlier, or 2017, Android Films
16   was the documentary.
17       So most of them -- looks like maybe
18   a half a million are pre the senate race from
19   about the time that I was maybe -- 2015 or so.
20   The rest of them are senate race.
21       Q.  Which of these expenditures were
22   incurred after Mr. McLaughlin's statement on
23   April 29, 2018?
24       A.  I would say that some of the U.S.
25   Senate campaign ads were after his statement.

Page 287

DON BLANKENSHIP

1
2    I don't know that too many of them would have
3    been.
4        Q.  Do you have any documents to support
5    these amounts?
6        A.  Yes.
7        Q.  Have you shared those with your
8    counsel?
9        A.  They have been in the process of
10   sharing them.  You know, it's a massive
11   undertaking to dig out all these things and I
12   figured they have missed a lot of them.  I
13   haven't been able for various reasons to turn
14   my attention to looking at what they are
15   providing, but at this point in time it's, you
16   know, what is available.
17       Q.  These are pretty specific amounts
18   listed in here?
19       A.  Yeah.  These specific invoices and
20   specific amounts, but, you know, they have been
21   working with my assistants, and I haven't
22   personally been able to look at it.  In the
23   process of finding documents for discovery on
24   the other case and so forth, I have ran across
25   some things that I think should also be on the

Page 288

DON BLANKENSHIP

1
2    list, but we are doing the best we can to get a
3    list together in the midst of all this
4    deposition and interrogatories and so forth and
5    so on.
6        Q.  The campaign expenditures -- so
7    let's focus on the largest item; U.S. Senate
8    campaign ads --
9        A.  Yes.
10       Q.  -- of 3,679,000 and change?
11       A.  Okay.
12       Q.  Were these expenditures principally
13   expended for the purposes of augmenting your
14   status in the business community?
15       A.  They were spent for the purpose of
16   winning the U.S. Senate race which would have
17   augmented my opportunities.
18       Q.  What was the purpose of the campaign
19   management fees of 137,000 and change?
20       A.  Campaign managers are expensive.
21       Q.  Would all of the items listed that
22   start with U.S. Senate, were those incurred in
23   an attempt -- principally in an attempt to win
24   a senate seat?
25       A.  Yeah, I would think so.  They have

Page 289

DON BLANKENSHIP

1
2    to comply with the law.  I see a U.S. Senate
3    attorney on there.
4        Q.  The American Political Prisoner
5    book, that was something that was focused
6    principally on the UBB diaster; is that right?
7        A.  No, I think it was probably more
8    focused on the fact that I was railroaded, you
9    know, but it also alluded to the disaster, so
10   it did both.  It made the point the government
11   blew up the coal mine and put me in prison for
12   what I did.
13       Q.  Is it your view that any positive
14   impact that your book had, your pamphlet had,
15   was rendered largely useless by
16   Mr. McLaughlin's statement?
17       A.  You have come back to that question
18   many times, and, like I said, I don't know how
19   much of the damage to allocate to
20   Mr. McLaughlin versus the others, but certainly
21   they all caused this expenditure to be wasted.
22       Q.  So I wasn't asking about -- an
23   apportionment question.  The question was:  Why
24   do you believe that the statements that you
25   were a felon rendered these expenditures that

73 (Pages 286 to 289)

Page 346

DON BLANKENSHIP

1
2  motivating factor in filing these claims?
3      A.  I think I did.  That's probably --
4  was probably was and is true.  Doesn't mean
5  that I don't want the damages, financial
6  damages to be achieved because I think that
7  companies that are worth $600 billion or people
8  like Kevin McLaughlin should have to pay a fine
9  or be punished so they won't do this again.
10  This is very important that this case prevail
11  for your children and grandchildren because
12  this has to stop.
13      MR. TORBORG:  Okay.  Let me take a
14  quick break.  I may be done.  I will see if I
15  have any other questions.
16      THE WITNESS:  That would be great.
17  I guess I have some next.
18      MR. SIMPKINS:  We are off the
19  record.
20      THE VIDEOGRAPHER:  We are off the
21  record.  The time is 6:58.
22      (A short recess was taken.)
23      THE VIDEOGRAPHER:  We are on the
24  record.  The time is 7:02.
25      BY MR. TORBORG:

Page 347

DON BLANKENSHIP

1
2      Q.  Mr. Blankenship, I will ask you
3  about one more document.
4      MR. SIMPKINS:  David, when you are
5  finished asking questions about a document
6  would you please let me know so I can go out of
7  the chat and back so I can see you when you ask
8  those condescending questions?
9      MR. TORBORG:  Yes.  It has been hard
10  for me to remember that.
11      MR. SIMPKINS:  Addendum 1?
12      MR. TORBORG:  Yes, Addendum 1.
13      And I think this is exhibit -- what
14  exhibit are we on, Bonnie?
15      THE COURT REPORTER:  This is Exhibit
16  19.
17      (Deposition Exhibit 19 was marked
18  for identification.)
19      BY MR. TORBORG:
20      Q.   Mr. Blankenship, are you familiar
21  with this document?  It is titled Don
22  Blankenship Addendum No. 1.
23      A.   Is this a document that I wrote to
24  the judge or to you?  I am trying to remember
25  it.  I can't read any of it.  (Reading.)

Page 348

DON BLANKENSHIP

1
2      I think it's a document that I wrote
3  and the attorneys passed on to the judge; is
4  that correct?
5      Q.  It's my understanding but it's not
6  my testimony and not my document.  I just
7  wanted you to confirm.
8      A.   You asked if I recognized it and I
9  think that's what it is.  I'd have to read it
10  and reflect more on it but I'm pretty sure
11  that's what it is.
12      MR. TORBORG:  Okay.  Mr.
13  Blankenship, I appreciate your patience today.
14  I have no more questions.
15      I will say for the record that we
16  don't agree that this transcript at this point
17  has anything confidential in it.  But we don't
18  need to waste Mr. Blankenship's time with that
19  dispute.  Thank you.
20      THE WITNESS:  Does that mean I can
21  issue a public one?  Did you hear me?
22      MR. TORBORG:  That is something you
23  will need to speak about with your lawyers.
24  I'm not your lawyer.
25      THE WITNESS:  Okay.  Well, I just

Page 349

DON BLANKENSHIP

1
2  didn't know what as others lawyers you were
3  opposed to that so I didn't know what they
4  meant, but I will ask them what their legal
5  opinion is.  I was just asking what your view
6  of it was, but that's fine.  I appreciate it as
7  well and I guess if you are finished, I will go
8  home.
9      MR. TORBORG:  Thank you, sir.
10      MR. SIMPKINS:  Make sure the record
11  is clear that I did designate it to be
12  confidential at the beginning of the
13  depositions.
14      MR. TORBORG:  All right.  I think we
15  are concluded.  Thank you everyone.
16      THE VIDEOGRAPHER:  We are off the
17  record.  The time is 7:05.
18      (Whereupon, the deposition was
19  concluded at 7:05 p.m.)
20
21
   _____
       Don Blankenship
22  SUBSCRIBED AND SWORN BEFORE ME
23  THIS ____ DAY OF _____, 2020
24
   _____
25  (Notary Public)

88  (Pages 346 to 349)

Page 350

DON BLANKENSHIP

CERTIFICATE OF NOTARY PUBLIC

1
2
3
4    I, Bonnie L. Russo, the officer before
5    whom the foregoing deposition was taken, do
6    hereby certify that the witness whose testimony
7    appears in the foregoing deposition was duly
8    sworn by me; that the testimony of said witness
9    was taken by me in shorthand and thereafter
10   reduced to computerized transcription under my
11   direction; that said deposition is a true
12   record of the testimony given by said witness;
13   that I am neither counsel for, related to, nor
14   employed by any of the parties to the action in
15   which this deposition was taken; and further,
16   that I am not a relative or employee of any
17   attorney or counsel employed by the parties
18   hereto, nor financially or otherwise interested
19   in the outcome of the action.
20   Dated: November 19, 2020.
21

22                    Bonnie L. Russo
                      Notary Public in and for
23                    the District of Columbia
24
25   My Commission expires:  August 14, 2025

Page 351

ERRATA SHEET

1
2    Case Name:
3    Deposition Date:
4    Deponent:
5    Pg.  No. Now Reads    Should Read  Reason
6    ___ ___ _____    _____  _____
7    ___ ___ _____    _____  _____
8    ___ ___ _____    _____  _____
9    ___ ___ _____    _____  _____
10   ___ ___ _____    _____  _____
11   ___ ___ _____    _____  _____
12   ___ ___ _____    _____  _____
13   ___ ___ _____    _____  _____
14   ___ ___ _____    _____  _____
15   ___ ___ _____    _____  _____
16   ___ ___ _____    _____  _____
17   ___ ___ _____    _____  _____
18   ___ ___ _____    _____  _____
19   ___ ___ _____    _____  _____
20   ___ ___ _____    _____  _____

21                    Signature of Deponent
22   SUBSCRIBED AND SWORN BEFORE ME
23   THIS ____ DAY OF _____, 2020.
24   _____
25   (Notary Public)  MY COMMISSION EXPIRES:_____

89  (Pages 350 to 351)

# EXHIBIT 51

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**CHARLESTON DIVISION**

DON BLANKENSHIP,

                 Plaintiff,

vs.

FOX NEWS NETWORK, LLC, et al.

                 Defendants.

Case No.: 2:19-cv-00236

[Honorable Omar J. Aboulhosn]

---

**PLAINTIFF DON BLANKENSHIP'S**
**RESPONSES TO FIRST SET OF REQUESTS FOR ADMISSION**
**BY DEFENDANT AMERICAN BROADCASTING COMPANIES, INC.**

---

Plaintiff Don Blankenship ("Plaintiff" or "Mr. Blankenship") hereby responds and objects to the First Set of Requests for Admission by Defendant American Broadcasting Companies, Inc. ("Defendant" or "ABC") as follows:

**GENERAL OBJECTIONS**

1.      Plaintiff hereby generally objects to these document requests to the extent they request or seek information protected from disclosure by the attorney-client privilege.

2.      Plaintiff hereby generally objects to these document requests to the extent they request or seek information protected from disclosure by the work product doctrine.

**REQUESTS FOR ADMISSIONS**

**REQUEST FOR ADMISSION NO. 1:**

Admit that, prior to July 23, 2018, YOU had been referred to as a "felon" more than fifty times in THE MEDIA.

**RESPONSE TO REQUEST FOR ADMISSION NO. 1:**

Plaintiff adopts the General Objections by reference as if fully set forth verbatim herein. Plaintiff further objects to this request on the grounds that it is vague and ambiguous.  Plaintiff

1

information pertaining to expert witness opinions and/or analyses, which is not yet required at this juncture pursuant to Rule 26(a)(2)(d) of the Federal Rules of Civil Procedure, the Scheduling Order, and other applicable statutes, rules, or orders.  Subject to and without waiver of the foregoing objections, Plaintiff responds as follows:

DENY.

**REQUEST FOR ADMISSION NO. 12:**

Admit that publications on July 23 or 24, 2018, did not affect the outcome of the West Virginia Republican primary for the United States Senate, held on May 8, 2018.

**RESPONSE TO REQUEST FOR ADMISSION NO. 12:**

Plaintiff adopts the General Objections by reference as if fully set forth verbatim herein. Plaintiff objects to this request to the extent it requires the disclosure of attorney-client privileged or attorney work product information.  Plaintiff further objects to this request on the grounds that it seeks information not within Plaintiff's possession, custody and control. Plaintiff further objects to this request on the grounds that it is vague and ambiguous.  Plaintiff further objects to this request on the grounds that it seeks the premature disclosure of information pertaining to expert witness opinions and/or analyses, which is not yet required at this juncture pursuant to Rule 26(a)(2)(d) of the Federal Rules of Civil Procedure, the Scheduling Order, and other applicable statutes, rules, or orders.  Subject to and without waiver of the foregoing objections, Plaintiff responds as follows:

ADMIT.

**REQUEST FOR ADMISSION NO. 13:**

Admit that the damage to YOUR reputation that YOU describe in the FAC occurred before July 23, 2018.

**RESPONSE TO REQUEST FOR ADMISSION NO. 13:**

Plaintiff adopts the General Objections by reference as if fully set forth verbatim herein. Plaintiff objects to this request to the extent it requires the disclosure of attorney-client

7

**REQUEST FOR ADMISSION NO. 15:**

Admit that YOU did not suffer any emotional distress as a result of any of the ABC PUBLICATIONS.

**RESPONSE TO REQUEST FOR ADMISSION NO. 15:**

Plaintiff adopts the General Objections by reference as if fully set forth verbatim herein. Plaintiff objects to this request to the extent it requires the disclosure of attorney-client privileged or attorney work product information. Plaintiff further objects to the definition of the term "ABC PUBLICATIONS" as unduly restrictive. Plaintiff further objects to this request on the grounds that it seeks information not within Plaintiff's possession, custody and control. Plaintiff further objects to this request on the grounds that it is vague and ambiguous. Plaintiff further objects to this request on the grounds that it seeks the premature disclosure of information pertaining to expert witness opinions and/or analyses, which is not yet required at this juncture pursuant to Rule 26(a)(2)(d) of the Federal Rules of Civil Procedure, the Scheduling Order, and other applicable statutes, rules, or orders. Subject to and without waiver of the foregoing objections, Plaintiff responds as follows:

DENY.

**REQUEST FOR ADMISSION NO. 16:**

Admit that YOU did not seek any treatment for any emotional distress that YOU allege YOU suffered as a result of any of the ABC PUBLICATIONS.

**RESPONSE TO REQUEST FOR ADMISSION NO. 16:**

Plaintiff adopts the General Objections by reference as if fully set forth verbatim herein. Plaintiff objects to this request to the extent it requires the disclosure of attorney-client privileged or attorney work product information. Plaintiff further objects to the definition of the term "ABC PUBLICATIONS" as unduly restrictive. Plaintiff further objects to this request on the grounds that it seeks information not within Plaintiff's possession, custody and control. Plaintiff further objects to this request on the grounds that it is vague and ambiguous. Plaintiff

9

further objects to this request on the grounds that it seeks the premature disclosure of information pertaining to expert witness opinions and/or analyses, which is not yet required at this juncture pursuant to Rule 26(a)(2)(d) of the Federal Rules of Civil Procedure, the Scheduling Order, and other applicable statutes, rules, or orders.  Subject to and without waiver of the foregoing objections, Plaintiff responds as follows:

ADMIT.

**REQUEST FOR ADMISSION NO. 17:**

Admit that the publication of the ABC PUBLICATIONS did not prevent YOU from pursuing any businesses or opportunities.

///

///

///

///

///

///

///

///

///

///

///

///

///

10

**RESPONSE TO REQUEST FOR ADMISSION NO. 17:**

Plaintiff adopts the General Objections by reference as if fully set forth verbatim herein. Plaintiff objects to this request to the extent it requires the disclosure of attorney-client privileged or attorney work product information. Plaintiff further objects to the definition of the term "ABC PUBLICATIONS" as unduly restrictive. Plaintiff further objects to this request on the grounds that it seeks information not within Plaintiff's possession, custody and control. Plaintiff further objects to this request on the grounds that it is vague and ambiguous. Plaintiff further objects to this request on the grounds that it seeks the premature disclosure of information pertaining to expert witness opinions and/or analyses, which is not yet required at this juncture pursuant to Rule 26(a)(2)(d) of the Federal Rules of Civil Procedure, the Scheduling Order, and other applicable statutes, rules, or orders. Subject to and without waiver of the foregoing objections, Plaintiff responds as follows:

DENY.

Dated: 2nd of September, 2020.

Respectfully submitted,

**DON BLANKENSHIP**
**By Counsel**

**/s/ Jeremy Gray, Esq.**
**Jeremy Gray, Esq.**
**(CA State Bar No. 150075, admitted *pro hac vice*)**
*EARLY SULLIVAN WRIGHT GIZER & McRAE LLP*
**6420 Wilshire Blvd., 17th Floor**
**Los Angeles, CA 90048**
**323.301.4660**
**jgray@earlysullivan.com**

**/s/ Jeffrey S. Simpkins, Esq.**
**Jeffrey S. Simpkins, Esq.**
**WVSB #9806**
*SIMPKINS LAW*
**102 E. 2nd Ave.**
**Williamson, WV 25661**
**304.235.2735**
**simpkinslawoffice@gmail.com**

11

574215.1

2827

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

DON BLANKENSHIP,

                Plaintiff,

vs.

FOX NEWS NETWORK, LLC, et al.

                Defendants.

Case No.: 2:19-cv-00236

[Honorable Omar J. Aboulhosn]

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of September 2020, the foregoing **Plaintiff Don Blankenship's Responses to First Set of Requests for Admission by Defendant American Broadcasting Companies, Inc.** was served upon counsel by *regular U.S. mail and electronic mail.

Zachary Michael Wallen, Esq.
**CHALMERS & ADAMS**
Suite LL200-420
301 South Hills Village Drive
Pittsburgh, PA 15241
Tel: (412) 200-0842
*Email: zwallen@cpblawgroup.com*

*Attorney for Defendant 35$^{th,}$ Inc.*

Alison B Schary
Eric J. Feder
**DAVIS WRIGHT TREMAINE LLP**
1919 Pennsylvania Avenue, NW, Suite 800
Washington, DC 20006
New York, New York 10019
Tel.: (202) 973-4248
*Email: AlisonSchary@dwt.com*
       *EricFeder@dwt.com*

*Attorneys for Defendant American Broadcasting Companies, LLC*

Kelli L. Sager (pro hac vice)
**DAVIS WRIGHT TREMAINE LLP**
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017
Tel.: (213) 633-6800
*Email: kellisager@dwt.com*

*Attorney for Defendant American Broadcasting Companies, LLC*

Sean P. McGinley, Esq.
**DIPIERO SIMMONS MCGINLEY & BASTRESS, PLLC**
P.O. Box 1631
Charleston, WV 25326-1631
Tel.: (304) 342-0133
*Email: Sean.McGinley@dbdlawfirm.com*

*Attorney for Defendant American Broadcasting Companies, LLC*

12

J. Zak Ritchie
Ryan McCune Donovan
**HISSAM FORMAN DONOVAN
  RITCHIE PLLC**
P.O. Box 3983
Charleston, WV 25339
681-265-3802 office
304-982-8056 fax
*Email: zritchie@hfdrlaw.com*
       *rdonovan@hfdrlaw.com*

*Attorneys for Defendant Fox News Network,
LLC*

Elbert Lin
David Parker
**HUNTON ANDREWS KURTH LLP**
951 E. Byrd Street
Richmond, VA 23219
804-788-8200 office
804-788-8218 fax
elin@HuntonAK.com
dparker@HuntonAK.com

*Attorneys for Defendant Fox News Network,
LLC*

Brian A. Glasser
**BAILEY & GLASSER**
209 Capitol Street
Charleston, WV 25301-1386
304/345-6555
Fax: 304/342-1110
*Email: bglasser@baileyglasser.com*

*Attorneys for Defendant Cable News Network,
Inc.*

Shawn Patrick Regan
**HUNTON ANDREWS KURTH LLP**
200 Park Avenue
52nd Floor
New York, NY 10166
212.309.1046 office
212.309.1100 fax
*Email: sregan@hunton.com*

*Attorneys for Defendant Fox News Network,
LLC*

Kevin T. Baine
Stephen J. Fuzesi
Gloria Maier
**WILLIAMS & CONNOLLY LLP**
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
kbaine@wc.com
sfuzesi@wc.com
gmaier@wc.com

*Attorneys for Defendant Cable News
Network, Inc., and WP Company LLC, d/b/a
The Washington Post*

Jared M. Tully, Esq.
Elise N. McQuain, Esq.
**FROST BROWN TODD LLC**
500 Virginia Street East, Suite 1100
Charleston, WV 25301
304-345-0111 (phone)
304-345-0115 (fax)
*Email: jtully@fbtlaw.com*
       *emcquain@fbtlaw.com*

*Attorneys for Defendant MSNBC Cable, LLC*

---

13

Kevin T. Shook
Ryan Goellner
**FROST BROWN TODD**
Suite 2300
10 West Broad Street
Columbus, OH 43215-3484
614-559-7214
614-464-1211 (fax)
*Email: kshook@fbtlaw.com*
*     rgoellner@fbtlaw.com*

*Attorneys for Defendant MSNBC Cable, LLC*


John J. Polak
**ATKINSON & POLAK**
P.O. Box 549
Charleston, WV 25322-0549
304/346-5100
304/346-4678 (fax)
jjpolak@amplaw.com

*Attorneys for Defendants FiscalNote, Inc. and*
*Griffin Connolly*


Chris Vlahos
Jenna L. Harris
**Ritholz Levy Fields, LLP**
1221 6th Ave N
Nashville, TN 37208
Phone: (615) 250-3939
cvlahos@rlfllp.com
jharris@rlfllp.com

*Attorney for Defendant News and Guts, LLC*

Allen M. Gardner
Sarah M. Gragert
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004-1304
Telephone: (202) 637-2270
Facsimile: (202) 637-2201
allen.gardner@lw.com
sarah.gragert@lw.com

*Attorneys for Defendants FiscalNote, Inc. and*
*Griffin Connolly*


Andrew Eisbrouch, Esq. (pro hac vice)
Kelsey Trainor, Esq.
**Mediaite, LLC**
1261 Broadway, Suite 606
New York, New York 10001
Tel: (201) 452-3990
andrewe@abrams-media.com
Kelsey@abrams-media.com

*Attorney for Defendants Mediaite, LLC and*
*Tamar Auber*


William D. Wilmoth
WV Bar No. 4075
Steptoe & Johnson, PLC
1233 Main Street, Suite 3000
Wheeling, WV 26003
Phone: (304) 231-0456
Fax: (304) 231-0456
William.Wilmoth@Steptoe-Johnson.com

*Attorney for Defendant News and Guts, LLC*

14

Michael A. Carvin, Esq.
Anthony J. Dick, Esq.
Stephen J. Kenny, Esq.
**JONES DAY**
51 Louisiana Ave. NW
Washington, DC 20001-2113
Tel: (202) 879-3939
Fax: (202) 626-1700
*macarvin@jonesday.com*
*ajdick@jonesday.com*
*skenny@jonesday.com*

*Attorneys for Defendant National Republican
Senatorial Committee*

Melissa Foster Bird. Esq.
Nathan R. Hamons, Esq.
**NELSON MULLINS RILEY &
SCARBOROUGH**
P. O. Box 1856
Huntington, WV  25719-1856
(304) 56-3500
(304) 526-3599 (FAX)
*melissa.fosterbird@nelsonmullins.com*
*nathan.hamons@nelsonmullins.com*

*Attorneys for Defendant National Republican
Senatorial Committee*

Joseph S.D. Christof, Esq. (WV# 6277)
Melvin F. O'Brien, Esq. (WV# 6797)
BreiAnne Varner, Esq. (WV# 10894)
DICKIE, MCCAMEY & CHILCOTE, L.C.
2001 Main Street, Suite 501
Wheeling, WV 26003
Phone: 304-233-1022/Fax: 888-811-7144
jchristof@dmclaw.com
mobrien@dmclaw.com
bvarner@dmclaw.com

*Attorney for Defendant Eli Lehrer*

Harry S. Johnson
*Admitted Pro Hac Vice*
Whiteford, Taylor & Preston, LLP
7 St. Paul Street, Suite 1500
Baltimore, MD, 21202
410-347-8700
hjohnson@wtplaw.com

*Attorney for Defendant Eli Lehrer*

Stephen P. New (*WVSB #7756*)
Amanda J. Taylor (*WVSB #111635*)
New, Taylor & Associates-Attorneys at Law
114 Main Street
Beckley, WV 25801
Telephone: 304-250-6017
Facsimile: 304-250-6012
Email: steve@newlawoffice.com
Email: mandy@newlawoffice.com

*Attorney for Defendant J.W. Williamson and
Wataugawawatch*

Jennifer S. Jackman
**Whiteford, Taylor & Preston, LLP**
1800 M. Street N.W., Suite 450N
Washington, D.C. 20036
202-659-6800
jjackman@wtplaw.com

*Attorney for Defendant Eli Lehrer*

Jim Heath                                    *Matt Howerton
224 McCullough Blvd. N                       90 Kingston Crossing, Apt 1303
Lake Havasu City, AZ 86403                   Bossier City, LA 71111
Phone: (614) 390-7706
*jimheathtv@gmail.com*

*In Pro Per*

*Chris Jones
299 Main Street
Salt Lake City, UT 84111


/s/ Jeremy Gray_____                      /s/ Jeffrey S. Simpkins_____
Jeremy Gray                                  Jeffrey S. Simpkins (WVSB # 9806)
(CA State Bar No. 150075, pro hac vice)      SIMPKINS LAW
Zachary Gidding                              102 E. 2nd Avenue
(CA State Bar No. 313242, pro hac vice)      Williamson, West Virginia 25661
EARLY SULLIVAN
  WRIGHT GIZER & MCRAE LLP 6420
Wilshire Boulevard, 17th Floor
Los Angeles, California 90048

# EXHIBIT 52

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**CHARLESTON DIVISION**

DON BLANKENSHIP,

                Plaintiff,

    vs.

FOX NEWS NETWORK, LLC, et al.

                Defendants.

Case No.: 2:19-cv-00236

[Honorable Omar J. Aboulhosn]

---

**PLAINTIFF DON BLANKENSHIP'S AMENDED**
**RESPONSES TO FIRST SET OF INTERROGATORIES BY**
**DEFENDANT AMERICAN BROADCASTING COMPANIES, INC.**

---

Plaintiff Don Blankenship ("Plaintiff or "Mr. Blankenship") hereby provides the following amended response and objections to the First Set of Interrogatories by Defendant American Broadcasting Companies, Inc. ("Defendant" or "ABC"):

**GENERAL OBJECTIONS**

1.    Plaintiff hereby generally objects to these interrogatories to the extent they request or seek information protected from disclosure by the attorney-client privilege.

2.    Plaintiff hereby generally objects to these interrogatories to the extent they request or seek information protected from disclosure by the work product doctrine.

//

//

//

//

1

## INTERROGATORIES

**INTERROGATORY NO. 7:**

DESCRIBE the basis for YOUR claims that YOUR reputation was harmed as a result of any of the ABC PUBLICATIONS.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 7:**

Plaintiff adopts the General Objections by reference as if fully set forth verbatim herein. Plaintiff further objects that this interrogatory is overly broad and not sufficiently limited in scope.

Subject to and without waiving the foregoing objections, it is logical to conclude that those who viewed the ABC PUBLICATIONS referring to Plaintiff Blankenship as a "convicted felon" do have a lesser opinion of Plaintiff Blankenship.

**INTERROGATORY NO. 8:**

DESCRIBE the basis for YOUR claims that YOU suffered damages as a result of any of the ABC PUBLICATIONS.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 8:**

Plaintiff adopts the General Objections by reference as if fully set forth verbatim herein. Plaintiff further objects that this interrogatory is overly broad and not sufficiently limited in scope.

Subject to and without waiving the foregoing objections, Plaintiff has suffered general damages that are characteristically unquantifiable and subject to jury determination. Otherwise, Plaintiff incorporates by reference his Amended Response to Interrogatory No. 10 as if fully set forth herein.

**INTERROGATORY NO. 9:**

DESCRIBE any actions YOU took to address any alleged emotional distress that YOU allege YOU suffered as a result of the publication of any of the ABC PUBLICATIONS, including,

2

but not limited to, any medical or psychological treatment YOU sought in connection with that alleged emotional distress.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 9:**

Plaintiff adopts the General Objections by reference as if fully set forth verbatim herein. Plaintiff further objects that this interrogatory is overly broad and not sufficiently limited in scope.

Subject to and without waiving the foregoing objections, Plaintiff has no information responsive to Interrogatory No. 9.

**INTERROGATORY NO. 10:**

DESCRIBE each of the "other businesses and opportunities" YOU claim in Paragraph 24 of the FAC that YOU were "prevented from pursuing" by the publication of any of the ABC PUBLICATIONS.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 10:**

Plaintiff adopts the General Objections by reference as if fully set forth verbatim herein. Plaintiff further objects that this interrogatory is overly broad and not sufficiently limited in scope.

Subject to and without waiving the foregoing objections, see Plaintiff's expert witness report and rebuttal report. Plaintiff is unaware at this time of any specific "other business opportunities" Plaintiff was prevented from pursuing as a result of Defendant's defamatory statements. Plaintiff will establish through expert testimony and by his own testimony that business organizations will not even consider hiring Plaintiff as a CEO or appointing Plaintiff to a corporate board after Plaintiff was falsely branded as a "felon" and/or "convicted felon" by Defendant's statements. Business reputation has far more grounding in perception than in reality. As Warren Buffett has noted: "It takes 20 years to build a reputation and five minutes to ruin it."

3

Thus, it would have been futile for Plaintiff to pursue "other business and opportunities" until Plaintiff's name was cleared through this lawsuit or otherwise.

The harm to Plaintiff's reputation and/or Plaintiff's damages must be calculated in the context of his considerable past business achievements and his potential for success, but for Defendant falsely describing him as a "convicted felon." For example, Plaintiff became the Chief Executive Officer of Massey Energy in 1992. Plaintiff's compensation while serving as Massey CEO is publicly available and is evidence of the value of compensation deprived him by the defamations at issue.

Under Plaintiff's leadership, Massey Energy grew by a factor of more than 50 as annual revenues increased from $150 million annually to $7.8 billion when coal production in the United States remained essentially flat. Plaintiff's leadership also brought about a massive increase in employment for the industry's coal miners and others in the industry, as well as massive benefits to West Virginia's economy.

Prior to and during Plaintiff's tenure as Massey's CEO – and before he was defamed by Defendant – Plaintiff served on the Board of Directors of Fluor Corporation and Witco Chemical. Plaintiff declined offers to serve on the board of directors of other companies in order to devote all of his energies to his duties as Massey's CEO and Chairman of the Board.

A component of the harm suffered by Plaintiff will be lost opportunities, business and otherwise. By their nature, the precise nature of lost opportunities is either difficult to quantify or otherwise unknown to Plaintiff. The nature and scope of Plaintiff's lost opportunities will be subject to, without limitation, expert witness opinions and analyses, as well as jury assessment, based on a combination of the discovery responses, expert witness opinions and analyses, and the jurors' own experiences.

<div align="center">4</div>

Plaintiff also expended more than $10 million to prepare for post-Massey opportunities.

Defendant's defamation has effectively rendered the expenditure of funds largely useless.

Plaintiff reserves the right to supplement the foregoing amended interrogatory responses

during the course of discovery.

Dated: 09 April 2021                                        Respectfully submitted,

                                                           **DON BLANKENSHIP**
                                                           **By Counsel**


                                                   **/s/ Jeremy Gray, Esq.**
                                                        **Jeremy Gray, Esq.**
                                    **(CA State Bar No. 150075, *pro hac vice*)**
                                                   *EARLY SULLIVAN WRIGHT*
                                                   *GIZER & McRAE LLP*
                                            **6420 Wilshire Blvd., 17th Floor**
                                                   **Los Angeles, CA 90048**
                                                        **323.301.4660**
                                              **jgray@earlysullivan.com**


                                                  **/s/ Jeffrey S. Simpkins, Esq.**
                                                   **Jeffrey S. Simpkins, Esq.**
                                                        **WVSB #9806**
                                                   *SIMPKINS LAW*
                                                   **102 E. 2nd Ave.**
                                                   **Williamson, WV 25661**
                                                        **304.235.2735**
                                          **simpkinslawoffice@gmail.com**

## VERIFICATION PAGE

STATE OF _Nevada_                )

                                                 )       SS:

COUNTY OF _Clark_          )


I, _Don Blankenship_ being first duly sworn according to law, hereby provide

answers to the foregoing interrogatories pursuant to Rule 33 of the Federal Rules of Civil

Procedure.  To the extent that I have personal knowledge of the matters referred to in these

answers, the information is true and accurate to the best of my knowledge and belief.  As to any

matters for which I do not have personal knowledge, these answers furnish such responsive

information as is reasonably available to me and that I am informed and believe and, on such

information and belief, state that these answers are true and accurate.


Signature: _Don Blankenship_


Print Name: _Don Blankenship_


STATE OF NEVADA
COUNTY OF CLARK

SUBSCRIBED AND SWORN BEFORE ME THIS
_4th_ DAY OF _March_ 20_21_ BY
_Don Blankenship_
_Darlene Tactacan_
NOTARY

DARLENE TACTACAN
Notary Public - State of Nevada
County of Clark
APPT. NO. 97-3665-1
My App. Expires Sept. 14, 2021

6

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**CHARLESTON DIVISION**

DON BLANKENSHIP,

               Plaintiff,

vs.

FOX NEWS NETWORK, LLC, et al.

               Defendants.

Case No.: 2:19-cv-00236

[Honorable Omar J. Aboulhosn]

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of April 2021, the foregoing **Plaintiff Don Blankenship's Amended Responses to First Set of Interrogatories by Defendant American Broadcasting Companies, Inc.** was served upon counsel by regular *U.S. mail and electronic mail.

| | |
|---|---|
| Zachary Michael Wallen, Esq. | Kelli L. Sager (pro hac vice) |
| **CHALMERS & ADAMS** | **DAVIS WRIGHT TREMAINE LLP** |
| Suite LL200-420 | 865 South Figueroa Street, Suite 2400 |
| 301 South Hills Village Drive | Los Angeles, CA 90017 |
| Pittsburgh, PA 15241 | Tel.: (213) 633-6800 |
| Tel: (412) 200-0842 | *Email: kellisager@dwt.com* |
| *Email: zwallen@cpblawgroup.com* | |
| | *Attorney for Defendant American* |
| *Attorney for Defendant 35th, Inc.* | *Broadcasting Companies, LLC* |
| | |
| Alison B Schary | Sean P. McGinley, Esq. |
| Eric J. Feder | **DIPIERO SIMMONS MCGINLEY &** |
| **DAVIS WRIGHT TREMAINE LLP** | **BASTRESS, PLLC** |
| 1919 Pennsylvania Avenue, NW, Suite 800 | P.O. Box 1631 |
| Washington, DC 20006 | Charleston, WV 25326-1631 |
| New York, New York 10019 | Tel.: (304) 342-0133 |
| Tel.: (202) 973-4248 | *Email: Sean.McGinley@dbdlawfirm.com* |
| *Email: AlisonSchary@dwt.com* | |
|      *EricFeder@dwt.com* | *Attorney for Defendant American* |
| | *Broadcasting Companies, LLC* |
| *Attorneys for Defendant American* | |
| *Broadcasting Companies, LLC* | |

7

J. Zak Ritchie
Ryan McCune Donovan
**HISSAM FORMAN DONOVAN
  RITCHIE PLLC**
P.O. Box 3983
Charleston, WV 25339
681-265-3802 office
304-982-8056 fax
*Email: zritchie@hfdrlaw.com*
       *rdonovan@hfdrlaw.com*

*Attorneys for Defendant Fox News Network,
LLC*

Elbert Lin
David Parker
**HUNTON ANDREWS KURTH LLP**
951 E. Byrd Street
Richmond, VA 23219
804-788-8200 office
804-788-8218 fax
elin@HuntonAK.com
dparker@HuntonAK.com

*Attorneys for Defendant Fox News Network,
LLC*

Brian A. Glasser
**BAILEY & GLASSER**
209 Capitol Street
Charleston, WV 25301-1386
304/345-6555
Fax: 304/342-1110
*Email: bglasser@baileyglasser.com*

*Attorneys for Defendant Cable News
Network, Inc.*

Shawn Patrick Regan
Silvia Ostrower
**HUNTON ANDREWS KURTH LLP**
200 Park Avenue
52nd Floor
New York, NY 10166
212.309.1046 office
212.309.1100 fax
*Email: sregan@hunton.com*
       *sostrower@huntonAK.com*

*Attorneys for Defendant Fox News Network,
LLC*

Kevin T. Baine
Stephen J. Fuzesi
Gloria Maier
**WILLIAMS & CONNOLLY LLP**
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
kbaine@wc.com
sfuzesi@wc.com
gmaier@wc.com

*Attorneys for Defendant Cable News
Network, Inc., and WP Company LLC, d/b/a
The Washington Post*

Jared M. Tully, Esq.
Alex Zurbuch, Esq.
**FROST BROWN TODD LLC**
500 Virginia Street East, Suite 1100
Charleston, WV 25301
304-345-0111 (phone)
304-345-0115 (fax)
*Email: jtully@fbtlaw.com*
       *azurbuch@fbtlaw.com*

*Attorneys for Defendant MSNBC Cable, LLC*

8

Kevin T. Shook
Ryan Goellner
**FROST BROWN TODD**
Suite 2300
10 West Broad Street
Columbus, OH 43215-3484
614-559-7214
614-464-1211 (fax)
*Email: kshook@fbtlaw.com*
*    rgoellner@fbtlaw.com*

*Attorneys for Defendant MSNBC Cable, LLC*

John J. Polak
**ATKINSON & POLAK**
P.O. Box 549
Charleston, WV 25322-0549
304/346-5100
304/346-4678 (fax)
*jjpolak@amplaw.com*

*Attorneys for Defendants FiscalNote, Inc. and Griffin Connolly*

Chris Vlahos
Jenna L. Harris
**Ritholz Levy Fields, LLP**
131 South 11th Street
Nashville, TN 37206
Phone: (615) 250-3939
*cvlahos@rlfllp.com*
*jharris@rlfllp.com*

*Attorney for Defendant News and Guts, LLC*

Allen M. Gardner
Sarah M. Gragert
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004-1304
Telephone: (202) 637-2270
Facsimile: (202) 637-2201
allen.gardner@lw.com
sarah.gragert@lw.com

*Attorneys for Defendants FiscalNote, Inc. and Griffin Connolly*

Andrew Eisbrouch, Esq. (pro hac vice)
Kelsey Trainor, Esq.
**Mediaite, LLC**
1261 Broadway, Suite 606
New York, New York 10001
Tel: (201) 452-3990
*andrewe@abrams-media.com*
*Kelsey@abrams-media.com*

*Attorney for Defendants Mediaite, LLC and Tamar Auber*

William D. Wilmoth
WV Bar No. 4075
**Steptoe & Johnson, PLC**
1233 Main Street, Suite 3000
Wheeling, WV 26003
Phone: (304) 231-0456
Fax: (304) 231-0456
*William.Wilmoth@Steptoe-Johnson.com*

*Attorney for Defendant News and Guts, LLC*

9

608401.1

2842

Joseph S.D. Christof, Esq. (WV# 6277)
Melvin F. O'Brien, Esq. (WV# 6797)
BreiAnne Varner, Esq. (WV# 10894)
**DICKIE, MCCAMEY & CHILCOTE, L.C.**
2001 Main Street, Suite 501
Wheeling, WV 26003
Phone: 304-233-1022/Fax: 888-811-7144
*jchristof@dmclaw.com*
*mobrien@dmclaw.com*
*bvarner@dmclaw.com*

*Attorney for Defendant Eli Lehrer*

Harry S. Johnson
*Admitted Pro Hac Vice*
Whiteford, Taylor & Preston, LLP
7 St. Paul Street, Suite 1500
Baltimore, MD, 21202
410-347-8700
*hjohnson@wtplaw.com*

*Attorney for Defendant Eli Lehrer*

Jennifer S. Jackman
**Whiteford, Taylor & Preston, LLP**
1800 M. Street N.W., Suite 450N
Washington, D.C. 20036
202-659-6800
*jjackman@wtplaw.com*

*Attorney for Defendant Eli Lehrer*

Jim Heath
224 McCullough Blvd. N
Lake Havasu City, AZ 86403
Phone: (614) 390-7706
*jimheathtv@gmail.com*

*In Pro Per*

*Matt Howerton
90 Kingston Crossing, Apt 1303
Bossier City, LA 71111

*Chris Jones
299 Main Street
Salt Lake City, UT 84111

*/s/ Jeremy Gray*
Jeremy Gray
(CA State Bar No. 150075, pro hac vice)
Zachary Gidding
(CA State Bar No. 313242, pro hac vice)
EARLY SULLIVAN
  WRIGHT GIZER & MCRAE LLP 6420
Wilshire Boulevard, 17th Floor
Los Angeles, California 90048

*/s/ Jeffrey S. Simpkins*
Jeffrey S. Simpkins (WVSB # 9806)
SIMPKINS LAW
102 E. 2nd Avenue
Williamson, West Virginia 25661

---

10

# EXHIBIT 53

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

TRANSCRIPT OF PROCEEDINGS

---------------------------x
                           :
UNITED STATES OF AMERICA,  :        CRIMINAL ACTION
                           :        NO. 5:14-CR-00244
vs.                        :
                           :
DONALD L. BLANKENSHIP,     :        April 6, 2016
                           :
         Defendant.        :
                           :
---------------------------x

SENTENCING HEARING

**BEFORE THE HONORABLE IRENE C. BERGER**
**UNITED STATES DISTRICT JUDGE**

APPEARANCES:

For the United States:        **MR. STEVEN R. RUBY**
                              **MS. GABRIELE WOHL**
                              U.S. Attorney's Office
                              P.O. Box 1713
                              Charleston, WV  25326-1713


                              **MR. R. GREGORY MCVEY**
                              U.S. Attorney's Office
                              P.O. Box 1239
                              Huntington, WV  25714-1239

APPEARANCES (Continued):

For the Defendant:              **MR. WILLIAM W. TAYLOR, III**
                                **MR. BLAIR GERARD BROWN**
                                **MR. ERIC R. DELINSKY**
                                Zuckerman Spaeder
                                Suite 1000
                                1800 M Street, NW
                                Washington, DC  20036-5807

                                **MR. JAMES A. WALLS**
                                Spilman Thomas & Battle
                                P.O. Box 273
                                Charleston, WV  25321-0273

Court Reporter:                 Lisa A. Cook, RPR-RMR-CRR-FCRR
                                (304)347-3198
                                lisa_cook@wvsd.uscourts.gov

Proceedings recorded by mechanical stenography; transcript
produced by computer.

Case 5:14-cr-00244 Document 653-1 Filed 04/11/16 Page 3 of 797 PageID #: 21890

3

<div align="center">P R O C E E D I N G S</div>

1

2          THE CLERK:  The matter before the Court is the

3    *United States* vs. *Donald Blankenship*, Case Number

4    5:14-CR-244, scheduled for sentencing.

5          THE COURT:  Good morning, everyone.

6       Counsel, would you note your appearance for the record,

7    please.

8          MR. RUBY:  Your Honor, Steve Ruby for the United

9    States with Greg McVey and Gabe Wohl.

10          MR. TAYLOR:  Bill Taylor for Mr. Blankenship with

11    Eric Delinsky, Blair Brown, and Jim Walls.

12          THE COURT:  All right.  Counsel, are we prepared

13    to go forward?

14          MR. RUBY:  Yes, Your Honor.

15          MR. TAYLOR:  Yes, Your Honor.

16          THE COURT:  All right.

17       Madam Clerk, if you would please administer the oath to

18    Mr. Blankenship.

19       **DONALD L. BLANKENSHIP, DEFENDANT, SWORN**

20          THE COURT:  Mr. Blankenship, the records in this

21    case reveal that on December the 3rd of last year you were

22    convicted of conspiring to willfully violate mandatory mine

23    health and safety standards in violation of 18, U.S.C.,

24    Section 371 as charged in Count One of a superseding

25    indictment filed against you.  And since that time, the

USCA4 Appeal: 22-1198     Doc: 53          Filed: 05/25/2022     Pg: 234 of 306
Case 5:14-cr-00244 Document 653-1 Filed 04/11/16 Page 4 of 76 PageID #: 12756

4

1    probation office has prepared a Pre-Sentence Investigation

2    Report.

3         Let me ask you, Mr. Taylor, did you have the

4    opportunity to review that report that was prepared on

5    February 29th and revised on March the 21st?

6              MR. TAYLOR:  We did, Your Honor.

7              THE COURT:  And did you also have the opportunity

8    to review the attached addendum?

9              MR. TAYLOR:  Yes.

10             THE COURT:  Mr. Blankenship, did you also have the

11   opportunity to review that report prepared on March 21st?

12             THE DEFENDANT:  Yes, Your Honor.

13             THE COURT:  Were you able to review the attached

14   addendum also?

15             THE DEFENDANT:  Yes.

16             THE COURT:  And did you have the opportunity to

17   discuss those documents with your attorneys?

18             THE DEFENDANT:  Yes.

19             THE COURT:  Do you understand the contents of the

20   Pre-Sentence Investigation Report?

21             THE DEFENDANT:  Yes.

22             THE COURT:  Any questions about it, Mr.

23   Blankenship?

24             THE DEFENDANT:  No.

25             THE COURT:  All right.  I have also reviewed the

1    Pre-Sentence Investigation Report as well as that addendum.

2    It appears, counsel, that the defendant has made a number of

3    objections that I want to address here this morning.  I will

4    address each of those specific objections that have been

5    made.

6        There's also what I refer to as some general objections

7    which have been made to the offense conduct findings by the

8    probation office.  And I'm going to address those as well,

9    but more generally when we get to that portion of the

10   hearing.

11       I'll begin with the first objection.  The defendant

12   objects to Paragraphs 151 through 155 and 166 of the

13   Pre-Sentence Investigation Report.  Those paragraphs contain

14   the recommendation that the defendant receive an enhancement

15   to his Base Offense Level for obstruction of justice under

16   Section 3C1.1 of the Sentencing Guidelines.

17       I have reviewed the parties' arguments set forth in the

18   Pre-Sentence Investigation Report, the relevant arguments

19   that are also set forth in the sentencing memoranda, as well

20   as the probation officer's position relative to the

21   objections.  And, of course, I've considered the evidence at

22   trial with respect to that particular issue.

23       I find after my review, Mr. Blankenship and counsel,

24   that the defendant should not receive an enhancement for

25   obstruction of justice under Section 3C1.1.

6

1      That particular provision requires that the defendant

2  willfully obstruct or impede or attempt to obstruct or

3  impede the administration of justice with respect to the

4  investigation, prosecution, or sentencing of the offense of

5  conviction.

6      Application Note 1 to this particular provision states

7  that, "Obstructive conduct that occurred prior to the start

8  of the investigation of the instant offense of conviction

9  may be covered by this guideline if the conduct was

10  purposefully calculated and likely to thwart the

11  investigation or prosecution of the offense of conviction."

12      I have not identified any evidence that convinces me by

13  a preponderance of the evidence that the defendant sought to

14  impede the Government's investigation at issue in this case

15  which began after the explosion at UBB on April the 5th of

16  2010.

17      I acknowledge in making this ruling the evidence on the

18  record in this case that the defendant was likely aware of

19  the practice of advance notice; that employees at Massey

20  routinely engaged in the practice; and the practice was

21  designed to reduce the imposition of fines by MSHA.

22      I also acknowledge in making this ruling the evidence

23  of the phone conversation in which the defendant inquired as

24  to whether the underground miners were aware of an inspector

25  being on-site.

1    However, after careful review of the evidence, I find

2    that the evidence is insufficient to conclude by a

3    preponderance of the evidence that the defendant willfully

4    engaged in such conduct to impede or obstruct the

5    investigation which led to the present conviction.

6        Importantly, although the Sentencing Commission

7    acknowledges in Application Note 3 that obstructive conduct

8    cannot be precisely defined, it directs the Court to a list

9    of covered conduct in Application Note 4 for the precise

10   purpose of providing a basis of comparison to assist the

11   Court in determining whether particular conduct is subject

12   to the enhancement for obstruction.

13       I find that none of the conduct alleged here is akin to

14   the conduct set forth by the Sentencing Commission in

15   Application Note 4.

16       For these reasons and after careful consideration, I

17   find that an enhancement for obstruction of justice is

18   inappropriate and the Pre-Sentence Report should be amended

19   accordingly.

20       The Court preserves the Government's objection and

21   exception to its ruling.

22       The defendant next objects to Paragraphs 163 and 164 of

23   the Pre-Sentence Report which sets forth the finding that

24   the defendant qualifies for a two-level sentencing

25   enhancement for abuse of a position of trust pursuant to

1    Section 3B1.3.

2        Again, I have reviewed the parties' argument set forth

3    in the Pre-Sentence Report, the relevant portions of the

4    sentencing memoranda, as well as the evidence presented

5    during the course of the trial.

6        I find that this enhancement should, in fact, be

7    applied and that the relevant paragraphs should remain in

8    the Pre-Sentence Investigation Report.

9        Section 3B1.3 provides that where a defendant abuses a

10   position of public or private trust or uses a special skill

11   in a manner that significantly facilitated the commission or

12   concealment of the offense, the Court should apply a

13   two-level enhancement to the defendant's Base Offense Level.

14       Application Note 1 to Section 3B1.3 defines a position

15   of private trust as one characterized by professional or

16   managerial discretion such as substantial discretionary

17   judgment that is ordinarily given considerable deference.

18       Application Note 1 further provides that the position

19   of private trust must have contributed in some significant

20   way to facilitating the commission or concealment of the

21   offense; as an example, by making the detection of the

22   offense or the defendant's responsibility for the offense

23   more difficult.

24       The threshold question for the Court, according to the

25   case law, is whether the defendant's role as Chief Executive

1    Officer and Chairman of the Board of Directors at Massey

2    Energy qualifies as a position of trust.

3        Under *United States* vs. *Akinkoye*, 185 F.3d 192, a 1999

4    Fourth Circuit case, courts in the Fourth Circuit have been

5    instructed to apply multiple factors to determine whether

6    the defendant held a position of trust including but not

7    limited to whether the defendant had special duties or

8    special access to information not available to other

9    employees; the extent of discretion the defendant possessed;

10   whether the defendant's acts indicated that he was more

11   culpable than others in similar positions who engage in

12   similar acts; and viewing the entire question of trust from

13   the victim's perspective.

14       Looking at those factors, counsel and Mr. Blankenship,

15   here the defendant clearly occupied a position of private

16   trust and abused that position.

17       As CEO and Chairman of Massey Energy, the defendant was

18   granted significant autonomy and discretion by the Massey

19   Board of Directors acting on behalf of the company

20   shareholders.  As such, he had special duties distinct from

21   other Massey employees, and also had special access to

22   information not available to other employees including

23   detailed information on the company's coal production,

24   financial performance, and violations.

25       The evidence at trial also demonstrated that Mr.

1    Blankenship had very broad discretion which he exercised by

2    making decisions on behalf of Massey with limited oversight

3    while also closely monitoring and, in many cases,

4    criticizing and/or modifying the decisions of subordinates

5    below him in the company's hierarchy.

6        The evidence at trial indicated that the defendant

7    emphasized the production of coal at UBB while failing to

8    ensure that safety and compliance were given appropriate

9    attention and financial support.

10        The testimony of Chris Blanchard, the credibility of

11    which was for the jury's determination, indicated the

12    existence of an understanding -- and I put understanding in

13    quotes for purposes of the record -- on the part of the

14    defendant that it was more profitable to maintain production

15    at UBB and pay fines for citations than to devote the

16    resources, time, and effort necessary to ensure that Massey

17    complied with MSHA mandates.

18        The testimony of Bill Ross and documents reviewed by

19    the defendant which memorialized statements made by Ross

20    established that the defendant knew that Ross, along with

21    numerous production-level employees at Massey, had

22    significant concerns about the company's attitude towards

23    MSHA, the company's failure to adopt reasonable safeguards

24    to prevent hazards, and the risk that inadequate staffing in

25    a culture of noncompliance endangered employees and exposed

USCA4 Appeal: 22-1198    Doc: 53    Filed: 05/25/2022    Pg: 241 of 306    PageID #: 12763
Case 5:14-cr-00244 Document 683-1 Filed 04/11/16 Page 11 of 70 PageID #: 21050

11

1   the company to heightened regulatory scrutiny.

2       The evidence at trial also established that while the

3   defendant and other Massey officers discussed efforts to

4   improve Massey's compliance and safety regime, these efforts

5   were all but invisible to the men and women who produced

6   coal at UBB.

7       The evidence at trial indicated that during the

8   timeline of the conspiracy, the defendant profited

9   significantly from his work at Massey both in the form of

10  cash compensation and in the form of various stock-based

11  compensation programs which increased in value based on the

12  company's financial performance.

13      Lastly, viewing the evidence from a victim's

14  perspective as required by the factors outlined in the case

15  law, there was an abuse of trust as it relates to issues of

16  safety.

17      Having reviewed the applicable factors, the Court

18  therefore finds by a preponderance of the relevant evidence

19  that the application of the enhancement should, in fact,

20  apply in this particular case.

21      And I preserve the defendant, Mr. Blankenship's

22  objection and exception to that finding.

23      The defendant also objects to Paragraph 165 of the

24  Pre-Sentence Investigation Report which contains the

25  recommendation that the defendant receive an enhancement to

1    his Base Offense Level under Section 3B1.1(a) given his role

2    as the organizer and leader of a criminal activity involving

3    five or more participants.

4        Having reviewed the parties' respective arguments in

5    the Pre-Sentence Report, the relevant portions of the

6    sentencing memoranda, as well as the evidence, I find that

7    the enhancement should be applied and that the paragraph

8    should, in fact, remain in the Pre-Sentence Report.  Again,

9    I'll place my reasoning on the record.

10       Section 3B1.1, "Aggravating Role," provides for a

11   four-level enhancement where the defendant was an organizer

12   of a criminal activity that involved five or more

13   participants or was otherwise extensive.

14       Application Note 1 to that provision defines a

15   "participant" as a person who is criminally responsible for

16   the commission of the offense but need not have been

17   convicted.

18       Application Note 2 indicates that to qualify for an

19   adjustment under this section, the defendant must have been

20   the organizer, leader, manager, or supervisor of one or more

21   other participants.

22       The Application Note directs courts in determining

23   whether an organization is otherwise extensive to consider

24   all persons involved during the course of the entire

25   offense.

1          Application Note 4 to Section 3B1.1 provides that, and

2    I quote, "In distinguishing a leadership and organizational

3    role from one of mere management or supervision, titles such

4    as "kingpin" or "boss" are not controlling.  Factors the

5    Court should consider include the exercise of

6    decision-making authority, the nature of participation in

7    the commission of the offense, the recruitment of

8    accomplices, the claimed right to a larger share of the

9    fruits of the crime, the degree of participation in planning

10   or organizing the offense, the nature and scope of the

11   illegal activity, and the degree of control and authority

12   exercised over others," end of quote.

13         These factors parallel the test for this provision

14   found in the case of *United States* vs. *Rashawn*, a Fourth

15   Circuit case, opinion issued in 2003 which instructs this

16   Court to examine whether the defendant exercised

17   decision-making authority for the conspiracy, recruited

18   others to participate, took part in planning or organizing

19   the offense, and the scope of control exercised by the

20   defendant over others.

21         In this case, the jury found that the defendant

22   conspired under 18, U.S.C., Section 371 to willfully violate

23   mandatory mine safety and health standards.

24         The Court finds that the probation officer correctly

25   recommended that the conspiracy was otherwise extensive as

1    it extended from the defendant through to the individual

2    Massey group presidents including Blanchard to the miners at

3    Upper Big Branch who individually and collectively carried

4    out the scheme by following the instructions, written or

5    otherwise, of their superiors at Massey and deliberately

6    violating MSHA safety mandates.

7        The evidence at trial, both direct and circumstantial,

8    clearly established that the defendant gave personal

9    directives to subordinates of Massey in order to carry out

10   elements of the conspiracy, including directing Chris

11   Blanchard to emphasize coal production at Upper Big Branch

12   and separate directives like reducing non-production time

13   which minimized safety and compliance.

14       The record also illustrates that the defendant kept

15   extremely close tabs on production figures at Upper Big

16   Branch and repeatedly chastised Blanchard and others for

17   investing manpower and other resources in safety efforts

18   rather than coal production.

19       Moreover, as I previously stated, Blanchard testified

20   that during the defendant's tenure at Massey there was a,

21   quote, understanding, end of quote, that it was more

22   profitable to violate safety standards and pay the resulting

23   fines than to reduce production and to invest the resources

24   necessary to adopt a more comprehensive and effective

25   compliance regime.

1       Numerous miners testified as to the pressure that their

2  section bosses, foremen, and mine presidents were under to

3  produce coal, and that in order to increase production they

4  frequently violated basic principles of mine safety.

5       All of this testimony supports the conclusion, based on

6  a preponderance of the evidence, that the defendant in his

7  position as Chief Executive Officer and Chairman of the

8  Board of Massey Energy implemented and oversaw a conspiracy

9  involving numerous Massey officers and employees and was

10  otherwise extensive, the purpose of which was to increase

11  Massey's profitability by emphasizing production while

12  flouting MSHA's safety and health standards.

13       I find a four-level enhancement for being an organizer

14  or leader in a criminal conspiracy which was extensive is

15  appropriate in this case, preserving the defendant

16  Blankenship's objection and exception.

17       The defendant has also objected to the Government's

18  position on restitution and has asserted that the victims

19  who have submitted victim impact statements in this case are

20  not, quote, victims, end of quote, as that term is used in

21  the applicable statutes.

22       I have addressed the defendant's claims and motions to

23  dismiss relative to Alpha and the individual restitution

24  claims in written orders.  However, I do want to, to some

25  extent, address those issues here today because although you

1    lawyers receive notice of my written opinions, there are

2    others who are present here today who would not receive them

3    through the docket and I believe should receive an

4    explanation from the Court as to the reasoning relative to

5    the issue of restitution.  So I'll go into it in some detail

6    here this morning.

7        Under 18, U.S.C., Section 3663, this Court has

8    discretion to award restitution in certain criminal cases.

9    Restitution, however, can only be awarded to individuals who

10   are victims of the defendant's criminal conduct.  To qualify

11   as a victim, a claimant must be directly and proximately

12   harmed as a result of the offense of conviction.

13       The United States Supreme Court has held that

14   restitution may only be awarded where the claimed loss was

15   caused by the specific conduct that is the basis of the

16   offense of conviction.

17       The Fourth Circuit has further held that restitution

18   may not be awarded based on the defendant's relevant conduct

19   or a related offense or a factually relevant offense.

20       Thus, the Court in this case can only award restitution

21   for losses suffered as a direct and proximate result of the

22   defendant's conspiracy to willfully violate mandatory mine

23   safety and health standards.

24       Alpha's alleged losses for which it claimed restitution

25   flowed from its acquisition of Massey over a year after the

USCA4 Appeal: 22-1198    Doc: 53    Filed: 05/25/2022    Pg: 247 of 306    PageID #: 12769
Case 5:14-cr-00244 Document 663-1 Filed 04/11/16 Page 17 of 70 PageID #: 21964

17

1    end of the alleged conspiracy in this case and from its

2    non-prosecution agreement with the Government.

3        The Court has found that Alpha's claimed losses did not

4    directly and proximately result from the defendant's

5    conspiracy to willfully violate mandatory mine, safety, and

6    health standards of the offense of conviction and has

7    expressly stated in my written order that at the conclusion

8    of the conspiracy time frame alleged in the indictment in

9    this case, Alpha had incurred none of the expenses for which

10   it claimed restitution.

11       Those expenses or costs were incurred long after the

12   conspiracy period as alleged in the indictment and did not,

13   in the opinion of this Court, flow directly and proximately

14   from the conduct of the defendant.  There were, quite

15   frankly, intervening causes for the expenses and they were

16   incurred voluntarily on Alpha's part.

17       I have also reviewed each of the claims for restitution

18   filed by individuals with the United States Probation

19   Office.  And those are the ones that I particularly want to

20   address here today because I'm not convinced that the

21   claimants otherwise have notice of the Court's order,

22   written order.

23       Under Fourth Circuit precedent, none of these claims

24   satisfy the direct and proximate requirement of the

25   restitution statute.  While I am hesitant to draw broad

Case 5:14-cr-00244  Document 653-1  Filed 04/11/16  Page 18 of 78 PageID #: 21965

1    generalization about these claims which were, in large part,

2    submitted by grieving family members and former employees of

3    Massey Energy, a common theme throughout those claims is

4    that the alleged losses were largely the result of the Upper

5    Big Branch mine explosion and the fatalities that occurred

6    there.

7        On two separate occasions during the defendant's trial

8    I instructed the jury that the defendant was not charged

9    with causing the mine explosion at Upper Big Branch.

10        On the first day of trial on October 7th I instructed

11   the jury that the defendant, Donald Blankenship, is not

12   charged with causing the UBB mine explosion and that you

13   must determine guilt or innocence based only on the charges

14   contained in the indictment.

15        Five weeks later before releasing the jury to

16   deliberate I instructed the jury that, "During trial you

17   heard evidence of an explosion that occurred at the Upper

18   Big Branch mine on April 5th, 2010.  The Government,

19   however, has not charged the defendant with causing that

20   explosion, and the defendant is not on trial for that

21   explosion.  In fact, neither the cause of nor the

22   responsibility for the explosion is at issue in this case.

23   Accordingly, in considering the charges against the

24   defendant, you cannot be influenced by the explosion or by

25   sympathy for the decedent or their families.  You also may

1    not consider or reveal your personal feelings or ideas about

2    what caused the explosion or whether any individual

3    Government agency or company bears responsibility for that

4    event."

5        The same position was adopted by the parties in their

6    respective filings with the Court.  For example, in its

7    motion *in limine* filed before trial began, the United States

8    sought to exclude evidence and argument concerning, quote,

9    the cause of the UBB explosion, end of quote.  And the Court

10   granted that motion, excluding from trial all evidence and

11   argument relevant to the explosion at Upper Big Branch.

12       In at least two other filings the Government took the

13   position that the defendant was not charged with causing the

14   UBB mine explosion and the same was not at issue during his

15   trial.

16       Because the defendant was not charged with or convicted

17   of causing the explosion at Upper Big Branch or with causing

18   the deaths of any miners at Upper Big Branch, all

19   restitution claims which assert losses that were the result

20   of the Upper Big Branch explosion are barred by the language

21   of 18, U.S.C., Section 3663 and by the Supreme Court and

22   Fourth Circuit precedent.

23       Because evidence of the cause of the explosion or the

24   cause of the resulting injuries and deaths was not at issue

25   during the trial, this Court cannot make a finding that

1    these restitution claims were directly and proximately

2    caused by the offense of conviction, which here is the

3    conspiracy.

4         To the extent that there were other claims, for

5    instance, there were three people who submitted restitution

6    claims indicating that they were whistle-blowers, again,

7    there is no causal link or any evidence at trial

8    establishing a direct and proximate causation for the

9    restitution that was requested.

10        There were also restitution claims made which did not

11   set forth any alleged connection to a particular offense.

12   And, so, again direct and proximate causation as required by

13   the statute was not established.

14        Further, even if the causal link had been at issue and

15   had been established during the trial, Section 3663, small

16   (b) (2), capital (A), capital (B), capital (C) and small (b)

17   (3) and small (b) (4) set forth the types of losses for

18   which the Court can impose an order of restitution.

19        Most all of the claims were beyond what the Court could

20   have legally ordered the defendant to pay even if direct and

21   proximate causation had been established.  None, therefore,

22   of the individual claims could be awarded under the express

23   language of the statute.

24        I preserve an objection and exception to that ruling

25   for all of the individual claimants for restitution.

1    The defendant objects to numerous sections of the

2    "Offense Conduct" section of the Pre-Sentence Investigation

3    Report.

4    Specifically, the defendant objects to Paragraphs 14

5    through 21, background of Upper Big Branch mine structure

6    and its agents; Paragraphs 22 through 25, Upper Big Branch

7    safety law violations; Paragraphs 26 through 30, mine laws

8    and violations; 31 through 41, testimony of Chris Blanchard;

9    42 through 56, testimony of Bill Ross; Paragraphs 57 through

10   64, testimony of various former Massey employees; Paragraphs

11   65 through 81, Donald Blankenship and related trial

12   exhibits; and Paragraphs 82 through 87, the summary of

13   offense conduct.

14   Counsel, I have reviewed those objections and find that

15   they can actually be categorized as objections which claim

16   that the evidence as stated in these paragraphs of the

17   Pre-Sentence Report has been misstated, is inaccurate,

18   incomplete, not mutual, omits exculpatory or favorable

19   evidence, and/or improperly states wrongdoing by the

20   defendant.

21   In many instances in the objections to those particular

22   paragraphs the defendant re-argues the positions taken at

23   trial.  After thorough review of all of the arguments

24   relative to those paragraphs, as well as reviewing the

25   relevant paragraphs, I overrule the defendant's objections,

 1    finding that the paragraphs can and should remain in the

 2    Pre-Sentence Investigation Report as stated.  And I preserve

 3    the defendant Blankenship's objection and exception to that

 4    ruling.

 5          Counsel, do either of you have objections to the

 6    Pre-Sentence Report that have not previously been stated?

 7              MR. RUBY:  None from the Government, Your Honor.

 8              MR. TAYLOR:  No, Your Honor.

 9              THE COURT:  All right.

10    Mr. Blankenship, let me ask you, do you have additional

11    objections to any of the facts contained in the Pre-Sentence

12    Report that have not previously been stated?

13              THE DEFENDANT:  No.

14              THE COURT:  Are you completely satisfied with the

15    legal representation you've received from your lawyers from

16    the beginning of their representation, Mr. Blankenship, up

17    through and including today?

18              THE DEFENDANT:  Tough question, but, yes.

19              THE COURT:  All right.  Thank you.  I understand

20    your answer completely.

21          I find sufficient indicia of reliability to support the

22    probable accuracy of the information contained in the

23    Pre-Sentence Investigation Report as well as the addendum.

24    I, therefore, adopt those documents except as indicated in

25    my earlier ruling relative to obstruction.

Case 5:14-cr-00244   Document 655-1   Filed 04/11/16   Page 23 of 70 PageID #: 21310

1          I'll direct the probation office to file a copy of the

2    Pre-Sentence Investigation Report in the court file under

3    seal.

4          Federal law provides the following maximum penalties

5    for violating 18, U.S.C., Section 371 and 30, U.S.C.,

6    Section 820(d):

7          A term of imprisonment of up to 12 months; a period of

8    supervised release of one year; a fine of up to $250,000;

9    restitution, the claims for which I've found to be

10   inappropriate in this case; as well as a special assessment

11   of $25.

12         You have heard me, Mr. Blankenship, make reference to

13   the United States Sentencing Guidelines.  Those guidelines

14   are advisory.  They're not binding on the Court, and the

15   Court cannot presume that a guideline range is reasonable.

16         I am still required, however, by law to calculate and

17   consider the applicable advisory guideline range in your

18   case, and I'm required to consider the sentencing factors

19   set forth in 18, U.S.C., Section 3553(a) in determining your

20   appropriate sentence.

21         I'm going to begin this morning by calculating that

22   applicable advisory guideline range.

23         The Base Offense Level is found in Section 2X5.2 and

24   provides for a Base Offense Level of 6.

25         Given my findings on the record here earlier this

24

1   morning, Section 3B1.1(a) provides for a four-level increase

2   if the defendant was an organizer or leader of a criminal

3   activity that, as I've indicated, involved five or more

4   participants or was otherwise extensive.

5       I have found that that particular enhancement is

6   applicable under the facts of this case.  And, so, that

7   would bring the offense level to 10.

8       Section 3B1.3 provides for a two-level increase if the

9   defendant abused a position of public or private trust or

10  used a special skill in a manner that significantly

11  facilitated the commission or concealment of that offense.

12      I have found that you, Mr. Blankenship, abused a

13  position of private trust, and that two-level increase would

14  bring the offense level to 12.

15      Having considered the evidence and the full record in

16  this case, the Court finds no reduction for acceptance of

17  responsibility under Section 3E1.1 should be applied.  That

18  would bring the Total Offense Level to 12.

19      The defendant has no criminal history for which

20  criminal history points attach.  That establishes a Criminal

21  History Category of I.

22      Given a Total Offense Level of 12 and a Criminal

23  History Category of I, the applicable advisory guideline

24  range in this case, Mr. Blankenship, is a term of

25  imprisonment of 10 to 16 months.  The top of that guideline

1    range becomes 12 based on the fact that 12 months is the

2    statutory maximum in this case; a period of supervised

3    release of one year; a fine of $3,000 to $30,000; as well as

4    a special assessment of $25.

5         Counsel, do either of you have anything you want to

6    proffer relative to those calculations that has not

7    previously been argued?

8         MR. RUBY:  No, Your Honor.  Preserving our

9    previous objection which I know the Court's already

10   preserved on the obstruction point, I believe those

11   calculations are accurate.

12        MR. TAYLOR:  Nothing further, Your Honor.

13        THE COURT:  All right.  You have heard me make

14   reference to Section 3553(a), Mr. Blankenship.  And that

15   provision provides a number of factors that this Court must

16   consider in determining your appropriate sentence.

17        Specifically, I am required to consider the nature and

18   circumstances of your offense; your history and

19   characteristics; the need for the sentence I impose to

20   reflect the seriousness of the offense, to promote respect

21   for the law, and to provide just punishment for the offense;

22   to afford adequate deterrence to criminal conduct; to

23   protect the public from further crimes committed by you; and

24   to consider the need for that sentence to provide you with

25   needed vocational and educational training, medical care, or

USCA4 Appeal: 22-1198   Doc: 53      Filed: 05/25/2022   Pg: 256 of 306
Case 5:14-cr-00244   Document 685   Filed 04/11/16   Page 26 of 70 PageID #: 21313

26

1    other corrective treatment in the most effective manner.

2        I am also instructed by Section 3553(a) to give

3    consideration to any pertinent policy statement that's in

4    effect on the date of your sentence; to consider the need to

5    provide restitution to any victims that there might be of

6    your case which I have already addressed on the record; and

7    to consider the need to avoid unwarranted sentence

8    disparities between you and others who have been convicted

9    of the same offense who have a similar history and who have

10   similar characteristics.

11       Section 3553(a) also instructs me to give consideration

12   to the kinds of sentences that are available, as well as to

13   the applicable advisory guideline range.  I will consider

14   that range together with these other factors as we go

15   forward in determining your appropriate sentence.

16       Counsel, I've reviewed your sentencing memoranda and I

17   will hear you on the record relative to the 3553(a) factors

18   at this time if you choose.

19           MR. RUBY:  Your Honor, may I approach the podium?

20           THE COURT:  Yes, sir.

21           MR. RUBY:  Your Honor, as the Court prepares to

22   impose sentence and considers the 3553(a) factors, there's

23   one fact that needs to be stated with absolute clarity, and

24   that fact is this:

25       Breaking mine safety laws kills people.  Breaking mine

USCA4 Appeal: 22-1198    Doc: 53    Filed: 05/25/2022    Pg: 257 of 306    PageID #: 13779
Case 5:14-cr-00244   Document 654-1   Filed 04/11/16   Page 27 of 76 PageID #: 21514

1    safety laws kills coal miners, not every time of course.

2    The fact of the matter is that you can break the mine safety

3    laws, and most of the time you can get away with it.

4         The fact of the matter is that sometimes mine operators

5    can play with fire and not get burned.  But do it enough,

6    and eventually it catches up with you.  That's what history

7    teaches us.

8         The history of mine tragedies in this state and this

9    country is no secret.  It's well known.  One preventable

10   catastrophe after another, deaths in the hundreds and the

11   scores, and that history is the reason that we have mine

12   safety laws.

13        I'd like to read, with the Court's indulgence, a few

14   short sentences from the Mine Act that bear on the 3553(a)

15   factors in this case.  This is from Chapter 30 of the United

16   States Code, Section 801.

17        "Congress declares that the first priority and concern

18   of all in the coal or other mining industry must be the

19   health and safety of its most precious resource - the

20   miner."

21        "Deaths and serious injuries from unsafe and

22   unhealthful conditions and practices in the coal or other

23   mines cause grief and suffering to the miners and to their

24   families."

25        "There is an urgent need," Congress said, "to provide

1    more effective means and measures for improving the working

2    conditions and practices in the nation's coal or other mines

3    in order to prevent death and serious physical harm."

4        "It is the purpose of this chapter," and I'm excerpting

5    here, "to protect the health and safety of the nation's coal

6    miners."

7        That law was passed, Your Honor, in 1977, five years

8    before the defendant joined Massey.  It came a year after

9    the Scotia mine disaster that killed 26 coal miners in

10    Kentucky about 100 miles from here.

11        The defendant knew coal mining.  He knew the risks that

12    you take when you don't clean up coal dust, when you don't

13    rock dust, when you don't properly ventilate your mine.  But

14    he also knew dollars and cents.  And he knew that following

15    the safety laws cost money, and that there was more of it to

16    be made by breaking the law than by following it.  So at UBB

17    that's what he did.

18        The law in sentencing says the Court, as the Court's

19    already noted, must impose a sentence that is sufficient to

20    reflect the seriousness of the offense, promote respect for

21    the law, provide punishment that is just, and to deter

22    criminal conduct.

23        Those things often overlap, of course.  And here they

24    all flow from the central fact that I started with:

25    Breaking mine safety laws kills coal miners.

1      The seriousness of the offense in this case, Your

2   Honor, what can be more serious than a crime that risks

3   human life?  This isn't just a financial fraud where the

4   only thing that was at stake was money.  This isn't just a

5   false statement or an obstruction charge or destroying

6   documents.  This is life and death.  This is as serious as

7   it gets.

8      Because the offense is so serious, because it's a

9   matter of life and death, the only thing -- and we've made

10  this view clear in our sentencing memorandum -- the only

11  thing the United States views that would truly promote

12  respect for the law here and provide just punishment here is

13  a long, long prison sentence.  Now, that's not going to

14  happen.

15     Another part of the law, as the Court's already noted,

16  says that the most the Court can do here is a year in prison

17  and a quarter-million-dollar fine.  That's what the Court

18  has to work with here in trying to carry out the purpose of

19  the sentencing.

20     A year is, is -- before the guidelines were adjusted to

21  take account of the statutory maximum, a year in prison is

22  not even the top half of what the guidelines call for in

23  this case, the 10-to-16-month range.

24     And the guidelines don't take any account whatsoever of

25  the fact that the defendant placed human lives in jeopardy.

USCA4 Appeal: 22-1198    Doc: 53    Filed: 05/25/2022    Pg: 260 of 306    PageID #: 12782
Case 5:14-cr-00244   Document 663-1   Filed 04/11/16   Page 30 of 70 PageID #: 21317

30

 1   That aspect of the guidelines is something that I know this

 2   Court has recognized in the *Hughart* case where the Court

 3   varied upward from the guidelines range and found that the

 4   guidelines did not take into consideration the risk of death

 5   or injury that that defendant's conduct created.

 6       The Court also noted in *Hughart* that violating mine

 7   safety laws can have what the Court aptly described as

 8   catastrophic results.

 9       If the Court in this case were to impose a sentence

10   less than the maximum and less than the top of the

11   Sentencing Guidelines, it would send a message that it is

12   not a serious crime for a mining CEO to conspire against

13   mine safety laws.  I fear that it would undermine respect to

14   the law.  It would not deter mine safety crimes by others.

15   On the contrary, it would signal that committing mine safety

16   crimes might be a good gamble for a CEO to take.

17       I'll talk a bit about the fine, Your Honor, which is

18   one of the factors that the, the Court has to consider.

19       The guidelines range for the fine, based on the

20   guidelines that the Court has found, is $3,000 to $30,000.

21   But that range doesn't include anything at all to account

22   for the defendant's financial resources.

23       The law requires the Court -- and this is a separate

24   section but it interacts with the 3553(a) factors.  Section

25   3572, as the Court knows, requires the Court in deciding the

31

 1    appropriate amount of a fine to consider the defendant's

 2    financial resources.

 3         Now, the defendant hasn't provided any current

 4    financial information for the Court, but we do have the

 5    information that he provided before his arraignment.  I'll

 6    leave it up to the Court whether to go into the specifics of

 7    that information on the record.

 8         But it's not going to surprise anyone to say that the

 9    defendant is an immensely wealthy individual.  To impose a

10    $30,000 fine on him would be inconsistent with the purposes

11    and mandates that are set forth in Section 3553.  It would

12    not in any meaningful way take into account his financial

13    resources as Section 3572 requires.

14         Of course, the maximum fine is $250,000.  And the truth

15    is that for the defendant, the difference in $30,000 and

16    $250,000 is something that he's probably not going to notice

17    very much.

18         But just as with a prison sentence in this case, the

19    3553(a) factors don't reasonably allow for a fine, a

20    sentence of fine less than the maximum.  A lower sentence

21    would say that the law doesn't take this crime seriously.

22    It would diminish respect for the law and it wouldn't

23    provide just punishment for the offense.

24         Defendant's argument in his sentencing memorandum, or

25    at least a part of it, is that the Court should second-guess

1    the jury's verdict.  He says he should get probation because

2    of all that he did for mine safety by which he means all the

3    talk that he engaged in on mine safety.

4        But the jury found that the defendant conspired to

5    violate the mine safety laws.  That's important because it

6    means that the jury rejected the lip service defense.  It

7    rejected the notion that at least in this case a CEO can

8    violate mine safety laws, or conspire to violate mine safety

9    laws right and left and get away with it as long as he pays

10   lip service to safety.

11       The evidence at trial -- and the Court has noted this

12   in its findings on the Sentencing Guidelines.  The evidence

13   at trial from coal miner after coal miner was that Massey's

14   so-called safety programs were shams or, as the Court put

15   it, were all but invisible to the miners who worked at UBB.

16       Miners had never heard of the so-called Hazard

17   Elimination Program.  The so-called S-1, or Safety First,

18   program was literally a joke.  It was a, a subject about

19   which miners worked as they toiled underground at UBB.

20       The survey that the defendant had commissioned

21   presumably to defend himself in lawsuits about safety like

22   the ones he worried about and the calls that he recorded,

23   the only testimony from a miner who actually took the survey

24   was that he assumed his bosses would know what he wrote on

25   the questionnaire:  "Fear, intimidation, and propaganda,"

Case 5:14-cr-00244 Document 653-1 Filed 04/11/16 Page 33 of 70 PageID #: 21528

1   propaganda being the defendant's own word to describe his

2   so-called Hazard Elimination Program.

3        The defendant also in his memorandum and in seeking to,

4   to mitigate his culpability under the 3553(a) factors has

5   presented the Court with a stack of letters.  It's

6   commonplace, as the Court knows, for convicted defendants to

7   organize these kinds of letter-writing campaigns before

8   sentencing.  So I won't spend a long time on these.  But let

9   me make a couple of points.

10       I couldn't help, Your Honor, but be struck by the

11  number of people writing these letters who have received

12  hundreds of thousands or millions of dollars from the

13  defendant directly or indirectly over the years.  When that

14  kind of money is in play, it's not difficult to buy one's

15  self a certain measure of good will.

16       There's the letter from a gentleman who sold millions

17  of dollars of mining equipment to the defendant; and from

18  the person who had Massey's coal trucking business; and from

19  an individual who was making a, a handsome salary as

20  Massey's, his title I believe was safety director when

21  willful safety violations at the Aracoma mine killed two

22  miners; the one who had Massey's timber business; Baxter

23  Phillips who the defendant and Massey paid tens of millions

24  of dollars, and this is in the trial record in the company's

25  SEC filings, over the years to be the defendant's right-hand

1    man.

2         There's Stan Suboleski.  This is a particularly notable

3    example, Your Honor, who made hundreds of thousands of

4    dollars a year to be on Massey's board under the defendant,

5    and then had a side job on top of that as a consultant for

6    Massey in which he could make another, up to another hundred

7    thousand dollars a year.

8         The Court will recall from the trial evidence that that

9    letter-writer was a person who learned first-hand from Bill

10   Ross that Massey's mines, including UBB, were breaking the

11   law right and left, and even though he was a board member

12   didn't do anything to stop it.

13        The point, Your Honor, is that anyone in defendant's

14   circumstance who's been circulating millions of dollars in

15   business deals and salaries for as long as he has can round

16   up 50 or 100 people writing a letter -- to write a letter

17   saying that they like him.

18        The fact that the defendant has business associates who

19   made a lot of money from him and will say that he's a nice

20   guy shouldn't get any better treatment than a defendant who

21   can't find anybody to stick up for him except his mother or

22   his pastor.  That's not the purpose of the 3553(a) factors.

23        The defendant's letter-writers, of course, aren't the

24   only people who have written to the Court about this case.

25   The Court has seen many, many statements from miners and the

35

1   families of miners who worked at UBB.  And those statements

2   bear heavily on the seriousness of the offense here and on

3   the imperative to deter future conduct by others, similar

4   conduct by others in the future.

5        They talk about what it was like to work in the

6   conditions that the defendant's conspiracy created at UBB;

7   about the fear of going underground every day, not knowing

8   if you were going to make it out again; about being ordered

9   not to fire boss in areas where the mine was flooded; being

10  threatened with firing for trying to follow the law.

11       This is a quote.  "Every man that worked at UBB, their

12  life was at risk due to knowing disregard for safety," one

13  miner wrote.

14       From another miner:  "We would shut down over problems

15  and try to get them fixed.  And we would get our jobs

16  threatened if we did not get back in the coal ASAP.  Was

17  told on several different accounts that our job was to run

18  coal and run coal only."

19       Then there's the echo of the defendant's specific

20  instruction which came into evidence at trial to run coal

21  and forget about everything else.

22       I'll quote from the statement of a widow, one whose

23  husband was a supervisor at UBB until he quit from fear a

24  year before the explosion.

25       Quote:  "Bill worked at UBB as a mine foreman.  Every

Case 5:14-cr-00244   Document 663-1   Filed 04/11/16   Page 36 of 70 PageID #: 21323

1   day for months he would come home distraught over the

2   conditions at the mines.  Bill had many arguments at UBB

3   with Mr. Blanchard and Mr. Whitehead about the mine

4   conditions.  The answer was always the same.  'You do what

5   Blankenship says to do.'  So one year before the mine

6   exploded Bill just quit that job.  He just came home and

7   said, 'I quit.'  He said, 'I am not going to be responsible

8   for these miners' lives when I know UBB is going to blow

9   up.'"

10       Now, I will be very clear here, as the Court's already

11   noted on the record, defendant was not charged with causing

12   the explosion at UBB and he wasn't convicted of that.  But

13   he conspired to commit the type of violations that he knew

14   and that everybody in the industry knew risked causing a

15   disaster, violations of the kind that caused disasters in

16   the past.

17       And to properly weigh the seriousness of that offense

18   and what justice requires here, it is critical to remember

19   that the lives defendant risked were real lives.  They

20   weren't abstractions.  That's what's important about hearing

21   from the victims that have written the Court.

22       These people weren't just numbers on one of the reports

23   that the defendant got every 30 minutes.  They were flesh

24   and blood human beings with good lives that deserved to be

25   protected.  They were husbands and fathers and sons and

1    brothers and uncles.

2       They weren't expungeable units of labor underground.

3    They were men and in some cases women who hunted and fished

4    and rode four-wheelers and watched football and basketball

5    games with their families.  They had lives that were

6    immensely worthy and immensely important to the people who

7    loved them.

8       That's what was at stake.  That's what the defendant by

9    conspiring to violate the mine safety laws chose to gamble

10   with and all just for the sake of money.

11      A year under any reasonable interpretation of the

12   3553(a) factors, Your Honor, is not nearly enough for that,

13   but it's something.  If ever a case cried out for the

14   maximum sentence, Your Honor, this is it.

15      Thank you.

16          THE COURT:  Thank you, Mr. Ruby.

17      On behalf of the defense, Mr. Taylor?

18          MR. TAYLOR:  Your Honor, may I inquire -- I'm

19   prepared to speak to the Court on the subject of the 3553(a)

20   factors as well as what I consider to be --

21          THE COURT:  I'm sorry.  You trailed off.  I didn't

22   hear you.

23          MR. TAYLOR:  I'm sorry.  I'm prepared to address

24   the issues which Mr. Ruby has just spoken to and which the

25   Court referred to as the 3553(a) factors.  Does the Court

1    intend to hear from the victims after counsel has spoken?

2    It struck me that if, in fact, there are going to be victim

3    statements that we would prefer to have my allocution of Mr.

4    Blankenship's after that --

5                THE COURT:  At --

6                MR. TAYLOR:  -- but to be directed by the Court.

7                THE COURT:  I did not intend to interrupt you.

8    I'm asking if you lawyers want to speak to the 3553(a)

9    factors at this time.  And after I make findings on the

10   record relative to the 3553(a) factors and before I give any

11   sentence, I will ask if either you or your client have

12   anything further to state.  I'm simply asking if you want to

13   address the 3553(a) factors at this time.

14               MR. TAYLOR:  I want to, to speak to the Court on

15   the general issue of the appropriate sentence which includes

16   the 3553(a) factors.  I would reserve the right to do that

17   if the Court permits as a general, as a general allocution

18   on the question of sentencing after the Court has heard from

19   the victims.  And I don't how if it intends to hear from

20   Mr. Ruby again.  I'm just a little -- I don't want to speak

21   twice.  Let me put it this way.  I don't intend to speak

22   twice if that's --

23               THE COURT:  All right.  If I understand you

24   correctly, I will reserve to you your opportunity to speak

25   to the 3553(a) factors, if you are asking me to do that, for

1    allocution.  I have always given lawyers the opportunity to

2    do it at this juncture before I make my findings relative to

3    the 3553(a) factors and, after that, before imposing

4    sentence give you an opportunity to address the Court on

5    behalf of your client if you want to.  If you only want to

6    speak once, I will reserve to you the right to address the

7    3553(a) factors at a later point if that's what you're

8    asking.

9              MR. TAYLOR:  I would, I would prefer that.

10             THE COURT:  All right.  Thank you, Mr. Taylor.

11        After consideration of the Pre-Sentence Investigation

12   Report, as well as the addendum, the sentencing memoranda

13   filed by the parties, and the statement made here by the

14   Government, I'll make the following findings relative to the

15   3553(a) factors.

16        After six weeks of evidence, the jury found the

17   defendant guilty of conspiring to willfully violate

18   mandatory mine health and safety standards at the Upper Big

19   Branch mine located in Montcoal, West Virginia, in violation

20   of 18, U.S.C., Section 371, 30, U.S.C., Section 820(d).

21        The Court has reviewed the factual evidence, both

22   direct and circumstantial, from the trial, the facts as

23   contained in the Pre-Sentence Investigation Report and as

24   argued by the parties in this matter, and I find that no

25   further recitation of the facts is necessary here.  The

40

1   parties are more than familiar with the facts which came

2   through the testimony during the course of the trial.

3       Mr. Blankenship has two prior minor traffic convictions

4   from May 5th, 2005.  He was born on March the 19th, 1950, in

5   Stopover, Pike County, Kentucky.  Both of his parents are

6   deceased.  The defendant had limited knowledge of his

7   father.  He was raised by his mother who operated a

8   convenience store.  He recalls a, quote, good, normal

9   Appalachian childhood, end of quote, but notes that his

10  hometown was, quote, rough, end of quote.

11      He has a maternal half brother and two maternal half

12  sisters.  He was previously married and has two children.

13  Although he maintains a home in southern West Virginia,

14  since 2009 the defendant has resided in Las Vegas.

15      He reports that he is in good health but suffers from

16  sleep apnea for which he is treated.  He has no history of

17  mental health treatment nor any history of substance abuse.

18  He indicates that he first drank alcohol at age 21 and never

19  drank much.  At most, he drinks at social gatherings.

20      The defendant graduated from Matewan High School in

21  Mingo County, West Virginia, in 1968, and from Marshall

22  University with a Bachelor of Science in business

23  administration with a major in accounting and a minor in

24  economics.  He passed the Certified Public Accountant, or

25  CPA, exam in 1977.  His CPA license with the West Virginia

 1    Board of Accountancy is currently classified as inactive.

 2         The defendant has an extensive employment history which

 3    began with his employment as an accountant for Central Soya

 4    in 1972.  From 1973 through 1977 he worked as a cost

 5    accountant for the Keebler Company in various locations.

 6         From 1977 to 1982 he worked as an office manager and

 7    comptroller for Flowers Industries in Thomasville, Georgia.

 8         From 1982 through 2010 he worked for Massey Energy

 9    beginning as an office manager and ending as Chief Executive

10    Officer and Chairman of the Board of Directors.

11         The defendant reports that his base pay as CEO was

12    $1,000,000 supplemented by a complex bonus system consisting

13    of stock options and deferred compensation.

14         In 2009 Massey Energy filings with the Securities and

15    Exchange Commission indicate that the defendant was paid a

16    total compensation of $17.8 million.  He also received a

17    $27.2 million deferred compensation package in that year.

18         Mr. Blankenship declined to submit a financial

19    affidavit to the probation officer.  However, based on the

20    information he provided early on in this case when bond was

21    at issue, the Court finds that his assets far exceed his

22    then stated liabilities of $23,171 and monthly expenses of

23    $150,000.

24         Counsel, I will advise you all that this Court is

25    giving consideration to a variant fine in connection with

```
 1    its sentence.  And I will call on you and ask if either of

 2    you need additional time to prepare to present anything to

 3    the Court relative to that portion of the sentence.

 4              MR. RUBY:  No, Your Honor.

 5              THE COURT:  Mr. Taylor?

 6              MR. TAYLOR:  A variant fine, Your Honor?

 7              THE COURT:  Yes, sir.

 8              MR. TAYLOR:  One based upon gain or loss?

 9              THE COURT:  An upward variance of a fine.

10              MR. TAYLOR:  Oh, within the guideline range,

11    within the statutory range.

12              THE COURT:  Absolutely within the statutory range,

13    yes, sir.

14              MR. TAYLOR:  No, we don't intend to --

15              THE COURT:  All right.  Is there any intention on

16    either of your parts before I go any further to present any

17    evidence here today, testimony?

18              MR. RUBY:  Not from us, Your Honor.

19              MR. TAYLOR:  We are prepared to present testimony

20    which would be, was directed to the cause of the explosion.

21    We were prepared to do that because we anticipated a

22    possibility that there would be or may be allegations from

23    some of the victims to the Court that Mr. Blankenship was

24    responsible for the cause of the explosion.

25              THE COURT:  All right.  Well, --
```

1          MR. TAYLOR:  I think at this point we, we are

2    doubtful that we would present that testimony.  And I

3    presume that the Court will, will continue with its view

4    that that is not appropriate.

5          THE COURT:  I will help you with your doubts and

6    state that the Court will not hear evidence relative to the

7    cause of the explosion, preserving an objection and

8    exception for any party aggrieved by that ruling.

9          MR. TAYLOR:  Thank you, Your Honor.  So we don't

10   intend, we don't intend to present any testimony.

11         THE COURT:  All right.  Thank you.

12      Next, counsel and Mr. Blankenship, and for those of you

13   who are in attendance, this Court has received a letter from

14   the Government dated March the 31st, two letters from the

15   Government dated April 4th, and a letter from the defense

16   dated April the 4th all related to individuals desiring to

17   address the Court during this sentencing hearing.

18      I've reviewed the submissions together with the

19   applicable language of the Crime Victims' Rights Act found

20   in Section 3771 of Title 18 of the United States Code.

21      Under Section 3771(a) of this act crime victims have

22   the right to address the Court during sentencing hearing.

23   That is clear.

24      Section 3771(e) defines "crime victims" for purposes of

25   this act as persons directly and proximately harmed by the

USCA4 Appeal: 22-1198    Doc: 53    Filed: 05/25/2022    Pg: 274 of 306    PageID #: 12796
Case 3:14-cr-00244   Document 665-1   Filed 04/11/16   Page 44 of 70 PageID #: 21331

44

1    commission of a federal offense.

2        In this instance, that harm must directly and

3    proximately result from the conspiracy to willfully violate

4    mandatory mine and health standards.

5        Again, after careful review of the evidence in this

6    case, the applicable law, and the nature of this conviction,

7    and for reasons akin to those I've previously stated on the

8    record with respect to causation for purposes of restitution

9    as the definition in the two statutes of the term "victim"

10   are very closely related, I find that there's no evidence by

11   a preponderance or otherwise regarding that causation

12   element.

13       This Court has reviewed each and every one of the

14   victim impact statements submitted in an effort to determine

15   if any of those statements fell within the parameters of the

16   Crime Victims' Protection Act in light of the evidence and

17   the conviction in this case and I find that none have.

18       Although the parties in this case have taken the

19   position that this Court has broad discretion to hear from

20   various sources in determining an appropriate sentence, I

21   specifically decline the opportunity to set a precedent of

22   opening sentencing hearings to statements from persons

23   without the necessary legal nexus as set forth in the

24   applicable statutes.

25       So to the extent that the two letters written by the

1    Government was a motion to permit the listed individuals to

2    address the Court during sentencing, the motion is denied

3    for the reasons that I have stated here.

4         If any of the parties who sought to spoke -- to speak

5    here before me at the sentencing hearing have been misled or

6    if their expectations have been elevated, I am certainly

7    sorry that that has happened.  But I believe, and I find,

8    that the statutory language here is clear in how it guides

9    the Court as to parties addressing the Court.

10        I also find that this Court needs to be cautious in

11   keeping to the statutory language and in giving

12   consideration to the sentencing factors that I am required

13   to consider in determining the appropriate sentence.

14        For all of those reasons, again, if it was a motion,

15   Mr. Ruby, I deny the motion for the reasons I've stated,

16   preserving not only the Government's objection and exception

17   but the objection and exception of those people who sought

18   to speak here during the course of the sentencing hearing.

19        Let me ask, I'll begin with you, Mr. Taylor, if there's

20   anything that you would like to proffer before this Court

21   imposes sentence.

22        Mr. Ruby, I will inquire the same of you.

23        And then I will want to know if Mr. Blankenship has

24   anything that he wants to state before the Court imposes

25   sentence.

```
 1          Mr. Taylor.

 2               MR. TAYLOR:  I do wish to address the Court, Your

 3    Honor.

 4               THE COURT:  All right.  Go ahead, please.

 5               MR. TAYLOR:  Would the Court after I speak

 6    entertain a request for a recess so that we can, we can

 7    adjust to the Court's rulings?  We had anticipated some

 8    possibilities which, in fact, the Court is not permitting

 9    and I think --

10               THE COURT:  Yes, sir.

11               MR. TAYLOR:  -- we would, it would be productive

12    if we could have -- in fact, I wonder if we could have it

13    right now.

14               THE COURT:  How much time do you need, counsel?

15               MR. TAYLOR:  Ten minutes.

16               THE COURT:  We will resume here at 20 minutes

17    after the hour.

18               MR. TAYLOR:  Thank you.

19        (Recess taken from 11:12 a.m. until 11:23 a.m.)

20               THE COURT:  Mr. Taylor.

21               MR. TAYLOR:  May it please the Court, thank you

22    for the recess.  We've modified some of the things that we

23    had anticipated --

24               THE COURT:  Yes, sir.

25               MR. TAYLOR:  -- we might present to the Court.
```

USCA4 Appeal: 22-1198     Doc: 53     Filed: 05/25/2022     Pg: 277 of 306     RageID #: 12799
Case 5:14-cr-00244 Document 685-1 Filed 04/11/16 Page 47 of 70 PageID #: 21554

47

1    And both Mr. Blankenship and I have made some adjustments to

2    the things that we intended to say.

3        We are obviously here to receive your sentence for the

4    offense for which the jury returned its verdict of

5    conviction.  We don't intend to make a presentation or

6    argument to you that Mr. Blankenship is innocent although,

7    in fact, he is.

8        We understand that you will impose a sentence on him

9    based on the charge for which he was convicted and on the

10   basis of the evidence that the Court heard in the course of

11   the trial.  We all expect that and we respect it, even

12   though we believe that the Court of Appeals will tell us

13   ultimately that the Government did not charge a crime and

14   did not prove a crime in this case.

15       But what I want to talk about today as we anticipate

16   the Court's sentence is the difference between the rhetoric

17   and the facts in this case.

18       I've said frequently that Mr. Blankenship and we have

19   had to defend two cases.  One was the case that was

20   presented in the courtroom and the other is the accusations

21   which are by inference accusations that he caused the

22   explosion, and rhetoric name-calling, word pictures, and

23   things like "powder kegs," "black dust pervading mines," and

24   images of bags full of money which have no, have no useful

25   purpose in the courtroom and they're not, I'm sure, of use,

1    of utility in the conduct of reasonable proceedings and the

2    decorum of the courtroom.

3        There's not a direct accusation, of course, but the,

4    but the innuendo of the presentation that we heard at trial

5    and that we hear today is that, in fact, you should punish

6    this man as if the jury convicted him of being a homicidal

7    monster, some sort of a drug kingpin, a man who sent his

8    employees to their doom while he counted his money.

9        It's no accident, Your Honor, that they start the

10   sentencing memo with a list of mine fatalities.  And it's

11   because that's how you accuse a man of killing people, of

12   killing the people who died at UBB.  You say he's not on

13   trial for the explosion and then do everything you can to

14   persuade the relatives and the public and the Court that he

15   caused it.  And you crank up the language and the word

16   pictures and you show images which are calculated to inflame

17   public opinion and to have an effect on the Court.

18       It's easy to say words like "calculated decision to put

19   miners at risk, monstrous crime, powder keg.  His greed was

20   such that he would willfully imperil his workers' survival

21   to fatten his bank account."

22       Quote:  "When you think of Massey, think of conspiracy

23   top to bottom like a drug enterprise with a kingpin."

24       Really?  Really?  That's the --

25           THE COURT:  Just a second, please.

1          I don't want any interruptions from anyone during the

2     course of this so that I can pay attention to it and

3     consider it as I'm required to.  And I will ask any court

4     security officers if there is any disturbance to please ask

5     them to have people removed.

6          Go ahead, please.

7               MR. TAYLOR:  I rest my case.

8          What is the evidence that the Government is referring

9     to that it wishes the Court to consider on this, on this

10    question?  Is it the Blanchard testimony?  Is there anything

11    else?  Is there anyone who testified in this case that Mr.

12    Blankenship and others conspired to cause willful

13    violations?

14         They refer to this massive conspiracy within this

15    company from the top to the bottom.  And they refer to "yes

16    men."  What "yes men" did the evidence provide any insight

17    into?  Was it Gary Frampton who went on to Alpha to run its

18    Running Safe program after the acquisition?  Or was it the

19    Running Right Academy?

20         Was it Keith Hainer who was one of the people at the

21    meeting at the high school?  He went on to Alpha, of course,

22    and was in charge of all his mines, the CEO.  Was he one of

23    the "yes men" that the Government would like the Court to,

24    to consider was part of this conspiracy?

25         What is the real evidence?  What's the real evidence in

1   this case about the complicity of a number of people in the

2   conspiracy that is alleged?

3       Mike Snelling, also one of the board participants at

4   the high school and in the violation reduction program, he

5   went on to Alpha to work in the safety field.

6       When you use words like "drug enterprise" or they

7   appeared in a Government argument or a pleading, they have

8   the ring of authority.  They are picked up in newspaper

9   editorials and they're reported completely uncritically and

10  they inflame you.

11      When you scream that he made a calculated decision to

12  put miners at risk, one would expect to have a piece of

13  testimony or an exhibit or some reference to a trial

14  transcript to support allegations like that.  "The entire

15  company was a criminal enterprise."

16      In, in many respects when you make statements like

17  that, you don't have to prove it.  You just say it.  You

18  don't have to point to parts of the transcript or the

19  evidence.  You have no obligation to do that.  You just say

20  it.

21      These are not just throw-away lines, Your Honor.

22  They're carefully thought out and delivered.  They fan the

23  flames of public opinion.  And they obscure the effort to

24  ask what is the real nature of the offense in this case.

25  And to that extent, what I say goes to the 3553(a) factors.

 1        And, finally, they repeat these and worse on national

 2   television on *60 Minutes*.

 3        Could I have the clip, please?

 4        We have the United States Attorney, or the former

 5   United States Attorney going on *60 Minutes* and telling the

 6   world that this is an illegal drug enterprise.

 7        (Pause)

 8            MR. TAYLOR:  Can't get the audio?  That's okay.

 9   That's enough.

10        And using this case to persuade people that they should

11   vote for him, touting the victory in this case in his

12   campaign materials, submitting editorials on behalf of his

13   campaign recommending what the Court should do; in other

14   words, using this case as part of the reason to vote for

15   him.

16        That's why I'm talking about the difference between

17   rhetoric and fact.  Of course we have free speech in this

18   country.  I guess people can go on television and say

19   whatever they want to about Donald Blankenship.

20        But when our prosecutors appear on *60 Minutes* and

21   sensationalize their victory and complain about the size of

22   the penalties which Congress has saw fit to impose, there's

23   some chance they come across as heroes.

24        But in deciding what sentence to impose, I know the

25   Court will not give any weight to this name-calling.  The

USCA4 Appeal: 22-1198    Doc: 53    Filed: 05/25/2022    Pg: 282 of 306
Case 5:14-cr-00244   Document 683-1   Filed 04/11/16   Page 52 of 70 PageID #: 21339

52

1    Court should not be moved by the insinuation that this case

2    proves something about Mr. Blankenship which it didn't.  And

3    I know the Court will compare the rhetoric to the proof that

4    actually came out.

5         What's missing from the Government's sentencing

6    memorandum is a single reference to a piece of transcript, a

7    single reference to an exhibit.  It's stunning.  Usually in

8    a sentencing memorandum when the Government wants to focus

9    the Court on particular aspects of the evidence, they point

10   to the places in the transcript or to witnesses by name or

11   at least to exhibits, and some witness who describes what

12   the defendant did in first-hand detail.  We don't have that

13   here.

14        And the core of the Government's theory, Your Honor, is

15   that Mr. Blankenship didn't do enough to prevent violations.

16   They can say that there was an active conspiracy, and they

17   can say that he made a calculated decision.  But the core of

18   the theory that, that they took to the jury was that he was

19   aware of violations at the mines and he didn't do enough to

20   prevent them; he didn't hire people.

21        And they got an instruction from the Court that if he

22   knew violations were occurring and didn't do anything about

23   it, that was a willful violation in and of itself.  We

24   disagree with that instruction.

25        But what went to the jury is light years from what they

1    present in this courtroom today at sentencing that he

2    actively conspired to break the law.  You know and they know

3    and everybody else knows that the testimony from Mr.

4    Blanchard was there was no conspiracy to break the law.

5         The Government finely points to the number of

6    violations at Upper Big Branch and suggests that the only

7    explanation for them is a conspiracy; if Massey and Mr.

8    Blankenship had simply hired more miners, the violations

9    would not have occurred.

10        Well, again, relating to the actual offense of

11   conviction, aside from the fact there was no evidence that

12   more people in any position at Massey or UBB would have

13   caused fewer citations, no evidence that if you had hired

14   more miners, it would have caused fewer citations.

15        What they do not discuss is the real data, the real

16   facts.  And we presented to you in our sentencing memorandum

17   an affidavit from Mr. Katen.  It's Exhibit 6 of the

18   sentencing memorandum.

19        And what it shows is that in real fact compared to

20   other longwall mines and in terms of the number of

21   violations, Massey is right dead in the middle.  And that

22   when you look at the actual number of rock dust violations

23   that were issued to UBB during the indictment period, there

24   was a total of nine.

25        Now, we point out that if you believe that there would

USCA4 Appeal: 22-1198    Doc: 53        Filed: 05/25/2022    Pg: 284 of 306
Case 5:14-cr-00244   Document 685-1   Filed 04/11/16   Page 54 of 70   PageID #: 21341

54

1    be a reduction in violations if you hired more miners, mined

2    less coal, that those mines which had more miners and mined

3    less coal would have fewer violations.

4        And we point out through Mr. Katen that the Harris mine

5    which was right next-door had 25 percent more violations

6    during the indictment period while it produced 20 percent

7    less coal with 20 percent more man-hours.

8        Why is that relevant?  For the same reason that -- and

9    it's even more startling that you look at what we call the

10   Marfork legacy mines, the five mines in the Marfork group

11   operated by Chris Blanchard under Donald Blankenship.

12       After they were acquired by Alpha and after the

13   non-prosecution agreement and after the expenditure of

14   $80 million by Alpha in safety programs and under extreme,

15   under extreme scrutiny, you would expect the citations to go

16   down.  Not so.

17       MSHA's own data shows that in the last three years, the

18   Marfork mines, excluding UBB because it was not in

19   operation, five mines run by Blanchard under Blankenship, in

20   the last three years under Massey they produced

21   seven million tons with 332 miners and received 2,092

22   citations.

23       The same mines in the first three years after the

24   non-prosecution agreement were run by Alpha.  And after the,

25   after the renewed and heightened scrutiny, these same mines

1    received 3,334 citations, 494 miners, 5,525,000 tons.

2        Why is this data relevant here?  Because it suggests

3    that the simplistic theory that this conspiracy was

4    accomplished by refusing to hire more miners and, therefore,

5    committing more citations isn't true.  There's a lot more to

6    the issues of staffing and citations than a simple numbers

7    game.

8        But, as I said, on the offense of conviction for which

9    you are to impose sentence, the worst that can be said about

10   the proof is that Mr. Blankenship knew there were violations

11   and that in the Government's view he didn't do enough to

12   prevent them.

13       You know, there's no discussion here about the

14   securities fraud counts, of course, where the jury

15   acquitted.  And why, why were they even there?

16       The Government's former colleague, Mr. Hissam -- I was

17   watching television the other night -- says they were there

18   solely to raise the stakes, add 20 years, 25 years to the

19   possible penalty.  He's right.  Why would you do that?

20       I know you have read all of the written material that's

21   been submitted in this case, including all the letters from

22   people who know Don Blankenship including people who work

23   with him and under him.

24       And I say, recognizing that I am his advocate, that

25   that collection of letters is stunning.  There are many

1   things about them that I hope the Court will take into

2   consideration.  First, of course, is the sheer number, the

3   range of people, from people who worked under Mr.

4   Blankenship to school teachers to neighbors to friends and

5   family members, the personal feelings that come out and the

6   things people didn't know before.

7       But after reading those letters, the one thing you

8   cannot conclude is that Don Blankenship was not interested

9   in and didn't care about the safety of his miners.

10      And I do think that when the Court considers the

11  hyperbole and the rhetoric that we have heard, it should

12  remember that in the anonymous survey which Mr. Ruby would

13  like to debunk because one miner who took it says he felt

14  that it was suspicious, 93 percent of the people who have

15  worked at Massey believed the company was run more safely

16  than any other mine.

17      In conclusion, Your Honor, if you have a terrible

18  tragedy and a CEO who is not warm and fuzzy, it's easy to

19  get people to believe things about him that are not true.

20  You and I have seen it a thousand times.  Somebody says, "I

21  don't like so and so," and somebody else says, "Well, I

22  didn't even know you knew him."  "Well, I don't know him,

23  but I know other people who know him and they don't like

24  him."  The first person says, "I don't like him," and then

25  it ripples.

```
 1        And, you know, Don would be the first to admit that he
 2   hasn't done a lot to cultivate the image of himself as warm
 3   and friendly.
 4        But first and foremost, we ask you to recognize the
 5   difference between rhetoric and fact.  And we ask you to
 6   recognize what the jury did not find, and the fact that at
 7   the end of the day the Government submitted to the jury the
 8   theory that Mr. Blankenship was engaged in a conspiracy
 9   because he knew that there were violations and that he
10   didn't hire more miners.
11        Remember the chart about all the money that he had and
12   all the money that the company and they could have hired
13   more miners.  And that's the theory that went to the jury.
14   That's the best the Government can say about the evidence in
15   this case.
16        So we ask you in fashioning your sentence to separate
17   the real, the proof that came into the courtroom from the
18   rhetoric about it and the context of a political campaign.
19   And when you do that, you will conclude, I think, that you
20   should not sentence Don Blankenship to a term of
21   incarceration.
22        Thank you, Your Honor.
23             THE COURT:  Thank you, Mr. Taylor.
24        Anything on behalf of the Government prior to the Court
25   imposing sentence?
```

```
 1            MR. RUBY:  Nothing further, Your Honor.

 2            THE COURT:  Mr. Blankenship, is there anything

 3   that you would like to state prior to the Court imposing

 4   sentence?

 5            THE DEFENDANT:  Yes, ma'am.

 6            THE COURT:  All right.

 7            THE DEFENDANT:  As with Mr. Taylor, I came to

 8   speak quite a bit longer including about the cause of the

 9   explosion, but under the circumstances I'm going to make

10   this very brief.

11       My main point is wanting to express sorrow to the

12   families and everyone for what happened.  I hope that

13   somehow what I will have to say here briefly will help them

14   a little bit in finding peace.  I'd like to express a lot of

15   thank you's as well.

16       Let me say that as I begin, obviously it's been a

17   difficult and trying time for me to go through this, no pun

18   in the word "trying."

19       But as to the thank you's, there's so many people, I

20   don't really know where to begin.  But I want to thank the

21   friends who have helped me throughout this ordeal which has

22   now stretched into 18 months I guess.

23       I would like to give a special thanks to those who

24   wrote the letters.  They are an inspiration and a strength

25   to me.
```

USCA4 Appeal: 22-1198    Doc: 53    Filed: 05/25/2022    Pg: 289 of 306    PageID #: 12811
Case 5:14-cr-00244   Document 665-1   Filed 04/11/16   Page 59 of 70 PageID #: 21546

59

1      I also want to note the hundreds of good people in West

2   Virginia.  Hundreds of people came up to me during the

3   indictment period and wished me well.  Some of them even

4   stopped their cars and blew their horns and said to hang in

5   there and so forth.  So it was very encouraging.

6      I would also like to thank the jurors who invested a

7   lot of time, a lot of their personal time, as you noted,

8   during the trial in hearing the case.

9      In acknowledging, I thank the jury for having the

10  courage to find me not guilty as to the felonies despite all

11  the pressure that the families being here and what they were

12  reading, likely reading in the media and so forth was

13  causing them perhaps to be hesitant to find me innocent on

14  those felonies, but they found the courage to do that.

15     I'd also like to thank the U.S. Marshals and everybody

16  for being protective during the trial and for treating me in

17  a courteous manner, as well as Joe Black, the probation

18  officer, who was extremely courteous in visiting my house

19  and searching it here in West Virginia.

20     I never thought, by the way, that I would be thanking a

21  probation officer because I never expected to have one.

22     I'd also like to thank Jeff Gwinn for his

23  professionalism when we had the pre-sentence hearing

24  meetings and so forth.

25     And I'd like to thank the families for being courteous

1    here at the courtroom.  I know it's been a difficult time

2    for them.

3         And something I never do, I'd like to thank the

4    attorneys for all their hard work and bringing all their

5    advocacy and intelligence to preventing a worse result here

6    than might have occurred.

7         And I'd like to thank you for conducting an orderly

8    courtroom.  In fact, you did so just a few minutes ago.  And

9    I believe that you know there was no direct evidence that I

10   committed a crime.  In any event, you can be 100 percent

11   sure that I did not.  It's important to me that everyone

12   knows that I am not guilty of a crime.

13        And just briefly to the families, just a few words.

14   First, as I said earlier, I'm deeply sorry for what

15   happened.  But I want to tell you that the loss of coal

16   miners were great coal miners.  Collectively the 29 men who

17   perished had 400 years of mining experience.

18        The families already know that they were great coal

19   miners.  They know that their loved ones are good men and

20   that they did not conspire with me or anyone else to commit

21   violations of law.

22             THE COURT:  Let me stop you.  Let me stop you

23   there for a moment.

24        Counsel, I will hear you all on this issue, but I have

25   prevented people who lost family members from addressing the

1    UBB mine explosion.  I do not think it's appropriate for me

2    to hear it from one side and not the other.  If you all have

3    any comments you want to make about that, I will hear you.

4    But that does not seem to be appropriate to me, and

5    particularly given that the cause of that explosion is not

6    at issue here.

7                    THE DEFENDANT:  Okay.

8                    THE COURT:  Mr. Taylor.

9                    MR. TAYLOR:  I think Mr. Blankenship --

10                   THE COURT:  I'm sorry?

11                   MR. TAYLOR:  I think Mr. Blankenship will adapt

12   his remarks.

13                   THE DEFENDANT:  Yeah.

14                   THE COURT:  Anything from the Government on that

15   issue?

16                   MR. RUBY:  Your Honor, we agree with the Court.

17   The Court's kept that out and it's prevented, has denied our

18   letter form motion to allow them to speak.  And I recognize

19   that there's some latitude for a defendant to allocute, but

20   I don't think that latitude carries over into the territory

21   that the defendant's in now.

22                   THE COURT:  Mr. Blankenship, you understand my

23   ruling?

24                   THE DEFENDANT:  I think so.  I was trying to avoid

25   anything that touched on that.  But if I did, I'm sorry.  I

Case 5:14-cr-00244  Document 685-1  Filed: 04/11/16  Page 62 of 76 PageID #: 21545

```
1    just, I just want to make the point that these men were

2    proud coal miners.  They've been doing it for a long time.

3    And they'd want the truth of what happened there to be

4    known.

5              MR. RUBY:  Your Honor, enough.

6              THE DEFENDANT:  I'm sorry, Judge.

7              THE COURT:  I'm going to -- if it isn't clear, I

8    want to preclude discussion regarding the explosion here and

9    its cause, Mr. Blankenship.

10             THE DEFENDANT:  Okay.  Well, I think that's about

11   all I had to say other than thank you for the opportunity to

12   say what I did, and just reassure the families that their

13   loved ones were great guys, great coal miners.

14             THE COURT:  All right.  Thank you.

15             THE DEFENDANT:  Thank you.

16             THE COURT:  All right.  Nothing further from you

17   lawyers?

18             MR. RUBY:  No, Your Honor.

19        Actually, Your Honor, if I may ask one question, and

20   this is a procedural question, --

21             THE COURT:  Yes, sir.

22             MR. RUBY:  -- how the Court intends to handle the

23   victim impact statements for purposes of the record.  Will

24   those be made part of the PSR?

25             THE COURT:  They can be if requested.  I have them
```

USCA4 Appeal: 22-1198    Doc: 53    Filed: 05/25/2022    Pg: 293 of 306    PageID #: 12915
Case 3:14-cr-00244-Document 885-1 Filed 04/11/18 Page 63 of 76 PageID #: 21556

63

 1   here in a separate file.  Both those and the restitution

 2   requests are in separate files here.  They can be made a

 3   part of the record if there's no objection so that they can

 4   be reviewed and the issue of this Court precluding verbal

 5   comments to the Court can be preserved.  Obviously, I had to

 6   go through them in order to make the determination that it

 7   wasn't appropriate for me to consider.

 8         MR. RUBY:  If they are placed in the record, Your

 9   Honor, our request would be that they be made part of the

10   PSR because they were -- as the Court's seen, there were

11   certain things, particularly in restitution requests, that I

12   don't believe the victims necessarily wrote with the

13   expectation that those were going to be made public.

14         THE COURT:  I have no intention of making them

15   public unless I'm requested to do so --

16         MR. RUBY:  Thank you, Your Honor.

17         THE COURT:  -- or to put them in the Pre-Sentence

18   Report unless I'm requested to do so.

19         MR. RUBY:  I don't believe that it's necessary to

20   put them in the record at all, Your Honor.  But I wanted to

21   keep them -- to not make them public if that were done.

22         THE COURT:  All right.  Mr. Blankenship, if you

23   all would rise, please.

24       After giving careful consideration to the trial

25   evidence in this case, the Pre-Sentence Investigation

64

1    Report, the parties' sentencing memoranda, the statements

2    that have been made here today, and giving consideration to

3    the 3553(a) factors that I spoke to you about earlier, it's

4    the judgment of this Court, Mr. Blankenship, that you be

5    committed to the custody of the Bureau of Prisons for a term

6    of 12 months.

7         I further order that you serve a term of supervised

8    release of one year.

9         Within 72 hours of your release it's ordered that you

10   report in person to the United States Probation Office in

11   the district in which you are released.

12        While you're on supervised release, Mr. Blankenship,

13   you must not commit another federal, state, or local crime.

14   You must not possess a firearm or other dangerous device.

15   And although there's no indication of this whatsoever in the

16   record, you also must not unlawfully possess a controlled

17   substance.

18        You must comply with the standard terms and conditions

19   of supervision as recommended by the United States

20   Sentencing Commission and as adopted by this Court.

21        And I am not going to require as a standard condition

22   that you participate in a program of testing, counseling,

23   and treatment for drug and alcohol abuse as there is no

24   indication in this record for the need for that.

25        Further, I'm ordering, Mr. Blankenship, that you comply

1    with the standard conditions of supervision adopted here

2    within the Southern District of West Virginia in Rule 32.3

3    of the Rules of Criminal Procedure.

4        There is nothing, again, in this Pre-Sentence Report to

5    indicate any substance abuse by you.  And, therefore, I

6    suspend the requirement that the defendant submit to a drug

7    test as a condition of supervised release.

8        I am going to order a fine.  I will give the basis of

9    my ruling here shortly.

10       I order that you pay a fine in the amount of $250,000

11   due immediately.  If not paid within 15 days of today's

12   date, I order that interest be applied.

13       If not paid immediately, the Court orders as a

14   condition of supervised release that you provide the

15   probation officer access to any requested personal or

16   business related financial information; that you be

17   prohibited from incurring new credit charges or opening

18   additional lines of credit without approval of the probation

19   officer until monetary assessments have been satisfied.

20       I further order as a condition that you apply all

21   monies received from income tax returns, lottery winnings,

22   judgments, and any other anticipated or unanticipated

23   financial gains to any outstanding court-imposed monetary

24   obligations.

25       I further order that you pay the fine during your term

USCA4 Appeal: 22-1198    Doc: 53    Filed: 05/25/2022    Pg: 296 of 306
Case 5:14-cr-00244  Document 665-1  Filed 04/11/16  Page 66 of 70 PageID #: 21555

66

1   of incarceration through participation in the Bureau of

2   Prisons' Inmate Financial Responsibility Program if it has

3   not been paid immediately in installments of -- quarterly

4   installments of $25 with any balance to be paid through

5   monthly installments of not less than $25,000 during your

6   term of supervised release with the first installment being

7   paid within 10 days of your release from incarceration.

8        As I've indicated previously, I make no order of

9   restitution.  I do order that you pay a special assessment

10  of $25 for having been convicted of an offense.

11       Mr. Blankenship, I've given great consideration to this

12  sentence, and I find that the sentence of 12 months followed

13  by one year of supervised release and a variant fine of

14  $250,000 is reasonable.

15       The jury found in its deliberation, after listening to

16  evidence for a period of six weeks, that you had conspired

17  with others of Massey Energy to willfully violate mine

18  safety and health laws.

19       In so doing, I have found, and I find it to be fact,

20  that you abused the trust of the Massey Energy shareholders,

21  your fellow officers and directors and, most importantly,

22  the trust of the employees who looked to you for leadership

23  and for a safe workplace.

24       Mining has carried the State of West Virginia for

25  generations, as you well know.  Each day and each shift that

1    miners don their hats and boots and proudly go underground

2    generally without any trepidation to make a living for

3    themselves and for their families, they necessarily rely on

4    owners and operators and administrators of these mines to

5    provide a safe workplace.  Safety simply has to be

6    paramount.

7         Although there was evidence presented of an S-1, P-2

8    program, or a safety first and production second program at

9    the mine, it was not borne out by the testimony that we

10   heard presented during the course of the trial.

11        By putting profitability of the company ahead of the

12   safety of your employees, you, Mr. Blankenship, created a

13   culture of noncompliance at Upper Big Branch where your

14   subordinates accepted and, in fact, encouraged unsafe

15   working conditions in order to reach profitability and

16   production targets.

17        The legacy of that conduct was visible in the testimony

18   of the miners from Upper Big Branch in this case who

19   described dire working conditions where their safety was

20   routinely compromised and preventable hazards were

21   tolerated.

22        There was testimony that I recall that the miners had

23   to hide their efforts at safety, or that they had to hide

24   non-production time where they were making efforts at

25   safety.

 1    As Chief Executive Officer, you were ultimately

 2    responsible for ensuring that these miners went to work each

 3    day in mines which followed MSHA's safety and health

 4    standards.  Having grown up in West Virginia coalfields, you

 5    had to be aware, and having risen through the ranks of the

 6    company you had to be aware of the vital importance of

 7    safety in the coal industry.

 8    I take no pleasure in imposing this sentence here

 9    today, Mr. Blankenship.  Although I believe the sentence to

10    be warranted and I believe it to be appropriate, there's no

11    pleasure in my imposing it.  Quite frankly, having given a

12    bit -- a good bit of consideration to this case, you should

13    be someone that we are able to tout as a West Virginia

14    success story.

15    You were raised by a single mother in southern West

16    Virginia.  You attended public schools in southern West

17    Virginia, attended Marshall University where you obtained a

18    degree.  You then became a CPA and rose through the ranks of

19    Massey to become its Chief Executive Officer.  And you've

20    given back to your community.

21    Instead of being able to tout you as one of West

22    Virginia's success stories, however, we are here as a result

23    of your part in a dangerous conspiracy.

24    I've considered your lack of criminal history, Mr.

25    Blankenship.  I have reviewed in excess of 100 character

1    letters written on your behalf.  I think your lawyer

2    submitted 110, and there were four or five which came

3    directly to me that were not included in the batch that was

4    sent to me by the lawyers.

5         Some of those who wrote letters flatly disagree with

6    the jury's verdict based upon their opinions of your work

7    ethic and your commitment to safety.  Some simply express

8    their opinion that you were, in fact, committed to safety,

9    while others tout the community programs for children and

10   others you initiated including the Christmas Extravaganza

11   which a number of them mentioned for underprivileged

12   children, and of scholarships that you initiated.

13        Other writers knew you personally from childhood.  And

14   still others had personal stories of how you helped when

15   they went through personal health or other crises.  I've

16   given consideration to all of that.

17        In my consideration of the 3553(a) factors, the direct

18   and circumstantial evidence in this case, I disagree with

19   your lawyer about the status of the evidence as it relates

20   to a conspiracy.

21        The nature of conspiracy cases is that oftentimes

22   there's not direct evidence of some express agreement and,

23   more often than not, the evidence is borne out through

24   circumstantial evidence.  He and I simply disagree on the

25   status of that.

 1        But having considered it, I have considered the length
 2   of time that the conspiracy lasted.  I've also considered
 3   that during that time, the risk of injury and death was
 4   present every single day for employees in the mines.  I've
 5   considered the pervasiveness of that conspiracy.
 6        Neither of those issues is addressed in the guideline
 7   range.  I have found, given the nature and extent of the
 8   conduct, that the fine range under the guidelines is simply
 9   not sufficient in this case to meet the goals of sentencing
10   and, therefore, have imposed a fine above that applicable
11   advisory guideline range at the statutory maximum.
12        Specifically, in my consideration of just punishment
13   for the serious crime of conspiring to willfully violate
14   mine safety and health standards, of deterring you and
15   others from engaging in similar conduct, and promoting
16   respect for the law, I find a sentence of one year of
17   incarceration coupled with that maximum fine is sufficient
18   and, yet, not greater than necessary to meet the goals of
19   sentencing.
20        I also find specifically, Mr. Blankenship, that the
21   sentence reflects the seriousness of the offense.  And I
22   want to be clear that this Court has considered the evidence
23   at trial.
24        I want to place on the record because it was brought
25   out during the course of arguments that I've not even seen a

1    *60 Minutes* production about this case.  But the evidence and

2    the impact of the offense, and giving consideration to the

3    3553(a) factors, tells me that this sentence is appropriate

4    and that it's warranted.

5         Again, I believe the sentence promotes respect for the

6    law.  It also reflects the seriousness of the offense.  And

7    it serves to protect the public from other such crimes.  It

8    also serves to avoid unwarranted sentence disparities, in my

9    opinion, between you and others who are similarly situated.

10        The crime is serious.  There's been discussion here

11   about the acquittal of felony offenses and your conviction

12   of a misdemeanor.  Those of us in the legal community put

13   tags on offenses.  Congress puts tags on offenses.

14        But when we seek to sentence someone, we sentence based

15   on the conduct, which I find to be very serious not only in

16   its commission but in its potential impact in terms of risk

17   in this particular case.  And, again, I find it to be

18   appropriate given those 3553(a) factors.

19        You have a right to appeal this Court's sentence, Mr.

20   Blankenship.  If you want to appeal, you must file written

21   notice of your intent to do so with the clerk within 14 days

22   of the clerk's entry of my order of sentence and judgment.

23   If you fail to file it during that time period, your right

24   to appeal will expire.

25        Do you understand that?

1                    THE DEFENDANT:  Yes, ma'am.

2                    THE COURT:  If you want to appeal and if the Court

3     finds for some reason -- I'm required to say this to you --

4     that you don't have the money to procure transcripts or

5     other documents necessary to effect your appeal or to pay

6     for the services of an attorney, those costs will be borne

7     by the United States.

8         Do you also understand that?

9                    THE DEFENDANT:  Yes.

10                   THE COURT:  Your sentence is a final judgment.  I

11    can't release you from prison or reduce or modify your

12    sentence unless the Director of the Bureau of Prisons makes

13    such a request or unless the Government files a motion

14    pursuant to Rule 35 for substantial assistance.

15        So letters written to me asking me to change, reduce,

16    or modify it would be of no consequence.

17        Do you understand that as well?

18                   THE DEFENDANT:  Yes.

19                   THE COURT:  Because you were released on a surety

20    bond pending sentencing, the Bail Reform Act permits me to

21    allow you to surrender voluntarily if there's clear and

22    convincing evidence that you're not likely to flee and not

23    likely to pose a danger to any other person or to the

24    community if released.

25        I find, Mr. Blankenship, that you should be permitted

1    to report voluntarily based on your conduct while on bond

2    and the financial incentive to surrender, as well as the

3    release status report and, most importantly, my finding that

4    your conduct while on bond for the past year and a half

5    constitutes clear and convincing evidence that you're not

6    likely to flee and not likely to cause harm to any other

7    person.

8        Accordingly, I order that you be permitted to surrender

9    voluntarily at the institution designated by the Bureau of

10   Prisons as notified by the United States Marshal, and that

11   you remain released on the previously executed

12   one-million-dollar surety bond subject to the conditions set

13   forth in the prior order.

14       I have reviewed the defendant's motion for continued

15   release pending appeal, the Government's response, as well

16   as the reply which was filed somewhat late yesterday.  And

17   after careful consideration of the arguments in those

18   documents, I order that the motion be denied and that you

19   report when ordered to do so.

20       I preserve your, Mr. Blankenship, objection and

21   exception to my denying that particular motion.

22       Before I conclude the hearing, Mr. Blankenship, I want

23   to advise you of a couple of things.

24       First, if you knowingly fail to report as ordered, I

25   can impose an additional sentence up to one year and an

USCA4 Appeal: 22-1198      Doc: 53      Filed: 05/25/2022      Pg: 304 of 306
Case 3:14-cr-00244   Document 863-1   Filed 04/11/16   Page 74 of 76   PageID #: 21981

74

1    additional fine up to $250,000.

2        If you commit any offense while you're awaiting

3    voluntary surrender, if it's a felony I can impose a

4    sentence up to 10 years.  If it's a misdemeanor, I can

5    impose a sentence up to one year.  And in either situation,

6    that sentence would run consecutively to the sentence I've

7    imposed today, not concurrently with that sentence.

8        Do you understand that as well?

9            THE DEFENDANT:  Yes.

10           THE COURT:  Counsel, are there other matters that

11   need to be addressed here this morning?

12           MR. TAYLOR:  Your Honor, will you grant a stay of

13   10 days on the reporting order during which we seek bail

14   from the Court of Appeals?

15           THE COURT:  You, if I understand, are asking that

16   from the time that he's ordered to report that I grant a

17   stay of 10 days or 10 days now?

18           MR. TAYLOR:  From today.

19           THE COURT:  I will order -- and I don't think,

20   Mr. Taylor, that he will be ordered to report in the next 10

21   days.  And I will certainly order that he not be required to

22   report before the expiration of 10 days from today's date.

23       Mr. Ruby.

24           MR. RUBY:  No objection to that, Your Honor.  I

25   can't imagine that the reporting date will be any sooner

1    than a couple of months.

2            THE COURT:  We would expect it to be longer, in

3    other words, based on the practice, Mr. Taylor.

4            MR. TAYLOR:  Well, I don't want to take that risk.

5    So I, I just want to be clear with the Court that we, we do

6    intend to seek bail from the Court of Appeals.

7            THE COURT:  Yes, sir.

8            MR. TAYLOR:  We'll do it expeditiously.  And I

9    would not, I would not want to have a reporting order become

10   effective while the application for bail is pending before

11   the Court of Appeals.  It seems like in the ordinary course

12   of things that won't happen.  But you've ruled, I think,

13   that, that in no event will he be required to report in less

14   than 10 days.  And we'll, we'll promptly file a motion for

15   bail in the Court of Appeals.

16           THE COURT:  Yes.  I order that he not be ordered

17   to report sooner than 10 days from today's date.

18           MR. TAYLOR:  Thank you.

19           THE COURT:  Other matters?

20           MR. RUBY:  Nothing from us, Your Honor.

21           THE COURT:  All right.  You all have a good

22   afternoon.

23       (Proceedings concluded at 12:14 p.m.)

24

25

1          I, Lisa A. Cook, Official Reporter of the United

2    States District Court for the Southern District of West

3    Virginia, do hereby certify that the foregoing is a true and

4    correct transcript, to the best of my ability, from the

5    record of proceedings in the above-entitled matter.

6

7

8          s\Lisa A. Cook                          April 7, 2016

9              Reporter                                Date

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25