# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

———————

Case No. 22-1198 (L)

(2:20-cv-00278)

———————

DON BLANKENSHIP

       Plaintiff-Appellant

v.

NBCUNIVERSAL, LLC; CNBC, LLC

       Defendants-Appellees

and

DOES 1-50, inclusive

       Defendant

———————

Case No. 22-1207

(2:19-cv-00236)

———————

DON BLANKENSHIP

       Plaintiff-Appellant

v.

FOX NEWS NETWORK, LLC; CABLE NEWS NETWORK, INC.; MSNBC CABLE LLC; 35TH INC.; WP COMPANY LLC, d/b/a The Washington Post; DOES 1-50, inclusive; MEDIAITE, LLC; FISCALNOTE, INC., d/b/a Roll Call; NEWS AND GUTS, LLC; THE CHARLESTON GAZETTE-MAIL; AMERICAN

BROADCASTING COMPANIES, INC.; TAMAR AUBER; GRIFFIN CONNOLLY; ELI LEHRER

      Defendants-Appellees

and

DOES 1-50, inclusive

      Defendant

_____

Appeal from the United States District Court
for the Southern District of West Virginia at Charleston

_____

**JOINT APPENDIX**

**VOLUME VIII of XXI – PAGES 2034 to 2328**

_____

676474.1

| | DOCUMENT DESCRIPTION | DATE | ECF NO. | VOLUME | PAGE |
|---|---|---|---|---|---|
| 122. | Defendant The Washington Post's Motion for Summary Judgment – Exhibit 23: Plaintiff Don Blankenship's Amended Responses to First Set Of Requests For Admission By Defendants Cable News Network, Inc. and The Washington Post | 05/24/2021 | 886-23 | VIII | 2034 |
| 123. | Defendant The Washington Post's Motion for Summary Judgment – Exhibit 24: Article "Republican primary candidates have one goal: Securing Trump's endorsement or denying it to an opponent" by Jenna Johnson and Josh Dawsey dated July 25 | 05/24/2021 | 886-24 | VIII | 2046 |
| 124. | Defendant The Washington Post's Motion for Summary Judgment – Exhibit 25: Article "GOP primary candidates joust for Trumps endorsement" by Jenna Johnson and Josh Dawsey dated July 27, 2018 | 05/24/2021 | 886-25 | VIII | 2053 |
| 125. | Defendant The Washington Post's Motion for Summary | 05/24/2021 | 886-26 | VIII | 2055 |

| | DOCUMENT DESCRIPTION | DATE | ECF NO. | VOLUME | PAGE |
|---|---|---|---|---|---|
| | Judgment – Exhibit 26: Declaration of Jenna Johnson | | | | |
| 126. | Defendant The Washington Post's Motion for Summary Judgment – Exhibit 27: Declaration of Josh Dawsey | 05/24/2021 | 886-27 | VIII | 2059 |
| 127. | Defendant The Washington Post's Motion for Summary Judgment – Exhibit 28: Article "Republican primary candidates have one goal: Securing Trump's endorsement or denying it to an opponent" by Jenna Johnson and Josh Dawsey dated July 25, 2018 | 05/24/2021 | 886-28 | VIII | 2068 |
| 128. | Defendant The Washington Post's Motion for Summary Judgment – Exhibit 29: Article | 05/24/2021 | 886-29 | VIII | 2072 |
| 129. | Defendant The Washington Post's Motion for Summary Judgment – Exhibit 30: Article "Chris Collins is the latest example of politicians feeling invincible in the era of Trump" by Amber Phillips dated 8/9/18 | 05/24/2021 | 886-30 | VIII | 2074 |

| | DOCUMENT DESCRIPTION | DATE | ECF NO. | VOLUME | PAGE |
|---|---|---|---|---|---|
| 130. | Defendant The Washington Post's Motion for Summary Judgment – Exhibit 31: Declaration of Amber Phillips | 05/24/2021 | 886-31 | VIII | 2077 |
| 131. | Defendant The Washington Post's Motion for Summary Judgment – Exhibit 32: Article "Chris Collins is the latest example of politicians feeling invincible in the era of Trump" by Amber Phillips dated August 9, 2018 | 05/24/2021 | 886-32 | VIII | 2081 |
| 132. | Defendant The Washington Post's Motion for Summary Judgment – Exhibit 33: Plaintiff Don Blankenship's Amended Responses to First Set of Interrogatories by Defendant The Washington Post | 05/24/2021 | 886-33 | VIII | 2084 |
| 133. | Defendant The Washington Post's Motion for Summary Judgment – Exhibit 34: Letter from Dr. Stan Smith to Mr. Eric Early re Assessment of Damages dated February 1, 2021 | 05/24/2021 | 886-34 | VIII | 2102 |

| | DOCUMENT DESCRIPTION | DATE | ECF NO. | VOLUME | PAGE |
|---|---|---|---|---|---|
| 134. | Defendant The Washington Post's Motion for Summary Judgment – Exhibit 35: Excerpts from Deposition Transcript of Joshua Dawsey taken on April 6, 2021 | 05/24/2021 | 886-35 | VIII | 2158 |
| 135. | Defendant The Washington Post's Motion for Summary Judgment – Exhibit 36: Copy of Thesaurus identifying the word "felon" | 05/24/2021 | 886-36 | VIII | 2176 |
| 136. | Defendant The Washington Post's Motion for Summary Judgment – Exhibit 37: Copy of Collins dictionary identifying the word "felon" | 05/24/2021 | 886-37 | VIII | 2182 |
| 137. | Defendant The Washington Post's Motion for Summary Judgment – Exhibit 38: Copy of Webster's New World College Dictionary (5th Ed.) identifying the word "felon" | 05/24/2021 | 886-38 | VIII | 2187 |
| 138. | Defendant The Washington Post's Motion for Summary Judgment – Exhibit 39: Plaintiff Don Blankenship's | 05/24/2021 | 886-39 | VIII | 2191 |

|  | **DOCUMENT DESCRIPTION** | **DATE** | **ECF NO.** | **VOLUME** | **PAGE** |
|---|---|---|---|---|---|
|  | Responses to Second Set of Interrogatories by Defendant The Washington Post |  |  |  |  |
| 139. | Defendant The Washington Post's Motion for Summary Judgment – Exhibit 40: Proposed Order Granting WP Company, LLC's Motion for Summary Judgment | 05/24/2021 | 886-40 | VIII | 2197 |
| 140. | Defendant The Washington Post's Memorandum In Support of Motion for Summary Judgment | 05/24/2021 | 887 | VIII | 2198 |
| 141. | Memorandum of Points and Authorities In Support of Plaintiff Don Blankenship's Opposition to Motion for Summary Judgment of Defendant WP Company, LLC | 06/07/2021 | 910 | VIII | 2235 |
| 142. | Plaintiff Don Blankenship's Opposition to Motion for Summary Judgment of Defendant WP Company, LLC – Exhibit 1: WP's Policies and Standard | 06/07/2021 | 910-1 | VIII | 2270 |
| 143. | Plaintiff Don Blankenship's Opposition to Motion for Summary Judgment | 06/07/2021 | 910-2 | VIII | 2281 |

| | DOCUMENT DESCRIPTION | DATE | ECF NO. | VOLUME | PAGE |
|---|---|---|---|---|---|
| | of Defendant WP Company, LLC – Exhibit 2: Excerpts from Deposition Transcript of Joshua Dawsey taken on April 6, 2021 | | | | |
| 144. | Plaintiff Don Blankenship's Opposition to Motion for Summary Judgment of Defendant WP Company, LLC – Exhibit 3: Article "'Cocaine Mitch: This West Virginia Senate GOP candidate takes anti-establishment politics off the rails" by Amber Phillips dated May 1, 2018 (WP1614-1620) | 06/07/2021 | 910-3 | VIII | 2294 |
| 145. | Plaintiff Don Blankenship's Opposition to Motion for Summary Judgment of Defendant WP Company, LLC – Exhibit 4: Excerpts from Deposition Transcript of Don Blankenship taken on April 29. 2021 | 06/07/2021 | 910-4 | VIII | 2302 |
| 146. | Plaintiff Don Blankenship's Opposition to Motion for Summary Judgment of Defendant WP Company, LLC – | 06/07/2021 | 910-5 | VIII | 2308 |

| | DOCUMENT DESCRIPTION | DATE | ECF NO. | VOLUME | PAGE |
|---|---|---|---|---|---|
| | Exhibit 5: Email from Donna Cassata to Joshua Dawsey dated April 19, 2018 (WP647-648) | | | | |
| 147. | Plaintiff Don Blankenship's Opposition to Motion for Summary Judgment of Defendant WP Company, LLC – Exhibit 6: Email from Bret Tomits to Joshua Dawsey dated May 6, 2018 (WP647-648) | 06/07/2021 | 910-6 | VIII | 2311 |
| 148. | Plaintiff Don Blankenship's Opposition to Motion for Summary Judgment of Defendant WP Company, LLC – Exhibit 7: Email from Michael Scherer to Joshua Dawsey dated June 7, 2018 (WP 1414-1417) | 06/07/2021 | 910-7 | VIII | 2313 |
| 149. | Plaintiff Don Blankenship's Opposition to Motion for Summary Judgment of Defendant WP Company, LLC – Exhibit 8: Article "Razor-thin Senate majority, bloody primary fights hamstring GOP" by Michael Scherer, et al. dated | 06/07/2021 | 910-8 | VIII | 2318 |

| | **DOCUMENT DESCRIPTION** | **DATE** | **ECF NO.** | **VOLUME** | **PAGE** |
|---|---|---|---|---|---|
| | April 19, 2018 (WP1638-1640) | | | | |
| 150. | Plaintiff Don Blankenship's Opposition to Motion for Summary Judgment of Defendant WP Company, LLC – Exhibit 9: Email from Chris Cillizza to Amber Phillips dated May 2, 2018 (WP748-752) | 06/07/2021 | 910-9 | VIII | 2323 |

676474.1

# Exhibit 23

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**CHARLESTON DIVISION**

DON BLANKENSHIP,

               Plaintiff,

vs.

FOX NEWS NETWORK, LLC, et al.

               Defendants.

Case No.: 2:19-cv-00236

[Honorable Omar J. Aboulhosn]

---

## PLAINTIFF DON BLANKENSHIP'S AMENDED RESPONSES TO FIRST SET OF REQUESTS FOR ADMISSION BY DEFENDANTS CABLE NEWS NETWORK, INC. AND THE WASHINGTON POST

Plaintiff Don Blankenship ("Plaintiff" or "Mr. Blankenship") hereby provides the following Amended Responses and Objections to the First Set of Requests for Admission by Defendants Cable News Network, Inc. ("CNN") and the Washington Post ("WP") as follows:

### GENERAL OBJECTIONS

1. Plaintiff hereby generally objects to these document requests to the extent they request or seek information protected from disclosure by the attorney-client privilege.

2. Plaintiff hereby generally objects to these document requests to the extent they request or seek information protected from disclosure by the work product doctrine.

### REQUESTS FOR ADMISSION

#### REQUEST FOR ADMISSION NO. 1:

Admit that you never contacted the Washington Post to request a correction be published in connection with the May 8, 2018 column by Dana Milbank.

1

**RESPONSE TO REQUEST FOR ADMISSION NO. 1:**

Plaintiff adopts the General Objections by reference as if fully set forth verbatim herein. Plaintiff further objects to this request on the grounds that it is vague and ambiguous as to the term "you never contacted CNN to request a correction be published…." Plaintiff further objects to this request on the grounds that it seeks information already within Defendant's possession, custody and control. Plaintiff further objects to this request on the grounds that it seeks information not within Plaintiff's possession, custody or control. Subject to and without waiver of the foregoing objections, Plaintiff responds as follows:

Plaintiff admits that he never directly contacted the Washington Post to request that a correction be published in connection with the May 8, 2018 column by Dana Milbank.

**REQUEST FOR ADMISSION NO. 2:**

Admit that you never contacted the Washington Post to request a correction be published in connection with the July 25 and 27, 2018 articles by Jenna Johnson and Josh Dawsey.

**RESPONSE TO REQUEST FOR ADMISSION NO. 2:**

Plaintiff adopts the General Objections by reference as if fully set forth verbatim herein. Plaintiff further objects to this request on the grounds that it is vague and ambiguous as to the term "you never contacted CNN to request a correction be published…." Plaintiff further objects to this request on the grounds that it seeks information already within Defendant's possession, custody and control. Plaintiff further objects to this request on the grounds that it seeks information not within Plaintiff's possession, custody or control. Subject to and without waiver of the foregoing objections, Plaintiff responds as follows:

580059.1

Plaintiff admits that he never directly contacted The Washington Post to request that a correction be published in connection with the July 25 and 27, 2018 articles by Jenna Johnson and Josh Dawsey.

**REQUEST FOR ADMISSION NO. 3:**

Admit that you never contacted the Washington Post to request a correction be published in connection with the August 9, 2018 article by Amber Phillips.

**RESPONSE TO REQUEST FOR ADMISSION NO. 3:**

Plaintiff adopts the General Objections by reference as if fully set forth verbatim herein. Plaintiff further objects to this request on the grounds that it is vague and ambiguous as to the term "you never contacted CNN to request a correction be published…." Plaintiff further objects to this request on the grounds that it seeks information already within Defendant's possession, custody and control. Plaintiff further objects to this request on the grounds that it seeks information not within Plaintiff's possession, custody or control. Subject to and without waiver of the foregoing objections, Plaintiff responds as follows:

Plaintiff admits that he never directly contacted The Washington Post to request that a correction be published in connection with the August 9, 2018 article by Amber Phillips.

**REQUEST FOR ADMISSION NO. 4:**

Admit that you never contacted CNN to request a correction be published in connection with the April 29, 2018 episode of *CNN Newsroom*.

**RESPONSE TO REQUEST FOR ADMISSION NO. 4:**

Plaintiff adopts the General Objections by reference as if fully set forth verbatim herein. Plaintiff further objects to this request on the grounds that it is vague and ambiguous as to the term "you never contacted CNN to request a correction be published…." Plaintiff further objects to

3

this request on the grounds that it seeks information already within Defendant's possession, custody and control. Plaintiff further objects to this request on the grounds that it seeks information not within Plaintiff's possession, custody or control. Subject to and without waiver of the foregoing objections, Plaintiff responds as follows:

Plaintiff admits that he never directly contacted CNN to request that a correction be published in connection with the April 29, 2018 episode of *CNN Newsroom*.

**REQUEST FOR ADMISSION NO. 5:**

Admit that you never contacted CNN to request a correction be published in connection with the May 2, 2018 episode of *SE Cupp Unfiltered*.

**RESPONSE TO REQUEST FOR ADMISSION NO. 5:**

Plaintiff adopts the General Objections by reference as if fully set forth verbatim herein. Plaintiff further objects to this request on the grounds that it is vague and ambiguous as to the term "you never contacted CNN to request a correction be published…." Plaintiff further objects to this request on the grounds that it seeks information already within Defendant's possession, custody and control. Plaintiff further objects to this request on the grounds that it seeks information not within Plaintiff's possession, custody or control. Subject to and without waiver of the foregoing objections, Plaintiff responds as follows:

Plaintiff admits that he never directly contacted CNN to request that a correction be published in connection with the May 2, 2018 episode of *SE Cupp Unfiltered*.

**REQUEST FOR ADMISSION NO. 6:**

Admit that you never contacted CNN to request a correction be published in connection with the May 8, 2018 episode of *SE Cupp Unfiltered*.

4

**RESPONSE TO REQUEST FOR ADMISSION NO. 6:**

Plaintiff adopts the General Objections by reference as if fully set forth verbatim herein. Plaintiff further objects to this request on the grounds that it is vague and ambiguous as to the term "you never contacted CNN to request a correction be published…." Plaintiff further objects to this request on the grounds that it seeks information already within Defendant's possession, custody and control. Plaintiff further objects to this request on the grounds that it seeks information not within Plaintiff's possession, custody or control. Subject to and without waiver of the foregoing objections, Plaintiff responds as follows:

Plaintiff admits that he never directly contacted CNN to request that a correction be published in connection with the May 8, 2018 episode of *SE Cupp Unfiltered*.

**REQUEST FOR ADMISSION NO. 7:**

Admit that you never contacted CNN to request a correction be published in connection with the May 7, 2018 episode of *CNN Tonight*.

**RESPONSE TO REQUEST FOR ADMISSION NO. 7:**

Plaintiff adopts the General Objections by reference as if fully set forth verbatim herein. Plaintiff further objects to this request on the grounds that it is vague and ambiguous as to the term "you never contacted CNN to request a correction be published…." Plaintiff further objects to this request on the grounds that it seeks information already within Defendant's possession, custody and control. Plaintiff further objects to this request on the grounds that it seeks information not within Plaintiff's possession, custody or control. Subject to and without waiver of the foregoing objections, Plaintiff responds as follows:

Plaintiff admits that he never directly contacted CNN to request that a correction be published in connection with the May 7, 2018 episode of *CNN Tonight*.

5

**REQUEST FOR ADMISSION NO. 8:**

Admit that, in connection with your Criminal Trial, you were convicted of violating federal criminal law.

**RESPONSE TO REQUEST FOR ADMISSION NO. 8:**

Plaintiff adopts the General Objections by reference as if fully set forth verbatim herein. Plaintiff further objects to this request on the grounds that it is vague and ambiguous as to the term "you never contacted CNN to request a correction be published…." Plaintiff further objects to this request on the grounds that it seeks information already within Defendant's possession, custody and control. Plaintiff further objects to this request on the grounds that it seeks information not within Plaintiff's possession, custody or control. Subject to and without waiver of the foregoing objections, Plaintiff responds as follows:

Plaintiff admits that he was adjudicated guilty of Conspiracy to Willfully Violate Mine Health and Safety Standards—a misdemeanor violation of 30 U.S.C. § 820(d) & 18 U.S.C § 371.

**REQUEST FOR ADMISSION NO. 9:**

Admit that, in connection with your Criminal Trial, you were convicted of conspiracy to willfully violate mandatory mine and health standards.

**RESPONSE TO REQUEST FOR ADMISSION NO. 9:**

Plaintiff adopts the General Objections by reference as if fully set forth verbatim herein. Plaintiff objects to this request to the extent it requires the disclosure of attorney-client privileged or attorney work product information. Plaintiff further objects to this request on the grounds that it seeks information already within Defendant's possession, custody and control. Plaintiff further objects to this request on the grounds that it is vague and ambiguous. Subject to and without waiver of the foregoing objections, Plaintiff responds as follows:

6

Plaintiff admits that he was adjudicated guilty of Conspiracy to Willfully Violate Mine Health and Safety Standards—a misdemeanor violation of 30 U.S.C. § 820(d) & 18 U.S.C § 371.

**REQUEST FOR ADMISSION NO. 10:**

Admit that, in connection with your Criminal Trial, you were sentenced to one year in prison and fined $250,000.

**RESPONSE TO REQUEST FOR ADMISSION NO. 10:**

Plaintiff adopts the General Objections by reference as if fully set forth verbatim herein. Plaintiff objects to this request to the extent it requires the disclosure of attorney-client privileged or attorney work product information. Plaintiff further objects to this request on the grounds that it seeks information already within Defendant's possession, custody and control. Plaintiff further objects to this request on the grounds that it is vague and ambiguous. Subject to and without waiver of the foregoing objections, Plaintiff responds as follows:

Plaintiff admits that he was committed to the custody of the United States Bureau of Prisons for a total term of twelve (12) months and fined the sum of $250,000.

**REQUEST FOR ADMISSION NO. 11:**

Admit that, in connection with your Criminal Trial, the sentence you received was the maximum allowable under federal law for the class of offense of which you were convicted.

**RESPONSE TO REQUEST FOR ADMISSION NO. 11:**

Plaintiff adopts the General Objections by reference as if fully set forth verbatim herein. Plaintiff objects to this request to the extent it requires the disclosure of attorney-client privileged or attorney work product information. Plaintiff further objects to this request on the grounds that it seeks information not within Plaintiff's possession, custody and control. Plaintiff further objects

7

to this request on the grounds that it is vague and ambiguous.  Subject to and without waiver of the foregoing objections, Plaintiff responds as follows:

Plaintiff is without sufficient information to admit or deny this request and, on that basis, DENIES the request.

**REQUEST FOR ADMISSION NO. 12:**

Admit that 18 U.S.C. § 820 does not state whether the offense you were convicted of is a felony or a misdemeanor.

**RESPONSE TO REQUEST FOR ADMISSION NO. 12:**

Plaintiff adopts the General Objections by reference as if fully set forth verbatim herein. Plaintiff objects to this request to the extent it requires the disclosure of attorney-client privileged or attorney work product information.  Plaintiff further objects to this request on the grounds that it seeks information not within Plaintiff's possession, custody and control.  Plaintiff further objects to this request on the grounds that it is vague and ambiguous.  Subject to and without waiver of the foregoing objections, Plaintiff responds as follows:

Plaintiff is without sufficient information to admit or deny this request and, on that basis, DENIES the request.  18 U.S.C. § 820(d) states that the applicable penalty for the offense Plaintiff was convicted of is "a fine of not more than $250,000, or by imprisonment for not more than one year, or by both" which distinguishes the offense as a misdemeanor by implication.  Plaintiff refers Defendant to the language of 30 U.S.C. § 820, which speaks for itself.

**REQUEST FOR ADMISSION NO. 13:**

Admit that the publication of the May 8, 2018 Washington Post column by Dana Milbank did not affect the outcome of the West Virginia Republican primary for the United States Senate, held on May 8, 2018.

8

**RESPONSE TO REQUEST FOR ADMISSION NO. 13:**

Plaintiff adopts the General Objections by reference as if fully set forth verbatim herein. Plaintiff further objects to this request on the grounds that it is vague and ambiguous. Plaintiff further objects to this request on the grounds that it seeks information not within Plaintiff's possession, custody or control. Plaintiff further objects to this request on the grounds that it seeks the premature disclosure of information pertaining to expert witness opinions and/or analyses, which is not yet required at this juncture pursuant to Rule 26(a)(2)(d) of the Federal Rules of Civil Procedure, the Scheduling Order, and other applicable statutes, rules, or orders. Subject to and without waiver of the foregoing objections, Plaintiff responds as follows:

DENY.

**REQUEST FOR ADMISSION NO. 14:**

Admit that the publication of the July 25 and 27, 2018 Washington Post articles by Jenna Johnson and Josh Dawsey did not affect the outcome of the West Virginia Republican primary for the United States Senate, held on May 8, 2018.

**RESPONSE TO REQUEST FOR ADMISSION NO. 14:**

Plaintiff adopts the General Objections by reference as if fully set forth verbatim herein. Plaintiff objects to this request to the extent it requires the disclosure of attorney-client privileged or attorney work product information. Plaintiff further objects to this request on the grounds that it seeks information not within Plaintiff's possession, custody and control. Plaintiff further objects to this request on the grounds that it is vague and ambiguous. Plaintiff further objects to this request on the grounds that it seeks the premature disclosure of information pertaining to expert witness opinions and/or analyses, which is not yet required at this juncture pursuant to Rule 26(a)(2)(d) of the Federal Rules of Civil Procedure, the Scheduling Order, and other applicable

9

statutes, rules, or orders.  Subject to and without waiver of the foregoing objections, Plaintiff responds as follows:

ADMIT.

## REQUEST FOR ADMISSION NO. 15:

Admit that the publication of the August 9, 2018 Washington Post article by Amber Phillips did not affect the outcome of the West Virginia Republican primary for the United States Senate, held on May 8, 2018.

## RESPONSE TO REQUEST FOR ADMISSION NO. 15:

Plaintiff adopts the General Objections by reference as if fully set forth verbatim herein. Plaintiff objects to this request to the extent it requires the disclosure of attorney-client privileged or attorney work product information.  Plaintiff further objects to this request on the grounds that it seeks information not within Plaintiff's possession, custody and control.  Plaintiff further objects to this request on the grounds that it is vague and ambiguous.  Plaintiff further objects to this request on the grounds that it seeks the premature disclosure of information pertaining to expert witness opinions and/or analyses, which is not yet required at this juncture pursuant to Rule 26(a)(2)(d) of the Federal Rules of Civil Procedure, the Scheduling Order, and other applicable statutes, rules, or orders.  Subject to and without waiver of the foregoing objections, Plaintiff responds as follows:

ADMIT.

## REQUEST FOR ADMISSION NO. 16:

Admit that the telecast of the May 8, 2018 episode of SE Cupp Unfiltered did not affect the outcome of the West Virginia Republican primary for the United States Senate, held on May 8, 2018.

10

**RESPONSE TO REQUEST FOR ADMISSION NO. 16:**

Plaintiff adopts the General Objections by reference as if fully set forth verbatim herein. Plaintiff objects to this request to the extent it requires the disclosure of attorney-client privileged or attorney work product information. Plaintiff further objects to this request on the grounds that it seeks information not within Plaintiff's possession, custody and control. Plaintiff further objects to this request on the grounds that it is vague and ambiguous. Plaintiff further objects to this request on the grounds that it seeks the premature disclosure of information pertaining to expert witness opinions and/or analyses, which is not yet required at this juncture pursuant to Rule 26(a)(2)(d) of the Federal Rules of Civil Procedure, the Scheduling Order, and other applicable statutes, rules, or orders. Subject to and without waiver of the foregoing objections, Plaintiff responds as follows:

DENY.

Dated: October 26, 2020.                                  Respectfully submitted,

                                                          **DON BLANKENSHIP**
                                                          **By Counsel**

                                                          **/s/ Jeremy Gray, Esq.**
                                                          **Jeremy Gray, Esq.**
                                                          **(CA State Bar No. 150075, *pro hac vice*)**
                                                          *EARLY SULLIVAN WRIGHT GIZER & McRAE LLP*
                                                          **6420 Wilshire Blvd., 17th Floor**
                                                          **Los Angeles, CA 90048**
                                                          **323.301.4660**
                                                          **jgray@earlysullivan.com**

                                                          **/s/ Jeffrey S. Simpkins, Esq.**
                                                          **Jeffrey S. Simpkins, Esq.**
                                                          **WVSB #9806**
                                                          *SIMPKINS LAW*
                                                          **102 E. 2nd Ave.**
                                                          **Williamson, WV 25661**
                                                          **304.235.2735**
                                                          **simpkinslawoffice@gmail.com**

580059.1

# Exhibit 24

Politics

# Republican primary candidates have one goal: Securing Trump's endorsement or denying it to an opponent



Georgia Secretary of State Brian Kemp, with his wife, Marty, and daughter Lucy, at a campaign event in Atlanta on July 23. (Curtis Compton/Atlanta Journal-Constitution/AP)

2047

**Most Read Politics**

1. Trump boards Air Force One with toilet paper in tow. (Or was it a napkin?)

2. Sen. Jeff Flake indicates he will vote yes to make Kavanaugh a Supreme Court justice

3. Analysis
   What a 50-50 confirmation would mean for Brett Kavanaugh and the Supreme Court

4. Analysis
   If Kavanaugh is confirmed, impeachment could follow. Here's how.

5. Analysis
   The irony of Trump's debasing allegation that Kavanaugh protesters are paid

WP_DB-0000001

Earlier this summer, President Trump discovered the provocative and politically incorrect campaign commercials of Georgia gubernatorial candidate Brian Kemp and began to contemplate whether to endorse him, asking Georgians working in his administration if Kemp was "a good guy."

The endorsement arrived last week via Twitter, to the utter surprise of Kemp, at that moment in the midst of a news conference announcing far less significant support. The imprimatur helped Kemp amass a better than 2-to-1 runoff victory Tuesday over the state's lieutenant governor, who had won the May primary and was seen as the stronger general-election candidate.

Over the past few months, Trump has fired off endorsements for 14 primary candidates in New York, California, Mississippi, South Carolina, Nevada, Missouri, Minnesota, Alabama, Florida, Georgia and Kansas. Of the nine candidates who have already had their primaries, all have won — victories for which Trump often claims credit. The president is waiting to see whether he correctly picked the primary winner in Florida's contentious gubernatorial race.

His decisions sometimes hinge on disciplined study by his staff, sometimes on Trump's gut reaction to a candidate's message. Sometimes he has created a wave for a candidate, as the party's most dominant figure, and sometimes he has surfed an existing one.

Just hours before the polls closed in South Carolina's June 12 primary, Trump suddenly tweeted an endorsement for Katie Arrington, the Republican already poised to defeat Rep. Mark Sanford, a longtime Trump nemesis. The next morning, Trump tweeted: "My political representatives didn't want me to get involved in the Mark Sanford primary thinking that Sanford would easily win — but with a few hours left I felt that Katie was such a good candidate, and Sanford was so bad, I had to give it a shot. Congrats to Katie Arrington!"

In the Georgia race, Trump sided with the eventual winner as Kemp was gaining ground on Lt. Gov. Casey Cagle, but the president's support undoubtedly contributed to Kemp's romp. An internal tracking poll used by Cagle's campaign shows that Cagle's favorability rating suddenly tanked the day after Trump's endorsement.

The subtext of the Republican primaries this year has been the quest for a Trump endorsement, or at the very least denying the endorsement to an opponent. At times, candidates have crafted old Trump statements into what appear to be endorsements, for the benefit of voters who want to know where the president stands.

In Arizona, for example, Trump's political aides have begged him to stay out

ADVERTISEMENT

2048

of a U.S. Senate primary race that features three Republicans: former state lawmaker and conservative activist Kelli Ward; Joe Arpaio, the former Maricopa County sheriff and longtime Trump defender; and Rep. Martha McSally, who did not endorse Trump in 2016 but has been talking up her connections to the White House on the campaign trail.

The aides fear that Trump will endorse either Ward or Arpaio, who are seen as weaker general-election candidates.

ADVERTISEMENT



Kelli Ward, a candidate in Arizona's Senate primary race, waves to volunteers and voters as she walks past a cardboard cutout of President Trump and first lady Melania Trump during the Sun Lakes Republican Club meeting in Sun Lakes, Ariz., on May 8. (Matt York/AP)

Nearly a year ago, when Ward was the only announced candidate — Sen. Jeff Flake had yet to announce he would not run again — Trump tweeted: "Great to see that Dr. Kelli Ward is running against Flake Jeff Flake, who is WEAK on borders, crime and a non-factor in Senate. He's toxic!"

Ward has treated that August 2017 message as an endorsement of sorts and, earlier this week, tweeted a quote from it, along with a photo of herself with the president.

In Nevada's 3rd Congressional District, which is south of Las Vegas, three Republican candidates spent part of a May debate tussling over whether a March 16 tweet from the president about one of the candidates, Danny Tarkanian, could be considered an endorsement.

Tarkanian had contemplated challenging Sen. Dean Heller (R), and Trump urged him not to do so, tweeting: "It would be great for the Republican Party of Nevada, and it's unity if good guy Danny Tarkanian would run for Congress and Dean Heller, who is doing a really good job, could run for Senate unopposed!"

"An endorsement is when you have people that are in the race and the president picks one of those people out to support them," Tarkanian said.

2049

WP_DB-0000003

"In this case, the president asked me specifically to run in this
Congressional District 3 race. So I think that's even more than his
endorsement."

His rivals disagreed.

"The language never said, 'I endorse Danny Tarkanian,' " said Scott
Hammond, a state senator.

"The tweet did not use the word 'endorsement' or 'support,' " said Michelle
Mortensen, a former television journalist.

In the end, Trump did not weigh in on the House contest, and Tarkanian
won the June 12 primary.



Republican congressional candidate Danny Tarkanian speaks at a rally for Donald Trump in Las Vegas in
2016. (John Gurzinski/AFP/Getty Images)

The White House has a formal process for endorsements: Trump meets a
few times a month with a political team armed with written presentations
that feature photos of candidates, their positions on certain issues, Trump's
popularity in their districts and an assessment of how loyal they have been
to Trump and his positions. Sometimes the team will call candidates from
the Oval Office, according to aides.

But as with all other aspects of the presidency, Trump's informal musings
often take over, with the president responding to things he sees on
television or hears in phone calls with friends or conversations with staff
members who follow races in their home states.

Often, as in Kemp's case, the president's opening question is a simple one:
Is this candidate a "good guy"?

The formal process tends to push Trump in the direction of Republican
candidates who are favored by the party's establishment over candidates
who are running outsider campaigns modeled after his own.

2050

Such was the case last year, when Trump at first endorsed appointed Sen.

WP_DB-0000004

like Strange (R-Ala.) in a special election. Trump's discomfort was notable — he publicly waffled at a rally meant to boost Strange, telling the audience: "I might have made a mistake." When Strange lost the GOP primary, Trump endorsed a candidate more in his image, former judge Roy Moore — who went on to lose the general election to Democrat Doug Jones.

That experience stayed with Trump, who has referred to it often. A day before West Virginia's Senate primary, Trump urged Republicans to vote for either Rep. Evan Jenkins or Attorney General Patrick Morrisey but not Don Blankenship, a former coal mine owner and felon. Trump tweeted that Blankenship "can't win the General Election in your State...No way! Remember Alabama." Morrisey won the primary.

Trump also played it safe when, a month before the primary in New York's 11th District, he endorsed Rep. Daniel Donovan instead of his Trump-like challenger, former congressman and ex-convict Michael Grimm. "Very importantly, @RepDanDonovan will win for the Republicans in November...and his opponent will not. Remember Alabama," Trump tweeted. Donovan then won.



Rep. Daniel Donovan (R-N.Y.) walks through the colonnade from the West Wing into the White House in 2017. (Andrew Harnik/AP)

But that approach did not carry over to the Georgia race between Kemp, the state's secretary of state, who never formally endorsed Trump during the 2016 election, and Cagle, who increasingly tried to act and sound like the president in the final days of the race.

Cagle's campaign staff had hoped the president would help save his campaign with an endorsement, as polls had shown that Cagle would be more likely to win the general election and beat the Democratic candidate, Stacey Abrams.

But Trump admired Kemp's hard-line immigration stances — and his campaign ads, so exaggerated that some outside of Georgia at first mistook them for satire.

2051

WP_DB-0000005

In one, Kemp explained that his "chain saw's ready to rip up some regulations" and that he drives "a big truck, just in case I need to round up criminal illegals and take 'em home myself" — a line followed up with: "Yup, I just said that." In another, Kemp sat, shotgun in hand, next to a teenage boy named Jake and made the young man recite his campaign platforms and his two rules for dating one of his daughters: "Respect" and "a healthy appreciation for the Second Amendment, sir."

For weeks, whenever the president encountered a staffer or visitor with a tie to Georgia, he would ask about Kemp. Georgians who were queried included Vice President Pence's chief of staff, Nick Ayers, and Agriculture Secretary Sonny Perdue. Soon after Perdue attended a Cabinet meeting at the White House last week, the president tweeted his "full and total endorsement" for Kemp.

Pence's office scurried to organize a Saturday afternoon rally with Kemp in central Georgia — where, in about 20 minutes, Pence called Kemp a "good man" nine times.

In his victory speech Tuesday night, Kemp lavishly thanked the president and vice president.

"We cannot forget that tweet that we heard around Georgia," Kemp said.

The endorsement, he said, "poured gasoline on the fire and fueled the Kemp surge to victory."

WP_DB-0000006

# Exhibit 25

POWER

# GOP primary candidates joust for Trump's endorsement

[illegible]



[illegible]

[illegible]

## Agencies behind on basic cybersecurity despite Trump's pledge to prioritize it

[illegible]

## Paul Ryan's dim portrait of politics

[illegible]

# Exhibit 26

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## AT CHARLESTON

DON BLANKENSHIP,

                        Plaintiff,

        v.

FOX NEWS NETWORK, LLC, et al.,

                        Defendants.

CIVIL ACTION NO. 2:19-cv-00236

(Hon. John T. Copenhaver, Jr., District Judge)

### DECLARATION OF JENNA JOHNSON

I, Jenna Johnson, declare:

**PROFESSIONAL BACKGROUND**

1.     I am a national political correspondent for the Washington Post. I joined the Post in 2007 and, among other things, I have covered national politics including the White House and the 2016 presidential campaign of Donald J. Trump, as well as the 2020 presidential election. My reporting focuses on national politics, including a focus on voters and political movements.

**JULY 25/27, 2018 ARTICLE**

2.     I wrote an article that appeared on the Post's website on July 25, 2018 under the headline, "Republican primary candidates have one goal: Securing Trump's endorsement or denying it to an opponent." The article also appeared in the July 27, 2018 newspaper under the headline, "GOP primary candidates joust for Trump's endorsement." The central focus of the article was President Trump's approach to choosing which candidates he would give endorsements to and which ones he would not, and how, as the article noted, the President's "decisions sometimes hinge on disciplined study by his staff, sometimes on [his] gut reaction to a candidate's message."

3.      The article first discussed endorsements that President Trump had given in gubernatorial, Congressional, and Senate races throughout the country including in South Carolina, Georgia, Arizona, and Nevada.  The article then discussed President Trump's discomfort endorsing Senator Luther Strange of Alabama in a primary against former judge Roy Moore, who then defeated Strange in the primary and went on to lose the general election to Democrat Doug Jones.  The article then—in the twenty-fourth paragraph of the thirty-four-paragraph article— discussed how "[t]hat experience stayed with Trump, who has referred to it often," and noted President Trump's recent interjection into the West Virginia Republican primary for U.S. Senate:

> A day before West Virginia's Senate primary, Trump urged Republicans to vote for either Rep. Evan Jenkins or Attorney General Patrick Morrisey but not Don Blankenship, a former coal mine owner and felon.  Trump tweeted that Blankenship "can't win the General Election in your state…No way! Remember Alabama." Morrisey won the primary.

4.      I was the person who wrote this portion of the article.  The article also carried the by-line of my colleague, Josh Dawsey.  He contributed reporting with respect to certain discrete portions of the article, but not the portion related to the West Virginia primary.  I was the lead reporter on the article.  The article followed the typical editing process, including review by an editor and copy editor before publication.

5.      I used the word "felon" to describe Mr. Blankenship because I understood he had been convicted of a serious crime and sent to prison.  That led me to believe that Mr. Blankenship was a felon.  I also recall having seen or heard him referred to as a felon.  It never occurred to me that the word may have been technically inaccurate in light of these circumstances, where the crime was serious enough for him to be sent to federal prison for a year.  I believed I was using the word accurately at the time, and I had no doubts as to its truth.

6.      I am not a lawyer, nor do I have a law degree.  I did not realize at the time that this article was published that Mr. Blankenship's conviction was, as a technical legal matter, for a misdemeanor.

7.      To the best of my recollection, neither Mr. Blankenship, nor any representative of him or his campaign, ever reached out to me to request any correction.  I also am not aware of any request by Mr. Blankenship or any of his representatives to anyone else at the Post.  I do not recall any discussion about my use of the word "felon" in this article until the filing of this lawsuit.

8.      Upon learning through the filing of Mr. Blankenship's lawsuit that the reference to "felon" in the article was technically inaccurate, the Post corrected the online version and ran a print correction with respect to the print version.


I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Jenna Johnson

May 18, 2021

# Exhibit 27

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON**

---

DON BLANKENSHIP,

               Plaintiff,

     v.

FOX NEWS NETWORK, LLC, et al.,

               Defendants.

CIVIL ACTION NO. 2:19-cv-00236

(Hon. John T. Copenhaver, Jr., District Judge)

---

## DECLARATION OF JOSH DAWSEY

I, Josh Dawsey, declare:

**PROFESSIONAL BACKGROUND**

1.      I am currently a political enterprise and investigations reporter for the Washington Post.  From 2017 to January 2021, I was a White House reporter for the Post covering the Trump Administration.  I joined the Post in 2017 from Politico, where I also was a White House correspondent.  Prior to 2017, I was a reporter at the Wall Street Journal.

**JULY 25/27, 2018 ARTICLE**

2.      In July 2018, I contributed a small amount of reporting to an article that was mostly written and reported by my colleague, Jenna Johnson, concerning President Trump's endorsements of candidates for political office.  My name was listed as the second of two by-lines on the article, which appeared on the Post's website on July 25, 2018 under the headline, "Republican primary candidates have one goal:  Securing Trump's endorsement or denying it to an opponent."  This article also appeared in the July 27, 2018 print newspaper under the headline, "GOP primary candidates joust for Trump's endorsement."

1

3.      None of my reporting for this article concerned the 2018 Republican Primary for Senate in West Virginia or Don Blankenship.  I had no role in reporting or writing any portion of the article concerning Mr. Blankenship.

4.      Prior to publication, Ms. Johnson emailed me a draft of the story in which the portions to which I contributed reporting were bolded.  This document is attached as Exhibit A.  I recall reviewing only the bolded parts of the draft where my reporting was used.  None of those portions mentioned Mr. Blankenship.  I do not recall reviewing any portion of this article to which I did not contribute.  Again, my role on this story was limited.

5.      I do not recall being aware in July 2018 that, as a technical legal matter, Mr. Blankenship's conviction was for a misdemeanor instead of a felony.  I knew that Mr. Blankenship had been convicted of a serious crime and had been sent to federal prison, and it would not have occurred to me that it was inaccurate to refer to him as a "felon."

6.      I am not a lawyer and I do not have a law degree.

7.      I understand that Mr. Blankenship has identified an April 19, 2018 email in which my colleague, Donna Cassata, emailed me, Michael Scherer, and Sean Sullivan a draft of an article that would carry our names in the by-line.  The article was published the same day under the headline, "Razor-thin Senate majority, bloody primary fights hamstring GOP."  I see today that, in one sentence of that article, as well as in the draft that was emailed to me, Mr. Blankenship's conviction was described as a "misdemeanor" conviction.  Like with the July article, I contributed only a small amount of reporting to this article in my role as a White House reporter, where I was frequently called upon to contribute reporting to stories on which I did not take the lead.  I did not contribute any reporting concerning Mr. Blankenship or his conviction.  I do not recall reading any

portion of either the draft or the published version of this article except for reviewing the portions that I contributed, none of which concerned Mr. Blankenship.

8.      I understand that Mr. Blankenship also has identified two other emails that I was sent that contained references to Mr. Blankenship's conviction.  On May 6, 2018, I received an email from an individual with whom I am unfamiliar by the name of Bret Tomits.  As one of the Post's White House reporters, I often received thousands of emails a day.  I do not recall receiving this email, and I do not believe I read it at the time it was sent or at any other time prior to this lawsuit being filed.  On June 7, 2018, my colleague Michael Scherer forwarded me a press release from Mr. Blankenship.  Mr. Scherer's short message at the top of the email said only, "Stepien shoutout," likely because a part of the press release discussed Bill Stepien, then an official in the White House.  I do not recall ever reading the press release he forwarded to me, and I do not believe I read it at the time it was sent or at any other time before the filing of this lawsuit.  I certainly do not recall focusing on any reference to Mr. Blankenship's conviction.  I was not reporting on Mr. Blankenship.

9.      To the best of my knowledge and recollection, neither Mr. Blankenship nor any representative of his or of his campaign ever reached out to me or anyone else at the Post to request any correction to the July 25/27 article.  I do not recall any discussion about this article's use of the word "felon" until this lawsuit was filed.


I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

_____
Josh Dawsey

May 20, 2021

3

# EXHIBIT A

Message

| | |
|---|---|
| From: | Johnson, Jenna [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP |
| | [FYDIBOHF23SPDLT]/CN=RECIPIENTS/CN=127F43F3622346328CC85AEB1119434E-JOHNSONJR3] |
| Sent: | 7/25/2018 12:10:08 PM |
| To: | Dawsey, Joshua [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | [FYDIBOHF23SPDLT]/cn=Recipients/cn=ec648fb2889745c4af5c56ce57eaecf0-dawseyj] |
| Subject: | Fwd: trumpendorsements |

I think we are gonna finally publish this story online today — can you take a quick read (text of the story is below) and make sure I didn't screw anything up? I bolded parts where your reporting was used. Thanks again for all of your help!!

Sent from my iPhone

Begin forwarded message:

> **From:** <jenna.johnson@washpost.com>
> **Date:** July 25, 2018 at 8:04:19 AM EDT
> **To:** <jenna.johnson@washpost.com>, <jenna.johnson@washpost.com>
> **Subject: trumpendorsements**
>
> trumpendorsements
>
> byJenna Johnson
>
> and Josh Dawsey
>
>
> **Earlier this summer, President Trump discovered the politically incorrect campaign commercials of Georgia gubernatorial candidate**
> **Brian Kemp and immediately began to contemplate an endorsement, asking Georgians working in his administration if Kemp was**
> **"a good guy" or not.**
>
> Kemp and his campaign say they had no idea until last week when a White House aide called Kemp's spokesman and told him to
> check Twitter - where the president had just tweeted an unexpected endorsement ahead of Tuesday's Republican run-off contest
> in Georgia.
>
> "I really don't know how it happened," said Ryan Mahoney, the spokesman who took the call as his boss spoke at a press conference.
>
>
> Over the past few months, Trump has mostly avoided getting involved with contentious GOP primaries - but he has fired off
> endorsements for candidates in congressional races in South Carolina, Alabama, Kansas and New York's Staten Island, along
> with governor's races in Florida, South Carolina and Georgia.
>
> While Trump often rewards those who have long been loyal to him and his agenda, lately he has

2064

WP_DB-0001439

seemed much more interested

in predicting winners - even if he places his wager on Election Day, sometimes just mere hours before polls close. So far,

the president is on a winning streak, having sided with the winners in South Carolina, Alabama, New York and - as of Tuesday

night - Georgia, where Kemp won nearly 70 percent of votes.

"He has better instincts than the political class and the pundits, and sometimes he likes to show it," said Eric Beach, the

executive director of the Pro-Trump Great America PAC.

In parts of the country where the president is popular among Republicans, his endorsement has become highly sought after and,

in contests where he has not weighed in, some primary rivals have taken to fighting over who among them supports the president the most.

During a May debate between three Republicans running in Nevada's 3rd Congressional District, the candidates repeatedly sparred

over whether or not a March 16 tweet from the president that mentioned one of the candidates, Danny Tarkanian, could be considered

an endorsement or not.

Tarkanian had contemplated challenging Republican Sen. Dean Heller, and Trump urged him not to do so, tweeting  "It would

be great for the Republican Party of Nevada, and it's [sic] unity if good guy Danny Tarkanian would run for Congress and Dean

Heller, who is doing a really good job, could run for Senate unopposed'"

"I think that's more than an endorsement," Tarkanian said at the debate.

His rivals disagreed, with one saying "I don't consider that an endorsement at all." And the other chiming: "The language

never said, 'I am endorsing Danny Tarkanian.'"

Trump did not weigh in again in the race, and Tarkanian won the June 12 primary with 44 percent of votes.

**Trump's political aides have begged him to stay out of Arizona's Senate primary race**
which features these three Republicans:
Kelli Ward, a former state lawmaker and conservative activist. Joe Arpaio, the former Maricopa County sheriff and longtime

Trump defender  And Rep. Martha McSally (R-Ariz.), who did not endorse Trump in 2016

Nearly a year ago, when only Ward was in the race and Sen. Jeff Flake (R-Ariz.) had yet to announce he would not run again,

Trump tweeted, "Great to see that Dr. Kelli Ward is running against Flake Jeff Flake, who is WEAK on borders, crime and a

non-factor in Senate  He's toxic!"

Ward has been treating that August 2017 message as an endorsement of sorts and, earlier this week, tweeted a quote from it.

WP_DB-0001440

along with a photo of herself with the president.

The same sort of jostling was happening in Georgia's Republican runoff race for governor that featured Kemp, the state's secretary
of state who never formally endorsed Trump during the 2016 election, and Lt. Gov. Casey Cagle, who increasingly tried to act
and sound like the president in the final days of the race.

Cagle won the most votes during a May primary but he saw his lead in the race vanish after one of his former GOP rivals released
a secretly recorded conversation in which Cagle admitted to backing "bad public policy" to prevent one of his rivals from
getting campaign donations from groups that support such policy

Trump has admired Kemp's hardline immigration stances - and his campaign ads, which some liberals outside of Georgia at first
mistook for satire

In one ad, Kemp explains that his "chainsaw's ready to rip up some regulations" and that he drives "a big truck, just in case
I need to round up criminal illegals and take 'em home myself" -- a line followed up with, "Yup, I just said that " In another
ad, Kemp points a shotgun at a teenaged boy named Jake and makes the young man recite his campaign platforms and his two rules
for dating one of his daughters. "Respect" and "a healthy appreciation for the 2nd Amendment, sir."

**For the past few weeks, whenever the president encountered a staffer or visitor with a tie to Georgia, he would ask about
Kemp. Georgians who were queried included low-level staffers and Vice President Pence's
Chief of Staff Nick Ayers and Agriculture
Secretary Sonny Perdue.**

Soon after Perdue attended a Cabinet meeting at the White House last week, the president tweeted, "Brian is tough on crime,
strong on the border and illegal immigration. He loves our Military and our Vets and protects our Second Amendment. I give
him my full and total endorsement "

Although Kemp was already out-performing Cagle in polls and seemed likely to win, Trump's tweet decided the race  An internal
tracking poll shows that the day after Trump's endorsement, Cagle's favorability rating suddenly tanked, a downward spiral
that he never recovered from.

Cagle's campaign staff had been hoping that the president would help save his campaign with an endorsement, as polls had shown
that Cagle would be more likely to win the general election and beat the Democratic candidate, Stacey Abrams.

The president has endorsed several Republican candidates who are favored by the party's establishment over candidates who

WP_DB-0001441

are running politically incorrect, outsider campaigns modeled after his own. In doing so, Trump often references last year's
special election in Alabama, where he at first endorsed the incumbent, Luther Strange, who lost the GOP primary to Roy Moore
- who went on to lose the general election to Democrat Doug Jones.

A day before West Virginia's primary, Trump urged Republicans to vote for either Evan Jenkins or Patrick Morrisey but not
Don Blankenship, a former coal mine owner and convicted felon. Trump argued that Blankenship "can't win the General Election
in your State...No way! Remember Alabama." Morrisey won the primary.

And a month before the primary in New York's 11th congressional district, which includes Staten Island, Trump endorsed Rep.
Dan Donovan (R-N.Y.) instead of his Trump-like challenger, former congressman and ex-convict Michael Grimm. "Very importantly,
@RepDanDonovan will win for the Republicans in November&#8230;and his opponent will not. Remember Alabama." Trump tweeted. Donovan
then won.

**Trump meets a few times a month with a political team armed with written presentations that feature photos of candidates,**
**their positions on certain issues, Trump's popularity in their districts and an assessment of how loyal they are to Trump**
**and his positions. Sometimes the team will call candidates from the Oval Office.**

**Much of Trump's research comes from less formal channels - things he sees on television, phone calls with friends and House**
**Majority Leader Kevin McCarthy (R-Calif.), and conversations with staff members who follow races in their homestates. Often**
**the president's opening question is a simple one: Is this candidate a "good guy"?**

As soon as Trump tweeted his support for Kemp last week, Pence's office scurried to quickly organize a Saturday afternoon
rally with Kemp in central Georgia. In speaking for about 20 minutes, Pence called Kemp a "good man" seven times.

As Kemp gave his victory speech on Tuesday night, he repeatedly thanked the president and vice president.

"We cannot forget that tweet that we heard around Georgia," Kemp said. "As you know, we had the momentum in this race and
those endorsements by the president and the vice president, they poured gasoline on the fire and fueled the Kemp surge to
victory."

jenna.johnson@washpost.com

WP_DB-0001442

Exhibit 28

The Washington Post
Politics

## Republican primary candidates have one goal: Securing Trump's endorsement or denying it to an opponent

**Correction:** *This story has been updated to correct an error regarding the criminal conviction of former coal mine executive Don Blankenship. Blankenship was convicted of a misdemeanor, not a felony.*

By Jenna Johnson and
Josh Dawsey
July 25, 2018

Earlier this summer, President Trump discovered the provocative and politically incorrect campaign commercials of Georgia gubernatorial candidate Brian Kemp and began to contemplate whether to endorse him, asking Georgians working in his administration if Kemp was "a good guy."

The endorsement arrived last week via Twitter, to the utter surprise of Kemp, at that moment in the midst of a news conference announcing far less significant support. The imprimatur helped Kemp amass a better than 2-to-1 runoff victory Tuesday over the state's lieutenant governor, who had won the May primary and was seen as the stronger general-election candidate.

Over the past few months, Trump has fired off endorsements for 24 primary candidates in New York, California, Mississippi, South Carolina, Nevada, Missouri, Minnesota, Alabama, Florida, Georgia and Kansas. Of the nine candidates who have already had their primaries, all have won — victories for which Trump often claims credit. The president is waiting to see whether he correctly picked the primary winner in Florida's contentious gubernatorial race.

His decisions sometimes hinge on disciplined study by his staff, sometimes on Trump's gut reaction to a candidate's message. Sometimes he has created a wave for a candidate, as the party's most dominant figure, and sometimes he has surfed an existing one.

Just hours before the polls closed in South Carolina's June 12 primary, Trump suddenly tweeted an endorsement for Katie Arrington, the Republican already poised to defeat Rep. Mark Sanford, a longtime Trump nemesis. The next morning, Trump tweeted: "My political representatives didn't want me to get involved in the Mark Sanford primary thinking that Sanford would easily win — but with a few hours left I felt that Katie was such a good candidate, and Sanford was so bad, I had to give it a shot. Congrats to Katie Arrington!"

In the Georgia race, Trump sided with the eventual winner as Kemp was gaining ground on Lt. Gov. Casey Cagle, but the president's support undoubtedly contributed to Kemp's romp. An internal tracking poll used by Cagle's campaign shows that Cagle's favorability rating suddenly tanked the day after Trump's endorsement.

The subtext of the Republican primaries this year has been the quest for a Trump endorsement, or at the very least denying the endorsement to an opponent. At times, candidates have crafted old Trump statements into what appear to be endorsements, for the benefit of voters who want to know where the president stands.

In Arizona, for example, Trump's political aides have begged him to stay out of a U.S. Senate primary race that features three Republicans: former state lawmaker and conservative activist Kelli Ward; Joe Arpaio, the former Maricopa County sheriff and longtime Trump defender; and Rep. Martha McSally, who did not endorse Trump in 2016 but has been talking up her connections to the White House on the campaign trail.

The aides fear that Trump will endorse either Ward or Arpaio, who are seen as weaker general-election candidates.

WP_DB-0000012

Nearly a year ago, when Ward was the only announced candidate — Sen. Jeff Flake had yet to announce he would not run again — Trump tweeted: "Great to see that Dr. Kelli Ward is running against Flake Jeff Flake, who is WEAK on borders, crime and a non-factor in Senate. He's toxic!"

Ward has treated that August 2017 message as an endorsement of sorts and, earlier this week, tweeted a quote from it, along with a photo of herself with the president.

In Nevada's 3rd Congressional District, which is south of Las Vegas, three Republican candidates spent part of a May debate tussling over whether a March 16 tweet from the president about one of the candidates, Danny Tarkanian, could be considered an endorsement.

Tarkanian had contemplated challenging Sen. Dean Heller (R), and Trump urged him not to do so, tweeting: "It would be great for the Republican Party of Nevada, and it's unity if good guy Danny Tarkanian would run for Congress and Dean Heller, who is doing a really good job, could run for Senate unopposed!"

"An endorsement is when you have people that are in the race and the president picks one of those people out to support them," Tarkanian said. "In this case, the president asked me specifically to run in this Congressional District 3 race. So I think that's even more than an endorsement."

His rivals disagreed.

"The language never said, 'I endorse Danny Tarkanian,'" said Scott Hammond, a state senator.

"The tweet did not use the word 'endorsement' or 'support,'" said Michelle Mortensen, a former television journalist.

In the end, Trump did not weigh in on the House contest, and Tarkanian won the June 12 primary.

The White House has a formal process for endorsements: Trump meets a few times a month with a political team armed with written presentations that feature photos of candidates, their positions on certain issues, Trump's popularity in their districts and an assessment of how loyal they have been to Trump and his positions. Sometimes the team will call candidates from the Oval Office, according to aides.

But as with all other aspects of the presidency, Trump's informal musings often take over, with the president responding to things he sees on television or hears in phone calls with friends or conversations with staff members who follow races in their home states.

Often, as in Kemp's case, the president's opening question is a simple one: Is this candidate a "good guy"?

The formal process tends to push Trump in the direction of Republican candidates who are favored by the party's establishment over candidates who are running outsider campaigns modeled after his own.

Such was the case last year, when Trump at first endorsed appointed Sen. Luther Strange (R-Ala.) in a special election. Trump's discomfort was notable — he publicly waffled at a rally meant to boost Strange, telling the audience: "I might have made a mistake." When Strange lost the GOP primary, Trump endorsed a candidate more in his image, former judge Roy Moore — who went on to lose the general election to Democrat Doug Jones.

That experience stayed with Trump, who has referred to it often. A day before West Virginia's Senate primary, Trump urged Republicans to vote for either Rep. Evan Jenkins or Attorney General Patrick Morrisey but not Don Blankenship, a former coal mine owner who was convicted on a misdemeanor charge of conspiring to violate federal mine safety standards after a deadly explosion in a mine operated by his company. Trump tweeted that Blankenship "can't win the General Election in your State...No way! Remember Alabama." Morrisey won the primary.

Trump also played it safe when, a month before the primary in New York's 11th District, he endorsed Rep. Daniel Donovan instead of his Trump-like challenger, former congressman and ex-convict Michael

WP_DB-0000013

USCA4 Appeal: 2:19-cv-00236   Doc: 65   Filed: 05/25/2021   Pg: 48 of 150
Republican primary candidates have one goal: Securing Trump's endorsement or denying...   Page 3 of 3
Case 2:19-cv-00236   Document 886-28   Filed 05/24/21   Page 4 of 4 PageID #: 12157

Griesm. "Very importantly, @RepDanDonovan will win for the Republicans in November...and his opponent will not. Remember Alabama," Trump tweeted. Donovan then won.

But that approach did not carry over to the Georgia race between Kemp, the state's secretary of state, who never formally endorsed Trump during the 2016 election, and Cagle, who increasingly tried to act and sound like the president in the final days of the race.

Cagle's campaign staff had hoped the president would help save his campaign with an endorsement, as polls had shown that Cagle would be more likely to win the general election and beat the Democratic candidate, Stacey Abrams.

But Trump admired Kemp's hard-line immigration stances — and his campaign ads, so exaggerated that some outside of Georgia at first mistook them for satire.

In one, Kemp explained that his "chain saw's ready to rip up some regulations" and that he drives "a big truck, just in case I need to round up criminal illegals and take 'em home myself" — a line followed up with: "Yup, I just said that." In another, Kemp sat, shotgun in hand, next to a teenage boy named Jake and made the young man recite his campaign platforms and his two rules for dating one of his daughters: "Respect" and "a healthy appreciation for the Second Amendment, sir."

For weeks, whenever the president encountered a staffer or visitor with a tie to Georgia, he would ask about Kemp. Georgians who were queried included Vice President Pence's chief of staff, Nick Ayers, and Agriculture Secretary Sonny Perdue. Soon after Perdue attended a Cabinet meeting at the White House last week, the president tweeted his "full and total endorsement" for Kemp.

Pence's office scurried to organize a Saturday afternoon rally with Kemp in central Georgia — where, in about 20 minutes, Pence called Kemp a "good man" nine times.

In his victory speech Tuesday night, Kemp lavishly thanked the president and vice president.

"We cannot forget that tweet that we heard around Georgia," Kemp said.

The endorsement, he said, "poured gasoline on the fire and fueled the Kemp surge to victory."

Jenna Johnson

Jenna Johnson is a national political correspondent covering campaigns and voters. She previously covered the White House, 2016 presidential campaign, Maryland politics an

Josh Dawsey

Josh Dawsey is a White House reporter for The Washington Post. He joined the paper in 2017. He previously covered the White House for Politico, and New York City Hall and N

# Exhibit 29





# Exhibit 30

USCA4 Appeal: 21-1198    Doc: 65    Filed: 05/25/2021    Pg: 52 of 150
Chris Collins is the latest example of politicians feeling invincible in the era of Trump - T...    Page 1 of 2
Case 2:19-cv-00236    Document 886-30    Filed 05/24/21    Page 2 of 3 PageID #: 12161

The Washington Post

**The Fix Analysis**

## Chris Collins is the latest example of politicians feeling invincible in the era of Trump

**By Amber Phillips**

Defiance is a defining and often necessary trait of politics. If, to take one of the most recent and salient examples, President Trump had just given up because conventional wisdom said he was going to lose the 2016 election, well, he wouldn't be president today.

But there's a difference between politicians defying the odds to persevere and politicians defying political and legal realities to try to stay in their jobs. The latter situation is where we find ourselves too many times today after politicians are accused of behaving badly. It doesn't feel like a coincidence that this is happening under the umbrella of a president determined to undermine an independent investigation of his campaign.

On Wednesday, one of Trump's first congressional supporters, Rep. Chris Collins (R-N.Y.), was arrested for insider trading. Collins says he's innocent and will fight the charges, which is his prerogative. But the indictments are serious enough that Collins's own party in Congress has basically ditched him. House Speaker Paul D. Ryan (R-Wis.) kicked Collins off the powerful Energy and Commerce Committee.

Despite all that, Collins has decided he's still going to run for reelection in three months while he fights the charges. Which means voters in his Republican-leaning Buffalo-area district might have to decide if they'll vote for someone charged with using his insider knowledge to help his family avoid losing hundreds of thousands of dollars in the stock market.

It's not a great choice. And it's one that a number of defiant politicians have forced upon voters recently.

Three convicted felons have run or are running for office this year. Two have lost — in New York, former congressman Michael Grimm vying for his old seat, and in West Virginia, former coal baron Don Blankenship. Former Arizona sheriff Joe Arpaio is still in the running for Senate in Arizona, and he has been embraced by the White House. Trump even pardoned him.

As The Washington Post's Michael Scherer wrote in May, crimes are no longer a disqualification for candidates of the GOP, once the party that tried to own the law and order tag.

Neither, sometimes, are accusations of ethical violations. Nine members of Congress on both sides of the aisle have lost their jobs over sex-related scandals in the past year, a startlingly high number that some members of Congress have said only scratches the surface of sexual misconduct on Capitol Hill.

But Rep. Jim Jordan (R-Ohio) seems to face no repercussions in Congress over allegations that he must have known about rampant sexual misconduct in the wrestling program at Ohio State University while he was a coach. And Ryan said he stands by Rep. Jason Lewis (R-Minn.), even though Lewis lamented not being able to call women "sluts" and compared people on welfare to "parasites" and gay people to "rapists" when he was a radio jockey several years ago.

This isn't just a Washington thing. Former Missouri governor Eric Greitens was so defiant in the face of allegations he sexually assaulted and threatened to blackmail a woman with whom he was having an affair that his own party started to talk about impeaching him. He eventually resigned in May, just a year and a half after getting elected to office for the first time, but not soon enough to assuage Republican fears that the episode could taint a competitive Senate race there.

Greitens, like many of the politicians on this list, hung on as long as he could by pulling a classic Trump move: Brush away the facts by claiming it's all a political witch hunt.

WP_DB-0000010

Perhaps the most jaw-dropping example of a politician trying to frame his alleged wrongdoing as the world out to get him came last year in Alabama's spectacle of a Senate race. Republican Roy Moore rejected his party's calls to step aside amid credible accusations that he engaged in sexual misconduct with teenagers when he was in his 30s. Moore's only friend in Washington was a powerful one: President Trump.

That brings us to the final point. No party is immune to too-defiant politicians who refuse to leave the stage when political logic and general morals dictate they probably should. But Republicans seem especially prone to falling into this perception of an aura of invincibility right now. They have one role model for that: the president of the United States, who reflexively fights and denies and factually twists upside down anyone who dares accuse him of wrongdoing.

No wonder lawmakers like Collins, who in another era might have stepped down as he fights these charges, feel bold enough to stay in office when accused of serious crimes.

Amber Phillips
Amber Phillips writes about politics for The Fix. She was previously the one-woman D.C. bureau for the Las Vegas Sun and has reported from Boston and Taiwan. **Follow**

WP_DB-0000011

Exhibit 31

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## AT CHARLESTON

DON BLANKENSHIP,

                Plaintiff,

      v.

FOX NEWS NETWORK, LLC, et al.,

                Defendants.

CIVIL ACTION NO. 2:19-cv-00236

(Hon. John T. Copenhaver, Jr., District Judge)

### DECLARATION OF AMBER PHILLIPS

I, Amber Phillips, declare:

**PROFESSIONAL BACKGROUND**

1.      I am a reporter for The Fix, the Washington Post's nonpartisan political analysis blog. I joined the Post in 2015. My reporting focuses on national politics and Congress.

**AUGUST 9, 2018 ARTICLE**

2.      On the morning of August 9, 2018, I wrote an analysis piece that appeared on The Fix blog on the Post's website under the headline, "Chris Collins is the latest example of politicians feeling invincible in the era of Trump." Rep. Collins had been arrested and charged with insider trading the day before, and the central focus of my piece was his decision to run for reelection following his arrest. As is typical, I was working to quickly get analysis posted on The Fix about that decision. It is likely that only 2–3 hours passed between the time I conceived of the piece and when it was posted to the blog. In 2018, I was generally writing two or three pieces per day— which could include an email newsletter, and/or one or two online stories analyzing political news for the blog.

3.      After discussing Rep. Collins's plan to run for reelection, the piece walked through other examples of wrongdoing by politicians, including that nine members of Congress lost their jobs over sex-related scandals during the preceding year.  The story discussed the misconduct of Jim Jordan, Jason Lewis, Eric Greitens, and Roy Moore in detail after it briefly listed other candidates with criminal histories:

> Three convicted felons have run or are running for office this year.  Two have lost—in New York, former congressman Michael Grimm vying for his old seat, and in West Virginia, former coal baron Don Blankenship.  Former Arizona sheriff Joe Arpaio is still in the running for Senate in Arizona, and he has been embraced by the White House.  Trump even pardoned him.

This aside, identifying convicted criminals who were presently or had recently run for office, was the only reference to Mr. Blankenship in the story.

4.      In writing this paragraph, I believed my description of Mr. Blankenship was accurate and did not have any doubts about its truth.  It was my understanding that the word "felon" could be used to refer to someone who has been convicted of a crime and that it was used that way in common usage.  I was aware that Mr. Blankenship had been convicted of a crime and served a year in federal prison.  I am not a lawyer, nor do I have a law degree.  I was using "felon" in the colloquial sense and did not appreciate or focus in writing this paragraph on any technical meaning that "felon" may have.  It did not occur to me at the time that "felon" was a word that required any further fact checking, since I knew Mr. Blankenship had gone to prison for a serious crime.

5.      I understand that Mr. Blankenship has identified three mass emails (a political newsletter, a blast from a political group, and a mass circulation of a CBS "Face the Nation" transcript) that were produced in this litigation as documents that I had received in early May 2018, and which each mentioned somewhere in them that Mr. Blankenship had been convicted of a misdemeanor.  As a political reporter, I subscribe to numerous email lists, including a dozen or

more newsletters that arrive on a daily basis by email containing political news coverage. I do not read them all and do not have a recollection of reading these—let alone focusing on their reference to misdemeanor. Between early May 2018 and when I wrote this piece, I received thousands of emails and wrote more than one hundred other pieces.

6.      Neither Mr. Blankenship, nor any representative of him or his campaign, ever reached out to me to request any correction. I also am not aware of any request by Mr. Blankenship or any of his representatives to anyone else at the Post. I do not recall any discussion about my use of the word "felon" in this article until the filing of this lawsuit. My post went through a typical editing process for Fix blog posts prior to publication.

7.      Upon learning through the filing of Mr. Blankenship's lawsuit that the reference to "felon" in the article was technically inaccurate, the Post corrected it.


I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Amber Phillips

May _21_, 2021

# Exhibit 32

Chris Collins is the latest example of politicians feeling invincible in the era of Trump - T...    Page 1 of 2
USCA4 Appeal: 21-1198    Doc: 65    Filed: 05/25/2022    Pg: 59 of 150
Case 2:19-cv-00236    Document 886-32    Filed 05/24/21    Page 2 of 3 PageID #: 12168

The Washington Post
**The Fix Analysis**

## Chris Collins is the latest example of politicians feeling invincible in the era of Trump

**By Amber Phillips**

*CORRECTION: This story has been updated to correct an error regarding the criminal convictions of former coal mine executive Don Blankenship and former Arizona sheriff Joe Arpaio. Blankenship and Arpaio were convicted of misdemeanors, not felonies.*

Defiance is a defining and often necessary trait of politics. If, to take one of the most recent and salient examples, President Trump had just given up because conventional wisdom said he was going to lose the 2016 election, well, he wouldn't be president today.

But there's a difference between politicians defying the odds to persevere and politicians defying political and legal realities to try to stay in their jobs. The latter situation is where we find ourselves too many times today after politicians are accused of behaving badly. It doesn't feel like a coincidence that this is happening under the umbrella of a president determined to undermine an independent investigation of his campaign.

On Wednesday, one of Trump's first congressional supporters, Rep. Chris Collins (R-N.Y.), was arrested for insider trading. Collins says he's innocent and will fight the charges, which is his prerogative. But the indictments are serious enough that Collins's own party in Congress has basically ditched him. House Speaker Paul D. Ryan (R-Wis.) kicked Collins off the powerful Energy and Commerce Committee.

Despite all that, Collins has decided he's still going to run for reelection in three months while he fights the charges. Which means voters in his Republican-leaning Buffalo-area district might have to decide if they'll vote for someone charged with using his insider knowledge to help his family avoid losing hundreds of thousands of dollars in the stock market.

It's not a great choice. And it's one that a number of defiant politicians have forced upon voters recently.

Three men convicted of violating the law have run or are running for office this year. Two have lost — in New York, former congressman Michael Grimm, vying for his old seat, and in West Virginia, former coal baron Don Blankenship. Former Arizona sheriff Joe Arpaio is still in the running for Senate in Arizona, and he has been embraced by the White House. Trump even pardoned him. Blankenship and Arpaio were convicted of misdemeanors; Grimm was convicted of a felony.

As The Washington Post's Michael Scherer wrote in May, crimes are no longer a disqualification for candidates of the GOP, once the party that tried to own the law and order tag.

Neither, sometimes, are accusations of ethical violations. Nine members of Congress on both sides of the aisle have lost their jobs over sex-related scandals in the past year, a startlingly high number that some members of Congress have said only scratches the surface of sexual misconduct on Capitol Hill.

But Rep. Jim Jordan (R-Ohio) seems to face no repercussions in Congress over allegations that he must have known about rampant sexual misconduct in the wrestling program at Ohio State University while he was a coach. And Ryan said he stands by Rep. Jason Lewis (R-Minn.), even though Lewis lamented not being able to call women "sluts" and compared people on welfare to "parasites" and gay people to "rapists" when he was a radio jockey several years ago.

This isn't just a Washington thing. Former Missouri governor Eric Greitens was so defiant in the face of allegations he sexually assaulted and threatened to blackmail a woman with whom he was having an affair that his own party started to talk about impeaching him. He eventually resigned in May, just a year and a half after getting elected to office for the first time, but not soon enough to assuage Republican fears that the episode could taint a competitive Senate race there.

Greitens, like many of the politicians on this list, hung on as long as he could by pulling a classic Trump move: Brush away the facts by claiming it's all a political witch hunt.

Perhaps the most jaw-dropping example of a politician trying to frame his alleged wrongdoing as the world out to get him came last year in Alabama's spectacle of a Senate race. Republican Roy Moore rejected his party's calls to step aside amid credible accusations that he engaged in sexual misconduct with teenagers when he was in his 30s. Moore's only friend in Washington was a powerful one: President Trump.

That brings us to the final point. No party is immune to too-defiant politicians who refuse to leave the stage when political logic and general morals dictate they probably should. But Republicans seem especially prone to falling into this perception of an aura of invincibility right now. They have one role model for that: the president of the United States, who reflexively fights and denies and factually twists upside down anyone who dares accuse him of wrongdoing.

No wonder lawmakers like Collins, who in another era might have stepped down as he fights these charges, feel bold enough to stay in office when accused of serious crimes.

Amber Phillips
Amber Phillips writes about politics for The Fix. She was previously the one-woman D.C. bureau for the Las Vegas Sun and has reported from Boston and Taiwan. **Follow**

WP_DB-0000016

# Exhibit 33

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**CHARLESTON DIVISION**

DON BLANKENSHIP,

               Plaintiff,

vs.

FOX NEWS NETWORK, LLC, et al.

               Defendants.

Case No.: 2:19-cv-00236

[Honorable Omar J. Aboulhosn]

---

**PLAINTIFF DON BLANKENSHIP'S**
**AMENDED RESPONSES TO FIRST SET OF INTERROGATORIES BY**
**DEFENDANT THE WASHINGTON POST**

---

Plaintiff Don Blankenship ("Plaintiff or "Mr. Blankenship") hereby provides the following Amended Responses and Objections to the First Set of Interrogatories by Defendant The Washington Post ("WP") as follows:

**GENERAL OBJECTIONS**

1.    Plaintiff hereby generally objects to these interrogatories to the extent they request or seek information protected from disclosure by the attorney-client privilege.

2.    Plaintiff hereby generally objects to these interrogatories to the extent they request or seek information protected from disclosure by the work product doctrine.

**RESPONSES TO INTERROGATORIES**

**INTERROGATORY NO. 1.:**

Identify all government investigations in which you were (or are) a target or a witness relating to the April 5, 2010 explosion at the Upper Big Branch Mine and/or the allegations at

1

issue in your Criminal Trial.

**RESPONSE TO INTERROGATORY NO. 1.:**

Plaintiff adopts the General Objections by reference as if fully set forth verbatim herein. Plaintiff objects that this interrogatory seeks information that is not relevant to the subject matter of the action or that appears reasonably calculated to lead to the discovery of admissible evidence. Pursuant to Rule 33(d) of the Federal Rules of Civil Procedure, the answer to this interrogatory may be determined by examining the documents and/or electronically stored information that Plaintiff has produced and/or will produce in this litigation, as the burden of deriving the answer to this interrogatory will be substantially the same for either party. Subject to and without waiver of the foregoing objections, Plaintiff responds to this interrogatory as follows:

United States Department of Labor Mine Safety and Health Administration ("MSHA") Coal Mine Safety and Health Report of Investigation; Internal Review of MSHA's Actions at the Upper Big Branch Mine-South Performance Coal Company Montcoal, Raleigh County, West Virginia; the West Virginia Office of Mine Health, Safety and Training Final Report; Report to the Governor Governor's Independent Investigation Panel; United States Department of Justice; and the United State Department of Labor.

**INTERROGATORY NO. 2.:**

Identify all litigation in which you, Massey Energy Company, or Alpha Natural Resources were (or are) named as a defendant relating to the April 5, 2010 explosion at the Upper Big Branch Mine and/or the allegations at issue in your Criminal Trial.

**RESPONSE TO INTERROGATORY NO. 2.:**

Plaintiff adopts the General Objections by reference as if fully set forth verbatim herein. Plaintiff objects that this interrogatory seeks information that is not relevant to the subject matter

2

of the action or that appears reasonably calculated to lead to the discovery of admissible evidence. Plaintiff further objects to this interrogatory to the extent the information sought is equally available to Defendant via PACER, the internet, or other sources. Subject to and without waiver of the foregoing objections, pursuant to Rule 33(d) of the Federal Rules of Civil Procedure, the answer to this interrogatory may be determined by examining the documents and/or electronically stored information that Plaintiff has produced and/or will produce in this litigation, as the burden of deriving the answer to this interrogatory will be substantially the same for either party.

Subject to and without waiver of the foregoing objections, Plaintiff responds to this interrogatory in relevant part as follows: Mr. Blankenship retired from Massey Energy Company on December 31, 2010 and all litigation relating to the April 5, 2010 explosion at the Upper Big Branch Mine and/or the allegations at issue in his Criminal Trial occurred thereafter.

**INTERROGATORY NO. 3.:**

Identify and describe all communications you or any of your agents or representatives, on the one hand, had with any person (other than your counsel), on the other hand, that referred to any of the Post Reports.

**RESPONSE TO INTERROGATORY NO. 3.:**

Plaintiff adopts the General Objections by reference as if fully set forth verbatim herein. Plaintiff objects that this interrogatory seeks information that is not relevant to the subject matter of the action or that appears reasonably calculated to lead to the discovery of admissible evidence. Subject to and without waiver of the foregoing objections, pursuant to Rule 33(d) of the Federal Rules of Civil Procedure, the answer to this interrogatory may be determined by examining the documents and/or electronically stored information that Plaintiff has produced and/or will produce in this litigation, as the burden of deriving the answer to this interrogatory will be substantially

3

the same for either party.

In response to this interrogatory, Plaintiff has produced non-privileged documents of which he is currently aware. Plaintiff reserves his right to supplement, amend, and update this response during the course of discovery.

## INTERROGATORY NO. 4.:

For each of the Post Reports, identify all communications you or any of your agents or representatives made to the Post to notify them that any statements were false or to demand a correction or retraction.

## RESPONSE TO INTERROGATORY NO. 4.:

Plaintiff adopts the General Objections by reference as if fully set forth verbatim herein. Plaintiff objects that this interrogatory seeks information that is not relevant to the subject matter of the action or that appears reasonably calculated to lead to the discovery of admissible evidence. Subject to and without waiver of the foregoing objections, pursuant to Rule 33(d) of the Federal Rules of Civil Procedure, the answer to this interrogatory may be determined by examining the documents and/or electronically stored information that Plaintiff has produced and/or will produce in this litigation, as the burden of deriving the answer to this interrogatory will be substantially the same for either party.

In response to this interrogatory, Plaintiff has produced non-privileged documents of which he is currently aware. Plaintiff also incorporates by reference his Response to Interrogatory No. 9 as if fully set forth herein. Plaintiff reserves his right to supplement, amend, and update this response during the course of discovery.

## INTERROGATORY NO. 5.:

For each of the Post Reports, set forth separately and describe in detail any and all injuries that you allege that you suffered as a result of the Post Report and any and all damages that you seek in this litigation as a result of the Post Report, and identify all person(s) with knowledge of facts related to each category of damages.

## RESPONSE TO INTERROGATORY NO. 5.:

Plaintiff adopts the General Objections by reference as if fully set forth verbatim herein. Plaintiff further objects that this interrogatory is overly broad and not sufficiently limited in scope. Plaintiff further objects that this is a contention interrogatory that need not be answered until after designated discovery has been completed pursuant to Rule 33(a)(2) of the Federal Rules of Civil Procedure.  Plaintiff further objects that this interrogatory requests the premature disclosure of information pertaining to expert witness opinions and/or analyses, which is not yet required at this juncture pursuant to Rule 26(a)(2)(d) of the Federal Rules of Civil Procedure, the Scheduling Order, and other applicable statutes, rules, or orders.

Subject to and without waiver of the foregoing objections, the harm to Plaintiff's reputation and/or Plaintiff's damages must be calculated in the context of his considerable business achievements and his potential for success, but for Defendant falsely describing him as a "convicted felon."  Plaintiff became the Chief Executive Officer of Massey Energy in 1992.  At that point in time the company's revenues were about $150 million annually.  Under Plaintiff's leadership over the next eighteen years, Massey Energy grew by a factor of more than 50 into a company with annual revenues of $7.8 billion.  (By comparison, Jack Welch is lauded for, according to news reports, growing General Electric's market value from a $12 billion to $410 billion over twenty years, a factor of about 34.)  Moreover, as a second point of comparison,

5

overall coal production in the United States remained essentially flat from 1990 to 2010. Also, among other things, and without limitation, Plaintiff's leadership brought about a massive increase in employment for the industry's coal miners and others in the industry, as well as massive benefits to West Virginia's economy.

Prior to and during Plaintiff's tenure as Massey's CEO – and before he was defamed by Defendant – he was invited to serve, and in fact did serve, on the Board of Directors of Fluor Corporation. He also served on the Board of Directors for Witco Chemical. Also, before being defamed, Plaintiff declined other offers to serve on the board of directors of other companies in order to devote all of his energies to his duties as Massey's CEO and Chairman of the Board. Plaintiff will provide supplemental information about his business success during the course of discovery.

Under West Virginia defamation law, the false description of a person as a criminal, *i.e.*, a felon, is *per se* presumed to have caused damages.

The nature and amount of the economic and non-economic damages arising from the injury to Plaintiff's reputation will be the subject of expert testimony. Plaintiff will disclose expert witness report(s), opinions, and analyses in accordance with Rule 26(a)(2) of the Federal Rules of Civil Procedure and with the Scheduling Order.

This case is in the earliest stages. Plaintiff has not yet identified the percipient witnesses he will rely on to testify about the harm to his reputation. These witnesses will be disclosed in a timely manner to provide Defendant with sufficient time to conduct pretrial discovery on this topic.

A component of the harm suffered by Plaintiff will be lost opportunities, business and otherwise. By their nature, the precise nature of these lost opportunities is either difficult to

quantify or otherwise unknown to Plaintiff and will be the subject of investigation and discovery. In addition, the nature and scope of these lost opportunities will be subject to, among other things and without limitation, expert witness opinions and analyses, as well as within the purview of jury assessment based on a combination of these discovery response, expert witness opinions and analyses, and the jurors' own experiences. As a consequence of Defendant's defamation and the ensuing harm to Plaintiff's reputation, he has been deprived of various opportunities (and their earning power), as discussed below. Plaintiff's compensation from his time as Massey CEO alone is publicly available and is evidence of the value of compensation deprived him by the defamation at issue. During the course of discovery, Plaintiff also expects to establish harm to his personal, political, and business relationships and associations as a consequence of Defendant's defamation.

To the extent that Defendant published any defamatory statements prior to the May 8, 2018, West Virginia Primary, Plaintiff will also seek damages arising out of the effect of that defamation on the election.

As noted above, the calculation and assessment of the monetary value of the damages caused by Defendant's defamation will also be the subject of expert witness opinions and analyses. Notwithstanding the foregoing, Mr. Blankenship would have had great opportunities to earn income from multiple sources but for the actions of Defendant, including but not limited to, loss of earnings in four (4) general categories: (1) CEO in the Mining/Construction Industry; (2) Strategic Consultant; (3) Coal Broker/Entrepreneur; and (4) Board of Directors. These lost opportunities are reasonably estimated to have cost Plaintiff tens, if not hundreds, of millions of dollars in lost income. Each of these categories is discussed below and will be supplemented with additional information from Plaintiff's expert witness(es):

7

- <u>CEO In The Mining/Construction Industry</u>:  While at Massey Energy, Mr. Blankenship received multiple employment offers from other companies.  For example, he received an offer from Carl Smith, the former owner of Fola Coal, which was equivalent to $15 million in year 2020 dollars.  Massey Energy then matched and exceeded that offer to retain him.  Mr. Blankenship was named to the Board of Directors of Fluor, a global engineering and construction company, in 1997.  In 1999, Mr. Blankenship was asked to manage Fluor while its Chairman, Les McGraw, battled cancer.  Mr. Blankenship was approached to become the President of Fluor, but he declined, as he wanted to remain in West Virginia.  Mr. Blankenship was contacted by a headhunter to become the President of Raytheon in approximately 2000, but he again declined to remain at Massey Energy.

- <u>Strategic Consultant</u>:  The harm to Mr. Blankenship's reputation following the election has limited his ability to engage in business opportunities as a Strategic Consultant.  Mr. Blankenship would have been able to bring his business expertise to companies across multiple industries, including mining, banking, and construction, in order to assist with cutting costs.  He would have been able to assemble a team to assess companies and negotiate a percentage of the savings as compensation, and 10 percent of the savings would be a reasonable fee.

- <u>Board of Directors</u>:  Mr. Blankenship had seats on three (3) boards while he was CEO at Massey Energy, and had opportunities to serve on additional boards during this time period.

- <u>Coal Broker</u>:  Mr. Blankenship had a relationship with the steel industry, and while he was at Massey Energy had wanted to become a coal broker or start his own

8

mining company later in his life. There have been several successful coal brokers, including Chris Cline, Ernie Thrasher, and Joseph Craft III, and Mr. Blankenship could have followed a similar path.

Plaintiff has also expended more than $10 million on efforts to prepare for his post-Massey business life and to restore his business reputation. Defendant's defamation has effectively undone those efforts and rendered that expenditure of funds largely useless. Plaintiff provides this response with the express caveat that he has not yet performed a formal calculation of these figures.

Plaintiff reserves his right to supplement, amend, and update this response during the course of discovery.

## INTERROGATORY NO. 6.:

Identify and fully describe any and all "other business and opportunities" that you allege in paragraph 24 of your Amended Complaint that you were "prevented from pursuing" as a result of each of the Post Reports.

## RESPONSE TO INTERROGATORY NO. 6.:

Plaintiff incorporates by reference his Response to Interrogatory No. 5 as if fully set forth herein.

## INTERROGATORY NO. 7.:

Identify and fully describe what effect, if any, you allege each of the Post Reports had on your 2018 Republican primary campaign, how it had that effect, and all documents or evidence supporting your allegation.

## RESPONSE TO INTERROGATORY NO. 7.:

Plaintiff incorporates by reference his Response to Interrogatory No. 5 as if fully set forth

<div align="center">9</div>

herein.  Under West Virginia defamation law, the false description of a person as a criminal, *i.e.*,

a felon, is *per se* presumed to have caused damages.  In addition to the damages described in

Plaintiff's Response to Interrogatory No. 5, the article dated May 8, 2018 had the effect of harming

Plaintiff's reputation and in his business as a political candidate, including but not limited to the

2018 Republican primary campaign.

In a related and similar case, *Blankenship v. Napolitano*, No. 2:19-CV-00236, 2020 WL

1548060 (S.D.W. Va. Mar. 31, 2020), the Court emphasized in relevant part as follows:

> ***All the defendants' statements identifying the plaintiff as a "felon"
> are materially false. The term "felon" is an objective label with a
> clear legal meaning*** -- having been convicted of a crime with a term
> of imprisonment of more than one year. ***A person either is or is not
> a felon; there is no in between or room for "substantial truth."*** The
> United States Code clearly outlines the difference between a felony
> and a misdemeanor even when the criminal statute does not clarify
> the category of the crime. The different consequences associated
> with being a felon, including that "felons can suffer numerous
> restrictions on their constitutional rights," further underscore that
> the two categories are distinct. See United States v. Chovan, 735
> F.3d 1127, 1145 (9th Cir. 2013) (Bea, J., concurring); see also D.C.
> v. Heller, 554 U.S. 570, 631, 128 S.Ct. 2783, 171 L.Ed.2d 637
> (2008) (discussing that felons may be "disqualified" from exercising
> Second Amendment rights); United States v. McCane, 573 F.3d
> 1037, 1049 (10th Cir. 2009) (Tymkovich, J., concurring) ("***After all,
> felons lose out on fundamental rights such as voting and serving
> on juries***, and face discrimination that need only survive rational
> basis review."). ***The court also agrees that "society at large views
> a 'felon' far differently than a person who has committed an
> offense resulting in a misdemeanor conviction."*** See Myers v. The
> Telegraph, 332 Ill.App.3d 917, 265 Ill.Dec. 830, 773 N.E.2d 192,
> 198 (2002).

*Napolitano*, 2020 WL 1548060, at * 8 (emphasis added).

In line with the above decision, courts have consistently emphasized that there is a

"fundamental difference between felons and misdemeanants."  *U.S. v. Chovan*, 735 F.3d 1127,

1144 (9th Cir. 2013).  For instance, a convicted felon (unlike a misdemeanant) is deprived of

10

various civil rights, including "the right to vote, the right to hold public office, and the right to serve on a jury." *Berger v. United States*, 867 F. Supp. 424, 427 (S.D.W. Va. 1994). In fact, "felons can suffer numerous restrictions on their constitutional rights." *Chovan*, *supra*, 735 F.3d 1144-45; *United States v. McCane,* 573 F.3d 1037, 1049 (10th Cir. 2009) ("After all, felons lose out on fundamental rights such as voting and serving on juries, and face discrimination that need only survive rational basis review."); *McLaughlin v. City of Canton, Miss.,* 947 F. Supp. 954, 975 (S.D. Miss. 1995) (finding that "The historical distinction between felonies and misdemeanors is more than semantic. ***Traditionally, dire sanctions have attached to felony convictions which have not attached to misdemeanor convictions***. Many of these sanctions are in force today. Disenfranchisement was, and remains, one such sanction. Another such sanction is that which prohibits felons from owning or possessing firearms" and concluding that laws disenfranchising misdemeanants are subject to strict scrutiny) (emphasis added).

Critically, the defamatory statements at issue in this case must be considered in context— i.e., they were made during an election in a state which prohibits felons from holding public office or voting while serving his/her sentence, including any period of incarceration, probation, or parole related thereto. *See* W. Va. Code § 3-2-2(b); W. Va. Const. Art. IV, § 4-4. Mr. Blankenship was on supervised release until the day after the 2018 West Virginia Primary Election. If Mr. Blankenship was a "convicted felon" as falsely reported by Defendants rather than a misdemeanant, then Mr. Blankenship would have been prohibited from running for office or voting for himself. The implication that Mr. Blankenship would not be allowed to run for a United States Senate seat, let alone cast a vote for himself as a candidate, make the true facts highly distinct from the false statements of Defendants. *See Myers*, 332 Ill. App. 3d at 922 (recognizing that a felony conviction carries significantly greater legal consequences than a

11

misdemeanor does, including limitations on the right to hold public office and vote); *Howell v. McAuliffe*, 292 Va. 320, 338 (2016) (emphasizing that "a felony conviction automatically leads to permanent disenfranchisement," including loss of the right to vote or run for office).

There is clearly a critical distinction between a "felon" and a "misdemeanant," in light of the fact that Mr. Blankenship would have been legally prohibited from running for West Virginia's United States Senate seat during the May 2018 election cycle if the defamatory remarks were actually true. Thus, the subject defamatory statements would undoubtedly have a different effect on the mind of viewers and/or readers (***and voters***) from that which the truth would have produced. Based on the foregoing, Plaintiff claims that Defendant's defamatory statement calling Mr. Blankenship a "felon" caused substantially more damage to his reputation than if Defendant had accurately described Mr. Blankenship's conviction. The damages to Mr. Blankenship caused by Defendant are further detailed in Plaintiff's Response to Interrogatory No. 5 above.

Additionally, pursuant to Rule 33(d) of the Federal Rules of Civil Procedure, the answer to this interrogatory may be determined by examining the documents and/or electronically stored information that Plaintiff has produced and/or will produce in this litigation, as the burden of deriving the answer to this interrogatory will be substantially the same for either party.

In response to this interrogatory, Plaintiff has produced non-privileged documents of which he is currently aware. Plaintiff reserves his right to supplement, amend, and update this response during the course of discovery.

**<u>INTERROGATORY NO. 8.:</u>**

Describe any actions you took to address any alleged emotional distress that you allege you suffered as a result of the publication of any of the Post Reports, including, but not limited to, any medical or psychological treatment you sought in connection with that alleged emotional

<div align="center">12</div>

distress and identify the providers of such medical or psychological treatment.

**RESPONSE TO INTERROGATORY NO. 8.:**

Plaintiff incorporates by reference his Response to Interrogatory No. 5 as if fully set forth herein.  Plaintiff has sustained emotional distress and insomnia as a result of Defendant's defamatory publications.  Plaintiff was prescribed zolpidem tartrate (Ambien®) to treat the insomnia.

**INTERROGATORY NO. 9.:**

For each alleged false statement that you identified in your Amended Complaint as having been published by the Post, describe in detail each fact you rely upon in contending that the Post made that statement with actual malice (i.e., knowledge of its falsity or with reckless disregard for its falsity) or state that you have no such evidence.

**RESPONSE TO INTERROGATORY NO. 9.:**

Plaintiff adopts the General Objections by reference as if fully set forth verbatim herein. Plaintiff further objects that the request is overly broad, not sufficiently limited in scope, and otherwise inappropriate for an interrogatory in that, among other things, it calls for a narrative. Plaintiff further objects that this interrogatory seeks the mental impressions, conclusions, opinions, or legal theories of counsel.  Plaintiff further objects that this is a contention interrogatory that need not be answered until after designated discovery has been completed pursuant to Rule 33(a)(2) of the Federal Rules of Civil Procedure.  Plaintiff further objects that this interrogatory is premature insofar as discovery is in the preliminary stages, and Plaintiff has not yet taken depositions of any of Defendant's witnesses or any third parties.  Plaintiff further objects that this interrogatory requests the premature disclosure of information pertaining to expert witness opinions and/or analyses, which is not yet required at this juncture pursuant to Rule

13

26(a)(2)(d) of the Federal Rules of Civil Procedure, the Scheduling Order, and other applicable statutes, rules, or orders.

Subject to and without waiver of the foregoing objections, discovery is in the early stages and thus, Plaintiff has not yet gathered all of the evidence of malice which would be responsive to this interrogatory. Plaintiff expects to gather such evidence during the course of discovery. At present, Plaintiff is currently aware of the following information responsive to this interrogatory:

At the time Defendant published the subject defamatory statements about Plaintiff, it had previously correctly and accurately described the circumstances of Plaintiff's acquittals and convictions, including but not limited to the following:

On or around April 19, 2019, Joshua Dawsey at WP received an email from Donna Cassata (Deputy Congress Editor at WP) stating in relevant part as follows: "The former CEO of Massey Energy, Blankenship has been campaigning while on parole after serving a year in federal prison for *a misdemeanor conviction* of conspiring to violate mine-safety laws." (WP_DB-0000648 (emphasis added).)

On April 19, 2018, WP published an article by Michael Scherer, Sean Sullivan, and Josh Dawsey, entitled "Razon-thin Senate majority, bloody primary fights hamstring GOP," stating in relevant part as follows: "The former chief executive of Massey Energy, Blankenship has been campaigning while on parole after serving a year in federal prison for *a misdemeanor conviction* of conspiring to violate mine-safety laws." (WP_DB-0001640 (emphasis added).)

On May 1, 2018, WP published an article by Michael Scherer entitled "Crimes are no longer a disqualification for Republican candidates," stating in relevant part as follows: "In West Virginia, former coal baron Don Blankenship, who calls himself 'Trumpier than Trump,' has advertised heavily about what he says is the injustice of his *misdemeanor conviction* for

14

conspiring to violate mine safety laws, which sent him to prison for a year." (WP_DB-0001623 (emphasis added).)

An email dated May 2, 2018 from Chris Cillizza at CNN to Amber Phillips at WP, with the subject heading, "A mine-owning, Mitch McConnell-hating, former convict could be the Republican Senate nominee in West Virginia," also corrected reported that Mr. Blankenship "was charged with safety violations at the mine and was eventually *convicted of a misdemeanor* to conspiracy to commit safety violations and sent to prison for one year…." (WP_DB-0000749 (emphasis added).)

Amber Phillips received another email dated May 4, 2018 regarding Mr. Blankenship, which again reported about his "conviction on *a misdemeanor*." (WP_DB-0000765 (emphasis added).)

On May 6, 2018, Joshua Dawsey was sent an external email stating in relevant part: "John King calls Don Blankenship a convicted felon which is FALSE and you failed to correct him. No wonder journalists are hated." (WP_DB-0000774.)

On May 6, 2018, Amber Phillips received an email containing the "Face the Nation Full Transcript, May 6, 2018," which reported in relevant part, "there is reason to believe that the leading candidate is a former coal mining executive who served time in a federal prison on *a misdemeanor charge*…." (WP_DB-0000832-833 (emphasis added).)

On June 7, 2018, Joshua Dawsey received an email from Michael Scherer at WP entitled "Update on Don Blankenship's Case and Other Matters," which emphasized that Mr. Blankenship was only convicted of a misdemeanor. (WP_DB-0001415.)

The WP later admitted that it previously wrongly reported on Mr. Blankenship's conviction, and that he was only convicted of a misdemeanor (and not a felony). (*See e.g.*,

15

WP_DB-0001606.)

The foregoing evidence demonstrates that Defendant had actual knowledge of the falsity of their statements that Plaintiff is a "felon" or "convicted felon," or acted with reckless and willful disregard of the truth or falsity of their statements.

In addition to the above, anyone who consulted the freely-available public records of Mr. Blankenship's trial and conviction (including previous accurate reports of Mr. Blankenship's acquittals by the Defendant media organizations themselves), would know that Mr. Blankenship was acquitted of all felony charges, that Mr. Blankenship was convicted only of a misdemeanor, and that Mr. Blankenship has never been convicted of a felony, whether for manslaughter or any other reason.

For example and without limitation, in 2016 Plaintiff wrote a booklet entitled *American Political Prisoner*. He distributed the booklet to approximately 250,000 state governors, state legislators, state judges, federal judges, business leaders, and news media organizations. The booklet states on each of the first few pages that Plaintiff was convicted of a misdemeanor. The following individuals who are associated with the various defendants in the subject lawsuit who were sent a copy of Mr. Blankenship's booklet include at least the following: Chuck Todd (NBC News Political Director and Meet the Press Moderator), Dafio Linzer (NBC News and MSNBC Managing Editor of Politics), Sarah Baker (MSNBC Director of Booking), Chris Stirewalt (Fox News Politics Editor), Kathy Ardleig (Fox News Network Senior Political Programming Producer), Dana Bash (CNN host and anchor), Berlij Terrance (CNN Deputy Political Director).

In addition to the *American Political Prisoner* booklet, Plaintiff distributed thousands of emails to hundreds of news media organizations prior to the 2018 West Virginia primary election. He also tweeted that he was only convicted of a misdemeanor.

16

Furthermore, at the nationally-televised primary debate on Fox News on May 1, 2018, Mr. Blankenship addressed his conviction and imprisonment right out of the gate, stating in no uncertain terms: "I faced thirty years in prison for a fake charge, and I beat all three of the felonies. … It's incredible, they sent me to prison for a ***misdemeanor***."  (Emphasis added.)

Defendant's defamatory statements that Plaintiff was a "felon" or "convicted felon" violated Defendant's own policies and procedures and other journalistic rules and guidelines regarding the reporting of criminal convictions.  Thus, Defendant intended to cause injury to Mr. Blankenship by publishing its defamatory statements.

Plaintiff reserves his right to supplement, amend, and/or update this response during the course of discovery.

Dated: October 26, 2020.                                    Respectfully submitted,

**DON BLANKENSHIP**
**By Counsel**

**/s/ Jeremy Gray, Esq.**
**Jeremy Gray, Esq.**
**(CA State Bar No. 150075, *pro hac vice*)**
*EARLY SULLIVAN WRIGHT*
*GIZER & McRAE LLP*
**6420 Wilshire Blvd., 17th Floor**
**Los Angeles, CA 90048**
**323.301.4660**
**jgray@earlysullivan.com**

**/s/ Jeffrey S. Simpkins, Esq.**
**Jeffrey S. Simpkins, Esq.**
**WVSB #9806**
*SIMPKINS LAW*
**102 E. 2nd Ave.**
**Williamson, WV 25661**
**304.235.2735**
**simpkinslawoffice@gmail.com**

17

580082.1

Exhibit 34

# SEG

## Smith Economics Group, Ltd.
### A Division of Corporate Financial Group
*Economics / Finance / Litigation Support*

*Stan V. Smith, Ph.D.*
*President*

February 1, 2021

Mr. Eric P. Early
Early Sullivan Wright Gizer & McRae
6420 Wilshire Blvd., 17th Floor
Los Angeles, CA  90048

Re:  Blankenship v. Fox News Network LLC

Dear Mr. Early:

You have asked me to assess the damages to Don Blankenship based on the allegations against the various media defendants ("Media Defendants") described in the operative First Amended Complaint.

## I.   ASSIGNMENT

Based on the allegations against the Media Defendants described in the First Amended Complaint, I have been asked to assess the loss of earnings suffered by Mr. Blankenship.


## II.   QUALIFICATIONS AND EXPERIENCE

I am President of Smith Economics Group, Ltd., headquartered in Chicago, IL, which provides economic and financial consulting nationwide.  I have worked as an economic and financial consultant since 1974, after completing a Research Internship at the Federal Reserve, Board of Governors, in Washington, D.C.

I received my Bachelor's Degree from Cornell University.  I received a Master's Degree and my Ph.D. in Economics from the University of Chicago; Gary S. Becker, Nobel Laureate 1992, was my Ph.D. thesis advisor.  The University of Chicago is one of the world's preeminent institutions for the study of economics, and the home of renowned research in the law and economics movement.

As President of Smith Economics, I have performed economic analyses in a great variety of engagements, including damages analysis in personal injury and wrongful death cases, business valuation, financial analysis, antitrust, contract losses, a wide range of class action matters, employment discrimination, defamation, and intellectual property valuations including evaluations of reasonable royalty.

# SEG

I have more than 40 years of experience in the field of economics. I am a member of various economic associations and served for three years as Vice President of the National Association of Forensic Economics (NAFE) which is the principal association in the field. I was also on the Board of Editors of the peer-reviewed journal, the Journal of Forensic Economics, for over a decade; I have also published scholarly articles in this journal. The JFE is the leading academic journal in the field of Forensic Economics.

I wrote the first textbook on Forensic Economic Damages that has been used in university courses such as the University of Wisconsin, Penn State University, and in various other states. As an adjunct professor, I created and taught the first course in Forensic Economics nationwide, at DePaul University in Chicago.

I am the creator and founder of Ibbotson Associates' Stock, Bonds, Bills, and Inflation (SBBI) Yearbook, Quarterly, Monthly, and SBBI/PC Services. SBBI is generally regarded by academics in the field of finance as the most widely accepted source of statistics on the rates of return on investment securities. SBBI was originally published by Ibbotson Associates, then by Morningstar, Inc., and is now currently published by Duff & Phelps. The original SBBI series generated what became a six-book set universally used for business valuation, and currently available on an online platform. These data series are widely relied upon and regarded as the most accepted and definitive scholarly references by the academic, actuarial and investment community, and in courts of law. All three publishers of the SBBI series acknowledge me as the founder in 1983, for my "invaluable role" as having "originated the idea" of SBBI, which I then implemented while Managing Director at Ibbotson Associates.

My estimate of the real discount rate is 1.25 percent per year. This discount rate is based on the rate of return on short-term U.S. Treasury investments. The data is from the statistical series H.15 Selected Interest Rates, published by the Board of Governors of the Federal Reserve System found at www.federalreserve.gov. This data is also published in the Economic Report of the President Table for "Bond yields and interest rates" for the real return on U.S. Treasury investments primarily for the last 20 years.

I have performed economic analysis in many thousands of cases in almost every state and federal jurisdiction since the early 1980s.

My curriculum vita is attached, listing all my publications in the last 10 years and beyond. My hourly rate in this case is $525 per hour. The list of all cases in which I have testified in the last 4 years is also attached.


## III.  INFORMATION REVIEWED

1.  Plaintiff's First Amended Complaint;
2.  The informational interview with Mr. Blankenship dated September 8, 2020.

# SEG

## IV.  BACKGROUND AND DISCUSSION

Don Blankenship became a leader in the coal industry after a meteoric rise at Massey Energy. Mr. Blankenship began working for Massey Energy in 1982, and within two years, he was President of RAWL Sales, which was a subsidiary of Massey Energy.  He was put in charge of all of Massey's mining operations four years later.  In 1992, he was named President and CEO of the company, and his compensation rose to almost $18,000,000 in 2009 as a result of his success with the company and the phenomenal growth in the company's value from $150,000,000 to $7,800,000,000.

On April 5, 2010, tragedy struck Raleigh County at the Upper Big Branch Mine. Only a few hours after ventilation changes required by the Obama Administration were completed, cutting the mine's airflow in half, flammable gas deep in the mine ignited, causing an explosion which took the lives of twenty-nine miners.  Eight months after the disaster, on December 6, 2010, MSHA concluded that a coal bed methane build-up ignited and created an explosion.  In April 2014, Mr. Blankenship released a documentary which refuted MSHA's findings and challenged the inherent conflict of having a regulatory agency investigate an explosion where the agency itself was likely at fault. Among other things, the documentary identified powerful scientific evidence which refuted MSHA's conclusion that the explosion was caused by an influx of methane.

On or about November 13, 2014, federal prosecutors from the Obama Justice Department charged Mr. Blankenship with three felonies, including conspiracy to defraud the Federal mine regulators.  He was also charged with a misdemeanor, conspiring to violate mine safety laws. Mr. Blankenship was not charged with causing any of the twenty-nine deaths in the April 5, 2010 Upper Big Branch Mine disaster.  The Federal Government brought the full weight of its infinite resources to bear on Mr. Blankenship. The matter went to trial in October 2015 and lasted about two months.  Following lengthy deliberations, the West Virginia jury found Mr. Blankenship innocent on all felony charges on December 3, 2015. The jury convicted him of the misdemeanor offense. Notably, at that time, many media outlets accurately reported that Mr. Blankenship was convicted only of a misdemeanor and not for any of the felony counts he was facing.

The Department of Justice Office of Professional Responsibility has since investigated the conduct of the United States Attorneys who prosecuted Mr. Blankenship -- Booth Goodwin and Steve Ruby. The OPR found that massive prosecutorial misconduct had occurred in the prosecution of Mr. Blankenship, stating among other things that, "because Ruby and Goodwin recklessly violated the Department's discovery policies regarding the disclosure of discoverable statements, they committed professional misconduct."  Mr. Blankenship's verdict is still under appeal.

In January 2018, Mr. Blankenship formally announced his plans to run as a Republican for the U.S. Senate seat held by Senator Joe Manchin, a Democrat. The Republican primary was scheduled for May 8, 2018.  Beginning at about the end of March 2018 the Media Defendants falsely called Mr. Blankenship a felon in order to injure his reputation and discredit his candidacy.  Mr. Blankenship's senatorial run was his chance to increase his reputation, but following the defamatory statements by the Media Defendants on national media, he failed to

3

# SEG

receive the Republican nomination. Achieving the Republican nomination in a senatorial race would have undoubtedly added to Mr. Blankenship's reputation and provided him with business opportunities, as well as a national podium to further establish himself.

## V.  OPINION

Lost Earnings

Mr. Blankenship would have had great opportunities to earn income from multiple sources but for the actions of the Media Defendants. I have illustrated Mr. Blankenship's loss of earnings in five categories:

> 1.) CEO in the Mining/Construction Industry;
> 2.) Strategic Consultant;
> 3.) Board of Directors;
> 4.) Coal Broker/Entrepreneur; and
> 5.) Author.

All of the above opportunities would have been available for Mr. Blankenship, but it is unlikely that he would have been a CEO and a Strategic Consultant at the same time. He could have been a CEO or a Strategic Consultant and entertained the other opportunities.

A.  CEO in the Mining/Construction Industry

Tables 1 and 2 show Mr. Blankenship's loss of earnings as a CEO in the Mining/Construction industry. Mr. Blankenship's earning capacity has been established by his track record of success as a President and CEO in the mining industry. Mr. Blankenship's compensation in as Chairman of the Board and President of Massey Energy was $5,328,422 in 2006, $9,929,125 in 2007, $11,226,717, plus non-qualified deferred compensation of $26,530,954, totaling $37,757,671 in 2008, and $17,835,837 in 2009. Adjusting Mr. Blankenship's earnings for inflation, Mr. Blankenship earned $6,900,337 in year 2020 dollars in 2006, $12,601,153 in year 2020 dollars in 2007, $13,955,811, plus non-qualified deferred compensation of $32,980,343 in years 2020 dollars, totaling $46,936,154 in year 2020 dollars in 2008, and $21,584,160 in year 2020 dollars in 2009.

While at Massey Energy, Mr. Blankenship received multiple employment offers from other companies. Mr. Blankenship states that he received an offer from Carl Smith, the former owner of Fola Coal, which was equivalent to $15 million in year 2020 dollars. He states that Massey Energy then matched and exceeded that offer to retain him. He states that he was named to the Board of Directors of Fluor, a global engineering and construction company, in 1997. In 1999, Mr. Blankenship was asked to manage Fluor while its Chairman, Les McGraw, battled cancer. Mr. Blankenship was approached to become the President of Fluor, but he declined, as he wanted to remain in West Virginia. Mr. Blankenship was contacted by a headhunter to become the President of Raytheon in approximately 2000, but he again declined to remain at Massey Energy.

4

# SEG

According to the Economic Research institute, the salary for new hire CEOs in the mining industry is $5,048,242 in year 2020 dollars.[1]

I have illustrated Mr. Blankenship's loss of earnings as a CEO in two scenarios.  Table 1 shows the loss of earnings for Scenario 1.  In Scenario 1, I have illustrated the lost earning to begin in 2019 at $22,005,451 in year 2020 dollars based on Mr. Blankenship's average real income from 2006 through 2009.  Future earnings are illustrated to grow at inflation.

**Based on the above assumption, my opinion of the lost earnings as a CEO through 2030 are $254,647,877 ➢ Table 1.**

Table 2 shows the loss of earnings for Scenario 2.  In Scenario 2, I have illustrated the lost earning to begin in 2019 at $5,048,242 in year 2020 dollars based on the salary for new hire CEOs in the mining industry.  Mr. Blankenship's earnings are grown in 2024 to $21,584,160 in year 2020 dollars based on his actual income in 2009.  Future earnings are illustrated to grow at inflation.

**Based on the above assumption, my opinion of the lost earnings as a CEO through 2030 are $197,218,122 ➢ Table 2.**

## B.  Strategic Consultant

Tables 3 through 5 show the lost earnings for Mr. Blankenship as a Strategic Consultant in three scenarios.  Under Mr. Blankenship's leadership, and his implementation of systems that cut costs and increased efficiency, Massey Energy grew from a valuation of $150,000,000 to $7,800,000,000

Mr. Blankenship gained an expertise in cost accounting following his exposure to standard cost practices in the food industry while working for Keebler Company earlier in his career.  Mr. Blankenship was able to grow Massey Energy in a time when the coal industry was in decline based on his ingenuity and groundbreaking methods.  The metrics that he implemented to assess mines and make them profitable are now used universally in the mining industry.  This approach has now become broad and has been applied to other industries as well, including the banking industry.  Mr. Blankenship stated he cut costs by $400 million per year while at Massey Energy.  Mr. Blankenship's ingenuity reduced Massey Energy's costs by 30 percent compared to similar coal mines.

Mr. Blankenship states that the harm to his reputation following the election has limited his ability to engage in business opportunities as a Strategic Consultant.  He states that he would have been able to bring his expertise to companies across multiple industries, including mining, banking, and construction, in order to assist with cutting costs.  Mr. Blankenship states that he would have been able to put together a team to assess companies and negotiate a percentage of

---

[1]  https://online.erieri.com/SS/ExecutiveSurvey/

5

# SEG

the savings as compensation, and 10 percent would be a reasonable fee. Mr. Blankenship states that based upon his experience as a CEO, he would be willing to pay an outside consultant 10 percent of the realized cost savings.

I have illustrated Mr. Blankenship's loss of earnings as a strategic consultant in three scenarios. In Scenario 1, I have illustrated Mr. Blankenship to earn $5,000,000 per year beginning in 2019, which assumes that he would provide cost savings of approximately $50,000,000 to various companies. Mr. Blankenship's Scenario 1 earnings are illustrated to grow in 2024 to $20,000,000, which assumes that he would increase the amount of cost savings provided to $200,000,000, or half of what he did at Massey Energy.

**Based on the above assumptions for Scenario 1, my opinion of the lost earnings as a Strategic Consultant through 2030 is $175,394,301 ➢ Table 3.**

I have illustrated Mr. Blankenship's loss of earnings as a strategic consultant in three scenarios. In Scenario 2, I have illustrated Mr. Blankenship to earn $5,000,000 per year beginning in 2019, which assumes that he would provide cost savings of approximately $50,000,000 to various companies. Mr. Blankenship's Scenario 2 earnings are illustrated to grow in 2024 to $15,000,000, which assumes that he would increase the amount of cost savings provided to $150,000,000.

**Based on the above assumptions for Scenario 2, my opinion of the lost earnings as a Strategic Consultant through 2030 is $136,982,590 ➢ Table 4.**

I have illustrated Mr. Blankenship's loss of earnings as a strategic consultant in three scenarios. In Scenario 3, I have illustrated Mr. Blankenship to earn $5,000,000 per year beginning in 2019, which assumes that he would provide cost savings of approximately $50,000,000 to various companies. Mr. Blankenship's Scenario 2 earnings are illustrated to grow in 2024 to $10,000,000, which assumes that he would increase the amount of cost savings provided to $100,000,000, or one-quarter of what he did at Massey Energy.

**Based on the above assumptions for Scenario 3, my opinion of the lost earnings as a Strategic Consultant through 2030 is $97,766,336 ➢ Table 5.**

C. Board of Directors

Tables 6 and 7 show the lost earnings for Mr. Blankenship from seats on Board of Directors. Mr. Blankenship states that he had seats on three boards while he was CEO at Massey Energy, and he believes that he could have been on up to five boards if he was not engaged in other businesses, and three boards if he was engaged in other businesses.

I have illustrated Mr. Blankenship's loss of earnings as a member of a Board of Directors in two scenarios. The 90th percentile earnings for members of a Board of Directors is $290,000 in year

# SEG

2020 dollars[2].  In Scenario 1, I have illustrated Mr. Blankenship as a member of five Boards of Directors and earning $290,000 per seat, which yields estimated annual earnings of $1,450,000 in year 2019 dollars beginning in 2019.  Mr. Blankenship's Scenario 1 earnings are adjusted by inflation.

**Based on the above assumptions for Scenario 1, my opinion of the lost earnings as member of a Board of Directors through 2030 is $17,115,042 ➤ Table 6.**

In Scenario 2, I have illustrated Mr. Blankenship as a member of three Boards of Directors and earning $290,000 per seat, which yields estimated annual earnings of $870,000 in 2019 dollars beginning in 2019.  Mr. Blankenship's Scenario 2 earnings are adjusted by national average wage growth of 4.29 percent in 2019, and 3.00 percent in 2020.  Future earnings are illustrated to grow at 1.00 percent real.

**Based on the above assumptions for Scenario 2, my opinion of the lost earnings as member of a Board of Directors through 2030 is $10,269,025 ➤ Table 7.**

## D.  Coal Broker

Tables 8 and 9 show the lost earnings for Mr. Blankenship from working as a Coal Broker. Mr. Blankenship states that had a relationship with the steel industry, and while he was at Massey Energy he had wanted to become a coal broker or start his own mining company later in his life. Mr. Blankenship states that there have been several successful coal brokers, including Chris Cline, Ernie Thrasher, and Joseph Craft III, and he believes that he could have gone down a similar path.  He states that in the 1990s, as well as after leaving Massey Energy in 2011, Chris Cline reached out to him about becoming the President of Cline Resource and Development Co. Mr. Blankenship states that he advised Mr. Cline on his large purchase of mines in Illinois, which earned Mr. Cline a fortune.

Chris Cline, another West Virginia native got his start working in coal mines at age 15 and later bet big on high-sulfur coal reserves in Illinois.  He took coal mining firm Foresight Energy public in 2014, and sold a controlling stake in 2015 for $1.4 billion cash.  His net worth was estimated at $1,800,000,000 in 2019.[3]

Ernie Thrasher is the Founder, CEO and CMO of Xcoal Energy and Resources.  Thrasher held various positions in mine operations and mine management through 1981. Prior to forming Xcoal Energy & Resources in 2003, Thrasher spent twenty-two (22) years in various global marketing positions at Primary Coal and AMCI. Xcoal is the largest exporter of U.S. origin coal. In addition to marketing U.S. origin coal to customers throughout the world, Xcoal activities include the financing and development of mining projects and related infrastructure projects. Thrasher founded XLNG Energy & Resources in 2015, which plans to market LNG originating from natural gas reserves in the Marcellus and Utica Shale basins in the U.S., to customers in

---

[2] https://www.payscale.com/research/US/Job=Member_of_the_Board_of_Directors/Salary
[3] https://www.forbes.com/profile/christopher-cline/#4bba4fbf9a1d

# SEG

South America, Europe, and Asia. Thrasher serves on the Board of Directors of Barrick Gold Corporation, the President's Leadership Council-Boy Scouts of America, is a member of the Council on Foreign Relations, serves as a Director on the National Committee on U.S.-China Relations, and serves as a Director of the U.S.-India Strategic Partnership Forum.[4]

Joseph Craft III became a lawyer, and then joined diversified coal company MAPCO as an assistant general counsel in 1980. He became president in 1987. Craft was rewarded with a big stake for leading the firm's LBO and conversion into a tax-efficient public master limited partnership in 1996; it was renamed Alliance Resource Partners three years later. He has been chief executive since and overseen subsequent expansion across Appalachia and the Midwest as revenue increased to $390 million.  His net worth was an estimated $1,400,000,000 in 2012.[5]

The average net worth for Joseph Craft III and Chris Cline, whose net worth is publicly available, is $1,730,675,739.  Assuming a 30-year career yields an estimated annual income of $56,558,030 in year 2019 dollars.

I have illustrated Mr. Blankenship's loss of earnings as a coal broker or entrepreneur in two scenarios.  In Scenario 1, I have illustrated Mr. Blankenship's earnings to begin in 2019 at $56,558,030 in year 2020 dollars.  Future earnings are illustrated to grow at inflation.

**Based on the above assumptions for Scenario 1, my opinion of the lost earnings as a coal broker or entrepreneur through 2030 is $667,581,406 ➤ Table 8.**

In Scenario 2, I have illustrated Mr. Blankenship's earnings to begin in 2019 at 50 percent of $56,558,030, or $28,279,015 in year 2020 dollars.  Future earnings are illustrated to grow at inflation.

**Based on the above assumptions for Scenario 2, my opinion of the lost earnings as a coal broker or entrepreneur through 2030 is $333,790,703 ➤ Table 9.**

E.  Author

Tables 10 and 11 show the lost earnings for Mr. Blankenship from being an author in two scenarios.  Mr. Blankenship states that he planned to author several books over the remainder of his career.  He states that he also planned to adapt his story into a screenplay.

I have illustrated Mr. Blankenship's loss of book revenue in two scenarios.  In Scenario 1, I have illustrated Mr. Blankenship receiving a benchmark of $100,000 advances every 3 years.

**Based on the above assumptions for Scenario 1, my opinion of the lost earnings as member of a Board of Directors through 2030 is $383,816 ➤ Table 10.**

---

[4] https://usispf.org/team/ernie-thrasher/
[5] https://www.forbes.com/profile/joseph-craft/#6a4b02ab712a

# SEG

In Scenario 1, I have illustrated Mr. Blankenship receiving a benchmark of $250,000 advances every 3 years.

**Based on the above assumptions for Scenario 1, my opinion of the lost earnings as member of a Board of Directors through 2030 is $959,539 ➢ Table 11.**

----------------------------------------

All opinions expressed in this report are clearly labeled as such. They are rendered in accordance with generally accepted standards within the field of economics and are expressed to a reasonable degree of economic certainty. Estimates, assumptions, illustrations and the use of benchmarks, which are not opinions, but which can be viewed as hypothetical in nature, are also clearly disclosed and identified herein.

In my opinion, it is reasonable for experts in the field of economics and finance to rely on the materials and information I reviewed in this case, for the formulation of my substantive opinions herein.

If additional information is provided to me, which could alter my opinions, I may incorporate any such information into an update, revision, addendum, or supplement of the opinions expressed in this report.

It is my opinion, based upon the foregoing, that the Plaintiff has suffered concrete, tangible, economic harm.

If you have any questions, please do not hesitate to call me.

Sincerely,

Stan V. Smith, Ph.D.
President

9

# SUMMARY OF LOSSES

| TABLE | DESCRIPTION | ESTIMATE |
|---|---|---|
| | **LOSS OF EARNINGS THROUGH 2030** | |
| | **CEO IN MINING/CONSTRUCTION** | |
| 1 | SCENARIO 1 | $254,647,877 |
| 2 | SCENARIO 2 | $197,218,122 |
| | **STRATEGIC CONSULTANT** | |
| 3 | SCENARIO 1 | $175,394,301 |
| 4 | SCENARIO 2 | $136,982,590 |
| 5 | SCENARIO 3 | $97,766,336 |
| | **BOARD OF DIRECTORS** | |
| 6 | SCENARIO 1 | $17,115,042 |
| 7 | SCENARIO 2 | $10,269,025 |
| | **COAL BROKER/ENTREPRENEUR** | |
| 8 | SCENARIO 1 | $667,581,406 |
| 9 | SCENARIO 2 | $333,790,703 |
| | **AUTHOR** | |
| 10 | SCENARIO 1 | $383,816 |
| 11 | SCENARIO 2 | $959,539 |

SMITH ECONOMICS GROUP, LTD.  312/943-1551

Table 1

LOSS OF CEO EARNINGS - SCENARIO 1
2019 - 2030

| YEARS | INCOME | DISCOUNT FACTOR | PRESENT VALUE | CUMULATE |
|---|---|---|---|---|
| 2019 | $21,573,972 | 1.0000 | 21,573,972 | 21,573,972 |
| 2020 | $22,005,451 | 1.0000 | 22,005,451 | 43,579,423 |
| 2021 | $22,445,560 | 0.9938 | 22,306,147 | 65,885,569 |
| 2022 | $22,445,560 | 0.9815 | 22,030,762 | 87,916,331 |
| 2023 | $22,445,560 | 0.9694 | 21,758,777 | 109,675,109 |
| 2024 | $22,445,560 | 0.9574 | 21,490,150 | 131,165,259 |
| 2025 | $22,445,560 | 0.9456 | 21,224,840 | 152,390,099 |
| 2026 | $22,445,560 | 0.9339 | 20,962,805 | 173,352,904 |
| 2027 | $22,445,560 | 0.9224 | 20,704,005 | 194,056,909 |
| 2028 | $22,445,560 | 0.9110 | 20,448,400 | 214,505,309 |
| 2029 | $22,445,560 | 0.8998 | 20,195,950 | 234,701,259 |
| 2030 | $22,445,560 | 0.8887 | 19,946,618 | 254,647,877 |

Table 2

LOSS OF CEO EARNINGS - SCENARIO 2
2019 - 2030

| YEARS | INCOME | DISCOUNT FACTOR | PRESENT VALUE | CUMULATE |
|---|---|---|---|---|
| 2019 | $4,949,257 | 1.0000 | 4,949,257 | 4,949,257 |
| 2020 | $6,723,867 | 1.0000 | 6,723,867 | 11,673,124 |
| 2021 | $9,134,783 | 0.9938 | 9,078,046 | 20,751,170 |
| 2022 | $12,410,160 | 0.9815 | 12,180,818 | 32,931,988 |
| 2023 | $16,859,959 | 0.9694 | 16,344,083 | 49,276,071 |
| 2024 | $22,905,282 | 0.9574 | 21,930,304 | 71,206,375 |
| 2025 | $22,905,282 | 0.9456 | 21,659,560 | 92,865,935 |
| 2026 | $22,905,282 | 0.9339 | 21,392,158 | 114,258,093 |
| 2027 | $22,905,282 | 0.9224 | 21,128,057 | 135,386,151 |
| 2028 | $22,905,282 | 0.9110 | 20,867,217 | 156,253,368 |
| 2029 | $22,905,282 | 0.8998 | 20,609,597 | 176,862,965 |
| 2030 | $22,905,282 | 0.8887 | 20,355,158 | 197,218,122 |

Table 3

LOSS OF STRATEGIC CONSULTANT EARNINGS - SCENARIO 1
2019 - 2030

| YEARS | INCOME | DISCOUNT FACTOR | PRESENT VALUE | CUMULATE |
|---|---|---|---|---|
| 2019 | $5,000,000 | 1.0000 | 5,000,000 | 5,000,000 |
| 2020 | $6,597,540 | 1.0000 | 6,597,540 | 11,597,540 |
| 2021 | $8,705,506 | 0.9938 | 8,651,434 | 20,248,974 |
| 2022 | $11,486,984 | 0.9815 | 11,274,702 | 31,523,676 |
| 2023 | $15,157,166 | 0.9694 | 14,693,391 | 46,217,067 |
| 2024 | $20,000,000 | 0.9574 | 19,148,687 | 65,365,754 |
| 2025 | $20,000,000 | 0.9456 | 18,912,284 | 84,278,038 |
| 2026 | $20,000,000 | 0.9339 | 18,678,799 | 102,956,837 |
| 2027 | $20,000,000 | 0.9224 | 18,448,196 | 121,405,033 |
| 2028 | $20,000,000 | 0.9110 | 18,220,441 | 139,625,474 |
| 2029 | $20,000,000 | 0.8998 | 17,995,497 | 157,620,971 |
| 2030 | $20,000,000 | 0.8887 | 17,773,330 | 175,394,301 |

Table 3

LOSS OF STRATEGIC CONSULTANT EARNINGS - SCENARIO 2
2019 - 2030

| YEARS | INCOME | DISCOUNT FACTOR | PRESENT VALUE | CUMULATE |
|-------|--------|-----------------|---------------|----------|
| 2019 | $5,000,000 | 1.0000 | 5,000,000 | 5,000,000 |
| 2020 | $6,228,655 | 1.0000 | 6,228,655 | 11,228,655 |
| 2021 | $7,759,228 | 0.9938 | 7,711,034 | 18,939,689 |
| 2022 | $9,665,910 | 0.9815 | 9,487,282 | 28,426,971 |
| 2023 | $12,041,123 | 0.9694 | 11,672,693 | 40,099,664 |
| 2024 | $15,000,000 | 0.9574 | 14,361,515 | 54,461,179 |
| 2025 | $15,000,000 | 0.9456 | 14,184,213 | 68,645,392 |
| 2026 | $15,000,000 | 0.9339 | 14,009,099 | 82,654,491 |
| 2027 | $15,000,000 | 0.9224 | 13,836,147 | 96,490,638 |
| 2028 | $15,000,000 | 0.9110 | 13,665,331 | 110,155,969 |
| 2029 | $15,000,000 | 0.8998 | 13,496,623 | 123,652,592 |
| 2030 | $15,000,000 | 0.8887 | 13,329,998 | 136,982,590 |

Table 5

LOSS OF STRATEGIC CONSULTANT EARNINGS - SCENARIO 3
2019 - 2030

| YEARS | INCOME | DISCOUNT FACTOR | PRESENT VALUE | CUMULATE |
|---|---|---|---|---|
| 2019 | $5,000,000 | 1.0000 | 5,000,000 | 5,000,000 |
| 2020 | $5,743,492 | 1.0000 | 5,743,492 | 10,743,492 |
| 2021 | $6,597,540 | 0.9938 | 6,556,561 | 17,300,053 |
| 2022 | $7,578,583 | 0.9815 | 7,438,529 | 24,738,582 |
| 2023 | $8,705,506 | 0.9694 | 8,439,137 | 33,177,719 |
| 2024 | $10,000,000 | 0.9574 | 9,574,344 | 42,752,063 |
| 2025 | $10,000,000 | 0.9456 | 9,456,142 | 52,208,205 |
| 2026 | $10,000,000 | 0.9339 | 9,339,399 | 61,547,604 |
| 2027 | $10,000,000 | 0.9224 | 9,224,098 | 70,771,702 |
| 2028 | $10,000,000 | 0.9110 | 9,110,220 | 79,881,923 |
| 2029 | $10,000,000 | 0.8998 | 8,997,749 | 88,879,671 |
| 2030 | $10,000,000 | 0.8887 | 8,886,665 | 97,766,336 |

Table 6

LOSS OF BOARD OF DIRECTORS EARNINGS - SCENARIO 1
2019 - 2030

| YEARS | INCOME | DISCOUNT FACTOR | PRESENT VALUE | CUMULATE |
|---|---|---|---|---|
| 2019 | $1,450,000 | 1.0000 | 1,450,000 | 1,450,000 |
| 2020 | $1,479,000 | 1.0000 | 1,479,000 | 2,929,000 |
| 2021 | $1,508,580 | 0.9938 | 1,499,210 | 4,428,210 |
| 2022 | $1,508,580 | 0.9815 | 1,480,701 | 5,908,911 |
| 2023 | $1,508,580 | 0.9694 | 1,462,421 | 7,371,332 |
| 2024 | $1,508,580 | 0.9574 | 1,444,366 | 8,815,698 |
| 2025 | $1,508,580 | 0.9456 | 1,426,535 | 10,242,233 |
| 2026 | $1,508,580 | 0.9339 | 1,408,923 | 11,651,156 |
| 2027 | $1,508,580 | 0.9224 | 1,391,529 | 13,042,685 |
| 2028 | $1,508,580 | 0.9110 | 1,374,350 | 14,417,035 |
| 2029 | $1,508,580 | 0.8998 | 1,357,382 | 15,774,417 |
| 2030 | $1,508,580 | 0.8887 | 1,340,625 | 17,115,042 |

Table 7

LOSS OF BOARD OF DIRECTORS EARNINGS - SCENARIO 2
2019 - 2030

| YEARS | INCOME | DISCOUNT FACTOR | PRESENT VALUE | CUMULATE |
|-------|--------|-----------------|---------------|----------|
| 2019 | $870,000 | 1.0000 | 870,000 | 870,000 |
| 2020 | $887,400 | 1.0000 | 887,400 | 1,757,400 |
| 2021 | $905,148 | 0.9938 | 899,526 | 2,656,926 |
| 2022 | $905,148 | 0.9815 | 888,421 | 3,545,347 |
| 2023 | $905,148 | 0.9694 | 877,453 | 4,422,799 |
| 2024 | $905,148 | 0.9574 | 866,620 | 5,289,419 |
| 2025 | $905,148 | 0.9456 | 855,921 | 6,145,340 |
| 2026 | $905,148 | 0.9339 | 845,354 | 6,990,694 |
| 2027 | $905,148 | 0.9224 | 834,917 | 7,825,611 |
| 2028 | $905,148 | 0.9110 | 824,610 | 8,650,221 |
| 2029 | $905,148 | 0.8998 | 814,429 | 9,464,650 |
| 2030 | $905,148 | 0.8887 | 804,375 | 10,269,025 |

Table 8

LOSS OF BROKER/ENTREPRENEUR EARNINGS - SCENARIO 1
2019 - 2030

| YEARS | INCOME | DISCOUNT FACTOR | PRESENT VALUE | CUMULATE |
|---|---|---|---|---|
| 2019 | $56,558,030 | 1.0000 | 56,558,030 | 56,558,030 |
| 2020 | $57,689,191 | 1.0000 | 57,689,191 | 114,247,221 |
| 2021 | $58,842,974 | 0.9938 | 58,477,490 | 172,724,711 |
| 2022 | $58,842,974 | 0.9815 | 57,755,546 | 230,480,256 |
| 2023 | $58,842,974 | 0.9694 | 57,042,514 | 287,522,771 |
| 2024 | $58,842,974 | 0.9574 | 56,338,286 | 343,861,057 |
| 2025 | $58,842,974 | 0.9456 | 55,642,751 | 399,503,808 |
| 2026 | $58,842,974 | 0.9339 | 54,955,804 | 454,459,612 |
| 2027 | $58,842,974 | 0.9224 | 54,277,337 | 508,736,949 |
| 2028 | $58,842,974 | 0.9110 | 53,607,247 | 562,344,195 |
| 2029 | $58,842,974 | 0.8998 | 52,945,429 | 615,289,624 |
| 2030 | $58,842,974 | 0.8887 | 52,291,781 | 667,581,406 |

Table 9

LOSS OF BROKER/ENTREPRENEUR EARNINGS - SCENARIO 2
2019 - 2030

| YEARS | INCOME | DISCOUNT FACTOR | PRESENT VALUE | CUMULATE |
|---|---|---|---|---|
| 2019 | $28,279,015 | 1.0000 | 28,279,015 | 28,279,015 |
| 2020 | $28,844,595 | 1.0000 | 28,844,595 | 57,123,610 |
| 2021 | $29,421,487 | 0.9938 | 29,238,745 | 86,362,355 |
| 2022 | $29,421,487 | 0.9815 | 28,877,773 | 115,240,128 |
| 2023 | $29,421,487 | 0.9694 | 28,521,257 | 143,761,385 |
| 2024 | $29,421,487 | 0.9574 | 28,169,143 | 171,930,528 |
| 2025 | $29,421,487 | 0.9456 | 27,821,376 | 199,751,904 |
| 2026 | $29,421,487 | 0.9339 | 27,477,902 | 227,229,806 |
| 2027 | $29,421,487 | 0.9224 | 27,138,669 | 254,368,474 |
| 2028 | $29,421,487 | 0.9110 | 26,803,623 | 281,172,098 |
| 2029 | $29,421,487 | 0.8998 | 26,472,714 | 307,644,812 |
| 2030 | $29,421,487 | 0.8887 | 26,145,891 | 333,790,703 |

Table 10

LOSS OF AUTHOR EARNINGS - SCENARIO 1
2019 - 2030

| YEARS | INCOME | DISCOUNT FACTOR | PRESENT VALUE | CUMULATE |
|-------|--------|-----------------|---------------|----------|
| 2019 | $100,000 | 1.0000 | 100,000 | 100,000 |
| 2020 | $0 | 1.0000 | 0 | 100,000 |
| 2021 | $0 | 0.9938 | 0 | 100,000 |
| 2022 | $100,000 | 0.9815 | 98,152 | 198,152 |
| 2023 | $0 | 0.9694 | 0 | 198,152 |
| 2024 | $0 | 0.9574 | 0 | 198,152 |
| 2025 | $100,000 | 0.9456 | 94,561 | 292,713 |
| 2026 | $0 | 0.9339 | 0 | 292,713 |
| 2027 | $0 | 0.9224 | 0 | 292,713 |
| 2028 | $100,000 | 0.9110 | 91,102 | 383,816 |
| 2029 | $0 | 0.8998 | 0 | 383,816 |
| 2030 | $0 | 0.8887 | 0 | 383,816 |

Table 11

LOSS OF AUTHOR EARNINGS - SCENARIO 2
2019 - 2030

| YEARS | INCOME | DISCOUNT FACTOR | PRESENT VALUE | CUMULATE |
|-------|--------|-----------------|---------------|----------|
| 2019 | $250,000 | 1.0000 | 250,000 | 250,000 |
| 2020 | $0 | 1.0000 | 0 | 250,000 |
| 2021 | $0 | 0.9938 | 0 | 250,000 |
| 2022 | $250,000 | 0.9815 | 245,380 | 495,380 |
| 2023 | $0 | 0.9694 | 0 | 495,380 |
| 2024 | $0 | 0.9574 | 0 | 495,380 |
| 2025 | $250,000 | 0.9456 | 236,404 | 731,784 |
| 2026 | $0 | 0.9339 | 0 | 731,784 |
| 2027 | $0 | 0.9224 | 0 | 731,784 |
| 2028 | $250,000 | 0.9110 | 227,756 | 959,539 |
| 2029 | $0 | 0.8998 | 0 | 959,539 |
| 2030 | $0 | 0.8887 | 0 | 959,539 |

# SEG

## Smith Economics Group, Ltd.
### A Division of Corporate Financial Group
*Economics / Finance / Litigation Support*

*Stan V. Smith, Ph.D.*
*President*

## S T A N   V.   S M I T H ,   P H . D .

**Smith Economics Group, Ltd.** -- Consultants and Experts in Economics and Finance. President, 11/85 to present.  Assisted in the successful resolution of thousands of lawsuits on behalf of clients that include many dozens of the nation's largest law firms, the U.S. Department of Justice, as well as thousands of other prominent plaintiff and defense law firms in almost every state.  Firm provides economic and financial consulting and economic legal analysis in federal and state courts on damages of every sort: Business Damages including antitrust damages, patent valuation, breach of contract losses, and others commercial losses; Business Valuations; Personal Injury and Wrongful Death losses including lost wages, benefits, services, and other injury losses; Hedonic Damages;  Wrongful Discharge, defamation and employment discrimination; Identity Theft and other credit damages; Product Liability; Pension Fund Evaluation and Withdrawal liability, Security Losses.

---------------------------------------------------------------

**DePaul University.** -- Adjunct Professor, College of Law, 1990 to 1994.  Created and taught a full three-credit course in Advanced Remedies – Analysis of Economic Damages in Litigation, based on my textbook on Forensic Economics; delivered lectures to other courses in subsequent years.  This was the first course created nationwide in the area of Forensic Economics.

**Ibbotson Associates, Inc.** -- Economic and Financial Consultants.  Principal and Managing Director; Originator of SBBI Subscription Services, 11/81 to 11/85. Firm provides consulting to hundreds of the nation's most prominent money managers, law firms, brokerage firms, and pension funds.

**Seaquest International, Inc.** -- Founder and President, 7/77 to 11/81.  Developed and financed sophisticated research, search, and recovery technologies for ancient underwater artifacts.

**The December Group, Ltd.** -- Investment Banking Consultants.  Associate Economic Analyst 12/74 to 7/77.  Firm specialized in mergers and acquisitions, leveraged buy-outs, divestitures and financing specialized start-ups with venture capital.

**JPMorgan Chase Bank – Chicago.** -- Staff Economist, 3/74 to 12/74.  Analyzed bank credit and service pricing policies.

**Federal Reserve System.** -- Staff Economist at Board of Governors, Washington, D.C. 9/73 to 2/74.

**University of Chicago.** – Adjunct Professor, Public Policy Economics, 3/73 to 6/73. Research Assistant in Economics, 3/70 to 6/73.

**Midlothian Manufacturing Co.** -- Vice President, 9/68 to 3/73.  Responsible for marketing to retail and industrial clients; production control.

# SEG

**EDUCATIONAL BACKGROUND:**

University of Chicago, Chicago IL.  Ph.D. in Economics, 1997; Support Areas in
    Finance and Econometrics.  Honors: Allied Chemical Scholar and Federal Reserve
    Internship.  The University of Chicago is recognized as a world preeminent
    institution for the study of Economics and the home of the Law and Economics
    movement.  Prof. Gary Becker, Nobel 1992, Thesis Advisor; Research Assistant to
    Prof. Eugene Fama, Nobel 2013.

University of Chicago, Chicago, IL.  Master's Degree, 1972, Graduate School of
    Business; Field of Concentration in Economics.

Cornell University, Ithaca, NY.  Bachelor of Science, Operations Research, 1968;
    Field of Concentration in Statistics, Computer Science and Industrial
    Engineering, Honors: John McMullen Scholar.


**PROFESSIONAL ACTIVITIES:**

American Academy of Economic & Financial Experts, Journal of Legal Economics,
    Manuscript Referee, 199x-2008.
American Arbitration Association, Arbitrator, 1994 to 1996;
American Board of Disability Analysts, Professional Advisory Council, 2002 to
    present, Member & Diplomat, 2001 to present;
American College of Forensic Examiners, Fellow, Diplomate and Board Certified
    Forensic Examiner, 1996 to present;
American Economic Association, Member, 1985 to present;
American Finance Association, Member, 1985 to present;
Collegium of Pecuniary Damages Experts, Charter Member, 2008-2011;
Journal of the American Rehabilitation Economics Association: The Earnings
    Analyst, Manuscript Referee, 1998 to 2002;
Journal of Forensic Economics, Board of Editors, 1990 to 2001;
Journal of Forensic Economics, Manuscript Referee, 1990 to 2003;
National Academy of Economic Arbitrators, Founder and Charter Member, 1989 to
    2005;
National Association of Forensic Economics, Vice President, 2000 to 2003, Board
    of Editors, 1990 to 2000, Member, 1988 to present;
National Futures Association's Panel of Arbitrators, Arbitrator, 1994 to
    present;


**PUBLICATIONS:**

Author, "Historical Returns on Investment Instruments," Handbook of Modern Finance
    1985, with Roger Ibbotson and Larry Siegel; Dennis Logue, ed., Warren, Gorham &
    Lamont, New York.
Author, 1988 Supp.to Vol 13, Am Jur Proof of Facts 2d on Hedonic Damages.
Author, "Economist Proposes Relief From Present Value Ruling," Chicago Daily Law
    Bulletin, June 8, 1988.
Author, "Hedonic Damages" Illinois Tort Report, June, 1988. 9209

Smith Economics Group, Ltd.  ■  312-943-1551

# SEG

Author, "Hedonic Damages in Wrongful Death Cases," the ABA Journal, Sept,1988.

Author, "Hedonic Damages," The Audio Lawyer, Vol. 6 No. 8, ALI-ABA, February, 1989.

Author, "The Hedonic Value of Life: Economic Expert Witness Testimony in Injury and Wrongful Death," Expert Evidence Reporter, Vol. 1, No. 1, September 1989, Shepard's McGraw-Hill.

Co-author: Economic/Hedonic Damages: A Practice Book for Plaintiff and Defense Attorneys, with M. L. Brookshire, Anderson Publishing Co., Cinn., Ohio, 1990.

Co-author, "Hedonic Damages and Personal Injury:  A Conceptual Approach," Journal of Forensic Economics, 3(1), 1990, pp. 1-8.

Author, "Hedonic Damages in the Courtroom Setting - A Bridge Over Troubled Waters," Journal of Forensic Economics, 3(3), 1990, pp. 41-49.

Author, "Admissibility of Hedonic Damages Testimony," The Audio Litigator, Vol. 1, No. 1, April, 1990, ALI-ABA.

Author, "Hedonic Damages," with G. Magnarini, Wisconsin Lawyer, Vol. 64, No. 2, February 1991.

Author, "Hedonic Damages: Assessing the Loss of Enjoyment of Life," CaliforniaState Bar Bulletin, Vol. 1, No. 8, June 1991.

Co-author, "Hedonic Damages and Personal Injury: A Conceptual Approach," Journal of Forensic Economics, 3(1), 1990, pp. 1-8; Reprinted in A Hedonics Primer for Economists and Attorneys, Compiled and Edited by John O. Ward, Lawyers & Judges Publishing Co., Chapter 7, pp. 121-129, 1992.

Co-author: 1991/1992 Cumulative Supplement to Economic/Hedonic Damages: A Practice Book for Plaintiff and Defense Attorneys, with M. L. Brookshire, Anderson Publishing Co., Cinn., Ohio, 1992.

Author, "Hedonic Damages in the Courtroom Setting - A Bridge Over Troubled Waters,," Journal of Forensic Economics, 3(3), 1990, pp. 41-49; Reprinted in A Hedonics Primer for Economists and Attorneys, Compiled and Edited by John O. Ward, Lawyers & Judges Publishing Co., Chapter 6, pp. 111-120, 1992.

Author, "Spotting Bias in Plaintiffs' Economic Loss Reports: A Primer for both Sides," Illinois Bar Journal, Vol 80, No. 12, December, 1992, pp. 635-638.

Author, "Life Values: Measuring the Loss of Enjoyment of Life - Economic Analysis whose time has come," The Brief, Summer 1993, Vol. 22, No. 4 pp. 24-27, 62-63, The American Bar Association.

Co-author: 1992/1993 Cumulative Supplement to Economic/Hedonic Damages: A Practice Book for Plaintiff and Defense Attorneys, with M. L. Brookshire and Charles W. de Seve, Anderson Publishing Co., Cinn., Ohio, 1993.

Author, "Evaluating the Loss of Enjoyment of Life - Hedonic Damages," in Charles N. Simkins, ed., Analysis, Understanding and Presentation of Cases Involving Traumatic Brain Injury, National Head Injury Foundation, Wash., DC, 1993.

Author, "Hedonic Damages in Personal Injury and Wrongful Death Litigation," in Gaughan and Thornton, eds. Litigation Economics, Contemporary Studies in Economic and Financial Analysis, Vol 74, JAI Press, Greenwich, CT, 1993.

Author, "Economic Evaluation of the Loss of Enjoyment of Life - Hedonic Damages," in Damages in Tort Actions, Ch. 124, Release 29 - February 1994, Pub. 309, Mathew Bender & Co., New York.

Author, "Measuring the Loss of Enjoyment of Life in Personal Injury Cases - Hedonic Damages," Journal of the Massachusetts Academy of Trial Attorneys, Vol 2, No. 1, July, 1994, pp. 65-67.

# SEG

Author, 3-Part Series, "Two Plus Two Equals -- What?" October, 1994, p. 21; "Detecting Bias in Economics," November, 1994, pp. 14 & 21; "Striving for Economic Fairness," December, 1994, pp. 24-25, California Bar Journal, The Experts.

Author, "Measuring the Loss of Enjoyment of Life in Personal Injury Cases – Hedonic Damages," MTLA News, Vol. 6, No. 4, December, 1994, pp. 3-5, Maine Trial Lawyers Association.

Author, "Hedonic Damages: Measuring The Loss of Enjoyment of Life in Personal Injury Cases," The Prairie Barrister, Vol. 1, No. 1, Winter, 1995, pp. 3, 4, & 12, Nebraska Association of Trial Attorneys.

Author, "Measuring The Loss of Enjoyment of life in Personal Injury Cases in Ohio – Hedonic Damages," Ohio Trial, Vol. 6, Issue 3, Summer 1995, pp. 13- 16, Ohio Academy of Trial Lawyers Education Foundation.

Author, "Measuring The Loss of Enjoyment of Life in Personal Injury Cases – Hedonic Damages," The Advocate, Vol. 22, No. 5, September/October, 1995, pp. 14-16, 22, The Kentucky Academy of Trial Attorneys.

Author, "Damages for the Value of Life," North Dakota Trial Lawyers The Pleader, Vol. 18, No. 4, September 1995, pp. 9-11, 24.

Author, "Hedonic Damages – Measuring The Loss of Enjoyment of Life in Personal Injury Cases," Law Reporter, The Journal of the Hawaii Trial lawyers Association, Vol. 7, No. 9, September 1995, pp. 8-10.

Author, "Measuring The Loss of Enjoyment of Life in Personal Injury Cases in Arizona – Hedonic Damages," Advocate, Arizona Trial Lawyers Association, November 1995, pp. 5, 7, 15.

Co-Author, "Hedonic Damages and Personal Injury: A Conceptual Approach," Journal of Forensic Economics, 3(1), 1990, pp. 1-8; Reprinted in A New Hedonics Primer for Economists and Attorneys, Compiled and Edited by Thomas R. Ireland and John O. Ward, Lawyers & Judges Publishing Co., Reading 25, 1996, pp. 325-334.

Author, "Hedonic Damages – Measuring the Loss of Enjoyment of Life in P.I. Cases," In Brief, Iowa Trial Lawyers Association, Vol. 7/Issue 1, January-February 1996, pp. 13-15.

Author, "Hedonic Damages in Personal Injury and Wrongful Death Litigation," in Gaughan and Thornton, eds. Litigation Economics, Contemporary Studies in Economic and Financial Analysis, Vol 74, JAI Press, Greenwich, CT, 1993; Reprinted in A New Hedonics Primer for Economists and Attorneys, Compiled and Edited by Thomas R. Ireland and John O. Ward, Lawyers & Judges Publishing Co., Reading 3, 1996, pp. 15-36.

Author, "Measuring the Loss of Enjoyment of Life in Personal Injury Cases and Wrongful Death Cases in New Mexico – Hedonic Damages," The New Mexico Trial Lawyer, New Mexico Trial Lawyers' Foundation, Vol. XXIV, No. 3, March, 1996, pp. 1, 60-63.

Author with Introduction by Darrel W. Aherin, "Measuring The Loss of Enjoyment of Life in Personal Injury Cases – Hedonic Damages," Idaho Trial Lawyers Association Journal, Volume 25, Number 2, Summer 1996, pp. 32-36.

Author, "The Value of Life to Close Family Members: Calculating the Loss of Society and Companionship," The New Hedonics Primer for Economists and Attorneys, Second Edition, Edited by Thomas R. Ireland and John O. Ward, Lawyers & Judges Publishing Co., 1996, pp. 377-384.

Author, "Pseudo-Economists – The New Junk Scientists," Federation of Insurance & Corporate Counsel Quarterly, Vol. 47, No. 1, Fall 1996, pp. 95-105.

# SEG

Author with Introduction by Darrel W. Aherin, "Measuring The Loss of Enjoyment of Life in Personal Injury Cases in Idaho - Hedonic Damages," <u>Western Chronicle</u>, N/D 1996, Western Trial Lawyers Association, pp. 32, 35-36.

Author, "Measuring The Loss of Enjoyment of Life in Personal Injury Cases in Washington - Hedonic Damages," <u>Trial News</u>, Vol. 32, Number 5, January 1997, Washington State Trial Lawyers Association, pp. 29-30.

Author, "Jury Verdicts in Drunken Driving Cases," University of Chicago Ph.D. Thesis, UMI Dissertation Services, Ann Arbor, MI, 1997.

Author, "The Value of Life to Close Family Members:  Calculating the Loss of Society and Companionship," <u>American Rehabilitation Economics Association 1997 Monograph</u>, pp. 10-16.

Author, Abstract:  "Jury Verdicts in Drunken Driving Cases," <u>Journal of Forensic Economics</u>, 11(1), 1998, p. 67-68.

Author, "Why Juries Can Be Trusted," <u>Voir Dire</u>, Vol. 5, Issue 3, Summer 1998, American Board of Trial Advocates, pp. 19-21 & 25.

Author, "Measuring The Loss of Enjoyment of Life in Personal Injury Cases - Hedonic Damages," <u>The Neurolaw Letter</u>, Vol. 9, No. 8, April 2000, pp. 45, 48-49.

Author, "Jury Verdicts and the Dollar Value of Human Life," <u>Journal of Forensic Economics</u>, 13(2), 2000, pp. 169-188.

Author, "Hedonic Damages," Izabela Z. Schultz, Douglas O. Brady, Steven Carella, Eds., <u>Psychological Injuries at Trial</u>, Torts Section, American Bar Association, 2003.

Contributor, "Economic Foundations of Injury and Death Damages," Roger T. Kaufman, James D. Rodgers, Gerald D. Martin, Edward Elgar Publishing, Inc., 2005.

Author, "Don't Overlook the Loss of Expanded Family Services," <u>Trial</u>, Vol. 42, No. 3, "Good Counsel" Column, March 2006, pg. 73.

Co-Author, "What is Your Value?" Chapter 2 in <u>Six-Figure Salary Negotiation</u>, Michael Zwell, Platinum Press, 2008.

Co-Author, "Jury Verdicts in Drunken Driving Cases," <u>Review of Law & Economics</u>, Berkeley Press, 2008.

Contributor, "Determining Economic Damages," Gerald D. Martin, James Publishing Inc., 2008 & previous years' editions.

Co-Author, "Estimating the Value of Family Household Management Services: Approaches and Markups," <u>Forensic Rehabilitation & Economics</u>, Vol 3, No. 2, 2010, with David A. Smith and Stephanie R. Uhl, pp. 85-94.

Co-Author, "Credit Damage: Causes, Consequences and Valuation," <u>Forensic Rehabilitation & Economics</u>, Vol 4, No. 1, 2011, with David A. Smith and Stephanie R. Uhl, pp. 27-32.

Co-Author, "Reply to Tinari's Comment on 'Estimating the Value of Family Household Management Services: Approaches and Markups,'" <u>Forensic Rehabilitation & Economics</u>, Vol 4, No. 1, 2011, with David A. Smith and Stephanie R. Uhl, pp. 37-38.

Co-Author, "A Response to Jayne's Comment on 'Estimating the Value of Family Household Management Services: Approaches and Markups,'" <u>Forensic Rehabilitation & Economics</u>, Vol 4, No. 1, 2011, with David A. Smith and Stephanie R. Uhl, pp. 39-40.

Co-Author, "A Reply to Mr. Climo's Credit Damage Comment," <u>Forensic Rehabilitation & Economics</u>, Vol 5, No. 1, 2012, with David A. Smith and Stephanie R. Uhl, pp. 75-76.

# SEG

Contributor, "Lost Earnings Report: Economist Expert," <u>How To Write An Expert Witness Report</u>, James J. Mangraviti, Jr., Steven Babitsky, Nadine Nasser Donovan, SEAK, Inc, The Expert Witness Training Company, 2014, pp. 527-542.

Author, "Economic Damages in Nevada," <u>Vegas Legal Magazine</u>, Vol 1, Issue 1, Summer 2015, pp. 24-25.

Author, "Economic Damages in Nevada," REPRINT, <u>Vegas Legal Magazine</u>, Fall 2016, pp. 31-32.

Author, "What Is a Wife Worth?" <u>Vegas Legal Magazine</u>, Winter 2017, pp. 34-35.

Author, "What Is Your Earning Capacity?" <u>Vegas Legal Magazine</u>, Spring 2017, pp.26-27.

Author, "Partially Disabling Injuries," <u>Vegas Legal Magazine</u>, Summer 2017, pp. 26-27.

Co-Author, "Credibility & Bias in Economic Experts," <u>Vegas Legal Magazine</u>, Winter 2017, pp. 28-29.

Co-Author, "Credit Damages," <u>Vegas Legal Magazine</u>, Spring 2018, pp. 28-29.

Co-Author, "Defamation" <u>Vegas Legal Magazine</u>, Summer 2018, pp. 26-27.

Co-Author, "Economics is Not Fair!" <u>Vegas Legal Magazine</u>, Fall 2018, pp. 20-21.

Co-Author, "Speculative Damages v. Imprecision: Are They the Same?" <u>Vegas Legal Magazine</u>, Spring 2019, pp. 24-25.

---

Creator and founder of Ibbotson Associates' <u>Stocks, Bonds, Bills, and Inflation</u> (SBBI) Yearbook, Quarterly, Monthly, and SBBI/PC Services. SBBI is generally regarded by academics in the field of finance as the most widely accepted source of statistics on the rates of return on investment securities. SBBI was originally published by Ibbotson Associates, then by Morningstar, Inc., and is now currently published by Duff & Phelps. The original SBBI series generated what became a six-book set universally used for business valuation, and currently available on an online platform. These data series are widely relied upon and regarded as the most accepted and definitive scholarly references by the academic, actuarial and investment community, and in courts of law. All three publishers of the SBBI series acknowledge me as the founder in 1983, for my "invaluable role" as having "originated the idea" of SBBI, which I then implemented while Managing Director at Ibbotson Associates.

---

## PROFILES:

<u>The Wall Street Journal</u>, page 1 feature article with photo;
<u>The Best Lawyer's in America: Directory of Expert Witnesses</u>;
<u>National Law Journal</u>, page 1 feature article with photo;
<u>Who's Who in the World</u>;
<u>Who's Who in America</u>;
<u>Who's Who in Finance and Industry</u>;
<u>Who's Who in Science and Engineering</u>;
<u>Who's Who in the Midwest</u>;
<u>Who's Who of Emerging Leaders of America</u>;
<u>Chicago Daily Law Bulletin</u>, page 1 feature article;
<u>Chicago Reader</u>, Section 1 feature article with photo;

# SEG

Like Judgment Day:  The Ruin and Redemption of A Town Called Rosewood, D'Orso, Michael, 1996, Pg. 237.


## NATIONAL PRESENTATIONS:

Arizona: Brain Injury Association 13th Annual Conference for Attorneys, Phoenix, September 16, 1999;

California: American Bar Association Annual Meeting, San Francisco, August 10, 1992;

California: American Trial Lawyers Association 2005 Winter Convention, "Making Tangible the Intangible: Replacement Household/Family Services", Palm Springs, January 29, 2005;

Canada: Association of Trial Lawyers of America Annual Meeting, Economic Damages, Toronto, 1991;

District of Columbia: Larry King Live, Washington, May 22, 1989;

District of Columbia: National Institute for Trial Advocacy (NITA), Seventh Annual Washington DC Masters Advocacy Program, "Direct and Cross Examination of an Economic Witness," Washington, October 15, 1991;

District of Columbia: National Association. of Protection & Advocacy Systems, Inc., 19th Annual Conference, "Assessment and Proof of Damages," Washington, May 30, 1996;

District of Columbia: American Bar Association Annual Meeting, Washington, TIPS Aviation and Space Law, "Beyond the Horizon: What's Next in Aviation and Space Law Litigation," October 18, 2013;

Florida: Association of Trial Lawyers of America 1992 Winter Convention, Boca Raton, "Cutting Edge Developments in Economic Testimony," January 15, 1992;

Florida: Brain Injury Association 10th Anniversary Trial Lawyers Conference, Palm Beach, September 19, 1996;

Florida: National Association of Consumer Advocates, 2003 NACA-FCRA Conference, Building on Our Success, Panel of Experts, "What the Experts Have Learned, A View From the Witness Box," Orlando, March 9, 2003;

Georgia: National Academy of Economic Arbitrators Annual Meeting, Differences in Economic Assumptions in Personal Injury Wage Calculations, Atlanta, December, 1989;

Georgia: National Association of Forensic Economics Annual Meeting, Value of Life, Atlanta, December, 1989;

Hawaii: American Bar Association Annual Meeting in Honolulu, HI, Speaker and Expert Witness at Mock Trial, Honolulu, August, 1989;

Idaho: Inner Circle of Advocates Annual Meeting, Sun Valley, August, 1989;

Illinois: University of Chicago 1982 Annual Management Conference on Venture Capital;

Illinois: National Association of Consumer Advocates, 2009 NACA-FCRA Fair Credit Reporting Act Conference, "Credit Damages: How to Estimate Them," Chicago Hyatt Regency, May 9, 2009;

Illinois: American Rehabilitation Economics Association Annual Conference, "Hedonic Damages:  A Basic Approach," Chicago, June 13, 2009;

Illinois: National Association of Consumer Advocates, 2010 NACA Auto Fraud Litigation Conference, Credit Damages: How to Estimate Them," Chicago Hyatt Regency, May 16, 2010;

Illinois:  SEAK 19th Annual National Expert Witness Conference, "Handling the Toughest Questions:  Depositions and Trial," Rosemont, June 25, 2010;

# SEG

Illinois: National Consumer Law Center 20th Annual Consumer Rights Litigation Conference, "Expert Witnesses at Trial – Handling Experts in the Courtroom," Fairmont Chicago Millennium Park Hotel, November 5, 2011;

Internet: Credit Bureau Strategy Consulting, Webinar Presentation, "The Economics of Credit Damage," September 14, 2009

Louisiana: American Bar Association, National Institute Transportation Megaconference, New Orleans, March 5, 1993;

Louisiana: Defense Research Institute, Medical Malpractice Seminar, New Orleans, May 6, 1994;

Louisiana: Association of Trial Lawyers of America 2001 Winter Convention, Litigation at Sunrise, "Measuring the Loss of Enjoyment of Life in Personal Injury Cases -- Hedonic Damages Over the Last Ten Years," New Orleans, February 12, 2001;

Louisiana: National Association of Consumer Advocates, 2005 NACA-FCRA Conference, "Litigating Accuracy Issues with Furnishers of Credit Data," Speaker on Economic Damages, New Orleans, June 5, 2005;

Louisiana: National Association of Minority and Women-Owned Law Firms, Trials Practice Area Committee Session: Challenging Experts? "Tactics for Mastering Expert Examinations," New Orleans, February 21, 2016;

Louisiana: National Association of Minority and Women-Owned Law Firms, Emerging Leaders Session: Ready for Action? "Hone Your Expert Cross Examination Techniques," New Orleans, February 22, 2016;

Michigan: Northwest #255 Air Disaster Steering Committee Meeting, Detroit, June, 1989;

Nevada: American Rehabilitation Economics Association Conference, Mock Trial Presided by Nevada Supreme Court Justice William Maupin, Reno, May 15, 1999;

Nevada: National Association of Consumer Advocates, 2006 NACA-FCRA Conference, "Experts on Damages," Washington, May 6, 2006;

Nevada: National Association of Consumer Advocates, 2006 NACA-FCRA Conference, "Breakfast with the Stars," Washington, May 7, 2006;

Nevada: Brain Injury Association of America; Mastering the Science and Trial Strategies, "Making Tangible the Intangible: Expanding the Traditional Measures," Las Vegas, April 4, 2008;

Nevada: Internet Law Leadership Summit at Aria Resort & Casino, "Calculating Complex Financial Damages," Las Vegas, November 30, 2012;

New York: Eastern Economic Association Annual Conference, "Estimating the Value of Family Household Management Services: Approaches and Markups," New York City, February 28, 2009;

New York: Eastern Economic Association Annual Conference, "Credit Damage: Causes, Consequences and Valuation," New York City, February 28, 2009;

Oregon: National Crime Victim Law Institute at Lewis & Clark Law School, Ninth Annual Crime Victim Law Conference, Due Process for Victims: Meaningful Rights in Every Case, Portland, June 11, 2010;

Pennsylvania: Swiss Re American Annual Claims Conference, "Looking to the Third Millennium," Hershey, June 3, 1996;

Texas: MADD Advanced Victim Assistance Institute Seminar, Dallas, November 12, 1994;

Texas: National Norplant Litigation Conference 1995, Houston, June 22, 1995.

Texas: American Rehabilitation Economics Association Annual Conference, "Hedonic Damages for Dummies," Austin, June 23, 2018.

# SEG

**REGIONAL PRESENTATIONS:**

Hawaii: Western Trial Lawyers Association 1994 Annual Convention, "Making it Work-Trial Practice in the 90's," Maui, June 16, 1994;

Illinois: GSA Seminar "Selling your Business", Chicago, October, 1987;

Illinois: Society of Trial Lawyers, "How to Depose an Economist," Chicago, May 7, 2009;

Louisiana: Southern Trial Lawyers Association Annual Meeting, New Orleans, 1988;

Louisiana: Southern Trial Lawyers Association 1996 Mardi Gras Conference, ATLA Traumatic Brain Injury Litigation Group, "Economic Implication of a Closed Head Injury," New Orleans, February 18, 1996;

Michigan: Advocacy Institute, Continuing Legal Education, 46th Annual Seminar, "Wrongful Death of an Older Person," Ann Arbor, May 12, 1995;

Michigan: Lorman Education Services, "Direct Examination of Experts in a Traumatic Brain Injury Case," Novi, August 21, 1997;

Michigan: Lorman Education Services, "Direct Examination of Experts in a Traumatic Brain Injury Case," Livonia, August 26, 1998;

New York: Eastern Finance Association Special Session on Pension Fund Asset Reversions, 1985;

New York: American Reinsurance Company for Senior Claims Executives Annual Meeting, August, 1989;

Ohio: Anderson Publishing Co., Proof of Economic Damages Seminar, Cincinnati, November 2, 1990.

**STATEWIDE PRESENTATIONS:**

California: Arizona State Bar Fourth Annual "CLE By The Sea," San Diego, July 22-23, 1994;

Connecticut Trial Lawyer Association, "All About Experts," Hartford, November 21, 1992;

Florida State Bar Association, National Institute of Trial Advocacy (NITA), Advanced Trial Advocacy Seminar, Speaker and Expert Witness at Mock trial on Economic Damages, Gainesville, May 14, 1991;

Georgia Brain Injury Association & Institute of Continuing Legal Education in Georgia, "Hedonic Damages: Proving Loss of Enjoyment of Life in Non-Fatal Injury Cases," Atlanta, March 29, 2002;

Idaho Trial Lawyers Association Annual Meeting, Twin Falls, February 23, 1996;

Illinois State Bar Association CLE Series, April, 1989;

Illinois: Insurance Group of the Union League Club of Chicago, "Toward A More Rational Approach to Liability Judgments," Chicago, March 19, 1991;

Indiana State Bar Association Annual Meeting, October, 1989;

Indiana Trial Lawyers Association Annual Meeting, November 30, 1990;

Indiana State Bar Association "Masters in Trial" Spring Meeting, South Bend, April 18, 1997;

Iowa Trial Lawyers Association Annual Meeting, Des Moines, November 5, 1993;

Kentucky Academy of Trial Attorneys Damages Seminar, Louisville, August 18, 1995;

Louisiana Trial Lawyer Association, Baton Rouge, "Winning with Experts" Seminar, November 10, 1989;

Louisiana Trial Lawyer Association, "Winning With the Masters" Seminar, New Orleans, November 21, 1995;

Smith Economics Group, Ltd.   ▪   312-943-1551

# SEG

Louisiana Trial Lawyer Association, "Winning With the Masters" Seminar, New Orleans, December 10, 1997;

Massachusetts Trial Lawyers Association, "Learn From the Experts," Boston, October 9, 1992;

Massachusetts Trial Lawyers Association Annual Meeting, Boston, October 29, 1993;

Michigan Trial Lawyers Association Annual Meeting, Wrongful Death Damages, May, 1990;

Michigan Head Injury Alliance Fifth Annual Seminar on Closed Head Injury, Detroit, March 24, 1994;

Michigan Head Injury Alliance Sixth Annual Seminar on Closed Head Injury, Detroit, March 23, 1995;

Michigan Head Injury Alliance Seventh Annual Seminar on Closed Head Injury, Detroit, March 28, 1996;

Michigan Head Injury Alliance Eighth Annual Seminar on Closed Head Injury, Detroit, March 27, 1997;

Michigan, Institute of Continuing Legal Education, "The Name of the Game is Damages--Plaintiff and Defense Strategies in Negligence and Employment Cases," Troy, July 20, 2000;

Michigan Trial Lawyers Association Winter Seminar, "Hedonic Damages and Other Special Economic Issues," Gaylord, February 24, 2001;

Michigan Trial Lawyers Association 13th Annual Seminar in the Snow, Litigation Strategies and Techniques, "Loss of Society and Household Companionship and Advisory Services," Bellaire, February 22, 2003;

Mississippi Trial Lawyers Association Annual Convention, "Shooting Stars Seminar," Biloxi, May 19, 1995;

Mississippi Trial Lawyers Association Annual Convention, "Taking Your Recovery to the Next Level: Hedonic Damages," Biloxi, May 10, 2001;

Mississippi: Arkansas Trial Lawyer Association "Maximizing Damages in the Personal Injury Case," Tunica, MS, October 24, 2003;

Missouri: Kansas Trial Lawyers Association Annual Meeting, Kansas City, December 8, 1990;

Missouri State Bar Annual Meeting, Kansas City, September 19, 1996;

Missouri State Bar CLE Seminar, Proving Damages in Catastrophic Injury Cases, "Hedonic Damages after September 11th and An Economist's View on Proving Economic Damages," Kansas City, April 19, 2002;

Missouri State Bar CLE Seminar, Proving Damages in Catastrophic Injury Cases, "Hedonic Damages after September 11th and An Economist's View on Proving Economic Damages," St. Louis, May 9, 2002;

Montana Trial Lawyer Association Fourth Annual Convention, "Proving The Intangible (Hedonic) Value of Human Life," Whitefish, July 23, 1993;

Montana Trial Lawyer Association Seventh Annual Convention, Seminar of the Masters, Polson, August 1, 1996;

Montana Trial Lawyer Association Spring Seminar, Scientific Evidence, "Making Tangible the Intangible: Loss of Enjoyment of Life, and Society & Companionship Damages," Billings, April 25, 2003;

Nevada: Required Medical and Legal Education for the Traumatic Brain Injury Case, "9/11 Victim Compensation Fund Hedonic Damages: Implications for the State of Nevada," Las Vegas, October 25, 2002;

New Hampshire Trial Lawyer Association, "Secrets & Strategies of Trial Law," Concord, October 8, 1993;

New Mexico Trial Lawyers Association Annual Meeting, Economic Damages, Santa Fe, June 22, 1991;

2133

# SEG

New Mexico Trial Lawyers Foundation Damages Seminar, Albuquerque, October 11, 1996;

North Carolina, Brain Injury Association of NC, First Annual Trial Lawyers Conference, "The Use of Expert Testimony in Brain Injury Litigation," Charlotte, January 26, 1996;

North Carolina, Brain Injury Association of NC, Second Annual Trial Lawyers Conference, "The Loss of Enjoyment of Life in Personal Injury – Hedonic Damages," Charlotte, January 24, 1997;

North Dakota Trial Lawyers Association, Annual Meeting Trial Practice Seminar, Fargo, May 4, 1995;

Ohio Association of Trial Lawyers Annual Meeting, Speaker and Expert Witness at Mock Trial on Wrongful Death Damages, Toledo, April, 1990;

Ohio Head Injury Association, "Representing the Survivor of Mild Head Injury," Annual Seminar, Columbus, June 3, 1994;

Pennsylvania: Philadelphia Trial Lawyers Association CLE Lecture Series, March 17, 1993;

South Dakota Trial Lawyers Association Spring Seminar, April, 1989;

Texas Trial Lawyers Association, Medical Malpractice Seminar, Wrongful Death Damages, Houston, May, 1990;

Washington State Trial Lawyers Annual Meeting & Convention, Stevenson, July 11, 1998;

Wisconsin Association of Trial Lawyers Annual Meeting, Wrongful Death Damages, Door County, July, 1990;

Wisconsin Brain Injury 2nd Annual Seminar, "Identifying and Understanding Traumatic Brain Injury," Green Lake, May 31, 1997.


**LOCAL PRESENTATIONS:**

Alaska: Alaska Trial Lawyers Association, Anchorage, August, 1989;

California: "Value of Life:  Dismal Science from the Courtroom, "Economics Department Workshop Colloquium, Pomona College, Claremont, April 17, 2006;

Illinois: Chicago North Suburban Bar Association, May, 1988;

Illinois: Chicago Advocates Society, June, 1988;

Illinois: Northwest Chicago Suburban Bar Association, January, 1989;

Illinois: Chicago Public Radio, WBEZ, February, 1989;

Illinois: DuPage County, Bar Association, Chicago, May, 1989;

Illinois: Sangamon County Trial Lawyers Association, Springfield, May, 1989;

Illinois: McHenry County Bar Association, Chicago, May, 1989;

Illinois: Chicago Bar Association Wrongful Death Seminar, Wrongful Death Damages, February, 1990;

Illinois: Chicago Bar Association Torts Seminar, Defense Perspectives on Economic Damages, January 21, 1991;

Illinois: Chicago Bar Association, Wrongful Death Seminar, February 11, 1993;

Illinois: Chicago Bar Association Effective Direct and Cross-Examination of Expert Witnesses – A Demonstration, January 9, 1995;

Illinois: Interstate National Corporation, "Cutting Edge Developments on Economic Damages – Defense Perspectives", Chicago, August 2, 1995;

Illinois: Interstate National Corporation, "Cutting Edge Developments on Economic Damages – Defense Perspectives", Chicago, September 2, 1997;

# SEG

---

Illinois: Cassiday Schade & Gloor, "Catastrophic Damages...They're Back! –
    Limiting Damages After the Invalidation of Tort Reform," Chicago, November 18,
    1998;
Illinois: Law Bulletin Publishing Company, Legal Career Day, Economic Outlook
    for Lawyer Employment, Chicago, April 13, 2004;
Illinois: Fox News Contributor WFLD TV, October 10 and October 15, 2008;
    February 25, March 24, April 10, April 20, June 17, August 3, August 26 and
    October 19, 2009;
Michigan: American Radio Network, WFOX, Detroit, January, 1989;
Michigan: Oakland County Bar Association Negligence Committee, Bloomfield Hills,
    November 5, 1996;
Ohio: Hamilton County, Bar Association Seminar on Economic Damages, Cincinnati,
    January 31, 1991.

**TELEVISION/VIDEO PRESENTATIONS**

American Bar Association Tort and Insurance Practice Section Annual
    Meeting, "Hedonic Damages," San Francisco, CA, August 10, 1992;
American Law Institute-American Bar Association, ALI-ABA Tape,
    "Hedonic Damages:  Litigating the Loss of Enjoyment of Life," <u>The Lawyers'</u>
    <u>Video Magazine</u>, Vol. III Issue 20, Philadelphia, PA, December, 1991;
CNN: Larry King Live, May 22, 1989.

**PERSONAL BACKGROUND:**

Born November 16, 1946, Rhinelander, Wisconsin;
Graduated Nicolet High School 1964, Milwaukee, Wisconsin;
Honorable Discharge U.S. Army, 1975;
Member of Chicago Board Options Exchange, 1975-1978;
Trustee, Wright Graduate University;
Board Member, Wright Foundation.

**LIST OF CASES OVER THE LAST FOUR YEARS WHEREIN**
**STAN V. SMITH HAS TESTIFIED AS OF 1/25/2021**

| Case Name | Court | Case Number | Law Firm | Date |
|---|---|---|---|---|
| Smith v. Keyport Liquor | Superior Court of New Jersey, Law Division - Monmouth County | MON-L-1412-19 | Hanus & Parsons, Middletown, NJ | 01-21-2021 |
| Tsisyk v. Schneider, et al. | United States District Court, Western District of Oklahoma | 5:14-cv-00386-R | Tawwater Law Firm, Oklahoma City, OK | 01-21-2021 |
| Polk v. Grumet | United States District Court, District of Nevada (Las Vegas) | 2:19-cv-01636-JAD-VCF | Powell Law Firm, Las Vegas, NV | 01-20-2021 |
| Perry/Smith v. Mosaic Residential Inc. | District Court for Harris County, Texas, 127th District Court | 2019-76154 | Arnold & Itkin, Houston, TX | 01-20-2021 |
| Devine v. XPO Logistics Freight, Inc. | United States District Court, Northern District of Illinois, Eastern Division | 18 cv 1264 | Woodruff Johnson & Evans, Aurora, IL | 01-19-2021 |
| Carlini, Sr. v. Atlas Van Lines, et al. | Circuit Court of the Twelfth Judicial Circuit, Will County, Illinois | 15 L 000358 | Burnes & Libman, Chicago, IL | 01-18-2021 |
| Powers/Zak v. Sofocleous, et al. | United States District Court for the Southern District of New York | 1:20-cv-02625 | Hendler Flores Law, Austin, TX | 01-14-2021 |
| Rothman v. Bretschneider | Second Judicial District Court for the State of Nevada, County of Washoe | CV18-02481, Dept No. 15 | Brazelton Law, Reno, NV | 01-13-2021 |
| Oden, et al. v. Kelly, et al. | Twentieth Judicial District, District Court, Rice County, Kansas, Civil Department | 2018-CV-26 | Wagstaff & Cartmell, Kansas City, MO | 01-13-2021 |
| Savino, DO v. Indiana Urgent Care Physician Group, LLC | United States District Court for the Southern District of Indiana, Indianapolis Division | 1:19-cv-2163 | Betz & Blevins, Indianapolis, IN | 01-12-2021 |
| Thompson v. United States of America | United States District Court, Southern District of Illinois | 3:18-CV-1520 | Walker Law Office, Granite City, IL | 01-08-2021 |
| Goss v. Slavin, M.D., et al. | Circuit Court of Cook County, Illinois, County Department - Law Division | 18 L 4606 | Mossing & Navarre, Chicago, IL | 01-04-2021 |
| James/Phiffer v. Irwin, et al. | Circuit Court of Cook County, Illinois, County Department - Law Division | 2017-L-006939 | Loggans & Associates, Chicago, IL | 12-16-2020 |
| Disantis v. C&W Facility Services, Inc. | Circuit Court of Cook County, Illinois, County Department - Law Division | 2018 L 012739 | Anesi Ozmon, Chicago, IL | 12-15-2020 |
| McCaley/McCalley v. Petrovic, M.D. | Circuit Court of Cook County, Illinois, County Department - Law Division | 2018 L 5925 | Loggans & Associates, Chicago, IL | 12-15-2020 |
| Jeffress v. Trinity Industries, Inc., et al. | Circuit Court of Missouri, Twenty-First Judicial Circuit, St. Louis County, Missouri | 19SL-CC04435 | Langdon & Emison, Lexington, MO | 12-14-2020 |
| Graves v. 3M Company | State of Minnesota, County of Hennepin, District Court, Fourth Judicial District | 27-CV-19-19916 | Schwebel Goetz & Sieben, Minneapolis, MN | 12-14-2020 |
| Mesa v. Schindler Elevator Corporation | District Court, Clark County, Nevada | A-16-745747-C, Dept No. XXXII | Bochanis Law Office, Las Vegas, NV | 12-11-2020 |
| Mills v. Taragon Summit Ridge Lewisville, et al. | County Court at Law No. 1, Dallas County, Texas | CC-19-06948-A | Arnold & Itkin, Houston, TX | 12-10-2020 |
| Burton/Foster v. Bristol-Myers Squibb Company, et al. | United States District Court, Northern District of Florida, Pensacola Division | 3:16-md-2734 | Goldenberg Law, Minneapolis, MN | 12-09-2020 |
| Whitmore v. Spectrum Health Hospitals | State of Michigan in the Circuit Court for the County of Kent | 20-01609-NH | Buchanan & Buchanan, Grand Rapids, MI | 12-02-2020 |
| Fletcher v. Whittington, et al. | United States District Court for the Western District of Louisiana (Shreveport) | 5:18-cv-01153-SMH-KLH | Jacob Litigation, Mechanicsburg, PA | 12-02-2020 |
| Blankenship v. McLaughlin, et al. | United States District Court, Eastern District of Virginia, Alexandria Division | 1:20-cv-00429 | Early Sullivan Wright Gizer & McRae, Los Angeles, CA | 12-01-2020 |
| Marshall v. Henkels & McCoy, Inc., et al. | Superior Court of New Jersey, Law Division - Middlesex County | MID-L-6247-17 | Brach Eichler, Roseland, NJ | 11-20-2020 |
| Newson/West v. Hayes, M.D., et al. | Circuit Court of Cook County, Illinois, County Department - Law Division | 2017 L 003695 | Loggans & Associates, Chicago, IL | 11-19-2020 |
| Tamton v. Advocate Christ Hospital, et al. | Circuit Court of Cook County, Illinois, County Department - Law Division | 17 L 12380 | Watts Guerra, San Antonio, TX | 11-17-2020 |
| Smith v. Bristol-Myers Squibb Co., et al. | U.S. District Court, Northern District of Florida, Pensacola Division | 3:17-cv00474 | Kirtland & Packard, Redondo Beach, CA | 11-16-2020 |
| Chandler-Tonstad v. Bristol-Myers Squibb Company, et al. | U.S. District Court, Northern District of Florida, Pensacola Division | 3:18-cv-01302 | Kirtland & Packard, Redondo Beach, CA | 11-13-2020 |
| Ray-Rouser vs. Hernandez/Century Towing | District Court, Clark County, Nevada | A-19-788335-C | Powell Law Firm, Las Vegas, NV | 11-12-2020 |
| Hutt, et al. v. Bristol-Myers Squibb Company, et al. | U.S. District Court, Northern District of Florida, Pensacola Division | 3:17-cv-00634-MCR-GRJ | Bernheim Kelley Battista & Bliss, Plymouth, MA | 11-11-2020 |
| Spiekhout v. Pekin Insurance | American Arbitration Association | Z41-102 | Thiesen & Roche, Wheaton, IL | 11-04-2020 |
| Moon v. Steelberg, M.D., et al. | Eighteenth Judicial District, District Court, Sedgwick County, Kansas Civil Department | 2019-CV-2503 | Napoli Shkolnik, Overland Park, KS | 11-03-2020 |
| Errant Gene Therapeutics LLC v. Sloan-Ketttering Institute for Cancer Research, et al. | Supreme Court of the State of New York, County of New York | 150856/2017 | McCue Sussmane Zapfel & Cohen, New York, NY | 10-30-2020 |
| Agwomoh v. Village of Dolton, et al | Circuit Court of Cook County, Illinois, Law Division | 18 L 2677 | Motherway & Napleton, Chicago, IL | 10-29-2020 |

**LIST OF CASES OVER THE LAST FOUR YEARS WHEREIN**
**STAN V. SMITH HAS TESTIFIED AS OF 1/25/2021**

| Case Name | Court | Case Number | Law Firm | Date |
|---|---|---|---|---|
| Gamze v. Seibel | Circuit Court of Cook County, Illinois, Law Division | 2017-L-007185 | Patterson Law Firm, Chicago, IL | 10-28-2020 |
| Driscoll v. Castellanos, et al. | U.S. District Court, for the District of New Mexico | 1:19-cv-00527-JCH-KK | Langdon & Emison, Chicago, IL | 10-27-2020 |
| Wood v. PACCAR Inc. et al. | U.S. District Court, Northern District of Iowa, Eastern Division | 2:19-CV-1010 | Crowley & Prill, Burlington, IA | 10-26-2020 |
| Jones Martin v. United States of America | U.S. District Court, District of Nevada | 2:18-cv-02392-GMN-VCF | Powell Law Firm, Las Vegas, NV | 10-21-2020 |
| Martinez vs. James River Insurance Company | U.S. District Court, District of Nevada | 2:19-cv-00603-JAD-NJK | Powell Law Firm, Las Vegas, NV | 10-20-2020 |
| Pym v. Ford Motor Company, et al. | Circuit Court of Missouri, Twenty First Judicial Circuit (St. Louis County) | 19SL-CC00857 | Langdon & Emison, Lexington, MO | 10-14-2020 |
| Rosas/Godinez v. Level Construction, Inc. | Circuit Court of Cook County, Illinois, County Department, Law Division | 2018 L 008625 | Cogan & Power, Chicago, IL | 10-06-2020 |
| Trepeta v. National Consumer Telecom and Utilities Exchange, Inc., et al. | United States District Court, Eastern District of Virginia, Norfolk Division | 2:19-cv-00405-MSJ-LRL | Consumer Litigation Associates, Newport News, VA | 10-05-2020 |
| DeLap v. Boone, M.D., et al. | Circuit Court of 17th Judicial Circuit, Winnebago County, Illinois | 17 L 140 | Cogan & Power, Chicago, IL | 10-02-2020 |
| Fernandez v. Debt Assistance Network, LLC ("DAN") | United States District Court for the Southern District of California | 3:19-cv-01442-MMA-JLB | Kazerouni Law Group, Costa Mesa, CA | 09-30-2020 |
| Lietzow v. Village of Huntley et al | U.S. District Court, Northern District of Illinois, Eastern Division | 17-cv-05291 | Dvorak Law Office, Willowbrook, IL | 09-29-2020 |
| Burlew v. Shop Rite, et al. | Superior Court of New Jersey, Monmouth County | MON-L-4318-18 | Hanna Law Office, Manasquan, NJ | 09-28-2020 |
| Warner v. CCS/Wellpath, et al. | United States District Court, Southern District of Indiana, Indianapolis Division | 1:19-cv-00774-RLY-MJD | Eskew Law Office, Indianapolis, IN | 09-28-2020 |
| Watkins/Green v. United States of America, et al. | United States District Court, Northern District of Illinois, Eastern Division | 18-cv-4142 | Cogan & Power, Chicago, IL | 09-24-2020 |
| Lipps v. Central DuPage Hospital Association | Circuit Court of Cook County, Illinois, County Department - Law Division | 19 L 005371 | Motherway & Napleton, Chicago, IL | 09-21-2020 |
| Dugger v. BNSF Railway Company | District Court of Box Butte County, Nebraska | CI1849 | High & Younes, Omaha, NE | 09-18-2020 |
| Lugg v. Sutton, et al. | United States District Court for the Central District of Illinois, Peoria Division | 18-cv-1412-JES-JEH | Katz Nowinski, Moline, IL | 09-17-2020 |
| Jones v. Ohio/Oklahoma Hearst Television, Inc. | District Court of Oklahoma County, State of Oklahoma | CJ-2017-4274 | Burch George & Germany, Oklahoma City, OK | 09-16-2020 |
| Stambaugh v. Indiana Department of Insurance | State of Indiana, County of Miami in the Miami County Circuit Court | 52C01-2005-CT-000326 | Rothberg Logan & Warsco, Fort Wayne, IN | 09-15-2020 |
| Doe v. First Presbyterian Church of Plymouth, MI | State of Michigan In the Third Circuit Court, Wayne County | 19-000088-NO | Fierberg National Law Group, Traverse City, MI | 09-15-2020 |
| Martinez v. Sorenson, et al. | District Court, Clark County, Nevada | A-19-798555-C, Dept No. 11 | Injury Lawyers Nevada, Las Vegas, NV | 09-14-2020 |
| Dugger v. BNSF Railway Company | District Court of Box Butte County, Nebraska | CI1849 | High & Younes, Omaha, NE | 09-14-2020 |
| Seymour/Mankin v. Lewis & McCorry PC | State of Michigan in the Circuit Court for the County of Kent | 19-08339-NH | Buchanan & Buchanan, Grand Rapids, MI | 09-04-2020 |
| Myers/Saterlee v. Land 'N' Sea Distributing, Inc. | United States District Court, Northern District of Indiana, Fort Wayne Division | 1:18-CV-00187-TLS-SLC | Theisen & Associates, Fort Wayne, IN | 09-01-2020 |
| Davis v. Suburban Hospital, Inc. et al. | Circuit Court for Montgomery County, Maryland | 474907-V | Bekman Marder & Adkins, Baltimore, MD | 09-01-2020 |
| White v. Mejia, et al. | District Court, Clark County, Nevada | A-18-780344-C, Dept No. XXIII | Paternoster Law Group, Las Vegas, NV | 08-31-2020 |
| Sorge v. FCA US, LLC, et al. | Circuit Court of Jackson County, Missouri at Independence | 1816-CV20409, Div 12 | Langdon & Emison, Chicago, IL | 08-27-2020 |
| Lewis v. A.W. Chesterton Company, et al. | State of Indiana, Marion County Superior Court, Civil Division | 49D12-1911-MI-047874 | Maune Raichle Hartley French & Mudd, St. Louis, MO | 08-25-2020 |
| Price v. UBS Financial Services, Inc. | United States District Court, District of New Jersey, Newark Division | 1701882 (WJM-MF) | Henrichsen Law Group, Jacksonville, FL | 08-13-2020 |
| Howe, et al. v. Tri-Energy, et al. | District Court, South Central Judicial District, State of North Dakota, County of Burleigh | 08-2018-CV-02789 | Beattie Law Firm, Des Moines, IA | 08-11-2020 |
| Polanco Urena/Urena-Valverde v. Vitex Extrusion, LLC. | United States District Court, District of New Hampshire | 18-cv-1019-JL | Bagolie Friedman, Jersey City, NJ | 08-06-2020 |
| Heartwise, Inc. v. Nutrigold, Inc. | United States District Court, District of Utah, Central Division | 2:13-cv-00982-DAK | Magleby Cataxinos & Greenwood, Salt Lake City\UT | 07-30-2020 |

**LIST OF CASES OVER THE LAST FOUR YEARS WHEREIN**
**STAN V. SMITH HAS TESTIFIED AS OF 1/25/2021**

| Case Name | Court | Case Number | Law Firm | Date |
|---|---|---|---|---|
| Myers/Saterlee v. Land 'N' Sea Distributing, Inc. | United States District Court, Northern District of Indiana, Fort Wayne Division | 1:18-CV-00187-TLS-SLC | Theisen & Associates, Fort Wayne, IN | 07-29-2020 |
| Stallworth v. Estate of Stanius | Circuit Court of Cook County, Illinois, County Department - Probate Division | 19 P 008267 | Latimer LeVay Fyock, Chicago#IL | 07-29-2020 |
| Lee v. Dennison, et al. | United States District Court, District of Nevada | 2:19-cv-01332-KJD-DJ | Powell Law Firm, Las Vegas, NV | 07-22-2020 |
| Ghaisar v. United States of America | United States District Court, Eastern District of Virginia, Alexandria Division | 1:19-cv-01224 | Harris Wiltshire & Grannis, Washington, DC | 07-21-2020 |
| Guthmiller v. Ocwen Loan Servicing, LLC. | United States District Court, Western District of Washington at Seattle | 2:19-CV-01585-BJR | Hutchison Law Office, Tacoma, WA | 07-20-2020 |
| Guthmiller v. Ocwen Loan Servicing, LLC. | United States District Court, Western District of Washington at Seattle | 2:19-CV-01585-BJR | Hutchison Law Office, Tacoma, WA | 07-13-2020 |
| Hammit v. Spectrum Paint Company, Inc. | Circuit Court of Washington County, Arkansas, Civil Division | 72CV-19-2491 | Etoch Law Firm, Helena, AR | 07-13-2020 |
| Hauck/Chambers v. Wabash National Corporation | First Judicial District Court, Sante Fe County, New Mexico | D-101-CV-2018-01101 | Langdon & Emison, Lexington, MO | 07-09-2020 |
| Davis v. The Royal Paper Stock Company, Inc. | Common Pleas Court of Clinton County, Ohio, Civil Division | CVH 19000202 | Langdon & Emison, Lexington, MO | 07-07-2020 |
| Victor v. Dickey, et al. | District Court, Clark County, Nevada | A-18-775694-C, Dept. No II | Paternoster Law Group, Las Vegas, NV | 07-06-2020 |
| Slotten, et al. v. Southeastern Emergency Physicians of Memphis, LLP, et al. | Circuit Court of St. Charles County, State of Missouri | 1711-CC01108, Division 1 | Cox & Associates, St. Charles, MO | 07-01-2020 |
| Morgan v. Lakeland Medical Center, et al. | State of Michigan, Circit Court for the County of Kalamazoo | ADMIN-2019-0011-A6 | Buchanan & Buchanan, Grand Rapids, MI | 06-30-2020 |
| Roter v. Muhammad, M.D., et al. | Circuit Court of the 21st Judicial Circuit, Kankakee County, Illinois | 17 L 4 | Cogan & Power, Chicago, IL | 06-29-2020 |
| Stewart v. Pinnacle, et al. | Commonwealth of Kentucky, Fayette Circuit Court, Division 8 | 18-CI-03919 | Oldfather Law Firm, Louisville, KY | 06-17-2020 |
| Rhude v. Artis, et al. | District Court, Clark County, Nevada | A-18-785559-C, Dept No. 8 | Powell Law Firm, Las Vegas, NV | 06-16-2020 |
| Penton v. Hubard, et al. | United States District Court for the Eastern District of California, Sacramento Division | 2:11-cv-00518-TLN-KJN (PC) | Simpson Thacher, Palo Alto, CA | 05-19-2020 |
| Burford, et al. v. Arconic, Inc., et al. | District Court of the 11th Judicial District, Harris County, Texas | 2017-70076-ASB | Cappolino Dodd & Krebs, Cameron, TX | 05-18-2020 |
| Magiera v. Modern Forge Services, LLC., et al. | State of Indiana in the Lake Superior Court Sitting at Gary, Indiana | 45D04-1505-CT-157 | Allen Law Group, Valparaiso, IN | 05-11-2020 |
| Abt v. Ceco Concrete Construction, LLC | Iowa District Court In and For Polk County | LACL 144075 | Duff Law Firm, West Des Moines, IA | 05-07-2020 |
| Winward, et al. v. Bitumar USA, Inc. | Circuit Court for Baltimore City | 24-C-19-003648 OT | Bekman Marder & Adkins, Baltimore, MD | 05-05-2020 |
| Ginsburg v. Furbush, et al. | District Court, Clark County, Nevada | A-18-779016-C, Dept. 10 | Powell Law Firm, Las Vegas, NV | 04-30-2020 |
| Moore v. BNSF Railway Company | Nineteenth Judicial District, District County, Cowley County, Kansas, Civil Department | 2017-CV-000099-W | Hubbell Law Firm, Kansas City, MO | 04-30-2020 |
| Dorn, et al. v. Vivint, Inc. | U.S. District Court, Middle District of Alabama, Northern Division | 2:19-cv-258-MHT0SMD | Pittman Dutton & Hellums, Birmingham, AL | 04-29-2020 |
| Hart v. Southern Illinois Hospital Services, et al. | Circuit Court of the First Judicial Circuit, Jackson County, Illinois | 17-L-59 | Womick Law Firm, Carbondale, IL | 04-27-2020 |
| Bauer v. Parks/Patrick, et al. | Commonwealth of Kentucky, Floyd Circuit Court, Division No. 2 | 16-CI-00829 | Collins Law Office, Salyersville, KY | 04-27-2020 |
| Boster v. Gordon Food Service, Inc. | Commonwealth of Kentucky, Warren Circuit Court, Division No. I | 17-CI-01382 | Stephenson Rife, Shelbyville, IN | 04-20-2020 |
| Jimenez v. Ramasamy, M.D., et al. | Superior Court of New Jersey, Law Division - Hudson County | HUD-L-004047-17 | Lynch Lynch Held Rosenberg, Hasbrouck Heights, NJ | 04-17-2020 |
| Anderson v. Prasad, M.D., et al. | Iowa District Court, Polk County | LACL143411 | Duff Law Firm, West Des Moines, IA | 04-14-2020 |
| Dreamstime.com v. Google, et al. | United States District Court, Northern District of California, San Jose Division | 3:18-CV-01910-WHA | Baker Marquart, Los Angeles, CA | 04-02-2020 |
| Ebie v. UH Portage Medical Center, et al. | Court of Common Pleas, Portage County, Ohio | 2018CV00571 | Farrell Law Firm, Brooklyn Hts, Ohio | 03-31-2020 |
| Nelson v. Silver Cross Hospital | Circuit Court of Will County, Illinois, Illinois County Department - Law Division | 17 L 000068 | O'Connor Law Group, Chicago, Il | 03-23-2020 |
| Kendrick v. Union Pacific Railroad Co. | Circuit Court of Jackson County, Missouri at Independence | 1716-CV18714 | Davis Bethune & Jones, Kansas City, MO | 03-19-2020 |
| Hanson v. Mednax, Inc. | Circuit Court of Camden County, Missouri at Camdenton | 17CM-CC00251 | Heartland Group, Kansas City, MO | 03-17-2020 |

**LIST OF CASES OVER THE LAST FOUR YEARS WHEREIN**
**STAN V. SMITH HAS TESTIFIED AS OF 1/25/2021**

| Case Name | Court | Case Number | Law Firm | Date |
|---|---|---|---|---|
| Nnau v. Correa, et al. | District Court, Clark County, Nevada | A-18-780228-C, Dept No. XXII | The 702 Firm, Las Vegas, NV | 03-11-2020 |
| Friel v. Miller, et al. | Circuit Court of Cook County, Illinois, County Department - Law Division | 2015-L-006664 | Snorf Law Office* Chicago\IL | 03-11-2020 |
| Marques v. United Airlines, Inc. | United States District Court, Northern District of Illinois, Eastern Division | 18-cv-4159 | KMA Zuckert, Chicago, IL | 03-10-2020 |
| Figueroa-Rosario v. Wal-Mart Stores, Inc. | District Court, Clark County, Nevada | 2:19-cv-00928-JCM-BNW | Powell Law Firm, Las Vegas, NV | 03-09-2020 |
| Stoch v. John Crane, Inc. | Circuit Court of Cook County, Illinois, County Department - Law Division | 2016 L 009400 | Taxman Pollock Murray & Bekkerman, Chicago, IL | 03-05-2020 |
| Egermeier v. Trinity Industries, Inc. | District Court In and For Nowata County, State of Oklahoma | CJ-2017-37 | Langdon & Emison, Lexington, MO | 03-03-2020 |
| Range III v. Roscoe Properties, Inc. | District Court of Harris County, Texas, 61st Judicial District | 2018-88031 | Arnold & Itkin, Houston, TX | 03-02-2020 |
| Gonzalez v. Lowe's Home Centers, et al. | JAMS Arbitration, Las Vegas, NV | 2:17-cv-02527-APG-PAL | Knepper & Clark, Las Vegas\NV | 02-27-2020 |
| Brown v. Cheesecake Factory Restaurants, Inc. | District Court, Clark County, Nevada | A-17757481-C, Dept No. XXXII | Shook & Stone, Las Vegas, NV | 02-27-2020 |
| Nazario/Guerrero v. Trinity Health Corporation | Circuit Court of Cook County, Illinois, County Department - Law Division | 2017 L 003937 | Dinizulu Law Group, Chicago\IL | 02-27-2020 |
| Huntly v. Global Med Hospice Services, LLC, et al. | Eighth Judicial District Court, Clark County, Nevada | A-16-739023-C, Dept No. XXVIII | Lucherini Blakesley Courtney, Las Vegas\NV | 02-26-2020 |
| Long v. Love's Travel Stops and Country Stores, Inc. | United States District Court, Eastern District of Missouri, Eastern Division | 4:18-CV-01414-SEP | Cox & Associates, St. Charles, MO | 02-24-2020 |
| Young/Artis v. Trinity Industries, Inc., et al. | Circuit Court of Cook County, Illinois, County Department - Law Division | 2018 L 007726 | Langdon & Emison, Lexington, MO | 02-21-2020 |
| Jennings v. Nash, et al. | United States District Court, Western District of Missouri | 6:18-cv-03261-NKL | Ramsey Law Office, St. Louis\MO | 02-20-2020 |
| Squiers v. Fregien | Court of the Twenty-Second Judicial Circuit, McHenry County, Illinois | 16 LA 61 | Franks & Rechenberg, Lake in the Hills, IL | 02-18-2020 |
| Clay v. Kabak, et al. | Circuit Court of Cook County, Illinois, County Department - Law Division | 16 L 005380 | Sandman Levy & Petrich, Chicago, IL | 02-17-2020 |
| Shores/Clewell v. The Dupps Company, Inc., et al. | United States District Court for the Central District of Illinois, Rock Island Division | 4:18-cv-04147 | Bradley Law Firm, St. Louis, MO | 02-14-2020 |
| Albright v. Metropolitan Sewer District | Jefferson Circuit Court, Division Thirteen(13) | 18-CI-007082 | Sitlinger & Theiler, Louisville, KY | 02-13-2020 |
| Lopez/Starrett v. Presbyterian Healthcare Services, Inc. | State of New Mexico, County of Santa Fe, First Judicial District Court | D-101-CV-2018-01247 | Salazar Sullivan Jasionowski, Albuquerque, NM | 02-11-2020 |
| Aldred v. Renown Health, et al. | Second Judicial District Court for the State of Nevada, County of Washoe | CV18-01501, Dept. No 7 | Langdon & Emison, Lexington, MO | 02-11-2020 |
| Brock/Olmedo v. Ching, et al. | Circuit Court of Cook County, Illinois, County Department - Law Division | 17 L 9756 | Kalogerakos & Associates, Lincolnwood, IL | 02-10-2020 |
| Hennigan v. J.B. Hunt. | Circuit Court of Cook County, Illinois, County Department - Law Division | 2018 L 002962 | Alberts Curran & Eiler, Chicago, IL | 02-07-2020 |
| Barnard v. Toyota Motor Corporation | Circuit Court of Cook County, Illinois, County Department - Law Division | 2016 L 001063 | Komyatte law Firm, Lakewood, CO | 02-06-2020 |
| Slocum v. Kaiser Foundation Health Plan, Inc. | Matter of Arbitration | 15497 | Kapoor Law Offices, Danville, CA | 02-05-2020 |
| Slocum v. Kaiser Foundation Health Plan, Inc. | Matter of Arbitration | 15497 | Kapoor Law Offices, Danville, CA | 01-14-2020 |
| Milburn v. Kansas City Southern Railway Company | Circuit Court of Jackson County, Missouri at Kansas City | 1816-CV11866, Division 8 | Davis Bethune & Jones, Kansas City, MO | 01-14-2020 |
| Barnard v. Toyota Motor Corporation | Circuit Court of Cook County, Illinois, County Department - Law Division | 2016 L 001063 | Komyatte law Firm, Lakewood, CO | 01-14-2020 |
| Marfice v. Finlay, et al. | District Court of the First Judicial District of the State of Idaho, In and For the County of Kootenai | CV28-18-6108 | Ramsden Marfice Ealy & Harris, Coeur d'Alene, ID | 01-14-2020 |
| Kane v. Wal-Mart, Inc. | District Court, Clark County, Nevada | A-18-772835-C, Dept No. 13 | Powell Law Firm, Las Vegas, NV | 01-13-2020 |
| Jado v. Mohamed, et al. | United States District Court, Southern District of Iowa, Eastern Division | 3:18-cv-00091 | Langdon & Emison, Lexington, MO | 01-13-2020 |
| Petite v. Martin | District Court, Clark County, Nevada | A-17-750181-C, Dept No. 2 | Powell Law Firm, Las Vegas\NV | 01-10-2020 |
| Walker v. Desert Palace LLC | District Court, Clark County, Nevada | A-18-771501-C, Dept No. XV | Powell Law Firm, Las Vegas, NV | 01-09-2020 |
| Bauer v. Parks/Patrick, et al. | Commonwealth of Kentucky, Floyd Circuit Court, Division No. 2 | 16-CI-00829 | Collins Law Office, Salyersville, KY | 01-09-2020 |

**LIST OF CASES OVER THE LAST FOUR YEARS WHEREIN
STAN V. SMITH HAS TESTIFIED AS OF 1/25/2021**

| Case Name | Court | Case Number | Law Firm | Date |
|---|---|---|---|---|
| Moss v. Grane Transportation Industries, Inc. | Circuit Court of Cook County, Illinois, County Department - Law Division | 18-L-000164 | Leonard Law Group, Chicago, IL | 01-09-2020 |
| Olek, Inc. v. RAR Development Associates, et al. | Superior Court of New Jersey, Law Division - Essex County | ESX-L-1780-15 | Orr Law Office, Newark\NJ | 01-08-2020 |
| Kennedy, et al. v. University of Kentucky Hospital, et al. | Commonwealth of Kentucky, Fayette Circuit Court, Division 7 | 17-CI-02025 | Erdmann & Stumbo, Richmond, KY | 01-06-2020 |
| Van Lente v. Rainbow Early Education Holding, LLC | State of Michigan, Circuit Court for the County of Ottawa | 2019-005857-NO | Eardley Law Office, Rockford, MI | 01-03-2020 |
| Tutt-Crabtree v. Riley Love, et al. | Circuit Court of the Twelfth Judicial Circuit, Will County, Illinois | 17 L 677 | Suber & Associates, Chicago, IL | 12-19-2019 |
| Vilela/Ramos v. Valley Health Systems, LLC., et al. | United States District Court, District of Nevada | 2:16-cv-01503 | Luh & Associates, Las Vegas, NV | 12-19-2019 |
| Rea v. Carvana, LLC. | Marion Superior Court No. 13, State of Indiana | 49D13-1712-CT-047191 | Allen Law Group, Valparaiso, IN | 12-18-2019 |
| Carter v. Szemak, et al. | District Court, Clark County, Nevada | A-18-779043-C, Dept No. XXIV | Powell Law Firm, Las Vegas, NV | 12-17-2019 |
| Rust, II v. Banner Health, et al. | Superior Court of Arizona, In and For the County of Gila | S0400CV201900001 | Lloyd Law Group, Payson, AZ | 12-16-2019 |
| Brady v. Desert Palace, Inc., et al. | District Court, Clark County, Nevada | A-16-746061-C, Dept No. II | Eglet Adams, Las Vegas, NV | 12-10-2019 |
| Butcher v. Dineequity, Inc., et al. | District Court, 192nd Judicial District, Dallas County, Texas | DC-18-05700 | Witherspoon Law Group, Dallas, TX | 12-09-2019 |
| Godines v. Entac, et al. | Eighth Judicial District Court, Clark County, Nevada | A-18-777981-C, Dept. 15 | Powell Law Firm, Las Vegas, NV | 12-05-2019 |
| Hankins v. Ragauskaite, M.D., et al. | Circuit Court of Cook County, Illinois, County Department - Law Division | 16 L 2966 | Motherway & Napleton, Chicago\IL | 12-04-2019 |
| Gonzalez v. Christus Santa Rosa Health Care Corporation, et al. | District Court, 131st Judicial District, Bexar County, Texas | 2018-CI-09552 | Maloney Law Group, San Antonio, TX | 12-03-2019 |
| Farris, Jr. v. Clarksdale HMA, LLC., et al. | Circuit Court of Coahoma County, Mississippi | 14-CI-17-0033 | Merkel & Cocke, Clarksdale, MS | 12-02-2019 |
| Kroft v. Viper Trans, Inc. | Circuit Court of Cook County, Illinois, County Department - Law Division | 2016 L 009466 | Allen Law Group, Valparaiso, IN | 11-26-2019 |
| LePretre v. Lend Lease (US) Construction, Inc., et al. | Circuit Court of Cook County, Illinois County Department - Law Division | 13 L 13896 | Anesi Ozmon, Chicago, IL | 11-25-2019 |
| Olson v. Advanced Pain & Anesthesia Consultants, P.C., et al. | Circuit Court of Cook County, Illinois County Department - Law Division | 2016L007019 | Ruder Law, Chicago, IL | 11-25-2019 |
| Mikocewicz v. Kroczek, M.D. | Circuit Court of Cook County, Illinois County Department - Law Division | 16 L 4094 | Xydakis Law Office, Chicago, IL | 11-22-2019 |
| Heywood v. Stanford, et al. | District Court, Clark County, Nevada | A-18-769335-C, Dept No. XXXII | Lerner Injury Attorneys, Las Vegas, NV | 11-14-2019 |
| Davis v. Pace Suburban Bus Division of the Regional Transportation Authroity, et al. | Circuit Court of Cook County, Illinois County Department - Law Division | 18 L 693 | Loggans & Associates, Chicago, IL | 11-13-2019 |
| Bennington v. Clapper, et al. | District Court, Clark County, Nevada | A-18-775050-C, Dept No 1 | Powell Law Firm, Las Vegas, NV | 11-13-2019 |
| Whitfield v. St. Anthony Hospital, et al. | District Court for Oklahoma County, State of Oklahoma | CJ-2017-1428 | Tawwater Law Firm, Oklahoma City, OK | 11-07-2019 |
| Darden v. Snow, et al. | United States District Court, Northern District of Texas, Fort Worth Division | 4:15-CV-221-A | Washington Law Office, Dallas, TX | 11-06-2019 |
| Narazio/Guerrero v. Trinity Health Corporation | Circuit Court of Cook County, Illinois County Department - Law Division | 2017 L 003937 | Dinizulu Law Group, Chicago, IL | 11-05-2019 |
| Arijeloye v. Weidner Properties LLC | District Court of Midland County, Texas, 441st District Court | CV54920 | Arnold & Itkin, Houston, TX | 11-04-2019 |
| Clean Culture Laboratories, LLC v. Oz Naturals, LLC | Judicial Arbitration and Mediation Service, Miami Office | 1460005460 | Kronenberger Rosenfeld, San Francisco\CA | 10-30-2019 |
| Michon v. The City of Chicago, et al. | United States District Court, Northern District of Illinois, Eastern Division | 1:16-cv-06104 | Horwitz Law Firm, Chicago\IL | 10-29-2019 |
| Baldassano v. Goetz, et al. | Circuit Court of Cook County, State of Illinois, 1st Municipal District - Law Division | 17 L 63013 | Carponelli Law Offices, Hoffman Estates\IL | 10-29-2019 |
| Shapiro, M.D. et al. v. Northshore University Healthsystem Faculty Practice Associates | Circuit Court of Cook County, Illinois County Department - Law Division | 17 L 3203 | Motherway & Napleton, Chicago, IL | 10-28-2019 |
| Guvenoz v. Target Corporation, et al. | Circuit Court of Cook County, Illinois County Department - Law Division | 16 L 7377 | Motherway & Napleton, Chicago, IL | 10-25-2019 |
| Gaydula v. Roadsafe Traffic Systems, Inc. | Circuit Court of Cook County, Illinois County Department - Law Division | 17 L 6680 | O'Connor Law Group, Chicago, IL | 10-24-2019 |
| Johnson/O'Leary v. Meeks Transport, LLC | Texas Arbitration Mediation Services | 18-0524-ARB | Grossman Law Offices, Dallas, TX | 10-23-2019 |
| Jimenez v. Ramasamy, M.D., et al. | Superior Court of New Jersey, Law Division - Hudson County | HUD-L-004047-17 | Lynch Lynch Held Rosenberg, Hasbrouck Heights, NJ | 10-17-2019 |

**LIST OF CASES OVER THE LAST FOUR YEARS WHEREIN**
**STAN V. SMITH HAS TESTIFIED AS OF 1/25/2021**

| Case Name | Court | Case Number | Law Firm | Date |
|---|---|---|---|---|
| Melgoza v. Rush University Medical Center | United States District Court, Northern District of Illinois, Eastern Division | 17-cv-6819 | Hahn Loeser & Parks, Chicago, IL | 10-16-2019 |
| Shah v. Insomniac, Inc., et al. | District Court, Clark County, Nevada | A-17-756782-C, Dept 10 | Eglet Adams, Las Vegas, NV | 10-16-2019 |
| Skinner, et al. v. Ethicon, Inc., et al. | United States District Court for the Southern District of West Virginia at Charleston | 2:15-cv-07789 | Carpenter Zuckerman & Rowley, Ojai, CA | 10-15-2019 |
| Spradlin v. Millner, et al. | State of New Mexico, County of Grant, Sixth Judicial District Court | D-608-CV-2013-00141 | Sherman & Sherman, Deming, NM | 10-15-2019 |
| Gaguancela v. BJ's Wholesale Club, Inc. etal | Superior Court of New Jersey, Law Division - Middlesex County | MID-L-3824-16 | Gill & Chamas, Perth Amboy\NJ | 10-09-2019 |
| Greenberg, M.D. v. Board of Supervisors of Louisiana State University and Agricultural and Mechanical College | United States District Court, Eastern District of Louisiana | 19-cv-00137 | Flood Law, Royal Oak, MI | 10-08-2019 |
| Grzybowski v. All Star Fence, et al. | Circuit Court of Cook County, Illinois, County Department, Law Division | 17 L 009196 | Burnes & Libman, Chicago, IL | 10-07-2019 |
| Richards v. Rainford | District Court, Clark County, Nevada | A-18-775304-C, Dept No 4 | Saggese & Associates, Las Vegas, NV | 10-04-2019 |
| Santiago v. Fischer | United States District Court, Eastern District of New York | 09-CV-1383 | Davis Polk & Wardwell, New York, NY | 10-03-2019 |
| Sisk/Golden v. Turner, M.D. | Circuit Court of Lee County Mississippi | CV18-046 (R) (L) | Wais Vogelstein Forman & Offutt, Baltimore, MD | 10-02-2019 |
| Huiett v. Trinity Industries, Inc. | Circuit Court of Lake County, Illinois | 18L 00000741 | Langdon & Emison, Lexington, MO | 10-01-2019 |
| Zalud v. HC Aurora, LLC., et al. | Circuit Court of the Sixteenth Judicial Circuit, Kane County, Illinois | 13 L 570 | Cogan & Power, Chicago, IL | 10-01-2019 |
| Baldassano v. Goetz, et al. | Circuit Court of Cook County, State of Illinois, 1st Municipal District - Law Division | 17 L 63013 | Carponelli Law Offices, Hoffman Estates, IL | 09-30-2019 |
| Jacobson v. Spectrum Health Primary Care Partners | State of Michigan, Circuit Court for the County of Kent | 19-00978-NH | Buchanan & Buchanan, Grand Rapids, MI | 09-30-2019 |
| Ha v. Hong, M.D., et al. | Supreme Court of the State of New York, County of New York | 805177/2014 | Lynch Lynch Held Rosenberg, Hasbrouck Heights\NJ | 09-27-2019 |
| Pawson v. Susan Bennett, LLC | State of Illinois, Circuit Court of the Twenty-Third Judicial Circuit, DeKalb County, Illinois | 2016 L 46 | Burns Cronauer & Brown, Sycamore, IL | 09-26-2019 |
| Gallagher v. Midwest Orthopaedic Center, S.C., et al. | Circuit Court of the Tenth Judicial Circuit of Illinois, Peoria County | 17 L 6 | McNabola Law Group, Chicago, IL | 09-26-2019 |
| Banks v. Diaz, et al. | District Court, Clark County, Nevada | A-18-773248-C | Powell Law Firm, Las Vegas, NV | 09-26-2019 |
| Denniston v. BNSF Railway Company | Iowa District Court for Polk County | LACL134839 | Atwood Holsten Brown Deaver & Spier, Lincoln\NE | 09-25-2019 |
| Mahaffey v. Union Pacific Railroad | Circuit Court of Ouachita County, Arkansas | 52CV-17-186 | Hubbell Law Firm, Kansas City, MO | 09-19-2019 |
| Lavelle III v. Illinois Bell Telephone Company | State of Illinois, Human Rights Commission | 2007CN3494 | McGrail & Associates, Loves Park\IL | 09-18-2019 |
| Smithers v. Phillips, M.D. | Commonwealth of Kentucky, Fayette Circuit Court, Division 7 | 16-CI-3702 | Keith Law Office, Lexington, KY | 09-18-2019 |
| Winfield v. Metropolitan Hospital, et al. | State of Michigan, Circuit Court for the County of Kent | 18-06748-NH | Buchanan & Buchanan, Grand Rapids, MI | 09-16-2019 |
| Gallagher v. Midwest Orthopaedic Center, S.C., et al. | Circuit Court of the Tenth Judicial Circuit of Illinois, Peoria County | 17 L 6 | McNabola Law Group, Chicago, IL | 09-13-2019 |
| Butcher v. Dineequity, Inc., et al. | District Court, 192nd Judicial District, Dallas County, Texas | DC-18-05700 | Witherspoon Law Group, Dallas, TX | 09-12-2019 |
| Messeri v. University of Colorado, Boulder | United States District Court for the District of Colorado | 18-CV-02658-WJM-SKC | Savela Law Firm, Boulder, CO | 09-11-2019 |
| Jones Farms v. Helena Chemical Company | State of Indiana, County of Harrison, Harrison Circuit Court | 31C01-1512-PL-28 | Moore & Malone, Owensboro\KY | 09-09-2019 |
| Huff, et al. v. AMR Corporation, et al. | Court of Common Pleas, Mahoning County, Ohio | 2017 CV 02343 | Engler Law Firm, Warren, OH | 09-07-2019 |
| Hudnut v. Adventist Midwest Health, et al. | Circuit Court of Cook County, Illinois, County Department - Law Division | 2017-L-003732 | McNabola & Associates, Chicago\IL | 09-06-2019 |
| Ludwig v. United States of America | United States District Court, Northern District of Illinois, Eastern Division | 17 C 2943 | Kralovec Jambois & Schwartz, Chicago, IL | 09-04-2019 |
| McNamara v. ICO Polymers North America, Inc., et al. | Circuit Court of Cook County, Illinois, County Department - Law Division | 14-L-000819 | Hendler Flores Law, Austin, TX | 08-29-2019 |
| Alonzo v. Kranzler, M.D., et al. | Circuit Court of Cook County, Illinois, County Department - Law Division | 16 L 3895 | Motherway & Napleton, Chicago, IL | 08-26-2019 |

**LIST OF CASES OVER THE LAST FOUR YEARS WHEREIN**
**STAN V. SMITH HAS TESTIFIED AS OF 1/25/2021**

| Case Name | Court | Case Number | Law Firm | Date |
|---|---|---|---|---|
| Koontz v. First Transit, Inc. | Superior Court of the State of Arizona, In and For the County of Maricopa | CV2017-090635 | McGovern Law Offices, Phoenix, AZ | 08-22-2019 |
| Love, M.D. v. Medical College of Wisconsin, Inc. | United States District Court, Eastern District of Wisconsin | 2:15-cv-00650-LA | Ruberry Stalmack & Garvey, Chicago, IL | 08-22-2019 |
| Gibson v. Pirelli Tire, et al. | Circuit Court of Benton County, Arkansas | 04CV-17-2766 | Langdon & Emison, Lexington, MO | 08-21-2019 |
| Brook, M.D., Ph.D. v. Peconic Bay Medical Center, et al. | Supreme Court of the State of New York, County of New York | 650921/2012 | Pryor Cashman, New York, NY | 08-20-2019 |
| Mangaras v. Geico Casualty Company | Circuit Court of the Twelfth Judicial Circuit, Will County, Illinois | 17 L 001010 | Allen Law Group, Valparaiso, IN | 08-19-2019 |
| Libby v. Medina, et al. | District Court, Clark County, Nevada | A-17-766067-C, Dept No. XXIV | Powell Law Firm, Las Vegas, NV | 08-16-2019 |
| Bryant v. Waukegan Illinois Hospital Company, et al. | 19th Judicial Circuit Court, Lake County, IL | 18 L 0000611 | Geraci Law, Chicago, IL | 08-16-2019 |
| Ferry v. Shapero, DPM, et al. | Superior Court of New Jersey, Law Division - Middlesex County | MID-L-7150-16 | Quinn Law Office, Red Bank, NJ | 08-14-2019 |
| Williams, et al. v. Chicago South Shore & South Bend Railroad, et al. | State of Indiana, County of Lake, Lake Circuit Court | 45C01-1308-CT-124 | Allen Law Group, Valparaiso, IN | 08-12-2019 |
| Wheaton College v. John | Circuit Court for the Eighteenth Judicial Circuit, DuPage County, Illinois | 2013 L 1179 | Stilp Business Law* Chicago, Il | 08-07-2019 |
| Watkins/Green v. United States of America | United States District Court, Northern District of Illinois, Eastern Division | 18 C 4142 | Cogan & Power, Chicago, IL | 07-19-2019 |
| Tutt-Crabtree v. Riley Love, et al. | Circuit Court of the Twelfth Judicial Circuit, Will County, Illinois | 17 L 677 | Suber & Associates, Chicago, IL | 07-19-2019 |
| Bangham v. Cabell, et al. | Circuit Court of Kanawha County, West Virginia | 18-C-640 | Cumbo Law Office, Inez, KY | 07-18-2019 |
| Gerbasi v. Chicago Transit Authority | Circuit Court of Cook County, Illinois, County Department - Law Division | 2016-L-8484 | Grant Law* Chicago, IL | 07-17-2019 |
| Park v. Petranker | Superior Court of New Jersey, Law Division - Bergen County | BER-L-262-18 | Lee Law Firm, Hackensack, NJ | 07-15-2019 |
| Jordan/Lee v. Silver Cross Hospital and Medical Centers, et al. | Circuit Court of Cook County, Illinois, County Department - Law Division | 2015 L 002103 | Cogan & Power, Chicago, IL | 07-15-2019 |
| Fenner v. Toyota Motor Corporation, et al. | District Court, Clark County, Nevada | A-17-757335-C, Dept No. 27 | Olson Cannon Gormley Angulo & Stoberski, Las Vegas, NV | 07-12-2019 |
| Salazar v. ABC Automotive Investments, LLC. | United States District Court, District of Nevada | 2:19-cv-00039-RFB-PAL | Haines & Krieger, Henderson, NV | 07-11-2019 |
| Handhal-Hasan v. Lee Canyon Ski Lifts, Inc., et al. | District Court, Clark County, Nevada | A-17-750487-C, Dept No. XIII | Simon Law, Las Vegas, NV | 07-11-2019 |
| Hankins v. Ragauskaite, M.D., et al. | Circuit Court of Cook County, Illinois, County Department - Law Division | 16 L 2966 | Motherway & Napleton, Chicago, IL | 07-09-2019 |
| Neufeld v. Capital Bank N.A. | United States District Court, Eastern District of California | 1:18-cv-01012-LJO-SKO | Kazerouni Law Group, Arroyo Grande, CA | 07-08-2019 |
| Juve v. Premier Tech Technologies Ltd, et al. | United States District Court, District of Minnesota | 17-cv-4545 (DWF/LIB) | Goldenberg Law, Minneapolis, MN | 07-08-2019 |
| Ilczyszyn v. Southwest Airlines Co., et al. | Superior Cour of California, County of Alameda | RG15766954 | Balaban & Spielberger, Los Angeles\CA | 07-03-2019 |
| Huff, et al. v. AMR Corporation, et al. | Court of Common Please, Mahoning County, Ohio | 2017 CV 02343 | Engler Law Firm, Warren, OH | 07-01-2019 |
| Wade v. ArcelorMittal, et al. | Circuit Court of Cook County, Illinois, County Department - Law Division | 16 L 11769 | Rubino Ruman Crosmer & Polen, Dyer, IN | 07-01-2019 |
| Dunlap v. ArcelorMittal, et al. | Circuit Court of Cook County, Illinois, County Department - Law Division | 16 L 11548 | Motherway & Napleton, Chicago, IL | 07-01-2019 |
| Allen v. Cumberland County, et al. | United States District Court for the District of New Jersey, Camden Vicinage | 1:15-cv-06273 (JBS/AMD) | Benedetto Law Office, Philadelphia, PA | 06-27-2019 |
| Dent v. Gewerth, et al. | District Court, Clark County, Nevada | A-17-751695-C, Dept No. XIV | Powell Law Firm, Las Vegas, NV | 06-26-2019 |
| Hudnut v. Adventist Midwest Health, et al. | Circuit Court of Cook County, Illinois, County Department - Law Division | 2017-L-003732 | McNabola & Associates, Chicago, IL | 06-24-2019 |
| Cocuzza v. Vecchione, D.D.S., et al. | Superior Court of New Jersey, Law Division - Morris County | MRS-L-1983-16 | Lynch Lynch Held Rosenberg, Hasbrouck Heights, NJ | 06-20-2019 |
| Charette v. Vecchione, D.D.S., et al. | Superior Court of New Jersey, Law Division - Morris County | MRS-L-2497-17 | Lynch Lynch Held Rosenberg, Hasbrouck Heights, NJ | 06-20-2019 |
| Steinberg v. Vecchione, D.D.S., et al. | Superior Court of New Jersey, Law Division - Morris County | MRS-L-2032-16 | Lynch Lynch Held Rosenberg, Hasbrouck Heights, NJ | 06-20-2019 |

**LIST OF CASES OVER THE LAST FOUR YEARS WHEREIN**
**STAN V. SMITH HAS TESTIFIED AS OF 1/25/2021**

| Case Name | Court | Case Number | Law Firm | Date |
|---|---|---|---|---|
| Davino v. Vecchione, D.D.S., et al | Superior Court of New Jersey, Law Division - Morris County | MRS0L-1984-16 | Lynch Lynch Held Rosenberg, Hasbrouck Heights, NJ | 06-20-2019 |
| Nieswand v. Vecchione, D.D.S., et al | Superior Court of New Jersey, Law Division - Morris County | MRS-L-1981-16 | Lynch Lynch Held Rosenberg, Hasbrouck Heights, NJ | 06-20-2019 |
| Boyle v. Vecchione, D.D.S., et al. | Superior Court of New Jersey, Law Division - Morris County | MRS-L-1878-16 | Lynch Lynch Held Rosenberg, Hasbrouck Heights, NJ | 06-20-2019 |
| Doyle v. Vecchione, D.D.S., et al. | Superior Court of New Jersey, Law Division - Morris County | MRS-L-1868-16 | Lynch Lynch Held Rosenberg, Hasbrouck Heights, NJ | 06-20-2019 |
| Jarolem v. Vecchione, D.D.S., et al. | Superior Court of New Jersey, Law Division - Morris County | MRS-L-1867-16 | Lynch Lynch Held Rosenberg, Hasbrouck Heights, NJ | 06-20-2019 |
| Wernau v. Vecchione, D.D.S., et al. | Superior Court of New Jersey, Law Division - Morris County | MRS-L-1866-16 | Lynch Lynch Held Rosenberg, Hasbrouck Heights, NJ | 06-20-2019 |
| Benfield v. Vecchione, D.D.S., et al. | Superior Court of New Jersey, Law Division - Morris County | MRS-L-1862-16 | Lynch Lynch Held Rosenberg, Hasbrouck Heights, NJ | 06-20-2019 |
| DelGrosso v. Vecchione, D.D.S., et al. | Superior Court of New Jersey, Law Division - Morris County | MRS-L-1393-16 | Lynch Lynch Held Rosenberg, Hasbrouck Heights, NJ | 06-20-2019 |
| Baglieri v. New Jersey Manufacturers Insurance, et al. | Superior Court of New Jersey, Law Division - Bergen County | BER-L-3927-17 | Seigel Law, Ridgewood, NJ | 06-17-2019 |
| Mars v. BNSF Railroad Company | District Court of Oklahoma County, State of Oklahoma | CJ-2017-6097 | Hubbell Law Firm, Kansas City, MO | 06-17-2019 |
| C.R. England, Inc., et al. v Abdi | Northern District of Illinois, Western Division | 17 CV 50152 | McNeely Stephenson* Shelbyville, IN | 06-14-2019 |
| Huff, et al. v. AMR Corporation, et al. | Court of Common Please, Mahoning County, Ohio | 2017 CV 02343 | Engler Law Firm, Warren, OH | 06-14-2019 |
| Boyd v. Autozone West, LLC | District Court, Clark County, Nevada | A-17-765517-C, Dept. No II | Saggese & Associates, Las Vegas, NV | 06-11-2019 |
| Morris v. Equifax Information Services, LLC, et al. | United States District Court, District of Nevada | 2:18-cv-01829-JAD-GWF | Haines & Krieger, Henderson, NV | 06-07-2019 |
| Ruiz v. Diaz, M.D., et al. | Superior Court of New Jersey, Law Division - Hudson County | HUD-L-1177-17 | Gill & Chamas, Howell, NJ | 06-06-2019 |
| Cramer v. Equifax Information Services, LLC. | United States District Court, Eastern District of Missouri, Eastern Division | 4:18-cv-1078 | Goldsmith Law Office, Rocky River, OH | 06-04-2019 |
| Caruso v. PBR Rock, LLC., et al. | District Court, Clark County, Nevada | A-17-776385-C, Dept No. II | Close Law Group, Henderson, NV | 06-03-2019 |
| Gross v. FCA US LLC, et al. | Circuit Court of Cook County, Illinois, County Department - Law Division | 2016-L-007623 | Langdon & Emison, Lexington, MO | 05-30-2019 |
| Mejia v. Valley Health Holdings, LLC., et al. | District Court, Clark County, Nevada | A-17-751096-C, Dept No. XVII | Paternoster Law Group, Las Vegas, NV | 05-28-2019 |
| Lemperle v. Avis Rent a Car Systems, LLC., et al. | United States District Court, District of Nevada | 2:18-cv-00202-JCM-CWH | Powell Law Firm, Las Vegas, NV | 05-28-2019 |
| Landess v. DeBiparshad, M.D., et al. | District Court, Clark County, Nevada | A-18-776896-C, Dept No. 24 | Howard & Howard, Las Vegas, NV | 05-24-2019 |
| Stratman v. Farris, et al. | District Court, Clark County, Nevada | A-18-767754-C, Dept No. 27 | Powell Law Firm, Las Vegas, NV | 05-23-2019 |
| Schwab v. Ford Motor Company | United States District Court, District of Delaware | 1:18-cv-00184 RGA | Lanier Law Firm, Houston, TX | 05-22-2019 |
| Salomone v. Advocate Health and Hospitals Corporation | Circuit Court of Cook County, Illinois, County Department - Law Division | 2016 L 005457 | Slavin & Slavin, Chicago, IL | 05-21-2019 |
| Guida v. Brown | Circuit Court of St. Charles County, Missouri, Circuit Judge Division | 1711-CC00811 | Bradley Law, Louisiana, MO | 05-20-2019 |
| Hinshaw/Johnson v. OSF Healthcare System, et al. | Eleventh Judicial Circuit Court of Livingston County, Illinois, Law Division | 16 L 11 | McNabola & Associates, Chicago, IL | 05-20-2019 |
| Moore v. Joe Tex, Inc., et al. | District Court, 62nd Judicial District, Franklin County, Texas | 12363 | Grossman Law Offices, Dallas, TX | 05-17-2019 |
| Arvidson v. Buchar | Superior Court of the Virgin Islands, Division of St. Thomas & St. John | 410 / 2016 | Kreamer Law Office, Naperville, IL | 05-16-2019 |
| Flores, et al. v. Ramirez, et al. | District Court of Harris County, Texas, 189th Judicial District | 2017-74379 | Grossman Law Offices, Dallas, TX | 05-14-2019 |
| Legiec v. Playcore Inc., et al. | Superior Court of New Jersey, Law Division - Middlesex County | MID-L-6217-17 | Gill & Chamas, Perth Amboy, NJ | 05-13-2019 |

**LIST OF CASES OVER THE LAST FOUR YEARS WHEREIN
STAN V. SMITH HAS TESTIFIED AS OF 1/25/2021**

| Case Name | Court | Case Number | Law Firm | Date |
|---|---|---|---|---|
| Andrades v. Menard, Inc. | Circuit Court of Cook County, Illinois, County Department - Law Division | 2017 L 000671 | Argionis & Associates, Chicago, IL | 05-03-2019 |
| Errant Gene Therapeutics LLC v. Sloan-Kettering Institute for Cancer Research, et al. | Supreme Court of the State of New York, County of New York | 150856/2017 | McCue Sussmane Zapfel Cohen & Youbi, New York, NJ | 05-01-2019 |
| Birnbaum v. CentraState Medical Center, et al. | Superior Court of New Jersey, Law Division, Monmouth County | MON-L-4723-14 | Lomurro Law, Freehold, NJ | 04-30-2019 |
| Schweer v. Diaz, et al. | District Court, Clark County, Nevada | A-17-766063-C, Dept no. 27 | Powell Law Firm, Las Vegas, NV | 04-26-2019 |
| Rivo USA Co., LTD. V. Arro Corporation | United States District Court, Northern District of Illinois, Eastern Division | 17cv08513-VMK-JC | Holmes Law Group, Chicago, IL | 04-26-2019 |
| Doe v. Colgate University | United States District Court, Northern District of New York | 5:17-cv-1298 (FJS/ATB) | Nesenoff & Miltenberg, New York, NY | 04-25-2019 |
| Mrkalj v. Swedish Convenant Hospital, et al. | Circuit Court of Cook County, Illinois, County Department - Law Division | 16 L 7992 | McNabola & Associates, Chicago, IL | 04-23-2019 |
| Pappas v. Ford Motor Company, et al. | Superior Court of New Jersey, Law Division, Middlesex County | L-5811-16 | Guajardo & Marks, Dallas, TX | 04-23-2019 |
| Zavala v. Richardson, et al. | District Court, Clark County, Nevada | A-17-749760-C, Dept No. II | Powell Law Firm, Las Vegas, NV | 04-17-2019 |
| McFarland v. Rinella, M.D. | Circuit Court of Will County, Illinois | 16 L 988 | Motherway & Napleton, Chicago, IL | 04-15-2019 |
| Swiech v. Birhanu, M.D., et al. | Circuit Court of Cook County, Illinois, County Department - Law Division | 16 L 004271 | Power Rogers & Smith, Chicago, IL | 04-15-2019 |
| Doe, et al. v. Macomb Community Unit School District No. 185, et al. | United States District Court for the Central District of Illinois, Rock Island Division | 1:18-cv-01072-SLD-JEH | Fierberg National Law Group, Traverse City, MI | 04-05-2019 |
| Simon v. Riverside Health System, Inc., et al. | Circuit Court of Cook County, Illinois, County Department - Law Division | 16 L 003077 | Motherway & Napleton, Chicago, IL | 04-05-2019 |
| Barajas v. Delnor Community Hospital, et al. | Circuit Court of the Sixteenth Judicial Circuit, Kane County, Illinois | 13 L 40 | Cogan & Power, Chicago\IL | 04-04-2019 |
| Gaguancela v. BJ's Wholesale Club, Inc. etal | Superior Court of New Jersey, Law Division - Middlesex County | MID-L-3824-16 | Gill & Chamas, Perth Amboy, NJ | 04-03-2019 |
| Gildein v. Birky | State of Indiana, Porter County Superior Court | 64D01-DT-006021 | Martz & Lucas, Valparaiso, IN | 04-02-2019 |
| Walsh/Shane v. Koren, M.D., et al. | Superior Court of New Jersey, Law Division: Camden County | CAM-L-1617-16 | Lynch Lynch Held Rosenberg, Hasbrouck Heights, NJ | 04-01-2019 |
| Das v. Kenny Construction Company, et al. | Circuit Court of Cook County, Illinois, County Department - Law Division | 14 L 13186 | Morici Figlioli & Associates, Chicago, IL | 03-28-2019 |
| Ottens v. Starcon International, Inc. | Circuit Court of Cook County, Illinois, County Department - Law Division | 17 L 3697 | Shannon Law Group, Woodridge, IL | 03-27-2019 |
| Adams v. May Trucking Co., et al. | Circuit Court of the First Judicial Circuit, Williamson County, Illinois | 17-L-33 | Langdon & Emison, Lexington, MO | 03-26-2019 |
| TSR Landmark, LLC., et al. v. International Plaza Owner's Association | Circuit Court of the Eighteenth Judicial Circuit, DuPage County, Illinois | 2015 L 000569 | Kreamer Law Office, Naperville, IL | 03-26-2019 |
| Kane v. Hill, et al. | Circuit Court of Cook County, Illinois, County Department - Law Division | 11 L 10329 | Loggans & Associates, Chicago, IL | 03-25-2019 |
| Celio v. American Family Insurance Company | State of Illinois, Uninsured Motorist Action | NA | Ryan Ryan & Landa, Chicago, IL | 03-21-2019 |
| Jones Farms v. Helena Chemical Company | State of Indiana, County of Harrison, Harrison Circuit Court | 31C01-1512-PL-28 | Moore & Malone, Owensboro, KY | 03-20-2019 |
| Gerbasi v. Chicago Transit Authority | Circuit Court of Cook County, Illinois, County Department - Law Division | 2016-L-8484 | Grant Law, Chicago, IL | 03-20-2019 |
| Saenz-Quintana v. Mora-Diaz, et al. | District Court, Clark County, Nevada | A-17-760888-C, Dept No. 12 | Powell Law Firm, Las Vegas, NV | 03-19-2019 |
| Gulick v. Schreiber, Costel & Bryant PLLC | Jefferson Circuit Court, Division Six | 15-CI-004456 | Oldfather Law Firm, Louisville, KY | 03-19-2019 |
| Walther v. Majeed, et al. | Circuit Court of Cook County, Illinois, County Department - Law Division | 2015 L 10267 | Truglio & Associates, Chicago, IL | 03-18-2019 |
| Black v. Grant County Public Utility District | United States District Court, Eastern District of Washington | 2:17-cv-00365-RMP | Earl & Earl, Boise, ID | 03-13-2019 |
| Longobardi v. Kaskel, M.D., et al. | Circuit Court of Cook County, Illinois, County Department - Law Division | 16 L 10339 | Cogan & Power, Chicago, IL | 03-13-2019 |
| Wise v. Red Star Expedite, Inc., et al. | Commonwealth of Kentucky, Shelby Circuit Court | 16-CI-00321 | Sitlinger & Theiler, Louisville, KY | 03-12-2019 |
| Petite v. Martin | District Court, Clark County, Nevada | A-17-750181-C | Powell Law Firm, Las Vegas, NV | 03-11-2019 |
| Hospedales v. DuPage Medical Group, LTD | Circuit Court of Cook County, Illinois, County Department - Law Division | 16 L 9158 | Lane & Lane, Chicago, IL | 03-11-2019 |

**LIST OF CASES OVER THE LAST FOUR YEARS WHEREIN
STAN V. SMITH HAS TESTIFIED AS OF 1/25/2021**

| Case Name | Court | Case Number | Law Firm | Date |
|---|---|---|---|---|
| Ayala/Muniz v. Lemons, et al. | United States District Court, District of Nevada | 2:18-CV-00511-GMN-PAL | Powell Law Firm, Las Vegas, NV | 03-08-2019 |
| Rollo v. Flores, et al. | District Court, Clark County, Nevada | A-17-749017-C, Dept No. VII | Ladah Law firm, Las Vegas, NV | 03-05-2019 |
| Warner v. Sheridan Agatite, LLC., et al. | Circuit Court of Cook County, Illinois, County Department - Law Division | 2016 L 010989 | McNabola & Associates, Chicago, IL | 03-05-2019 |
| Maher v. Hackensack University Medical Center | Superior Court of New Jersey, Law Division - Bergen County | BER-L-001350-16 | Shaw Law Office, Ft. Lee\NJ | 03-04-2019 |
| Obremski v. Advocate Christ Medical Center, et al. | Circuit Court of Cook County, Illinois, County Department - Law Division | 2016-L-000627 | Konicek & Dillon, Geneva, IL | 03-01-2019 |
| Varebrook v. Tisdall, M.D., et al. | District Court of Bexar County, Texas, 225th Judicial District | 2017CI06007 | Krebs Law Office, Austin\TX | 02-28-2019 |
| Ilahi v. Sebert Landscaping Company | Circuit Court of the Cook County Judicial Circuit, Cook County, Illinois | 16 L 4742 | Salvi & Maher, Waukegan, IL | 02-27-2019 |
| Gilmore v. Stamford Hospital, et al. | Superior Court J.D. of Fairfield at Bridgeport | FBT-CV16-6058665-S | Skiber Law Office, Norwalk, CT | 02-27-2019 |
| "Andy" v. Big Brothers Big Sister of America, Inc. | Third Judicial District Court, Salt Lake County, State of Utah | 170901382 | Marsh Law Firm, White Plains, NY | 02-25-2019 |
| Curry v. Brown, et al. | Circuit Court of Cook County, Illinois, County Department - Law Division | 16 L 009946 | Wolfman Law Office, Chicago, IL | 02-21-2019 |
| Lilley/Zeches v. Ek Lian Tan, et al. | District Court, Clark County, Nevada | A-17-749596-C, Dept No. XVIII | Powell Law Firm, Las Vegas, NV | 02-20-2019 |
| Santiago v. Fischer | United States District Court, Eastern District of New York | 09-CV-1383 | Davis Polk & Wardwell, New York, NY | 01-30-2019 |
| Strbac v. CT Mechanical, LLC, et al. | Circuit Court of Cook County, Illinois County Department - Law Division | 16 L 7256 | Curcio Law Offices, Chicago, IL | 01-30-2019 |
| Guzman/Jaramillo-Guzman v. Estate of Michael Don Tavis Dennis, et al. | District Court, Clark County, Nevada | A-16-748252-C, Dept No. VII | Bighorn Law, Las Vegas, NV | 01-28-2019 |
| Gregory v. Lexington Center Corporation | Commonwealth of Kentucky, Fayette Circuit Court, Division 4 | 14-CI-3891 | O'Bryan Brown & Toner, Louisville, KY | 01-28-2019 |
| Cooley v. Power Construction Company, et al. | Circuit Court of Cook County, Illinois, County Department - Law Division | 15 L 008626 | O'Reilly Law Office, Chicago, IL | 01-25-2019 |
| Cochran, et al. v. Nevada Property 1, et al. | District Court, Clark County, Nevada | A687601, Dept No. 24 | Eglet Prince, Las Vegas, NV | 01-24-2019 |
| Lambert v. Bliss, et al. | Circuit Court of Cook County, Illinois, County Department - Law Division | 16 L 001043 | Conway & Mrowiec, Chicago, IL | 01-22-2019 |
| Zorick v. ASV, Inc., et al. | State of Indiana, County of Porter, Porter Superior Court, Sitting at Valparaiso, Indiana | 64D01-1705-CT-004454 | Allen Law Group, Valparaiso, IN | 01-21-2019 |
| Heatherly, III v. Integrated Airline Services, Inc., et al. | Circuit Court of Cook County, Illinois, County Department - Law Division | 17 L 4549 | Shannon Law Group, Woodridge, IL | 01-17-2019 |
| Abdalla, et al. v. Jewish Hospital, et al. | Commonwealth of Kentucky, 30th Judicial Circuit Court, Jefferson Circuit Court, Division Nine (9) | 16-CI-02929 | Morris & Player, Louisville, KY | 01-17-2019 |
| Levi/Mitchell v. Thomas | District Court, 17th Judicial District, Tarrant County, Texas | 017-287211-16 | Washington Law Office, Dallas, TX | 01-16-2019 |
| Williams v. Kumho Tire Co. Inc., et al | Circuit Court for Jefferson County, Arkansas | CV-2014-360-2 | Langdon & Emison, Lexington, MO | 01-14-2019 |
| Kieckhaefer v. Roscoe Township | State of Illinois, Circuit Court of the 17th Judicial Circuit, Winnebago County | 14 L 194 | Klein Stoddard Buck Lewis, Sycamore, IL | 01-11-2019 |
| Valencia v. U.S. Bank National Association | United States District Court for the Southern District of Iowa, Central Division | 4:18-cv-00056 | Duff Law Firm, West Des Moines, IA | 01-10-2019 |
| Martin v. Robertson | State of Indiana, County of Lake, Lake Superior Court, Sitting at Hammond, Indiana | 45D01-1803-CT-00060 | Hilbrich Law Office, Highland, IN | 01-09-2019 |
| Johnson v. Toyota Motor Corporation, et al. | Circuit Court of Cook County, Illinois, County Department - Law Division | 16 L 9558 | Langdon & Emison, Lexington, MO | 01-09-2019 |
| Capuano v. Roshi, et al. | Circuit Court of Cook County, Illinois, County Department - Law Division | 15 L 12727 | Motherway & Napleton, Chicago, IL | 01-08-2019 |
| Isaaq v. The Village3 of Niles, et al. | Circuit Court of Cook County, Illinois, County Department - Law Division | 16 L 004710 | Nemeroff Law Office, Chicago, IL | 01-08-2019 |
| Carter v. Chelich, D.O. | Circuit Court of Cook County, Illinois, County Department - Law Division | 2017 L 004046 | Cogan & Power, Chicago, IL | 01-07-2019 |
| Parmaksiz v. SVAP Hoffman Plaza, LP, et al. | Circuit Court of Cook County, Illinois, County Department - Chancery Division | 2016 CH 014315 | Paris Law Firm, Chicago, IL | 01-04-2019 |
| Ledet v. Capanna, M.D. | District Court, Clark County, Nevada | A-15-712091-C, Dept No. XXI | Eglet Prince, Las Vegas, NV | 01-04-2019 |
| Cortez v. FedEx Ground Package System, Inc. | 44th Judicial District Court, Dallas County, Texas | DC-17-06463 | Grossman Law Offices, Dallas, TX | 12-21-2018 |
| Benavides, Jr. v. Holland Community Hospital, et al. | State of Michigan in the Circuit Court for the County of Ottawa | 17-5138-NH | Buchanan & Buchanan, Grand Rapids, MI | 12-17-2018 |

**LIST OF CASES OVER THE LAST FOUR YEARS WHEREIN
STAN V. SMITH HAS TESTIFIED AS OF 1/25/2021**

| Case Name | Court | Case Number | Law Firm | Date |
|---|---|---|---|---|
| Ripley v. Shankar, M.D., et al. | Circuit Court of the First Judicial Circuit, Jackson County, Illinois | 16-L-78 | Womick Law Firm, Carbondale, IL | 12-13-2018 |
| Ibach v. Cho, et al. | Circuit Court of Cook County, Illinois, County Department - Law Division | 14 L 10446 | McNabola & Associates, Chicago, IL | 12-12-2018 |
| Vesely v. Walsh Construction Company of Illinois, Inc. | Circuit Court of Cook County, Illinois, County Department - Law Division | 15 L 004250 | Morici Figlioli & Associates, Chicago, IL | 12-12-2018 |
| Gallagher v. Midwest Orthopaedic Center, S.C., et al. | Circuit Court of the Tenth Judicial Circuit of Illinois, Peoria County | 17 L 6 | McNabola Law Group, Chicago, IL | 12-11-2018 |
| Lisboa v. Stocker III, et al. | Circuit Court for Jackson County, Missouri at Independence | 1816-CV00467 | Langdon & Emison, Lexington, MO | 12-10-2018 |
| Torres, et al. v. Brown, et al. | United States District Court, District of Arizona | 3:17-cv-08217 PCT-JAT | Lerner Injury Attyorney, Las Vegas, NV | 12-10-2018 |
| Roberts v. CCRP/AG BOFA Plaza Owner, LLC, et al. | District Court, Clark County, NV | A-15-713245-C, Dept No. VII | Maier Gutierrez & Associates, Las Vegas, NV | 12-07-2018 |
| Zdravich v. Agave Azul Authentic Mexican Restaurant 3 LLC | State of Indiana, County of Tippecanoe, Tippecanoe Circuit Court | 79C01-1708-CT-000142 | Oldfather Law Firm, Louisville, KY | 12-07-2018 |
| Bell v. Zarnke, M.D., et al. | Circuit Court of the 17th Judicial Circuit, Winebago County, Illinois | 15 L 0206 | Ryan Ryan & Landa, Chicago, IL | 12-06-2018 |
| Watson/Ransom/Jones v. Texas-Cola Leasing Co., et al. | District Court, Tarrant County, TX | 352-290806-17 | Washington Law Office, Dallas\TX | 12-05-2018 |
| Watson/Ransom/Jones v. Texas-Cola Leasing Co., et al. | District Court, Tarrant County, TX | 352-290806-17 | Washington Law Office, Dallas, TX | 12-04-2018 |
| Jones/Lofton v. Sheykholeslami, M.D., et al. | State of Illinois, Circuit Court of the 17th Judicial Circuit, County of Winnebago | 2013-L-69 | Taxman Pollock Murray & Bekkerman, Chicago, IL | 12-04-2018 |
| Cardinali, et al. v. Plusfour, Inc., et al. | United States District Court, District of Nevada | 2:16-cv-02046-JAD-NJK | Haines & Krieger, Henderson, NV | 12-03-2018 |
| Adams v. University of Indianapolis | United States District Court for the Southern District of Indiana, Indianapolis Division | 1:17-CV-02101-WTL-MJD | Betz & Blevins, Indianapolis, IN | 11-30-2018 |
| Hespe v. The City of Chicago, et al. | United States District Court for the Northern District of Illinois, Eastern Division | 13 C 7998 | Herbert Law Firm, Chicago, IL | 11-29-2018 |
| Meeks v. Dissanayake, M.D. | Circuit Court of Cook County, Illinois County Department - Law Division | 15 L 11535 | Loggans & Associates, Chicago\IL | 11-29-2018 |
| Thoroughman v. Wisconsin Central, Ltd. | United States District Court, Western District of Wisconsin | 15-CV-74 | Lipkin & Higgins, Chicago, IL | 11-28-2018 |
| Ruettiger v. Lincoln-Way Area Special Education District 843, et al. | Circuit Court of the Twelfth Judicial Circuit, Will County, Illinois | 16 L 0539 | Allen Law Group, Valparaiso\IN | 11-28-2018 |
| Adair/Veytsman v. State Farm Mutual Automobile Insurance Company, et al. | United States District Court, District of Nevada | 2:17-cv-00421-RFB-CWH | Powell Law Firm, Las Vegas, NV | 11-27-2018 |
| E&I Holdings, Inc. v. Coral Springs Eggs and I, LLC, et al. | United States District Court for the District of Colorado | 17-cv-02377-WJM-STV | NOVA IP Law, Gainesville, VA | 11-21-2018 |
| King v. Desert Palace, Inc., et al. | District Court, Clark County, Nevada | A-13-691609-C, Dept No. XIV | Gentile Cristalli Miller Armeni Savarese, Las Vegas\NV | 11-21-2018 |
| King v. Desert Palace, Inc., et al. | District Court, Clark County, Nevada | A-13-691609-C, Dept No. XIV | Gentile Cristalli Miller Armeni Savarese, Las Vegas\NV | 11-20-2018 |
| Wise v. Red Star Expedite, Inc., et al. | Commonwealth of Kentucky, Shelby Circuit Court | 16-CI-00321 | Sitlinger & Theiler, Louisville, KY | 11-16-2018 |
| Strbac v. CT Mechanical, LLC, et al. | Circuit Court of Cook County, Illinois County Department - Law Division | 16 L 7256 | Curcio Law Offices, Chicago, IL | 11-14-2018 |
| Watson/Ransom/Jones v. Texas-Cola Leasing Co., et al. | District Court, Tarrant County, TX | 352-290806-17 | Washington Law Office, Dallas, TX | 11-13-2018 |
| Watson/Ransom/Jones v. Texas-Cola Leasing Co., et al. | District Court, Tarrant County, TX | 352-290806-17 | Washington Law Office, Dallas, TX | 11-12-2018 |
| Griffin v. Warren Ball, et al. | Circuit Court of Cook County, Illinois County Department - Law Division | 17 L 2740 | Motherway & Napleton, Chicago, IL | 11-09-2018 |
| Riley v. City of Chicago, et al. | Circuit Court of Cook County, Illinois County Department - Law Division | 17 L 246 | Langdon & Emison, Chicago, IL | 11-08-2018 |
| Shah v. Bernstein, et al. | Eighth Judicial District Court, Clark County, Nevada | A-15-723496-C, Dept No. XIII | Padda Law, Las Vegas, NV | 11-07-2018 |
| Bowens/Allen v. Vitale, M.D., et al. | Superior County of New Jersey, Law Division: Bergen County | L-7014-16 | Lynch Lynch Held Rosenberg, Hasbrouck Heights, NJ | 11-07-2018 |
| Lloyd/Watson v. Cumberland County, et al. | United States District Court for the District of New Jersey, Camden Vicinage | 1:16-cv-03503 JBS-AMD | Benedetto Law Office, Philadelphia, PA | 11-06-2018 |
| Hennis v. Cumberland County, et al. | United States District Court for the District of New Jersey, Camden Vicinage | 1:16-cv-03503 JBS-AMD | Benedetto Law Office, Philadelphia, PA | 11-06-2018 |
| Wilson/Lewis v. Cumberland County, et al. | United States District Court for the District of New Jersey, Camden Vicinage | 1:16-cv-03503 JBS-AMD | Benedetto Law Office, Philadelphia, PA | 11-06-2018 |

**LIST OF CASES OVER THE LAST FOUR YEARS WHEREIN
STAN V. SMITH HAS TESTIFIED AS OF 1/25/2021**

| Case Name | Court | Case Number | Law Firm | Date |
|---|---|---|---|---|
| Sanchez v. Samrith, et al. | District Court, Clark County, Nevada | A-17-751126-C, Dept No. XXX | Powell Law Firm, Las Vegas, NV | 11-05-2018 |
| Orr, Jr. v. T. Burns, Ltd., et al. | Circuit Court of Jackson County, Missouri at Kansas City | 1816-CV01412, Division 17 | Langdon & Emison, Lexington, MO | 11-05-2018 |
| Colon-Montoya v. Mahari, et al. | District Court, Clark County, Nevada | A-16-746156-C, Dept No. XVIII | Powell Law Firm, Las Vegas, NV | 11-01-2018 |
| Colvin, et al. v. Baptist Healthcare System, Inc., et al | Jefferson Circuit Court, Division Twelve | 17-CI-001894 | Oldfather Law Firm, Louisville, KY | 10-31-2018 |
| Ocampo-Trujillo/Nunez v. Ali, et al. | District Court, Clark County, Nevada | A-15-728995-C, Dept No. I | Powell Law Firm, Las Vegas, NV | 10-23-2018 |
| Stoch v. Sid Harvey Industries, Inc. et al. | Circuit Court of Cook County, Illinois, County Department - Law Division | 2015 L 010602 | Sinson Law Group, Chicago, IL | 10-23-2018 |
| Bartels v. Silver Cross Hospital and Medical Centers, et al. | Circuit Court of the Twelfth Judicial Circuit, Will County, Illinois | 2018 L 000328 | McNabola Law Group, Chicago, IL | 10-22-2018 |
| Quinlan v. Alvarez, et al. | District Court, Clark County, Nevada | A-17-754682-C, Dept No. XV | Naqvi Injury Law, Las Vegas, NV | 10-22-2018 |
| Johnson/Toth v. White River Health System Inc., et al. | Circuit Court of Independence County, Arkansas, Civil Division | CV-2012-026-2 | Wilcox Lacy, Jonesboro\AR | 10-19-2018 |
| Bartolo v. Whole Foods Market, Inc. | United States District Court for the District of Columbia | 17-cv-1453 (APM) | Branch & Associates, Washington, DC | 10-18-2018 |
| Lilley/Zeches v. Ek Lian Tan, et al. | District Court, Clark County, Nevada | A-17-749596-C, Dept No. XVIII | Powell Law Firm, Las Vegas, NV | 10-17-2018 |
| Hinojosa v. United Parcel Service, Inc. | Circuit Court of Cook County, Illinois, County Department - Law Division | 13 L 7549 | Bashford Law Group, Glenview, IL | 10-16-2018 |
| Allenson v. Starbucks Corporation | Circuit Court of Cook County, Illinois, County Department - Law Division | 16 L 4034 | Cogan & Power, Chicago, IL | 10-15-2018 |
| Nichols v. Staley, et al. | Circuit Court of Cook County, Illinois, County Department - Law Division | 2016 L 6671 | Dinizulu Law Group, Chicago, IL | 10-11-2018 |
| Aye/Hnin v. Ford Motor Company, et al. | Missouri Circuit Court, Sixth Judicial Circuit, Platte County | 17AE-CC00422 | Langdon & Emison, Lexington, MO | 10-11-2018 |
| Malone, et al. v. Moe, et al. | Eighth Judicial District Court, Clark County, Nevada | A-16-734167-C, Dept No. XXI | Bighorn Law, Las Vegas, NV | 10-09-2018 |
| Taylor v. Berger, M.D., et al. | Circuit Court of Cook County, State of Illinois, County Department - Law Division | 15 L 9086 | Motherway & Napleton, Chicago\IL | 10-09-2018 |
| Vaseemuddin v. County of Cook, et al. | United States District Court, Northern District of Illinois, Eastern Division | 14 C 2995 | Kreamer Law Office, Naperville\IL | 10-03-2018 |
| Snyder v. Bank of America, N.A., et al. | United States District Court, Northern District of California | 15-cv-042228-EDL | Pamela Snyder Pro Se, San Francisco, CA | 10-01-2018 |
| Farmer, et al. v. Las Vegas Metropolitan Police Department, et al. | United States District Court, District of Nevada | 2:17-cv-01946-JCM-PAL | Marquis Aurbach Coffing* Las Vegas, NV | 09-28-2018 |
| Cavazos v. Paschal Enterprises LLC, et al. | 88th Judicial District Court of Hardin County, Texas | 57455 | Grossman Law Offices, Dallas, TX | 09-28-2018 |
| Chappell v. Joey's Inc., et al. | District Court, Clark County, Nevada | A-17-752231-C, Dept No. XXX | Eglet Prince, Las Vegas, NV | 09-27-2018 |
| Confessore v. AGCO Corporation, et al. | Superior Court of New Jersey, Law Division - Monmouth County | MON-L-797-14 | Gill & Chamas, Perth Amboy\NJ | 09-26-2018 |
| Romero v. Club 390 Corp, et al. | Circuit Court of Cook County, Illinois, County Department - Law Division | 2016-L-006872 | Cochran Firm, Chicago, IL | 09-24-2018 |
| Tran v. NDL Group, Inc., et al. | Eighth Judicial District Court, Clark County, Nevada | A-16-740978-C, Dept X | Nguyen & Associates, Las Vegas, NV | 09-21-2018 |
| Ballard/Chapman v. Swartz, M.D., et al. | Superior Court of New Jersey, Law Division - Ocean County | OCN-L-761-16 | Escandon Fernicola Anderson & Covelli, Allenhurst, NJ | 09-19-2018 |
| Trahanas v. Northwestern University, et al. | United States District Court for the Northern District of Illinois, Eastern Division | 1:15-cv-11192 | DeRose & Associates, Hinsdale, IL | 09-17-2018 |
| Tracy v. Lake County Neurosurgery, et al. | Circuit Court of Cook County, Illinois, County Department - Law Division | 09 L 14156 | McNabola Law Group, Chicago\IL | 09-17-2018 |
| Garcia-Alvarez v. Lopez-Acosta, et al. | Eighth Judicial District Court, Clark County, Nevada | A-16-743595-C, Dept No. I | Lerner Injury Attorneys, Las Vegas, NV | 09-14-2018 |
| Ayala v. Young, et al. | District Court, Clark County, Nevada | A-16-747753-C, Dept No. IV | Powell Law Firm, Las Vegas, NV | 09-14-2018 |
| Briggs v. IAP Worldwide Services, Inc., et al. | United States District Court for the Eastern District of Virginia, Alexandria Division | 18-cv-00982-AJT-TCB | Jarrard Law Office, Spokane, WA | 09-13-2018 |
| Lessert v. BNSF Railway Company | United States District Court, District of South Dakota, Western Division | 5:17-cv-5030-JLV | Hubbell Law Firm, Kansas City, MO | 09-11-2018 |
| Sanchez-Tolentino v. Vasquez III, et al. | District Court, Clark County, Nevada | A-16-746-163-C, Dept No. XIII | Powell Law Firm, Las Vegas, NV | 09-10-2018 |
| Whitstone v. Elizalde, et al. | District Court, Clark County, Nevada | A-17-749-640-C, Dept No. IV | Powell Law Firm, Las Vegas, NV | 09-07-2018 |

**LIST OF CASES OVER THE LAST FOUR YEARS WHEREIN**
**STAN V. SMITH HAS TESTIFIED AS OF 1/25/2021**

| Case Name | Court | Case Number | Law Firm | Date |
|-----------|-------|-------------|----------|------|
| King v. Desert Palace, Inc., et al. | District Court, Clark County, Nevada | A-13-691609-C, Dept No. XIV | Gentile Cristalli Miller Armeni Savarese, Las Vegas, NV | 09-06-2018 |
| Rodriguez v. Wong, et al. | District Court, Clark County, Nevada | A-16-740806-C, Dept No. XXIII | Powell Law Firm, Las Vegas, NV | 09-05-2018 |
| Jordan/Lee v. Silver Cross Hospital and Medical Centers, et al. | Circuit Court of Cook County, Illinois, County Department - Law Division | 2015 L 002103 | Cogan & Power, Chicago, IL | 08-31-2018 |
| Pomazal v. Grodoski | Circuit Court of the Eighteenth Judicial Circuit, DuPage County, Illinois | 2013 L 879 | Nemeroff Law Office, Chicago\IL | 08-31-2018 |
| Dieken v. Clark, M.D. | Circuit Court of Will County, Illinois | 14 L 01012 | Paris Law Firm, Chicago\IL | 08-30-2018 |
| Oates v. Shiver, et al. | District Court, Clark County, Nevada | A-16-747820-C, Dept No. I | Powell Law Firm, Las Vegas, NV | 08-24-2018 |
| Thompson v. Methodist Healthcare System of San Antonio, LTD., et al. | District Court, 37th Judicial District, Bexar County, Texas | 2016CI21754 | Krebs Law Office, Austin, TX | 08-24-2018 |
| Bonno/Moreno v. Sanford Clinic North, et al. | United States District Court, District of North Dakota, Eastern Division | 3:16-cv-00114-ARS | Grant & Eisenhofer, Chicago, IL | 08-22-2018 |
| Murillo/Young v. United States of America | United States District Court, Northern District of Illinois, Eastern Division | 17 C 1279 | Mitchell Hoffman & Wolf, Chicago, IL | 08-22-2018 |
| Adams, et al. v. Trinity Industries, Inc., et al. | Circuit Court for the City of St. Louis, Missouri | 1522-CC11395 | Langdon & Emison, Lexington, MO | 08-20-2018 |
| George v. Buckeye Diamond Logistics, Inc., et al. | Court of Common Please of Madison County, Ohio | CVC 2017 0147 | Willis & Willis, Hilliard, OH | 08-17-2018 |
| Lopez/Finnical v. Presbyterian Healthcare Services, Inc. | State of New Mexico, County of Santa Fe, First Judicial District Court | D-101-CV-2017-00654 | Salazar Sullivan Jasionowski, Albuquerque, NM | 08-16-2018 |
| Advanced Packaging Technology Laboratories, Inc. v. Phelan, et al. | Circuit Court of Cook County, Illinois, County Department - Chancery Division | 2014 CH 00143 | Kulinsky & Associates, Wheeling\IL | 08-16-2018 |
| Advanced Packaging Technology Laboratories, Inc. v. Phelan, et al. | Circuit Court of Cook County, Illinois, County Department - Chancery Division | 2014 CH 00143 | Kulinsky & Associates, Wheeling\IL | 08-15-2018 |
| Weir v. Coning, et al. | State of Indiana, County of Vigo, In the Vigo County Superior Court | 84D06-1701-CT-0154 | McNeely Stephenson Thopy & Harrold, Shelbyville, IN | 08-15-2018 |
| Brickner v. Johnson, et al. | District Court, Clark County, Nevada | A-16-737497-C, Dept No. XXX | Ayon Burk, Las Vegas, NV | 08-14-2018 |
| Townsend v. Rush University Medical Center, et al. | Circuit Court of Cook County, Illinois, County Department - Law Division | 15 L 006635 | Spearman Firm, Chicago, IL | 08-13-2018 |
| Blevins v. Holzhauer, M.D. | Circuit Court of Lowndes County, Mississippi | 2016-0027-V1K | Merkel & Cocke, Clarksdale, MS | 08-10-2018 |
| McNeeley v. Banner Health, et al. | Superior Court of Arizona, Gila County | CV201700118 | Lloyd Law Group, Payson, AZ | 08-10-2018 |
| Bryant v. Wolf Electric Supply Company, et al. | Circuit Court of Cook County, Illinois, County Department - Law Division | 2014 L 009840 | Gravlin Law Office, Chicago\IL | 08-09-2018 |
| Mendoza v. Wal-Mart Stores East, et al. | State of New Mexico, County of Grant, Sixth Judicial District Court | D-608-CV-2014-00107 | Cardenas Law Firm, Las Cruces\NM | 08-08-2018 |
| Lavine, et al. v. Robertson, et al. | Superior Court of the State of California, County of San Mateo | CIV 532372 | Kastner Kim, Mountain View\CA | 08-07-2018 |
| Griffo v. Oculus VR, Inc., et al. | United States District Court, Central District of California, Southern Division (Santa Ana) | 8:15-cv-01228-DOC (JCGx) | Reich Law, Boston, MA | 08-03-2018 |
| Advanced Packaging Technology Laboratories, Inc. v. Phelan, et al. | Circuit Court of Cook County, Illinois, County Department - Chancery Division | 2014 CH 00143 | Kulinsky & Associates, Wheeling, IL | 08-03-2018 |
| Ilczyszyn v. Southwest Airlines Co., et al. | Superior Court of California, County of Alameda | RG15766954 | Balaban & Spielberger, Los Angeles, CA | 08-02-2018 |
| Wynn v. BNSF Railway Company, et al. | Circuit Court of Cass County, State of Missouri | 15CA-CC00241, Divison 1 | Davis Bethune & Jones, Kansas City\MO | 08-01-2018 |
| Spaulding, et al. v. Islamic Republic of Iran, et al. | United States District Court, Northern District of Ohio, Eastern Division | 5:16-cv-1748 | Choken Welling, Akron, OH | 07-24-2018 |
| Levi/Mitchell v. Thomas | District Court, 17th Judicial District, Tarrant County, Texas | 017-287211-16 | Washington Law Office, Dallas\TX | 07-11-2018 |
| Ogiego v. Leopardo Companies, Inc., et al. | Circuit Court of Cook County, Illinois, County Department - Law Division | 15 L 001217 | Allen Law Group, Chicago, IL | 07-10-2018 |
| Garcia v. ALAA Al-Nawfall, et al. | District Court, Clark County, Nevada | A-16-742054-C, Dept No. VIII | Eglet Prince, Las Vegas, NV | 07-10-2018 |
| Kaliniak v. Chang, et al. | Circuit Court of Cook County, Illinois, County Department - Law Division | 2015 L 008829 | Groszek Law Firm, Chicago, IL | 07-09-2018 |
| Lhotak v. Robertson, et al. | State of Indiana, County of Porter In the Porter Superior Court, Sitting at Valparaiso, Indiana | 64D02-1704-CT-3337 | Allen Law Group, Chicago, IL | 07-09-2018 |
| Manchak v. St. Louis University, et al. | Circuit Court of the City of St. Louis, State of Missouri | 1322-CC09782 | Gori Julian & Associates, Edwardsville, IL | 07-06-2018 |

**LIST OF CASES OVER THE LAST FOUR YEARS WHEREIN**
**STAN V. SMITH HAS TESTIFIED AS OF 1/25/2021**

| Case Name | Court | Case Number | Law Firm | Date |
|---|---|---|---|---|
| Varebrook v. Tisdall, M.D., et al. | District Court of Bexar County, Texas, 225th Judicial District | 2017CI06007 | Krebs Law Office, Austin, TX | 07-05-2018 |
| Knaack v. Knight Transportation, Inc., et al. | United States District Court, District of Nevada | 3:17-cv-00172-LRH-WGC | Vannah & Vannah, Las Vegas, NV | 07-03-2018 |
| Piggee v. Schaefer, M.D., et al. | Circuit Court of Cook County, Illinois, County Department - Law Division | 2015 L 010611 | Etherton and Associates, Chicago, IL | 07-02-2018 |
| Burkey v. Hunter, et al. | United States District Court for the Northern District of Ohio, Eastern Division | 4:17-cv-00338-BYP | Engler Law Firm, Warren, OH | 06-29-2018 |
| Phillips v. Pangea Ventures, LLC, et al. | Circuit Court of Cook County, Illinois, County Department - Law Division | 2015 L 012092 | Rittenberg Buffen Gulbrandsen Robinson & Saks, Chicago, IL | 06-29-2018 |
| Angelo v. Albertson's, et al. | United States District Court, District of Nevada | 2:17-CV-01246-APG-GWF | Shook & Stone, Las Vegas, NV | 06-28-2018 |
| Feazell-Daniels v. Quiroz, et al. | District Court, Clark County, Nevada | A-16-735198-C, Dept No. XI | Naqvi Injury Law, Las Vegas, NV | 06-27-2018 |
| Bryant v. Wolf Electric Supply Company, et al. | Circuit Court of Cook County, Illinois, County Department - Law Division | 2014 L 009840 | Gravlin Law Office, Chicago, IL | 06-27-2018 |
| Pierce v. Windmill Environmental, et al. | Circuit Court of Cook County, Illinois, County Department - Law Division | 15 L 11107 | Goldberg Weisman & Cairo, Chicago, IL | 06-26-2018 |
| McDaniels v. Wolverine World Wide, Inc., et al. | State of Indiana, County of Porter In the Porter Superior Court, Sitting at Valparaiso, Indiana | 64D01-1510-CT-008639 | Allen Law Group, Valparaiso, IN | 06-25-2018 |
| Verdone v. Schulze and Burch Biscuit Co. | Circuit Court of Cook County, Illinois, County Department - Law Division | 15 L 5569 | O'Connor Law Group, Chicago, IL | 06-22-2018 |
| Schmidt v. Robertson, et al. | Lake Superior Court, Gary, Indiana | 45D04-1702-CT-00042 | Allen Law Group, Valparaiso\IN | 06-21-2018 |
| Nedrick v. County of Monmouth, et al. | Superior Court of New Jersey, Law Division, Monmouth County | MON-L-1966-15 | Wolf Law Office, Red Bank\NJ | 06-20-2018 |
| Mendoza v. Wal-Mart Stores East, et al. | State of New Mexico, County of Grant, Sixth Judicial District Court | D-608-CV-2014-00107 | Cardenas Law Firm, Las Cruces, NM | 06-18-2018 |
| Lerma v. St. Alexius Medical Center | Circuit Court of Cook County, Illinois, County Department - Law Division | 2016 L 000603 | Indomenico & Associates, Chicago\IL | 06-15-2018 |
| Hughes v. Randall-Hayes, M.D., et al. | Circuit Court, Sixth Judicial Circuit, Champaign County, State of Illinois | 2013-L-99 | Mossing & Navarre, Chicago\IL | 06-14-2018 |
| Kenu v. Belkin International, Inc. et al | United States District Court, Northern District of California, San Francisco Division | 3:14-cv-04327-JD | Troutman Sanders, San Francisco\CA | 06-13-2018 |
| Zeller v. CRST Lincoln Sales, Inc., et al. | United States District Court, Northern District of Illinois, Eastern Division | 16-cv-10140 | Cogan & Power, Chicago, IL | 06-11-2018 |
| Leoni v. Experian Information Solutions, Inc. | United States District Court, District of Nevada | 2:17-cv-01408-RFB-VCF | Knepper & Clark, Las Vegas, NV | 06-08-2018 |
| Streit v. Halverson | United States District Court for the Western District of Missouri, Central Division at Jefferson City | 2:17-cv-4225 | Langdon & Emison, Lexington, MO | 06-07-2018 |
| Whitlock v. Nevada Capital Insurance Company, et al. | District Court, Clark County, Nevada | A-13-681608-C, Dept No. XXIX | Maier Gutierrez & Associates, Las Vegas, NV | 06-06-2018 |
| Hanna v. Trinity Industries, Inc., et al. | Circuit Court of Jackson County, Missouri at Kansas City | 1716-CV12173 | Langdon & Emison, Lexington, MO | 06-06-2018 |
| Taylor v. Berger, M.D., et al. | Circuit Court of Cook County, State of Illinois, County Department - Law Division | 15 L 9086 | Motherway & Napleton, Chicago, IL | 06-05-2018 |
| Kolesar v. XPO Logistics Freight, I(nc. | Circuit Court of Cook County, State of Illinois, County Department - Law Division | 2016-L-000686 | Pullano Law Firm, Chicago, IL | 06-04-2018 |
| Heartwise, Inc. v. Nutrigold, Inc. | United States District Court, District of Utah, Central Division | 2:13-cv-00982-DAK | Workman Nydegger* Salt Lake City, UT | 06-01-2018 |
| Kim v. Byun, M.D., et al. | United States District Court, Northern District of Illinois | 1:16-cv-09138 | Patterson Law Firm, Chicago, IL | 05-31-2018 |
| Barnum, et al. v. Equifax Information Services, Inc. | United States District Court, District of Nevada | 2:16-cv-2866-RFB-NJK | Knepper & Clark, Las Vegas, NV | 05-30-2018 |
| Bulduk v. Walgreen Co. | Circuit Court of Cook County, State of Illinois, County Department - Law Division | 17 L 1149 | Lane Kefii Law, Chicago, IL | 05-25-2018 |
| Mejia, et al. v. Lawyer Mechanical Services, et al. | District Court, Clark County, Nevada | A-16-740817-C | Powell Law Firm, Las Vegas, NV | 05-24-2018 |
| Petrocianpur, et al. v. Grand Lux Café LLC, et al. | District Court, Clark County, Nevada | A-15-719661-C, Dept No. XIX | Naqvi Injury Law, Las Vegas, NV | 05-23-2018 |
| Georgas v. Swedish Covenant Hospital, et al. | Circuit Court of Cook County, Illinois, County Department - Law Division | 2014L012688 | Power Rogers & Smith, Chicago, IL | 05-22-2018 |
| Cotton v. Lee, D.O., et al. | State of Illinois in the Circuit Court of the Twelfth Judicial Circuit, Will County | 14 L 563 | Motherway & Napleton, Chicago, IL | 05-21-2018 |
| Lewis v. Agarwal, M.D., et al. | Circuit Court of Cook County, Illinois, County Department - Law Division | 2015 L 008423 | Phillips & Associates, Chicago, IL | 05-17-2018 |

**LIST OF CASES OVER THE LAST FOUR YEARS WHEREIN
STAN V. SMITH HAS TESTIFIED AS OF 1/25/2021**

| Case Name | Court | Case Number | Law Firm | Date |
|---|---|---|---|---|
| Urth Laguna Beach Development, et al. v. Farsakh, et al. | Superior Court of the State of California, County of Orange | 30-2016-00849787-CU-CR-CJC | American Freedom Law Center* Ann Arbor, MI | 05-16-2018 |
| Holt/Cordova-Holt v. Ocwen Loan Servicing, et al. | Superior Court of the State of California in and for the County of Marin | OLV 1600577 | Christensen Law Office, Oakland, CA | 05-15-2018 |
| Carter/Collins v. Metropolitan Hospital, et al. | State of Michigan in the Circuit Court for the County of Kent | 17-06824-NH | Buchanan & Buchanan, Grand Rapids, MI | 05-10-2018 |
| Vaseemuddin v. County of Cook, et al. | United States District Court, Northern District of Illinois, Eastern Division | 14 C 2995 | Kreamer Law Office, Naperville, IL | 05-08-2018 |
| Robertshaw v. Maurer Truck Leasing, LLC, et al. | Circuit Court of Cook County, Illinois County Department - Law Division | 2016 L 2098 | Shannon Law Group, Woodridge, IL | 05-07-2018 |
| Haught v. Payson Healthcare Management, Inc. et al. | Superior Court of the State of Arizona In and For the County of Gila | CV201300157 | McGovern Law Offices, Phoenix\AZ | 05-04-2018 |
| Walsh/Shane v. Koren, M.D., et al. | Superior Court of New Jersey, Law Division: Camden County | CAM-L-1617-16 | Lynch Lynch Held Rosenberg, Hasbrouck Heights, NJ | 05-03-2018 |
| Simmons v. Richardson, M.D., et al. | Commonwealth of Kentucky, Daviess Circuit Court, Division II | 13-CI-00395 | Moore Malone & Safreed, Owensboro, KY | 04-26-2018 |
| Slone v. Anesthesia Associates, PSC | Commonwealth of Kentucky, Fayette Circuit Court | 16-CI-04089 | Savage Law Firm, Lexington, KY | 04-25-2018 |
| Haak, et al. v. Reyniers, et al. | United States District Court for the Eastern District of Wisconsin | 17-C-128 | Lawton & Cates, Madison, WI | 04-24-2018 |
| Ogiego v. Leopardo Companies, Inc., et al. | Circuit Court of Cook County, Illinois, County Department - Law Division | 15 L 001217 | Allen Law Group, Valparaiso, IN | 04-24-2018 |
| Walker v. Macy's Merchandising Group, Inc. | United States District Court for the Northern District of Illinois, Eastern Division | 1:14-cv-02513 | Langdon & Emison, Lexington, MO | 04-18-2018 |
| McMichael v. Spectrum Health Hospitals, et al. | State of Michigan in the Circuit Court for the County of Kent | 17-01653-NH | Buchanan & Buchanan, Grand Rapids, MI | 04-12-2018 |
| Klaisner v. Johanson | Circuit Court of Cook County, Illinois, County Department - Law Division | 16 L 2993 | Bashford Law Group, Glenview, IL | 04-12-2018 |
| McKenna v. Chesnoff, CHTD. P.C., et al. | United States District Court, District of Nevada | 2:14-CV-01773-JAD-CWH | Bailey Kennedy, Las Vegas, NV | 04-11-2018 |
| Ruettiger v. Lincoln-Way Area Special Education District 843, et al. | Circuit Court of the Twelfth Judicial Circuit, Will County, Illinois | 16 L 0539 | Allen Law Group, Valparaiso, IN | 04-06-2018 |
| Binkowski v. Grand Island Express, Inc., et al | State of Indiana, County of Porter, Porter County Superior Court 2 | 64D02-1503-CT-2255 | Allen Law Group, Valparaiso\IN | 04-05-2018 |
| Luedtke v. Northern Indiana Public Service Company, et al. | State of Indiana, County of Lake, in the Lake Superior Court Sitting at Crown Point, Indiana | 45D10-1602-CT-27 | Allen Law Group, Valparaiso, IN | 04-04-2018 |
| McKay v. the City of St. Louis, Missouri, et al. | United States District Court for the Eastern District of Missouri, Eastern Division | 4:15-cv-01315-JAR | Newton Barth, St. Louis, MO | 03-29-2018 |
| Stork v. Wenck | Iowa District Court for Carroll County | LACV039736 | Galligan & Reid, Des Moines, IA | 03-28-2018 |
| Hauslein v. Statham | Circuit Court of the Tenth Judicial Circuit of Illinois, Knox County | 15-L-2 | LeFante Law Offices, Peoria, IL | 03-28-2018 |
| Calianno v. Kaleb Crinite, et al. | District Court, Clark County, Nevada | A-15-727749-C, Dept No. XXX | Eglet Prince, Las Vegas, NV | 03-27-2018 |
| Thompson, et al. v. Stonegate Insurance Co. | Circuit Court of Cook County, County Department - Chancery Division | 12 CH 02774 | Richert Law Office, Orland Park, IL | 03-26-2018 |
| Contreras v. Manning, et al. | Circuit Court of Cook County, Illinois, County Department - Law Division | 2015 L 7542 | Espitia Law Office, Chicago, IL | 03-23-2018 |
| Estabrook v. Yamazaki Mazak Corporation, et al. | United States District Court for the Northern District of Indiana | 1:16-cv-0087-RL-SLC | Theisen & Associates, Fort Wayne, IN | 03-23-2018 |
| Schreck v. Sanford Health, et al. | Iowa District Court for Lyon County | LACV501613 | Beattie Law Firm, Des Moines, IA | 03-22-2018 |
| Appleton v. Tahoe Nugget, Inc., et al. | Second Judicial District Court of the State of Nevada, County of Washoe | CV17-00001, Dept No. 10 | Titolo Law Office, Las Vegas, NV | 03-21-2018 |
| Sarian v. Proctor, DO, et al. | Commonwealth of Kentucky, Boone Circuit Court, First Division | 17-CI-00227 | Savage Law Firm, Lexington, KY | 03-19-2018 |
| Khiabani/Barin v. Motor Coach Industries, Inc., et al. | District Court, Clark County, Nevada | A-17-755977-C | Weinberg Wheeler Hudgins Gunn & Dial* Las Vegas\NV | 03-16-2018 |
| Allen v. Regional Transportation Authority, et al. | Circuit Court of Cook County, Illinois, County Department - Law Division | 015L0000116 | Deratany & Associates, Chicago, IL | 03-13-2018 |
| Damor America v. Zurich International Italia S.P.A., et al. | Circuit Court of Cook County, Illinois, County Department - Law Division | 2014 L 13340 | Sinson Law Group, Chicago, IL | 03-09-2018 |
| Strosberg v. Englander, M.D., et al. | Circuit Court of the Fifteenth Judicial Circuit, In and For Palm Beach County, Florida | 50 2014 CA 012994XXXXMB AB | Roberts & Associates, West Palm Beach, FL | 03-08-2018 |
| Simpson v. General Motors, et al. | State of Michigan in the Circuit Court for the County of Genesee | 16-107103-NO | Darling Law Office, Plymouth, MI | 03-07-2018 |

**LIST OF CASES OVER THE LAST FOUR YEARS WHEREIN**
**STAN V. SMITH HAS TESTIFIED AS OF 1/25/2021**

| Case Name | Court | Case Number | Law Firm | Date |
|---|---|---|---|---|
| Smith v. Retail Project Managers, Inc., et al. | Circuit Court of Cook County of Illinois, County Department - Law Division | 15 L 1323 | Riseborough Law Office, Lake Bluff\IL | 02-28-2018 |
| Schlappi v. Finnestad | Circuit Court of the Twenty-Third Judicial Circuit, Kendall County, Illinois | 15 L 186 | Rigazio Law Office, Morris, IL | 02-27-2018 |
| Kenny, Jr. v. Superior Engineering, LLC., et al. | State of Indiana, County of Lake, Lake Superior Court, Sitting at Hammond Indiana | 45D01-1411-CT-00261 | Allen Law Group, Valparaiso, IN | 02-22-2018 |
| Amiri v. Duncan, et al. | United States District Court, Northern District of California, San Francisco Division | 3:15-cv-03994-JSC | Holl Law & Mediation, San Francisco, CA | 02-21-2018 |
| Robinson v. Eder, M.D., et al. | Circuit Court for Baltimore City, Maryland | 24-C-16-006431 | Wais Vogelstein Forman & Offutt, Baltimore, MD | 02-16-2018 |
| Foy v. Sherwin Williams Company | United States District Court, Northern District of Illinois, Eastern Division | 15-CV-4652 | O'Brien Law, Geneva, IL | 02-13-2018 |
| Ruettiger v. Lincoln-Way Area Special Education District 843, et al. | Circuit Court of the Twelfth Judicial Circuit, Will County, Illinois | 16 L 0539 | Allen Law Group, Valparaiso, IN | 02-08-2018 |
| Nakhla v. Rite Aid of New Jersey, Inc., et al. | Superior Court of New Jersey, Law Division - Monmouth County | MON-L-2242-16 | Escandon Fernicola Anderson & Covelli, Allenhurst, NJ | 02-07-2018 |
| Gurwood v. GCA Services Group, Inc., et al. | State of South Carolina, County of Charleston in the Court of Common Pleas for the Ninth Judicial Circuit | 2015-CP-10-2191 | Slotchiver & Slotchiver, Charleston, SC | 02-06-2018 |
| Villanueva v. Payson Hospital Corporation, et al. | Superior Court of the State of Arizona, In and For the County of Gila | CV 2016 00177 | Lloyd Law Group, Payson, AZ | 02-05-2018 |
| Pomazal v. Grodoski | Circuit Court of the Eighteenth Judicial Circuit, DuPage County, Illinois | 2013 L 879 | Nemeroff Law Office, Chicago, IL | 02-02-2018 |
| Pinkson v. Conway Two, LLC., et al. | Circuit Court of Cook County, County Department - Law Division | 2015L007994 | Gary Williams Parenti Finney Watson & Gary, Stuart, FL | 02-01-2018 |
| Ross, Jr. v. Cattron-Theimeg, Inc., et al. | State of Indiana, County of Lake, Lake Superior Court, Sitting at Gary, Indiana | 45D04-1407-CT-129 | Allen Law Group, Chicago, IL | 02-01-2018 |
| Thimmes v. Bakeris, D.C. | Circuit Court of DeSoto County, Mississippi | CV-2014-203RCD | Merkel & Cocke, Clarksdale, MS | 01-31-2018 |
| Rosol v. Elmhurst Memorial Hospital, et al. | Circuit Court of Cook County, County Department - Law Division | 14 L 1606 | McNabola & Associates, Chicago, IL | 01-31-2018 |
| Owens v. City of Chicago, et al. | Circuit Court of Cook County, County Department - Law Division | 2015 L 9132 | Curcio Law Offices, Chicago, IL | 01-30-2018 |
| Lanham v. BNSF Railway Company | District Court of Lancaster County, Nebraska | CL 17-106 | Atwood Holsten Brown Deaver & Spier, Lincoln, NE | 01-30-2018 |
| Komada v. Dove, et al. | Circuit Court of Cook County, County Department - Law Division | 16 L 5275 | Mitchell Hoffman & Wolf, Chicago, IL | 01-29-2018 |
| Beasley v. Shady Grove Adventist Hospital, et al. | Circuit Court for Prince Georges County, Maryland | CA46-30133 | Wais Vogelstein Forman & Offutt, Baltimore, MD | 01-26-2018 |
| Cardenas v. Northern Nevada Medical Center, et al. | Second Judicial District Court of the State of Nevada, County of Washoe | CV13-00523, Dept No. 4 | Durney & Brennan, Reno\NV | 01-25-2018 |
| Gillman v. Zamora, et al. | District Court, Clark County, Nevada | A722327, Dept No. II | Paternoster Law Group, Las Vegas, NV | 01-24-2018 |
| Metcalfe v. Loquerio Automotive, Inc., et al. | Circuit Court of Cook County, Illinois, County Department - Law Division | 15 L 12932 | Chapekis Chapekis Kardas & Schmidt, Chicago, IL | 01-22-2018 |
| Lefthand v. Taos Health Systems, Inc., et al. | Thirteenth Judicial District Court, County of Valencia, State of New Mexico | D-1314-CV-2016-00390 | Salazar Sullivan Jasionowski, Albuquerque, NM | 01-22-2018 |
| Morgenstern, M.D. v. City of Highland Park, et al. | Circuit Court for the Nineteenth Judicial Circuit, Lake County, Illinois | 15 L 186 | Nolan Law Group, Chicago, IL | 01-19-2018 |
| Commonwealth of Kentucky, et al. v. National College of Kentucky, Inc. | Commonwealth of Kentucky, Fayette Circuit Court, Division 8 | 11-CI-4922 | Rose Grasch Camenisch Mains* Lexington\KY | 01-18-2018 |
| Olek, Inc. v. RAR Development Associates, et al. | Superior Court of New Jersey, Law Division - Essex County | ESX-L-1780-15 | Orr Law Office, Newark, NJ | 01-17-2018 |
| Rabadan/Sharp v. Mittapalli, M.D., et al. | Circuit Court of the Fourteenth Judicial Circuit, Whiteside County, Illinois | 2014 L 37 ST | Mertes & Mertes, Sterling, IL | 01-16-2018 |
| Hays, Jr., et al. v. Tarullo, et al. | Jefferson Circuit Court, Division One | 14-CI-03296 | Tobler Law Firm, New Orleans, LA | 01-15-2018 |
| Blue Book Services, Inc. v. Amerihua Produce, Inc. | United States District Court for the Northern District of Illinois, Eastern Division | 16-10495 | Schiller Law Group, New York, NY | 01-11-2018 |
| George v. CNS Transpro, et al. | United States District Court of the Eastern District of Missouri at St. Louis, Missouri | 4:16-cv-01656-RWS | Langdon & Emison, Lexington, MO | 01-10-2018 |
| Montague v. Yale University, et al. | United States District Court, District of Connecticut | 3:16-CV-00885-AVC | Todd & Weld, Boston, MA | 01-09-2018 |

**LIST OF CASES OVER THE LAST FOUR YEARS WHEREIN**
**STAN V. SMITH HAS TESTIFIED AS OF 1/25/2021**

| Case Name | Court | Case Number | Law Firm | Date |
|---|---|---|---|---|
| Cortese-Angelini v. Sangiovese, et al. | District Court, Clark County, Nevada | A-17-753796-C, Dept No. XXXI | Gentile Cristalli Miller Armeni Savarese, Las Vegas, NV | 01-08-2018 |
| Brooks v. Avila, et al. | District Court, Clark County, Nevada | A-16-737423-C, Dept No. VII | Powell Law Firm, Las Vegas, NV | 01-05-2018 |
| Mendoza v. Torres, et al. | District Court, Clark County, Nevada | A-16-733263-C, Dept No. XVI | Eglet Prince, Las Vegas, NV | 01-04-2018 |
| Ashford v. 99 Cents Only Store, et al. | District Court, Clark County, Nevada | A-16-736450-C, Dept No. XXX | Powell Law Firm, Las Vegas, NV | 01-04-2018 |
| Clinkscale v. Ruffin, et al. | District Court, Clark County, Nevada | A-15-729321-C, Dept No. XVI | Powell Law Firm, Las Vegas, NV | 01-03-2018 |
| Hays, Jr., et al. v. Tarullo, et al. | Jefferson Circuit Court, Division One | 14-CI-03296 | Tobler Law Firm, New Orleans, LA | 12-13-2017 |
| Marogil v. Sterbenz, et al. | Circuit Court for the Eighteenth Judicial Circuit, DuPage County, Illinois | 2015 L 784 | Patterson Law Firm, Chicago, IL | 12-12-2017 |
| Lerma v. St. Alexius Medical Center | Circuit Court of Cook County, Illinois, County Department - Law Division | 2016 L 000603 | Indomenico & Associates, Chicago, IL | 12-11-2017 |
| Johnson v. Shaw Transport, et al. | State of Indiana, County of Marion, Marion Superior Court #6 | 49D06-1603-CT-010096 | Allen Law Group, Valparaiso, IN | 12-08-2017 |
| Egan Marine Corporation v. ExxonMobil Oil Corporations, et al. | Circuit Court of Cook County, Illinois, County Department - Law Division | 15 L 6437 | Cronin & Co, Chicago, IL | 12-07-2017 |
| Brooks v. Caterpillar Global Mining, LLC | United States District Court, Western District of Kentucky, Owensboro Division | 4.14-CV-00022-JHM | Moore Malone & Safreed, Owensboro\KY | 12-06-2017 |
| Siegfried v. Lopez, et al. | Eighth Judicial District Court, Clark County, Nevada | A-15-722816-C, Dept No. II | Powell Law Firm, Las Vegas, NV | 12-05-2017 |
| Conner v. Robertson, et al. | Lake Superior Circuit Court, Crown Point, Indianan | 45C01-1501-CT-00011 | Whalley & Associates, Merrillville, IN | 12-05-2017 |
| Albert v. Gauthier, et al. | Circuit Court of Cook County, Illinois, County Department - Law Division | 2015 L 002707 | Woodruff Johnson & Evans, Aurora, IL | 12-04-2017 |
| Guzman v. Dale, et al. | District Court, Clark County, Nevada | A-16-746355-C, Dept No. 30 | Lerner Injury Attorneys, Las Vegas, NV | 12-01-2017 |
| Gonzalez/Cuevas v. Northshore University Healthsystem, et al. | Circuit Court of Cook County, Illinois, County Department - Law Division | 2014 L 006113 | Cogan & Power, Chicago, IL | 12-01-2017 |
| Marin/Melvin v. The University of Chicago Medical Center | Circuit Court of Cook County, Illinois, County Department - Law Division | 14 L 006886 | Mossing & Navarre, Chicago, IL | 11-30-2017 |
| French, et al. v. Trinity Highway Products, et al. | Circuit Court for the City of St. Louis, Missouri | 1522-CC11395 | Fibich Leebron Copeland Briggs, Houston, TX | 11-28-2017 |
| Gentry v. Integritas Systems LLC, et al. | State of Indiana, County of Marion, Marion Superior Court, Sitting at Indianapolis, Indiana | 49D10-1602-CT-3929 | Allen Law Group, Valparaiso\IN | 11-15-2017 |
| Schwab v. Surgical Associates of Louisville, et al. | Jefferson Circuit Court, Division Twelve (12) | 15-CI-006423 | Franklin Law Group, Louisville, KY | 11-13-2017 |
| Main Street Power Mail, Inc., et al. v. Erie Insurance Exchange | State of Indiana, County of Hamilton, Hamilton Circuit Court | 29C01-1509-PL-7272 | Parr Richey Obremskey Frandsen & Patterson, Indianapolis, IN | 11-13-2017 |
| Shaffer v. Affiliated Southwest Surgeons, P.C., et al. | Superior Court of the State of Arizona, In and For the County of Maricopa | CV2015-005620 | McGovern Law Offices, Phoenix, AZ | 11-10-2017 |
| Russell v. Williams, et al. | District Court, 429th Judicial District, Collin County, Texas | 429-04560-2016 | Reed Law Group, Frisco, TX | 11-10-2017 |
| White v. Independence Plus, Inc., et al | Circuit Court of Cook County, County Department - Law Division | 13 L 8014 | Wienold & Associates, Chicago, IL | 11-09-2017 |
| Dautrich v. Nationstar Mortgage LLC, et al. | United States District Court, District of New Jersey | 1:15-cv-08278-RMB-KMW | Northeast Law Group, Longmeadow, MA | 11-09-2017 |
| Jones v. Ullah, M.D., et al. | Circuit Court, Twentieth Judicial Circuit, St. Clair County, Illinois | 14-L-565 | Hopson Law Group, Chicago, IL | 11-08-2017 |
| Vidaurri/Jones v. Sealy, et al. | State of New Mexico, County of Lea, Fifth Judicial District | CV-2016-00842 | Sawyers Law Group, Hobbs\NM | 11-07-2017 |
| Ledesma v. Sheets, et al. | District Court, Clark County, Nevada | A-15-727686-C, Dept No. XXVIII | Ladah Law firm, Las Vegas, NV | 11-06-2017 |
| Johnson v. Garceau | Second Judicial District Court In and For Weber County, State of Utah | 160905341 TA | Richards Law Office, Ogden, UT | 11-06-2017 |
| Vidaurri/Jones v. Sealy, et al. | State of New Mexico, County of Lea, Fifth Judicial District | CV-2016-00842 | Sawyers Law Group, Hobbs, NM | 11-03-2017 |
| Zarate v. Mendez, et al. | District Court, Clark County, Nevada | A-16-737427-C, Dept No. VI | Eglet Prince, Las Vegas, NV | 11-02-2017 |
| Murdick v. Manbeck, M.D. | State of Indiana, County of St. Joseph, Circuit Court | 71C01-1504-CT-000154 | Pavich Law Group, Chicago, IL | 11-02-2017 |
| Vidaurri/Jones v. Sealy, et al. | State of New Mexico, County of Lea, Fifth Judicial District | CV-2016-00842 | Sawyers Law Group, Hobbs, NM | 11-01-2017 |

**LIST OF CASES OVER THE LAST FOUR YEARS WHEREIN
STAN V. SMITH HAS TESTIFIED AS OF 1/25/2021**

| Case Name | Court | Case Number | Law Firm | Date |
|---|---|---|---|---|
| Morgenstern, M.D. v. City of Highland Park, et al. | Circuit Court for the Nineteenth Judicial Circuit, Lake County, Illinois | 15 L 186 | Nolan Law Group, Chicago, IL | 10-31-2017 |
| Poola, PhD. v. Howard University, et al. | Superior Court of the District fo Columbia, Civil Division | 2012 CA 000003 | Branch & Associates, Washington, DC | 10-27-2017 |
| Hernandez v. Noun, et al. | Circuit Court of Cook County, Illinois, County Department - Law Division | 14 L 5052 | Burns Cronauer & Brown, Sycamore, IL | 10-26-2017 |
| Jackson v. Turley, M.D., et al. | Commonwealth of Kentucky, Madison Circuit Court, Division 1 | 16-CI-530 | Erdmann & Stumbo, Richmond, KY | 10-26-2017 |
| Blomgren v. Town Square Las Vegas, LLC, et al. | District Court, Clark County, Nevada | A736230, Dept No. I | Lerner Injury Associates, Las Vegas, NV | 10-24-2017 |
| Lopez v. Vazquez, M.D., et al. | Superior Court of New Jersey, Law Division: Passaic County | PAS-1-2196-15 | Lynch Lynch Held Rosenberg, Hasbrouck Heights, NJ | 10-23-2017 |
| Carreto-Silva v. Velcani | Circuit Court of Cook County, Illinois, County Department - Law Division | 14 L 011515 | Shim Law Office, Rolling Meadows\IL | 10-23-2017 |
| Damery v. McGrath, et al. | District Court, Clark County, Nevada | A-10-620078 | Eglet Prince, Las Vegas\NV | 10-20-2017 |
| Honigsblum v. Next Door and Window Company, et al. | Circuit Court of Cook County, Illinois, County Department - Law Division | 2014 L 009884 | O'Mara Gleason & O'Callaghan, Chicago\IL | 10-19-2017 |
| Oyugi v. Advocate Health and Hospitals Corporation, et al. | Circuit Court of Cook County, Illinois, County Department, Law Division | 13 L 10038 | McNabola & Associates, Chicago, IL | 10-18-2017 |
| Flanagan/Allen v. The City of Dallas, Texas, et al. | United States District Court for the Northern District of Texas, Dallas Division | 3:13-CV-4231 | Washington Law Office, Dallas\TX | 10-17-2017 |
| O'Sullivan v. O'Sullivan | Circuit Court of Cook County, Illinois, County Department - Domestic Relations Division | 15-D-303 | Leving Law Office, Chicago\IL | 10-16-2017 |
| Garcia-Morales, et al. v. Marshall Jr., et al. | District Court, Clark County, Nevada | A-16-730891-C, Dept No. XVI | Powell Law Firm, Las Vegas, NV | 10-13-2017 |
| Smoot, et al. v. Mercy Medical Center, Inc., et al | Circuit Court for Baltimore City | 24-C-17-000216 MM | Wais Vogelstein Forman & Offutt, Baltimore, MD | 10-12-2017 |
| Gonzalez/Gish v. Solid Platforms, Inc. | State of Indiana, County of Porter, Porter Superior Court, Sitting at Valparaiso, Indiana | 64D02-1511-CT-9806 | Allen Law Group, Valparaiso, IN | 10-11-2017 |
| Simao v. Rish, et al. | District Court, Clark County, Nevada | A539455 | Eglet Prince, Las Vegas, NV | 10-10-2017 |
| Mohammed v. Kelly | Circuit Court of Cook County, Illinois, County Department - Law Division | 2015 L 010729 | Wolfman Law Office, Chicago, IL | 10-10-2017 |
| Williams v. Douglas County, et al. | United States District Court for the Northern District fo Georgia, Atlanta Division | 1:16-CV-02913-ODE | Jeffrey Scott, New York, NY | 10-09-2017 |
| Doe v. Board of Education of the City of Chicago | Circuit Court of Cook County, Illinois, County Department | 2014 L 010388 | Montgomery Law Firm, Chicago\IL | 10-06-2017 |
| Collier v. Norfolk Southern Railway Company | Circuit Court of Clay County, Missouri | 15CY-CV06848, Division No. 4 | Barnes Law Firm, Kansas City\MO | 10-04-2017 |
| Aye/Parke v. Venetian Casino Resort, LLC., et al. | District Court, Clark County, Nevada | A-15-716380-C, Dept No. XXVIII | Ladah Law Firm, Las Vegas, NV | 10-02-2017 |
| Hernandez v. Davis, et al. | District Court, Clark County, Nevada | A-16-739703-C, Dept No. XXVI | Lerner Injury Attorneys, Las Vegas, NV | 09-27-2017 |
| Fowler v. Sonsungnuen, et al. | District Court, Clark County, Nevada | A-15-729006-C, Dept No. XXVIII | Powell Law Firm, Las Vegas, NV | 09-27-2017 |
| Czech v. Target Corporation, et al. | United States District Court, District of Nevada | 2:16-cv-01923-APG-GWF | Shook & Stone, Las Vegas, NV | 09-26-2017 |
| Clark v. Dixit, M.D., et al. | Jefferson Circuit Court, Division Thirteen | 15-CI 005753 | Goldberg & Simpson, Louisville, KY | 09-26-2017 |
| Seehoffer v. Illinois Farmers Insurance Company | State of Illinois, County of Cook | 1020183765-1-4* Policy No. 0145698892 | Burnes & Libman, Chicago, IL | 09-25-2017 |
| Abeln/Kaufman, et al. v. Trinity Industries, Inc., et al. | Circuit Court for the City of St. Louis, Missouri | 1522-CC11395 | Langdon & Emison, Lexington, MO | 09-25-2017 |
| Smith v. Retail Project Managers, Inc., et al. | Circuit Court of Cook County, Illinois, County Department - Law Division | 15 L 1323 | Riseborough Law Office, Lake Bluff, IL | 09-22-2017 |
| Tremain v. Ferro, D.O., P.C., et al | State of Michigan, Circuit Court for the County of Ingham | 17-255-NH | Buchanan & Buchanan, Grand Rapids, MI | 09-22-2017 |
| Meeks/Jones v. Dissanayake, M.D. | Circuit Court of Cook County, Illinois, County Department - Law Division | 15 L 11535 | Loggans & Associates, Chicago, IL | 09-21-2017 |
| Binkowski v. Grand Island Express, Inc., et al | State of Indiana, County of Porter, Porter County Superior Court 2 | 64D02-1503-CT-2255 | Allen Law Group, Valparaiso, IN | 09-21-2017 |
| Cotton v. Lee, D.O., et al. | State of Illinois in the Circuit Court of the Twelfth Judicial Circuit, Will County | 14 L 563 | Motherway & Napleton, Chicago, IL | 09-20-2017 |
| Jones/Hortman, et al. v. Goodrich Corporation, et al. | United States District Court, District of Connecticut | 3:12-CV-02197-WWE | Baum Hedlund Aristei & Goldman, Los Angeles, CA | 09-20-2017 |
| Haught v. Payson Healthcare Management, Inc. et al. | Superior Court of the State of Arizona and for the County of Gila | CV201300157 | McGovern Law Offices, Phoenix, AZ | 09-18-2017 |
| Jones , et al. v. Mercy Medical Center, Inc., et al. | Circuit Court for Baltimore City, Maryland | 24-C-16-005857 | Wais Vogelstein Froman & Offutt, Baltimore, MD | 09-14-2017 |

**LIST OF CASES OVER THE LAST FOUR YEARS WHEREIN**
**STAN V. SMITH HAS TESTIFIED AS OF 1/25/2021**

| Case Name | Court | Case Number | Law Firm | Date |
|---|---|---|---|---|
| Scheibling v. Morris Heart Associates, et al. | Superior Court of New Jersey, Law Division - Morris County | MRS-L-2205-14 | Lomurro Law, Freehold\NJ | 09-13-2017 |
| Northland Products Company v. Ouelette Machinery Systems | Circuit Court of the County of St. Louis, State of Missouri | 16SL-CC00784, Div. 18 | Spooner Law* St. Louis\MO | 09-12-2017 |
| Sanchez/Miranda v. United States of America, et al. | United States District Court, District of New Jersey | 2:15-CV-07509-KSH-CLW | Lynch Lynch Held Rosenberg, Hasbrouck Heights, NJ | 09-11-2017 |
| Turner v. US Airbag, LLC., et al. | State of Wisconsin, Circuit Court, Chippewa County | 14 CV 162 | Guelzow Law Offices, Eau Clair\WI | 09-11-2017 |
| Warshawsky v. Epstein, DMD, et al. | Circuit Court for Cook County, Illinois, County Department - Law Division | 14 L 010575 | McNabola Law Group, Chicago, IL | 09-07-2017 |
| Slavish, et al. v. Rock Island Tri-County Consortium, et al. | Circuit Court of the Fourteenth Judicial Circuit, Rock Island County, Illinois, General Division | 14 L 7283 | Katz Nowinski, Moline, IL | 09-07-2017 |
| Bolden v. Illinois Central Railroad Company | Circuit Court of Cook County, Illinois, County Department - Law Division | 09 L 15538 | Lipkin & Higgins, Chicago, IL | 09-06-2017 |
| Felts v. Illinois Central Railroad Company | Circuit Court of Cook County, Illinois, County Department - Law Division | 09 L 009872 | Lipkin & Higgins, Chicago, IL | 09-06-2017 |
| Villaneuva v. Streamwood Behavioral Healthcare System, et al. | Circuit Court of Cook County, Illinois, County Department - Law Division | 13 L 008377 | McNabola & Associates, Chicago, IL | 09-06-2017 |
| Northland Products Company v. Ouelette Machinery Systems | Circuit Court of the County of St. Louis, State of Missouri | 16SL-CC00784, Div. 18 | Spooner Law* St. Louis, MO | 09-05-2017 |
| Robbins v. Medical Associates Clinic P.C., et al. | Iowa District Court, Clayton County | LACV 010091 | Harding Law Office, Des Moines, IA | 09-05-2017 |
| Dieken v. Clark, M.D. | Circuit Court of Will County, Illinois | 14 L 01012 | Paris Law Firm, Chicago, IL | 08-31-2017 |
| Collier v. Norfolk Southern Railway Company | Circuit Court of Clay County, Missouri | 15CY-CV06848, Division No. 4 | Barnes Law Firm, Kansas City, MO | 08-30-2017 |
| Allen v. American Capital Limited, et al. | United States District Court for the District of Arizona | CV-16-02876-PHX-JAT | Wagstaff & Cartmell, Kansas City, MO | 08-28-2017 |
| Parker v. Derr, M.D., et al. | Circuit Court of Alcorn County, MS | CV15-107PA | Merkel & Cocke, Clarksdale\MS | 08-23-2017 |
| Juzefyk v. Mallon | Superior Court of New Jersey, Union County - Law Division | UNN-L-0468-16 | Javerbaum Wurgaft Hicks Kahn Wikstrom & Sinins, Springfield, NJ | 08-22-2017 |
| Patzschke v. Northern Indiana Public Service Company, et al. | State of Indiana, County of Lake in the Lake Superior Court Sitting in Gary, Indiana | 45D04-1508-CT-151 | Allen Law Group, Valparaiso, IN | 08-18-2017 |
| Gough v. Mendez, et al. | District Court, Clark County, Nevada | A-15-726594-C, Dept No. XXI | Paternoster Law Group, Las Vegas, NV | 08-17-2017 |
| Brooks v. Caterpillar Global Mining, LLC | United States District Court, Western District of Kentucky, Owensboro Division | 4.14-CV-00022-JHM | Moore Malone & Safreed, Owensboro, KY | 08-17-2017 |
| Stoller v. Nissan Motor Company, LTD, et al. | JAMS Arbitration, Chicago, IL | 1340013103 | Kiss Law Office, Gurnee, IL | 08-17-2017 |
| Paul v. BNSF Railway Company | District Court of Lancaster County, Nebraska | CI 14 1505 | Perry Guthery Haase & Gessford, Lincoln\NE | 08-16-2017 |
| Rohan v. Pepper Construction, Co., et al. | Circuit Court of Cook County, Illinois, County Department - Law Division | 14 L 7283 | Motherway & Napleton, Chicago, IL | 08-14-2017 |
| Kieckhaefer v. Roscoe Township | State of Illinois, Circuit Court of the 17th Judicial Circuit, Winnebago County | 14 L 194 | Klein Stoddard Buck Lewis, Sycamore, IL | 08-14-2017 |
| Murillo v. Goad, et al. | United States District Court, District of Nevada | 2:16-cv-02739-RFB-CWH | Mersch Law Office, Las Vegas, NV | 08-10-2017 |
| Nemec v. Roberts Environmental Control Corp, et al. | Circuit Court of Cook County, Illinois, County Department - Law Division | 13 L 12753 | O'Connor Law Group, Chicago\IL | 07-24-2017 |
| Edwards v. Dakota, Minnesota & Eastern Railroad Corportation | Circuit Court of the Twelfth Judicial Circuit, Will County, Illinois | 2014 L 000421 | Lipkin & Higgins, Chicago\IL | 07-21-2017 |
| Al-Nobani v. Cernov, et al. | District Court, Clark County, Nevada | A-14-700-517-C, Dept No. I | Ladah Law Firm, Las Vegas\NV | 07-20-2017 |
| Honigsblum v. Next Door and Window Company, et al. | Circuit Court of Cook County, Illinois, County Department - Law Division | 2014 L 009884 | O'Mara Gleason & O'Callaghan, Chicago, IL | 07-18-2017 |
| Somo, et al. v. Advanced Custom Engineered Systems & Equiment Co., et al. | Circuit Court of Cook County, Illinois, County Department - Law Division | 13 L 012720 | Rittenberg Buffen Gulbrandsen Robinson & Saks, Chicago, IL | 07-14-2017 |
| Nagpal v. Tencer, DC, et al. | Circuit Court of DeSoto County, Mississippi | CV 2015-176GCD | Merkel & Cocke, Clarksdale, MS | 07-14-2017 |
| Pilarski, et al. v. University of Maryland Medical Center, LLC, et al. | Circuit Court for Baltimore City | 24-C-16-002677 | Wais Vogelstein Forman & Offutt, Baltimore\MD | 07-11-2017 |
| Friel v. Miller, et al. | Circuit Court of Cook County, Illinois, County Department - Law Division | 2015-L-006664 | Snorf Law Office* Chicago, IL | 07-10-2017 |
| Smith v. BNSF Railway Company | State of New Mexico, County of Valendcia, Thirteenth Judicial District | D-1314-CV-2015-00606 | Davis Bethune & Jones, Kansas City, MO | 07-10-2017 |

**LIST OF CASES OVER THE LAST FOUR YEARS WHEREIN**
**STAN V. SMITH HAS TESTIFIED AS OF 1/25/2021**

| Case Name | Court | Case Number | Law Firm | Date |
|---|---|---|---|---|
| Miller v. Dunavant Farms Trucking, LLC., et al. | Circuit Court of St. Francis County, Arkansas | CV-2015-188-1 | Langdon & Emison, Lexington, MO | 07-06-2017 |
| Carreto-Silva v. Velcani | Circuit Court of Cook County, Illinois, County Department - Law Division | 14 L 011515 | Shim Law Office, Rolling Meadows, IL | 06-30-2017 |
| Hedrick v. TJ Materials, LLC, et al. | Lake Superior Court, Civil Division, Room Four, Sitting at Gary, Indiana | 45D04-1505-CT-00095 | Allen Law Group, Valparaiso, IN | 06-29-2017 |
| Howze v. United States of America | United States District Court, Eastern District of Arkansas, Eastern Division | 2:16-0003 BRW | Peraica & Associates, Chicago, IL | 06-28-2017 |
| Murdick v. Manbeck, M.D. | State of Indiana, County of St. Joseph, Circuit Court | 71C01-1504-CT-000154 | Pavich Law Group, Chicago, IL | 06-27-2017 |
| Mapp v. Chen, M.D. | Circuit Court of Cook County, Illinois, County Department - Law Division | 16 L 001998 | Cogan & Power, Chicago, IL | 06-27-2017 |
| ACG Industries Inc., et al. v. Rollins Properties, et al. | Superior Court of the State of California for the County of Los Angeles, Central District | BC627525 | Klein Litigation, Beverly Hills, CA | 06-26-2017 |
| O'Sullivan v. O'Sullivan | Circuit Court of Cook County, Illinois, County Department - Domestic Relations Division | 15-D-303 | Leving Law Office, Chicago, IL | 06-23-2017 |
| Hopfer/O'Grady v. Advocate Health and Hospitals Corportation, et al. | Circuit Court of Cook County, Illinois, County Department - Law Division | 14 L 1744 | McNabola & Associates, Chicago, IL | 06-23-2017 |
| Hood, Jr. v. D&L Steel Transport, Inc., et al. | Circuit Court of Cook County, Illinois, County Department - Law Division | 2015 L 008640 | Lipkin & Higgins, Chicago, IL | 06-22-2017 |
| Ruch/Kazort v. Padgett, et al. | State of Illinois, Circuit Court of the 17th Judicial Circuit | 2015 L 315 | Langdon & Emison, Lexington, MO | 06-20-2017 |
| Koch v. Scientific Image Center Management, Inc., et al. | Superior Court of California, County of San Mateo | CIV 513706 | Kastner Kim, Mountain View, CA | 06-19-2017 |
| Wynn v. BNSF Railway Company, et al. | Circuit Court of Cass County, State of Missouri | 15CA-CC00241, Divison 1 | Davis Bethune & Jones, Kansas City, MO | 06-19-2017 |
| Cramsie-Homan v. Blue Island Hospital Company, LLC., et al. | Circuit Court of Cook County, Illinois, County Department - Law Division | 14 L 1017 | Motherway & Napleton, Chicago, IL | 06-15-2017 |
| Cline v. HEB Grocery Co., L.P. | District Court, Hildago County, Texas, 206th Judicial District | C-2198-15-D | Tummel & Casso, Edinburg, TX | 06-09-2017 |
| Ragland v. Dr. Ahuja, et al. | Circuit Court of the First Judicial Court, Williamson County, Illinois | 15-L51 | Womick Law Firm, Carbondale, IL | 06-08-2017 |
| Nemec v. Roberts Environmental Control Corp, et al. | Circuit Court of Cook County, Illinois, County Department - Law Division | 13 L 12753 | O'Connor Law Group, Chicago, IL | 06-05-2017 |
| Zohar/Noury v. Summerlin Hospital Medical Center, et al. | District Court, Clark County, Nevada | A-11-642383-C, Dept No. XVII | Luh & Associates, Las Vegas, NV | 06-02-2017 |
| Sikora v. Manor Care of Elk Grove Village, LLC., et al. | Circuit Court of Cook County, Illinois, County Department - Law Division | 14 L 8881 | Malman & Associates, Chicago\IL | 06-02-2017 |
| Doe v. Board of Education of the City of Chicago | Circuit Court of Cook County, Illinois, County Department - Law Division | 2014 L 010388 | Montgomery Law Firm, Chicago, IL | 06-01-2017 |
| Staton v. VHS San Antonio Partners, et al. | District Court, 225th Judicial District, Bexar County, Texas | 2016-CI-07398 | Krebs Law Office, Austin, TX | 05-24-2017 |
| Carter v. Mayo, Jr. M.D., et al | Commonwealth of Kentucky, McCracken Circuit Court, Division 1 | 12-CI-00596 | Moore Malone & Safreed, Owensboro, KY | 05-23-2017 |
| Santiago v. Protechockey Ponds LLC, et al. | Superior Court of New Jersey, Law Division - Middlesex County | SOM-L-381-15 | Gill & Chamas, Perth Amboy, NJ | 05-16-2017 |
| Chatragadda v. Duquesne University | United States District Court for the Western District of Pennsylvania | 15-1051 | Praetorian Law Group, Pittsburgh\PA | 05-12-2017 |
| Starling, M.D. v. Banner Health, et al. | United States District Court for the District of Arizona | CV-16-708-PHX-NVW | Willis & Willis, Hilliard, OH | 05-11-2017 |
| Lipari v. Shawmut Design and Construction, et al. | Circuit Court of Cook County, Illinois, County Department - Law Division | 2014 L 002825 | Pullano Law Firm, Chicago\IL | 05-11-2017 |
| Kenu v. Belkin International, Inc. et al | United States District Court, Northern District of California, San Francisco Division | 3:14-cv-04327-JD | Troutman Sanders, San Francisco, CA | 05-09-2017 |
| Ragland v. Dr. Ahuja, et al. | Circuit Court of the First Judicial Court, Williamson County, Illinois | 15-L51 | Womick Law Firm, Carbondale, IL | 05-04-2017 |
| Craig v. Village Greene Phase IV Condominium Assn. Building B, et al. | Circuit Court of Cook County, Illinois, County Department, Law Division | 14 L 9567 | Curcio Law Offices, Chicago, IL | 05-03-2017 |
| Zurawski v. Rezin Orthopedics and Sports Medicine, S.C. , et al. | Circuit Court for the 12th Judicial Circuit, Will County, IL | 10 L 196 | Tarpey Jones & Schroeder, Chicago\IL | 04-25-2017 |
| Johnson/Toth v. White River Health System Inc., et al. | Circuit Court of Independence County, Arkansas, Civil Division | CV-2012-026-2 | Wilcox Lacy, Jonesboro, AR | 04-21-2017 |
| Tyson Gonzales v. Navarro, et al. | District Court, Clark County, Las Vegas, NV | A-15-728994-C, Dept No. XXXI | Powell Law Firm, Las Vegas, NV | 04-20-2017 |
| Kobes v. Bruning | State of Illinois in the Circuit Court of the 17th Judicial Circuit, County of Winnebago | 13 L 239 | Rouleau Law Office, Rockford, IL | 04-17-2017 |
| Alvarez, et al. v. Ashley Furniture Industries, Inc., et al. | United States District Court, Central District of California | CV 16-00630 MWF (MRWx) | Arias Sanguinetti Stahle Torrijos, Los Angeles, CA | 04-15-2017 |

**LIST OF CASES OVER THE LAST FOUR YEARS WHEREIN
STAN V. SMITH HAS TESTIFIED AS OF 1/25/2021**

| Case Name | Court | Case Number | Law Firm | Date |
|---|---|---|---|---|
| Shenouda v. Touch, LLC, et al. | District Court, Clark County, Nevada | A-15-726567-C, Dept No. II | Paternoster Law Group, Las Vegas, NV | 04-14-2017 |
| Francis v. FedEx Freight, Inc., et al. | State of Louisiana, Parish of Beauregard, Thirty-Sixth Judicial District Court | C-2014-0200 | Davis Bethune & Jones, Kansas City, MO | 04-13-2017 |
| Simmons v. The City of Chicago, et al. | United States District Court, Northern District of Illinois, Eastern Division | 14 C 9042 | Hofeld Law Office, Chicago, IL | 04-13-2017 |
| Tinnus Enterprises and Zuru Ltd. V. Telebrand Corp | United States District Court for the Eastern District of Texas, Tyler Division | 6:16-cv-33 | Dunlap Bennett & Ludwig, Richmond\VA | 04-12-2017 |
| Moradi v. Nevada Property | District Court, Clark County, Nevada | A-14-698824-C, Dept. 20 | Cohen & Padda, Las Vegas\NV | 04-04-2017 |
| Jones v. City of San Antonio, Texas, et al. | United States District Court, Western District of Texas, San Antonio Division | 5:14-cv-00328-FB-HJB | Washington Law Office, Dallas\TX | 03-31-2017 |
| Baptist v. Ford Motor Company | United States District Court for the Northern District of Illinois, Eastern Division | 1:13-cv-08974 | Sinson Law Group, Chicago\IL | 03-30-2017 |
| Pfeiffer v. Taylor, D.O. | Iowa District Court for Webster County | LACV318680 | Gibbs & Associates, Mason, OH | 03-30-2017 |
| Bortle/Hyer v. Johns Hopkins Bayview Medical Center, Inc., et al. | Circuit Court for Baltimore City, Maryland | 24C16003241MM | Wais Vogelstein Forman & Offutt, Baltimore, MD | 03-27-2017 |
| MacIsaac v. IGS Assoc., LLC, et al. | Superior Court of New Jersey, Law Division - Bergen County | L-1264-15 | Chasan Leyner & Lamparello, Secaucus\NJ | 03-24-2017 |
| Alfaro v. Frontier Logistic Services II, Inc. | State of Illinois, Human Rights Commission | Charge No. 2013CF1357* EEOC No. 21BA30407 | Bellows & Bellows, Chicago\IL | 03-22-2017 |
| Okic v. Fullerton Surgery Center, LTD., et al. | Circuit Court of Cook County, Illinois, County Department - Law Division | 14 L 008168 | Peraica & Associates, Chicago, IL | 03-21-2017 |
| Miller v. McCoy Elkhorn Coal Corporation | Commonwealth of Kentucky, Knott Circuit Court | 13-CI-00115 | Collins Law Office, Salyersville, KY | 03-17-2017 |
| Frulla v. Hyatt Corporation, et al. | Circuit Court of Cook County, Illinois, County Department - Law Division | 2012 L 001381 | Sinson Law Office, Chicago\IL | 03-17-2017 |
| Stoller v. Premier Capital, et al. | Circuit Court of Cook County, Illinois, County Department - Law Division | 16 L 008969 | Kiss Law Office, Gurnee\IL | 03-15-2017 |
| Hullum v. Dr. Anthony Daniels, et al. | Circuit Court of Mississippi County, Arkansas, Chickasawba District, Civil Division | CV-2016-118 | Scholtens & Averitt, Jonesboro, AR | 03-14-2017 |
| Bokos v. Shepard, M.D., et al. | Circuit Court of Cook County, County Department - Law Division | 13 L 11680 | Motherway & Napleton, Chicago, IL | 03-13-2017 |
| Illiano, et al. v. Howard County General Hospital, Inc., eta l. | Circuit Court for Howard County, Maryland | C-16-107400 | Wais Vogelstein Forman & Offutt, Baltimore, MD | 03-10-2017 |
| Tatka v. Overlook Hospital, et al. | Superior Court of New Jersey, Union County, Law Division | UNN-L-1748-13 | Lomurro Law, Freehold\NJ | 03-09-2017 |
| Cravatta v. Metra d/b/a Northeast Illinois Regional Commuter Railroad Corporation | Circuit Court of Cook County, Illinois, County Department - Law Division | 2014 L 006667 | Langdon & Emison, Lexington\MO | 03-01-2017 |
| Moskvine v. VHS Acquisition Subsidiary Number 3, Inc., et al. | Circuit Court of Cook County, Illinois, County Department - Law Division | 13 L 8127 | Cogan & Power, Chicago\IL | 03-01-2017 |
| Parker v. Bill Melton Trucking, Inc., et al. | United States District Court, Northern District of Texas, Dallas Division | 3:15-cv-02528-G | Pittman Law Firm, Dallas/TX | 02-28-2017 |
| Morgan v. Ferrante, MD, et al. | Superior Court of New Jersey, Law Division, Passaic | PAS-L-741-14 | Quinn Law Office, Red Bank, NJ | 02-27-2017 |
| Jimenez v. Klabunde, et al. | Circuit Court of Cook County, Illinois, County Department, Law Divison | 13 L 9280 | Dusky Law Office, Chicago, IL | 02-27-2017 |
| Pilarski, et al. v. University of Maryland Medical Center, LLC, et al. | Circuit Court for Baltimore City | 24-C-16-002677 | Wais Vogelstein Forman & Offutt, Baltimore, MD | 02-24-2017 |
| Lopez v. Vidljinovic, et al. | United States District Court, Northern District of Illinois, Eastern Division | 12 C5751 | DeRose and Associates, Hinsdale\IL | 02-23-2017 |
| McLaughlin, et al. v. Andy's Coin Launderies, LLC, et al. | Court of Common Pleas of Hamilton County, Ohio | A1600791 | Bieser Greer & Landis, Dayton, OH | 02-21-2017 |
| Brumley v. Norton Hospitals, Inc., et al. | Jefferson Circuit Court, Division Ten (10) | 14-CI-006217 | Franklin Law Group, Louisville, KY | 02-21-2017 |
| Tatka v. Overlook Hospital, et al. | Superior Court of New Jersey, Union County, Law Division | UNN-L-1748-13 | Lomurro Law, Freehold, NJ | 02-16-2017 |
| Mikus v. Porter Gwaltney, et al. | Circuit Court, Seventh Judicial Circuit, Sangamon County, Illinois | 12-L-79 | Ryan Ryan & Landa, Chicago, IL | 02-16-2017 |
| Macias/Ramirez v. Texas Taco Cabana | District Court, 45th Judical District, Bexar County, Texas | 2014-CI-08567 | Grossman Law Offices, Dallas, TX | 02-15-2017 |
| Bauscher/Robinson v. Freeport Memorial Hospital, et al. | State of Illinois, Circuit Court of the 15th Judicial Circuit, County of Stephenson | 2012 L 17 | Zinger Law Office, Chicago, IL | 02-14-2017 |
| Powers v. Young Men's Christian Association of Southwest Illinois | Circuit Court, Twentieth Judicial Circuit, St. Clair County, Illinois | 13-L-638 | Gori Julian & Associates, Edwardsville, IL | 02-14-2017 |
| Stritzel v. Advocate Health and Hospitals Corporation, et al. | Circuit Cour of Cook County, Illinois, County Department - Law Division | 14 L 009848 | McNabola Law Group, Chicago, IL | 02-13-2017 |

**LIST OF CASES OVER THE LAST FOUR YEARS WHEREIN**
**STAN V. SMITH HAS TESTIFIED AS OF 1/25/2021**

| Case Name | Court | Case Number | Law Firm | Date |
|---|---|---|---|---|
| Deckard/Darling v. Trapp, et al. | 4th Judicial District Court, Rusk County, Texas | 2016-070 | Grossman Law Offices, Dallas, TX | 02-13-2017 |
| Wallace v. Wondwossen Tegen Aragaw, et al. | Circuit Court of Cook County, Illinois, County Department- Law Division | 2013 L 011927 | Woodruff Johnson & Palermo, Aurora, IL | 02-10-2017 |
| Carandang-Patrick, et al. v. The Johns Hopkins Hospital, et al. | Circuit Court for Baltimore City | 24-C-16-001959 | Wais Vogelstein Forman & Offutt, Baltimore, MD | 02-10-2017 |
| Doe v. Marten, M.D., et al. | Superior Court of the State of California for the County of San Francisco | CPF-11-511337 | Brownstone Law Group, Vista\CA | 02-09-2017 |
| Sikora v. Manor Care of Elk Grove Village, LLC., et al. | Circuit Court of Cook County, Illinois, County Department - Law Division | 14 L 8881 | Malman & Associates, Chicago, IL | 02-07-2017 |

Exhibit 35

**In the Matter Of:**

*BLANKENSHIP vs*

*FOX NEWS NETWORK*

*JOSHUA DAWSEY*

*April 06, 2021*



1

1

2

         IN THE UNITED STATES DISTRICT COURT

3

          SOUTHERN DISTRICT OF WEST VIRGINIA

4

               CHARLESTON DIVISION

5

                    -  -  -

6

DON BLANKENSHIP          :

7                        :
       vs.               :   Case No. 2:19-
8                        :           00236
FOX NEWS NETWORK, LLC,   :
9  et al                 :

10

11                    -  -  -

12

            Tuesday, April 6, 2021

13

14                    -  -  -

15

16      LegalView (remote video) Deposition of

17  JOSHUA DAWSEY held on the above date,

18  beginning at 9:28 a.m., before Madalene Foster

19  Rohde, a Registered Professional Reporter and

20  Notary Public of the Commonwealth of

21  Pennsylvania.

22                    -  -  -

23

24            CONFIDENTIAL TRANSCRIPT

Joshua Dawsey - April 06, 2021

94

1      **A      It would appear to be a draft of the**

2   **story, yes.**

3      Q      Do you need to take a look at it and

4   let me know whether it is or is not?

5      **A      I believe it is a draft of the**

6   **story, sir.**

7      Q      And she indicates in the email, she

8   has bolded the parts where your reporting was

9   used, she says that in the email, do you see

10  that?

11     **A      I do see that, sir.**

12     Q      All right.  And so if you look

13  through Exhibit 1, you will see various places

14  where text is in bold; correct?

15     **A      I do see that, sir.**

16     Q      All right.  And based on your review

17  of this exhibit and of Exhibit 2 and 3, do you

18  believe that she accurately bolded the

19  information that was the product of your

20  reporting?

21     **A      I believe so, yes.**

22     Q      And did you write the text that

23  appears here in bold or is it your

24  recollection that Ms. Johnson took your

USCA4 Appeal: 22-1198    Doc: 65        Filed: 05/25/2022    Pg: 139 of 150
Case 2:19-cv-00236  Document 886-35   Filed 05/24/21   Page 5 of 18 PageID #: 12248

1    reporting and drafted that language herself?

2        **A      I do not specifically recall.**

3        Q     Did you review the draft of the

4    story contained in Exhibit 1 after you

5    received this email from Ms. Johnson?

6        **A      My recollection is I reviewed the**

7    **bolded parts of the story where my reporting**

8    **was used.**

9        Q     Did you review any other parts of

10   the story?

11       **A      My recollection is I did not.**

12       Q     Did you read the entire story when

13   Ms. Johnson sent it to you?

14       **A      I do not recall reading the entire**

15   **story.**

16       Q     Do you know whether this story

17   was -- let me ask it a different way.  Do you

18   know one way or the other whether or not the

19   facts set forth in this story, meaning the

20   story that ultimately ended up in Exhibit 2

21   and Exhibit 3, were fact-checked by anyone

22   other than you and Ms. Johnson?

23       **A      I do not have any specific**

24   **knowledge.**

USCA4 Appeal: 22-1198    Doc: 65        Filed: 05/25/2022    Pg: 140 of 150

Joshua Dawsey - April 06, 2021

1    have a couple of documents that I had you

2    pull and we've got a discrepancy on the

3    document control numbers.

4              Steve, were we able to resolve

5    that or we're just pressing on?

6              MR. FUZESI:  I think we should

7    press on.

8              MR. GRAY:  Okay, good enough.

9    BY MR. GRAY:

10    Q    So the first document I want to have

11    you take a look at, we'll just identify it by

12    the time and some indications, is an email

13    from Michael Scherer to you and it seems some

14    others, we'll find out, dated April 19, 2018,

15    at 8:45:11 p.m.  And I have it as a three-page

16    document.

17              Can you hold that up again?  It says

18    it's by Michael Scherer, Sean Sullivan, and

19    Josh Dawsey.

20    **A    Yes, I have that document.**

21    Q    Okay.  And is your version of that

22    three pages?

23    **A    Yes.  So mine is labeled 51, 52, and**

24    **53.**

Joshua Dawsey - April 06, 2021

101

1      Q    And for some reason mine is 50, 51,

2   and 52.  So let's just check real quick.  So I

3   want to check the first and last words on each

4   page, that's a good way to check it.  So does

5   yours begin "With just 200 days" on the first

6   page?

7      **A    It does.**

8      Q    And is the last "Republican Party

9   goals" at the bottom of that page?

10     **A    No.  The bottom of my page is "The**

11  **three candidates running for the GOP**

12  **nomination to challenge Senator Joe Manchin,"**

13  **that's the last paragraph that I see.**

14     Q    Oh, no, I was just reading the last

15  words, I'm looking at the very last words at

16  the bottom.

17     **A    Yes, yes.**

18     Q    Okay.  So the top words on the next

19  page are "Candidates and outstanding groups"?

20     **A    "Candidates and outside groups."**

21     Q    Outside groups, thank you, yes.  And

22  then the last words are "anonymity to be

23  candid."

24     **A    Correct.**

Joshua Dawsey - April 06, 2021

102

1    Q    Okay.  And then we only have to do

2  this one more time, the last page is, the

3  first words are "The White House"?

4    A    Correct.

5    Q    With "public spats"?

6    A    Yes.

7    Q    All right.  So we got the same

8  document, okay.

9         So this is an email that is

10  addressed to you; is that right?

11    A    Yes.

12    Q    And there seems to be "exchange

13  administrative group," there's some other

14  things there.  Is this sent to anyone else

15  other than you, was this email sent to other

16  people or is that some description of your

17  email address?  I'm trying to figure out

18  whether that refers to some group of people,

19  an administrative group, or if that's just

20  some description of your email address?

21    A    My reading of this document is that

22  it was just sent to me.

23    Q    Okay, fair enough.  Again, I'm not

24  asking you to be an IT expert.  All right.

Joshua Dawsey - April 06, 2021

103

```
 1              And what is this document, to the

 2    best --

 3              MR. FUZESI:  Before you get

 4         into it, can you mark it as an exhibit?

 5              MR. GRAY:  Oh, thank you,

 6         Exhibit 5, yes.  Thank you, counsel, so

 7         this is Exhibit 5.

 8              MR. FUZESI:  Okay.

 9                   - - -

10              (Email, 4/19/18, to Dawsey from

11         Scherer, Bates numbers WP_DB-0000650

12         through 652; marked Dawsey Exhibit 5.)

13                   - - -

14    BY MR. GRAY:

15       Q    All right.  So what is this

16    document?

17       A    This document appears to be a draft

18    of a story.

19       Q    And do you know if this story was

20    ever published?

21       A    I believe a version of this story

22    was published.

23       Q    And what contribution, if any, did

24    you make to this story?
```

USCA4 Appeal: 22-1198    Doc: 65       Filed: 05/25/2022    Pg: 144 of 150

Joshua Dawsey - April 06, 2021

1       **A      To the best of my recollection, I**

2   **contributed a few paragraphs of reporting to**

3   **this story.**

4       Q    Did you read this story before it

5   was published?

6       **A      I do not recall reading this story**

7   **before it was published.**

8       Q    Did you read this story when

9   Mr. Scherer emailed it to you?

10      **A      I do not recall reading the story at**

11  **the time when he emailed it to me.**

12      Q    Would it have been your practice to

13  have read a story at this stage of its

14  preparation when it was emailed to you by one

15  of your colleagues?

16      **A      It depends on the circumstance.**

17      Q    All right.  Was this the type of

18  circumstance where you would have read the

19  entire story?

20      **A      I don't recall, I don't recall**

21  **reading the entire story, no.**

22      Q    I'm asking you based on your

23  understanding of your practice in 2018, is

24  this the type of story that it would have been

USCA4 Appeal: 22-1198    Doc: 65         Filed: 05/25/2022    Pg: 145 of 150

Joshua Dawsey - April 06, 2021

105

```
1    typically your practice to have read when

2    Mr. Scherer emailed it to you at this stage of

3    the proceedings?

4              MR. FUZESI:  Objection to form.

5         A    My recollection is I contributed a

6    small number of paragraphs of reporting, and I

7    reviewed those paragraphs that I was

8    responsible for reporting in the story.

9         Q    All right.  If you look at the

10   second page of Exhibit 5, about two-thirds

11   down, you'll see there is a sentence there

12   that begins "The former CEO of Massey Energy,"

13   do you see that?

14        A    Yes, sir, I do.

15        Q    And do you see that it says that

16   he's "been campaigning while on parole after

17   serving a year in federal prison for a

18   misdemeanor conviction of conspiring to

19   violate mine safety laws," do you see that?

20        A    I do see that sentence, sir.

21        Q    Do you remember reading that on or

22   about April 19, 2018, when Mr. Scherer emailed

23   this to you?

24        A    I do not.
```

Joshua Dawsey - April 06, 2021

108

1      Q    Did you read it when she sent it to

2   you?

3      **A    I don't recall reading this email,**

4   **no.**

5      Q    Take a look at Page 2 of Exhibit 6,

6   in about the middle of the page, do you see

7   the sentence at that begins "The former CEO of

8   Massey Energy"?

9      **A    Yes, sir, I do.**

10      Q    And it goes on to say "while on

11   parole after serving a year in federal prison

12   for a misdemeanor conviction of conspiring to

13   violate mine safety laws," do you see that?

14      **A    I do see that, sir.**

15      Q    Do you remember reading that after

16   you got this email from Ms. Cassata?

17      **A    I do not.**

18      Q    I'm going to mark as Exhibit 7 a

19   document that I believe was sent to you, it's

20   a Washington Post story dated December 3,

21   2015, "Coal baron convicted of misdemeanor

22   after mine disaster that killed 29."  Let me

23   know if you have that in front of you.  Looks

24   like this.

Joshua Dawsey - April 06, 2021

113

1     Q    Okay.  So I want to ask you about an

2   email that's 774, an email from someone named

3   Brett Tomits.

4            MR. GRAY:  We'll mark this as

5       Exhibit 8.

6                    - - -

7            (Email, 5/6/18, to Dawsey from

8       Tomits, Bates number WP_DB-0000774,

9       marked Dawsey Exhibit 8.)

10                   - - -

11   BY MR. GRAY:

12     Q    Do you have a hard copy of that in

13   front of you?

14     A    I do, sir.

15     Q    All right.  For the record, this is

16   Exhibit 8, is an email that is dated May 6,

17   2018.

18            Do you remember receiving this

19   email?

20     A    I do not.

21     Q    Do you know if you read it when you

22   received it?

23     A    I do not recall reading it.

24     Q    What is your practice with respect

USCA4 Appeal: 22-1198    Doc: 65        Filed: 05/25/2022    Pg: 148 of 150
Case 2:19-cv-00236  Document 886-35  Filed 05/24/21  Page 14 of 18 PageID #: 12257

Joshua Dawsey - April 06, 2021

123

1            MR. FUZESI:  I have just a few

2       questions.  This is Steve Fuzesi, lawyer

3       for The Washington Post.

4                  - - -

5                  EXAMINATION

6                  - - -

7   BY MR. FUZESI:

8       Q    Good afternoon, Mr. Dawsey.

9       **A    Good afternoon to you, sir.**

10      Q    Mr. Dawsey, so the record is clear,

11  do you recall being aware in July 2018 that

12  Mr. Blankenship was convicted of a misdemeanor

13  instead of a felony?

14      **A    I do not.**

15      Q    When, if ever, do you recall

16  learning that Mr. Blankenship was convicted of

17  a misdemeanor?

18      **A    Upon the filing of this lawsuit.**

19      Q    Do you recall that Mr. Gray showed

20  you Exhibits 2 and 3, which are copies of a

21  July 2018 article in The Washington Post?

22      **A    I do remember that.**

23      Q    And Exhibit 2 is the online version

24  of the article, Exhibit 3 is the print version

Joshua Dawsey - April 06, 2021

124

```
1   of the article; is that correct?

2       A    Correct.

3       Q    What was your role, if any, with

4   respect to that article?

5       A    I contributed a small amount of

6   reporting to that article.

7       Q    Did you view yourself as having

8   responsibility for any portions of that

9   article other than what you contributed?

10      A    I did not.

11      Q    Did you conduct any research

12  regarding Mr. Blankenship in connection with

13  that article?

14      A    I did not.

15      Q    Do you recall that Mr. Blankenship's

16  counsel asked you questions about a sentence

17  in those articles referencing Mr.

18  Blankenship's conviction?

19      A    I do remember that.

20      Q    Did you have any role in reporting

21  or writing of that sentence?

22      A    I did not.

23      Q    Did you have any role in the

24  reporting or writing of any portion of the
```

USCA4 Appeal: 22-1198    Doc: 65        Filed: 05/25/2022    Pg: 150 of 150

Joshua Dawsey - April 06, 2021

1    article concerning Mr. Blankenship?

2        **A    I did not.**

3        Q    Do you recall being asked some

4    questions about Exhibit 1, which is an email

5    from Ms. Johnson to you dated July 25, 2018?

6        **A    I do remember that.**

7        Q    And that email contains a draft of

8    the July 25th story with certain portions

9    bolded; is that correct?

10       **A    That's correct.**

11       Q    And is it your testimony that the

12   bolded portions of the story correspond with

13   the portions that you contributed reporting

14   on?

15       **A    Yes, that's my recollection.**

16       Q    Do any of the bolded portions of

17   that story mention Mr. Blankenship?

18       **A    They do not.**

19       Q    Do you recall that Mr. Gray also

20   showed you Exhibits 5 and 6, which are emails

21   containing drafts of the April 2018 story?

22       **A    I do recall that.**

23       Q    What was your role, if any, with

24   respect to that story?