FILED: February 22, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-1198 (L)
(2:20-cv-00278)

_____

DON BLANKENSHIP

  Plaintiff - Appellant

v.

NBCUNIVERSAL, LLC; CNBC, LLC

  Defendants - Appellees

and

DOES 1-50, inclusive

  Defendant

_____

No. 22-1326
(2:19-cv-00589)

_____

DON BLANKENSHIP

  Plaintiff - Appellant

v.

BOSTON GLOBE MEDIA PARTNERS, LLC, d/b/a The Boston Globe; DOES 1-50 INCLUSIVE

Defendants - Appellees

_____

O R D E R

_____

The court consolidates Case No. 22-1326 with Case No. 22-1198.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk